UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BETTY ANNE WATERS, as Administratrix of
the Estate of KENNETH WATERS,
    Plaintiff

v.

TOWN OF AYER, et al.,
    Defendants

Civil Action No.

04 10521 GAO

## MOTION FOR LEAVE TO PRACTICE

Pursuant to Local Rule 83.5.3(b), plaintiff Betty Anne Waters moves this court to grant leave to practice to attorney Deborah L. Cornwall, so that she, along with Attorney Howard Friedman, may represent him. As grounds, plaintiff Waters states:

1. Attorney Cornwall is a member of the bar in good standing in every jurisdiction where she has been admitted to practice.

2. Attorney Cornwall has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

3. She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. She submits a certificate in support of this motion.

5. Attorney Cornwall's application for leave to practice is moved by Attorney Friedman, a member of the bar of this court, who is also filing an appearance.

WHEREFORE, plaintiff Waters moves this court to grant leave to practice to Attorney Deborah L. Cornwall. The plaintiff submits a proposed order.

**RESPECTFULLY SUBMITTED,**
For the plaintiff,
By his attorney,

_____
Howard Friedman
BBO #180080
J. Lizette Richards
BBO #649413
**Law Offices of Howard Friedman**
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100