UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BETTY ANNE WATERS, as Administratrix of )
the Estate of KENNETH WATERS, )
    Plaintiff )
)
v. )  Civil Action No.
)
TOWN OF AYER, et al., )
    Defendants )  04 10521 GAO

### CERTIFICATE OF DEBORAH L. CORWALL

I, Deborah L. Cornwall, certify as follows:

1. I am an associate in the law firm Cochran Neufeld & Scheck LLP, 99 Hudson St., 8th Floor, New York, NY 10013.
2. I represent plaintiff Betty Anne Waters.
3. I am a member in good standing of the bar of the State of New York and of the United States District Courts for the Southern and Eastern Districts of New York.
4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.
5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 15, 2004.

_Deborah L. Cornwall_
Deborah L. Cornwall