AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts

Betty Anne Waters, as Administratrix of the
Estate of Kenneth Waters

V.

Town of Ayer et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04   10521 GAO**

TO: (Name and address of Defendant)

Philip L. Connors

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Friedman
J. Lizette Richards
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____   3/15-04
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 17 2004 |
| NAME OF SERVER (PRINT)<br>Burnet Sheehan | TITLE<br>Lic. Investigator P-721 (MA) |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Given to wife "JAN" at his home

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 25 '04    Burnet H Sheehan
                Date            Signature of Server

6 Clinton St Camb. MA 02139
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.