UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN CLERKS OFFICE

C.A. NO. 04-10521-GAO

2004 JUN 30 A 11: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

BETTY ANNE WATERS, as Administratrix of the
Estate of KENNETH WATERS,

      Plaintiff

v.

TOWN OF AYER, NANCY TAYLOR-HARRIS,
in her individual capacity, ARTHUR BOISSEAU,
in his individual capacity, BUDDY DECOT, in his
individual capacity, WILLIAM ADAMSON, in his
individual capacity, PHILIP L. CONNORS, in his
individual capacity, and JOHN DOE and JANE
DOES 1-16 in their individual capacities,

      Defendants

DEFENDANTS' ASSENTED-TO
MOTION FOR ENLARGEMENT
OF TIME

Now come the defendants in the above-captioned action pursuant to Fed.R.Civ.P. 6(b),

through special appearance of the undersigned counsel and hereby move for an enlargement of

time of the period within which they must answer or otherwise respond to the Complaint for a

period of thirty (30) days, up to and including August 5, 2004.

As grounds therefor, said defendants state that the requested enlargement is necessary to

confirm service and representation issues and to provide a reasoned response, through answer or

dispositive motion, to the Complaint. As further grounds therefor, defendants state that plaintiff

has assented to this motion.

DEFENDANTS,

Through special appearance of counsel,

*Joseph L. Tehan, Jr. / JC*

Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on 6/29/04
*[signature]*

224960/METG/0001

3

FILED
~RKS OFFICE
2004 JUN 30  A 11: ¨8

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10521-GAO

BETTY ANNE WATERS, as Administratrix of the
Estate of KENNETH WATERS,

Plaintiff

v.

TOWN OF AYER, NANCY TAYLOR-HARRIS,
in her individual capacity, ARTHUR BOISSEAU,
in his individual capacity, BUDDY DECOT, in his
individual capacity, WILLIAM ADAMSON, in
his individual capacity, PHILIP L. CONNORS, in his
individual capacity, and JOHN DOE and JANE
DOES 1-16 in their individual capacities,

Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of

Massachusetts, defendants' counsel hereby certifies that on June 29, 2004, she conferred with

plaintiff's counsel regarding defendants' Motion for Enlargement of Time.  Plaintiff's counsel

assented to said motion.

DEFENDANTS,

Through special appearance of counsel,

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on  6/29/04

_Jackie Cowin_
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

224960/METG/0001

4