UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,

Plaintiff

v.

TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,

Defendants

ASSENTED-TO MOTION OF DEFENDANT BUDDY DECOT TO EXTEND TIME FOR SERVING RESPONSIVE PLEADING

Now comes defendant Buddy Decot, and hereby moves that this Honorable Court enlarge the period for answering or otherwise responding to the Complaint for a period of thirty (30) days, up to and including, September 5, 2004.

As grounds therefor, said defendant presents the following Statement of Reasons.

STATEMENT OF REASONS

1. By order of this Court dated July 8, 2004, the defendants' responses to the complaint pursuant to Fed.R.Civ.P. 12 are due on August 5, 2004.

2. On information and belief, defendant Buddy Decot is incapacitated by the advanced stages of Alzheimer's disease, and is unable to consent to representation.

3. Further time is required for counsel to determine whether Mr. Decot has a guardian or other representative that can make decisions for Mr. Decot in this regard.

4. No party will be prejudiced by the allowance of this motion, as all other defendants have answered the complaint.

WHEREFORE, the defendant Buddy Decot respectfully request that this Honorable Court extend the time for filing a responsive pleading thirty (30) days to September 5, 2004.

DEFENDANT BUDDY DECOT,

Through Special Appearance of Counsel,

/s/ Joseph L. Tehan
Joseph L. Tehan, Jr. (BBO # 494020)
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

227009/AYER/0053

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/26/04.

2