UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,

Plaintiff

v.

TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,

Defendants

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendant Buddy Decot's counsel through special appearance hereby certifies that on July 22, 2004, he conferred with plaintiff's local counsel, Howard Friedman, Esq., via telephone in a good faith effort to resolve or narrow the issues set forth in regard to Assented-To Motion of Defendant Buddy Decot to Extend Time for Serving Responsive Pleading. As a result, plaintiff's local counsel assented to said Motion.

DEFENDANT BUDDY DECOT,

Through Special Appearance of Counsel

Joseph L. Tehan, Jr. (BBO # 494020)
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/23/04

227021/AYER/0053