UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS,<br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, et al.<br>Defendants | Civil Action No. 04-10521-GAO |

## NOTICE OF APPEARANCE

I hereby file my appearance as counsel for the plaintiff in the above action.

RESPECTFULLY SUBMITTED,

_____
Jennifer L. Bills
BBO# 652223
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 10/27/04