UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BETTY ANNE WATERS, )
    Plaintiff )
)
v. ) Civil Action No. 04-10521-GAO
)
TOWN OF AYER, et al. )
    Defendants )

## NOTICE OF WITHDRAWAL

I hereby withdraw my appearance as counsel for the plaintiff in the above action.

RESPECTFULLY SUBMITTED,

J. Lizette Richards
BBO# 649413
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 10/27/04