SCANNED
DATE: 1/7/05
BY: [signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br>    Plaintiff<br><br>    v.<br><br>TOWN OF AYER, et al.,<br>    Defendants | Civil Action No. 1:04-cv-10521 (GAO) |

### CERTIFICATE OF BARRY C. SCHECK

I, Barry C. Scheck, certify as follows:

1. I am a partner in the law firm Cochran Neufeld & Scheck LLP, 99 Hudson St., 8th Floor, New York, NY 10013.
2. I represent plaintiff Betty Ann Waters.
3. I am a member in good standing of the bars of the state of California, the state of New York, 2nd Circuit Court of Appeals, Eastern District of New York, Southern District of New York, and Northern District of California.
4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. Please see Attachment A for further information.
5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2004.

[signature]
Barry C. Scheck