UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, <br> Plaintiff <br><br> v. <br><br> TOWN OF AYER, et al. <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-10521-GAO <br> ) <br> ) <br> ) <br> ) |

## L.R. 16.1(D)(3) CERTIFICATE

I, Betty Anne Waters,, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 2/08/05

*Betty Anne Waters*
Betty Anne Waters

I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).