UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,<br><br>Defendants | C.A. NO. 04-CV-10521-GAO<br><br>DEFENDANT BUDDY DECOT'S L.R. 16.1(D)(3) CERTIFICATE |

Now comes defendant Buddy Decot and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANTS TOWN OF AYER, NANCY TAYLOR-HARRIS, ARTHUR BOISSEAU, BUDDY DECOT, WILLIAM ADAMSON and PHILIP L. CONNORS,

_____
Walter R. ("Buddy") Decot
By His Guardian, Kathleen Cushing

_____
Joseph L. Tehan, Jr.
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

226427/AYER/0053