UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN CLERKS OFFICE

C.A. NO. 04-CV-10521-GAO

2005 FEB 14 P 2: 4:

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, <br><br> Plaintiff <br><br> v. <br><br> TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities, <br><br> Defendants | DEFENDANT WILLIAM ADAMSON'S L.R. 16.1(D)(3) CERTIFICATE |

Now comes defendant William Adamson and the undersigned counsel and hereby affirm that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANTS TOWN OF
AYER, NANCY TAYLOR-HARRIS, ARTHUR
BOISSEAU, BUDDY DECOT, WILLIAM
ADAMSON and PHILIP L. CONNORS,

William Adamson

Joseph L. Tehan, Jr.
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

226446/AYER/0053