UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

BETTY ANNE WATERS, as Administratrix of the
Estate of KENNETH WATERS,

Plaintiff

v.

TOWN OF AYER, NANCY TAYLOR-HARRIS,
in Her Individual Capacity, ARTHUR BOISSEAU,
In His Individual Capacity, BUDDY DECOT, In
His Individual Capacity, WILLIAM ADAMSON,
in His Individual Capacity, PHILIP L. CONNORS,
in His Individual Capacity, and JOHN DOE and
JANE DOES 1-16, in Their Individual Capacities,

Defendants

DEFENDANT PHILIP L.
CONNORS' L.R. 16.1(D)(3)
CERTIFICATE

Now comes defendant Philip L. Connors and the undersigned counsel and hereby affirm that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANTS TOWN OF
AYER, NANCY TAYLOR-HARRIS, ARTHUR
BOISSEAU, BUDDY DECOT, WILLIAM
ADAMSON and PHILIP L. CONNORS,

_____
Philip L. Connors

_____
Joseph L. Tehan, Jr.
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

226447/AYER/0053