UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS,<br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, et al.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)     Civil Action No. 04-10521-GAO<br>)<br>)<br>)<br>) |

**MOTION WITHDRAWING DOCKET ENTRIES 25 AND 26 FILED IN ERROR AND
REQUESTING CLARIFICATION OF DOCKET AND NOTIFICATION OF ERROR**

Counsel for the Plaintiff respectfully requests that the Court withdraw and remove from the docket documents previously filed as entries 25 (Return of Service on Subpoena to Massachusetts State Police) and 26 (Return of Service on Subpoena to Middlesex DA) because they were filed with the Court in error. As reason therefore, undersigned counsel states that these two entries are discovery documents (returns of service on subpoenas to non-parties) that are not required to be filed with the Court, and electronically filing them was a mistake. Counsel requests that the docket be clarified that these entries were incorrectly filed with the court. Granting this motion serves the interests of justice.

RESPECTFULLY SUBMITTED,

/s/ Jennifer L. Bills

Jennifer L. Bills, BBO# 652223
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date:    3/25/05      Jennifer L. Bills