EXHIBIT B

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| BATES NO. | DOCUMENT DESCRIPTION | EXPLANATION OF PRIVILEGE |
|---|---|---|
| 0001-0055 | Ayer Police Dept. police reports Re: Katherine Brow Murder-various dates | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 0056-0057 | Cover letter and time sheet fr/Veterans Admin. Re: Donald Pina-Dated 2/26/81 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. |
| 0058-0067 | Ayer Police Dept. police reports Re: Katherine Brow Murder-various dates | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 0068-0069 | Ayer Police Dept. interview w/Kenneth Waters-dated 5/22/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |

1

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 0070-0117 | Ayer Police Dept. police reports Re: Katherine Brow Murder-various dates | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 0118-0119 | Copy - Cover letter and time sheet fr/Veterans Admin. Re: Donald Pina-Dated 2/26/81 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178.<br>**Documents are Available from Other Sources** |
| 0120-0126 | Ayer Police Dept. police reports Re: Katherine Brow Murder-various dates | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 0127-0129 | Correspondence between Chief William Adamson and Peter McDonough Re: req for hospital records dated 6/11/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178.<br>**Documents are Available from Other Sources** |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | |
|---|---|
| 0130-0131 | Correspondence between Det. John Dwyer and George Harris dated 5/23/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 0132-0134 | Correspondence between Lt. Col. John O'Donovan and Det. John Dwyer-dated 5/21/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 0135-0145 | Correspondence between Det. John Dwyer and ADA John Droney Re: Murder of Kathelina Brow-dated 5/22/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Documents are Available from Other Sources** |
| 0146-0149 | Profile of Unsub-Murder of Katherina Brow-dated 5/21/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Documents are Available from Other Sources** |
| 0150-0151 | Mass. State Police statistical form Re: Katharina Brow | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 0152-0155 | Law Week article dated 6/12/2001 | **Documents are Available from Other Sources** |

3

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 0156-0157 | Middlesex D.A. summary of new appellate opinion | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). <br> **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 0158-0172 | Trial transcpt. Comm v. Waters, volume 7, 5/11/1983 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). <br> **Documents are Available from Other Sources** |
| 0173 | Table of Contents, Waters Trial Binder | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). <br> **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 0174-0186 | Comm's opposition to def's mtn for new trial-7/22/85 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). <br> **Documents are Available from Other Sources** |
| 0187-0205 | Def's memo in support of mtn for new trial | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). <br> **Documents are Available from Other Sources** |

4

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 0206-0219 | Comm's Memo in opp to def's mtn for new trial-7/23/85 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 0220-0221 | Def mtn for polygraph exam-2/8/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 0222-0231 | Findings on Def's mtn for polygraph exan-2/8/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 0232-0268 | Aff. of Rosanna Perry & Trans of questioning | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. |
| 0269-0271 | Stipulation by Comm and Def Re:copies of records fr Park Street Diner | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

5

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 0272-0475 | Comm v. Waters-mtn for new trial trans., Volume 1-4, 7/22/85-7/29/85 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 0476-1133 | Comm v. Waters-Trial trans., Volume 1-7, 5/3/83-5/11/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1134-1139 | 2 copies of Boston Globe Article Re: Kenneth Waters, 9/08/01 | **Documents are Available from Other Sources** |
| 1140-1146 | Comm v. Waters-trans., Volume 7, copies of various pages. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1147 | Comm v. Waters-List of potential witnesses | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1148 | Handwritten notes by D.A. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1149-1151 | Fax from D.A. John McEvoy to Robert Pino Re: SDIS database | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1152-1179 | Various copies of emails between D.A.s | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1180-1181 | Correspondence between Mary Kate McGilvray, State Police, and Bode Tech, | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1182-1186 | Motion to quash Grand Jury Subpoena, 5/2001 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1187-1188 | Agreed Stipulation of Facts for Grand Jury, 6/2001 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 1189-1191 | Legal Research and handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1192-1197 | 2 copies, draft - Stipulation of Facts for Grand Jury and hand written notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1198-1208 | Legal research | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1209 | Correspondence Re: Grand Jury subpoena, 5/31/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1210-1212 | D.A. notes Re: Grand Jury proceeding | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1213-1245 | Legal Research and Motions Re: Grand Jury proceeding | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1246-1287 | Legal Research Re: Grand Jury proceeding | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1288-1378 | Grand Jury Trans., 6/21/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1379-1380A | Bode Tech results, 6/8/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1381 | D.A.'s handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1382 | Copy of summons to appear, Grand Jury, 5/30/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1383 | Middlesex D.A. Office report Re: Katherina Brow murder | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1384 | Copy of summons to appear, Grand Jury, 5/30/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1385-1387 | Correspondence between D.A. Sheila Calkins and Loretta Lillios Re: Grand Jury containing handwritten notes, 5/31/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1388 | Handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

10

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| 1389-1390 | Mass. Dept of Public Safety app to renew firearm license Re: John Doe1, 7/27/79 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. **Mass. Gen. L. Ch. 66, § 10.** |
| --- | --- | --- |
| 1391-1395 | Memo of decision on Mtn to Quash Grand Jury Subpoena, 6/11/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1396-1397 | Personal summary and criminal history info re: John Doe 2 and hand written notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. |
| 1398 | Criminal history report, John Doe 3 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. |

11

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| 1399-1400 | Handwritten note and Lowell Police report re: John Doe 4 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. |
| --- | --- | --- |
| 1401 | Correspondence between Chief William Adamson and Reg of Motor Vehicles re: Brow Murder, 6/10/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1402 | Correspondence between Chief William Adamson and Sacramento Police Dept. re: Brow Murder, 7/16/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. **Documents are Available from Other Sources** |
| 1403 | Correspondence between Chief William Adamson and New Hampshire Dept of Public Safety re: Brow Murder, 8/8/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. **Documents are Available from Other Sources** |

12

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| 1404-1406 | Criminal history report re: John Doe 5 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Criminal Offender Record Information:** Mass. Gen. L. Ch. 6, §§ 167-178. |
| --- | --- | --- |
| 1407 | Copy of photo of woman and baby | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). |
| 1408 | Invoice, Bode Tech re: DNA testing | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1409-1412 | Fax from D.A. John McEvoy to Robert Pino Re: SDIS database | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1413-1414 | Agreed Stipulation of Facts for Grand Jury, 6/2001 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |

13

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| 1415 | Handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
|---|---|---|
| 1416-1419 | Email correspondence from various dates between D.A.s including 1 attach handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1420-1425 | Legal research | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1426 | Correspondence between John McEvoy and Donna Walker re: Waters case | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1427-1437 | Handwritten and types notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

14

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | |
|---|---|
| 1438-1452 | Select portions of Comm v. Waters Trial trans. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1453-1454 | Ayer Police report re: Kenneth Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1455 | State Police report of polygraph examination re: Jane Doe, 10/8/82. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1456-1457 | Ayer Police report re: Kenneth Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1458-1459 | Ayer Police trans. of interview w/ Kenneth Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

15

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1460-1463 | Ayer Police report re: Brow murder | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Documents are Available from Other Sources** |
| 1464-1466 | Aff. for search warrant, 10/1/82 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Documents are Available from Other Sources** |
| 1467-1469 | Ayer Police report re: Brow murder w/hand written note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Documents are Available from Other Sources** |
| 1470-1471 | Ayer Police report re: Brow murder w/hand written note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Documents are Available from Other Sources** |

16

**PRIVILEGE LOG**
**Betty Anne Waters *v.* Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1472-1474 | Ayer Police report re: Brow murder w/hand written note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1475-1477 | Ayer Police report re: Brow murder w/hand written note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1478-1482 | Ayer Police report re: Brow murder w/hand written note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1483-1485 | Ayer Police report re: Brow murder w/hand written note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1486 | Handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

17

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1487 | State Police report of polygraph examination re: Jane Doe, 10/8/82 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1488 | Handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1489-1490 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1491-1492 | Draft of cooperation agreement between Middlesex D.A. Office and Jane Doe, 5/30/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1493-1497 | Legal research | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

18

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| 1498-1499 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
|---|---|---|
| 1500 | Email correspondence between ADA Calkins and Donna Walker, 4/2/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1501-1502 | Handwritten and typed notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1503 | Email correspondence between ADA Calkins and Donna Walker, 5/17/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1504-1530 | Jane Doe interview trans. w/ state police | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |

19

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1531-1609 | Select portion of Comm v. Waters trial trans w/notations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1610-1611 | Grand Jury exhibit re: Aff. of Jane Doe | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 1612-1630 | Select portion of Comm v. Waters trial trans w/notations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1631-1632 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1633-1636 | Email Correspondence between D.A. Calkins and Faith Patterson, 4/4/05 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

20