# PRIVILEGE LOG
## Betty Anne Waters v. Town of Ayer, et. al.
### C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 1637-1641 | Email Correspondence between D.A. Calkins and Faith Patterson, 4/1/05 w/ handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1642-1644 | Correspondence between Lynne Sarty and Bode Tech, 5/15/05 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1645-1648 | Email Correspondence between D.A. Calkins and Faith Patterson, 3/15/05 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1649 | Email Correspondence between D.A. Calkins and Faith Patterson, w/handwritten notation | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1650-1651 | Email Correspondence between D.A. Calkins and Natasha Falke, re: Brow murder | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

21

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1652-1654 | Email Correspondence between D.A. Calkins and Gwen Pino, w/hand written notation. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1655 | Email Correspondence between D.A. Calkins and Donna Villanucci, 9/28/04 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1656-1662 | Bode Tech Forensic DNA report, 8/6/02 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3).<br>**Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1663 | Email Correspondence between D.A. Calkins and Gwen Pino | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1664-1665 | Email Correspondence between D.A. Calkins and John McEvoy, w/handwritten notation, 8/24/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1666-1668 | Handwritten notes. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1669 | Typed note to Sheila w/ handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1670 | Req for examination of physical evidence, 4/27/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1671-1673 | Correspondence between Ellen Will, Forensic Science Assoc. and Mary Kate McGilvray re: evidence samples, 11/1/2000. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1674 | Email correspondence between Mary Kate McGilvray and Lynn Rooney, 7/24/00. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1675 | Correspondence between Dr. Fred Bieber and Lynn Rooney, 1/21/2000 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1676-1691 | Email correspondence from various dates | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 1692-1693 | Legal research | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 1694-1695 | BostonChannel.com article re:death of Kenneth Waters, 9/19/01 | Documents are Available from Other Sources |
| 1696-1700 | Email correspondence from various dates w/ handwritten notations | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 1701 | Handwritten note | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 1702 | Email correspondence between D.A. Calkins and Melrose Brow, 5/20/04 | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1703-1709 | Bode Tech Forensic DNA report, 8/6/02 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1710-1712 | Handwritten and typed notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1716-1716 | Invoice from Bode Tech, 6/18/02 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1717-1719 | Email correspondence from various dates | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1720-1729 | Handwritten notes. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1730 | Witness and victim family contact info | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). Mass. Gen. L. ch. 66, § 10. |
| 1731-1736 | Email correspondence from various dates w/ handwritten notations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1737 | Telephone message for D.A. Calkins re:Brow case, 1/17/02 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1738 | Fax cover sheet to Christine Lemire from Donna Walker | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1739 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1740 | Email correspondence between ADA McEvoy and ADA Calkins, 4/26/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1741-1742 | Fax cover sheets to Christine Lemire from Donna Walker | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1743-1747 | Bode Tech Forensic DNA report, 6/08/01. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1748 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1749-1752 | FBI examination results re: Brow murder, 2/9/83. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1753 | Fax from D.A. John McEvoy to Robert Pino Re: SDIS database | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1754 | Telephone message for ADA Calkins, 5/1/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1755-1756 | Fax from Donna Walker to Faith Love, Bode Tech re: DNA testing, 5/24/01. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1757 | Handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1758 | Email correspondence between ADA McEvoy and ADA Calkins re: legal research, 5/16/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1759 | Fax cover sheet from Donna to ADA Calkins, 5-24-01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1760-1762 | Correspondence from Mary Kate McGilvary to Bode Tech re: Brow murder, 4/27/01 and hand written notations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1763-1765 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1766-1767 | Correspondence from Mary Kate McGilvary to Bode Tech re: Brow murder, 4/27/01 and handwritten notations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1768-1770 | Fax from ADA McEvoy to Mary Kate McGilvary re: Bode Tech, 4/20/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |

**PRIVILEGE LOG**
**Betty Anne Waters *v.* Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1771-1807 | Handwritten and typed notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1808 | Correspondence from ADA Calkins to Bode Tech re: Comm v. Waters, 5/23/01. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Privacy Right:** Mass. Gen. L. ch. 4, § 7 cl. 26(c). |
| 1809 | Legal research | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1810-1811 | Handwritten and typed notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1812-1813 | Email Correspondence from ADA Calkins to Alan Hunt, 5/23/01. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1814 | Handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1815-1821 | Correspondence between Barry Scheck and Lynn Rooney re: Kenneth Waters-Stipulation for release and testing, 2/14/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 1822-1826 | Fax from Barry Scheck to Martha Coakley re: Kenneth Waters-Mtn to preserve evidence, 11/4/99 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 1827-1828 | Fax from ADA Calkins to Diane Dillon re: Ct. order for release of evidence, 4/21/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |
| 1829-1832 | Kenneth Waters arrest record | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f).<br>**Documents are Available from Other Sources** |

31

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 1833-1835 | Comm v. Waters, stipulation for release and testing of evidence, 4/21/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1836-1838 | 3 copies of Comm v. Waters, Ct order for release of evidence, 4/21/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1839-1843 | Email correspondence between Middlesex D.A.'s office and Innocence Project from various dates | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1844-1845 | Fax from Jane Siegel Greene, Innocence Project to Lynn Rooney re: evidence samples, 9/19/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1846-1848 | Correspondence between ADA Lynn Rooney and Jane Siegel Greene, Innocence Project, 9/8/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

32

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1849-1852 | Correspondence between ADA Lynn Rooney and Jane Siegel Greene, Innocence Project, 8/15/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1853-1857 | Mass. State Police Post Conviction Evidence Assessment Report, 8/11/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1858-1861 | Correspondence between ADA Lynn Rooney and Barry Scheck re: revised stipulations, 4/11/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1862 | Fax cover sheet from Diane D'Amico to Barry Scheck, 02/03/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1863-1885 | Fax from Diane D'Amico to Barry Scheck, re: Lab results from testing of evidence, 02/03/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1886-1888 | Correspondence between ADA Lynn Rooney and Barry Scheck re: sample of stipulation to release evidence | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| NA | VHS video tape of Kenneth Waters appearance on "Oprah" | **Documents are Available from Other Sources** |
| 1889-1890 | Press release by "Inside Edition" re: summary of report that aired 5/25/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1891 | Handwritten note | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1892-1894 | Stipulation for Release and Testing of Evidence, 4/21/00 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1895 | Email correspondence between Melissa Carrera and Danna Walker, D.A.'s office, 3/22/01. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1896 | Comm v. Waters, Comm's Proposed Conditions of Bail, 5/1/01 w/handwritten notations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1897 | Draft of Nolle Prosequi, Comm v. Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1898-1900 | Aff. of Betty Anne Waters in Support of Mtn for New Trial, 3/14/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1901 | Copies of phone messages | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1902-1904 | Aff. of Betty Anne Waters in Support of Mtn for New Trial, 3/14/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1905-1912 | Fax from ADA Farmer to Lt. Gallagher re: Habe for Kenneth Waters containing handwrittennotes, 3/14/01. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 1913 | Memo to Petrice Provitola w/ handwritten notes, 3/13/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1914 | Email Correspondence between DA Martha Coakley and John McEvoy re: Kenneth Waters, 3/13/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1915 | Fax from Robert Feldman, Testa Hurwitz & Thibeault, to ADA McEvoy re: Kenneth Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). |
| 1916-1919 | Fax from Barry Scheck to Martha Coakley rc: Kenneth Waters, 3/12/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

36

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1920 | Interoffice Memo from Martha Coakley, 3/14/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 1921 | Phone message from Barry Scheck, 3/14 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1922-1935 | Fax from Robert Feldman, Testa Hurwitz & Thibeault, to ADA McEvoy re: Unopposed Mtn for New Trial | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1936-1937 | Comm's Mtn to Impound Lab Reports Attached to the Aff. in Support on New Trial, 3/15/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1938-1939 | Order of Impoundment, 3/15/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 1940-1941 | Comm's Mtn to Impound Lab Reports Attached to the Aff. in Support on New Trial, 3/15/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1942 | Order of Impoundment, 3/15/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1943-1944 | Comm's Mtn to Impound Lab Reports Attached to the Aff. in Support on New Trial, 3/15/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1945-1990 | Forensic Science Associates Report 1 re: Kenneth Waters, 1/29/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 1991-2012 | Forensic Science Associates Report 2 re: Kenneth Waters, 2/27/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

38

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2013-2027 | SJC Order, Comm v. Waters, SJC No. 3496, 4/23/87. | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| 2028 | Comm v. Waters, Comm's Mtn for Hair and Blood Samples, 12/2/82 | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| 2029-2054 | Comm v. Waters, Comm's Mtn in Opp to Def's Mtn for New Trial, 7/23/85. | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| 2055-2066 | Comm v. Waters, Comm's Supp Memo in Opp to Def's Mtn for New Trial, 9/16/85 | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| 2067-2083 | Def's Memo in Support of his Mtn for New Trial, | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |