**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2084-2103 | Docket Sheets, Nos. 82-4115, 82-4116 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2104-2146 | Photos of Evidence provided to Forensic Science Assoc. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2147-2150 | Exhibit list, Comm v. Water, Docket Nos. 82-4115, 82-4116 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2151-2152 | Certificate of Charles Janes, Certified Court Reporter | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2153 | Memo to Petrice Provitola re: non-expert witness 3/13/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

40

# PRIVILEGE LOG
## Betty Anne Waters v. Town of Ayer, et. al.
### C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 2154-2163 | Correspondence to D.A.'s office re: Kenneth Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2164 | Email correspondence between ADA Edward Dorsey and Allison Murray, DA support staff | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2165-2167 | Memo to Petrice Provitola re: non-expert witness 3/13/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2168 | Correspondence between ADA Sandra Hautanen and ADA Lynn Rooney re: Dr. Edward Blake | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2169-2180 | Article "DNA on Trial" by Peter Boyer | Documents are Available from Other Sources |
| 2181-2203 | Legal Research | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

41

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| Bates | Description | Privilege |
|---|---|---|
| 2204-2221 | 2 copies of email correspondence between ADA Hautanen and ADA Lynn Rooney re: Information from Forensic Science Assoc. website | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 2222-2245 | 2 copies of Dr. Edward Blake's resume | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| 2246-2288 | D.A.'s typed and Handwritten notes | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 2289-2300 | Various press article re: Kenneth Waters | Documents are Available from Other Sources |
| 2301-2320 | D.A.'s handwritten notes and legal research | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 2321-2322 | Memo to DA Martha Coakley re: DOJ DNA Testing Recommendations | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 2323-2334 | Article "DNA on Trial" by Peter Boyer | Documents are Available from Other Sources |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2335-2352 | DOJ Post-Conviction DNA Testing Recommendations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2353 | Email correspondence between DA Martha Coakley and ADA Lynn Rooney re: DNA-post conviction relief | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2354 | Interoffice memo by DA Marth Coakley re: DNA post conviction testing | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2355-2357 | Fax from William Bennett to Mass. DAs re: press release | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2358-2359 | Phone message from Barry Scheck | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 2360-2384 | Lab Reports 1980-1982 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2385-2387 | D.A.'s handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2388-2389 | Witness Stmt. re: Roseanna Perry | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2390-2393 | D.A.'s handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2394-2395 | Police report and D.A.'s handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 2396-2397 | Telephone message for ADA Calkins | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2398-2400 | Handwritten notes and email re: Grand Jury subpoena | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Grand Jury Secrecy:** Mass. R. Crim. P. 5(d). |
| 2401-2402 | Correspondence between Melrose Brow and ADA Edward Dorsey re: Public Records Req | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2404-2407 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2408 | Ayer Police report re: Jeannie Brow, 7/1/80 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 2409-2411 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2412-2502 | 2 copies, Forensic Science Associates Report 1 re: Kenneth Waters, 1/29/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2503-2546 | 2 copies, Forensic Science Associates Report 2 re: Kenneth Waters, 2/27/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2547-2613 | Forensic Science Associates Report 1 re: Kenneth Waters, 1/29/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2614-2615 | Envelopes from Forensic Science Associates | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). |
| 2616 | Memo by ADA Maura Looney re: DNA post conviction testing | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

PRIVILEGE LOG
Betty Anne Waters v. Town of Ayer, et. al.
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| 2617-2620 | Memo from ADA Sahakian to DA Harshbarger re: Comm v. Kenneth Waters, 12/16/86 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2621-2628 | Memo from ADA Sahakian to DA Harshbarger re: Comm v. Kenneth Waters, 4/23/87 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2639-2645 | Correspondence between Barry Scheck and ADA Lynn Rooney re: draft of stipulation for release and testing of evidence | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2646-2663 | Handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2664-2679 | Fax to DA Martha Coakley from Barry Scheck re: Comm v. Kenneth Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2680-2682 | Memo to Lynn Rooney from Eillen O'Brien re: summary of Comm v. Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2683-2689 | Correspondence between Barry Scheck and ADA Lynn Rooney re: draft of stipulation for release and testing of evidence | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2690-2694 | Fax to DA Martha Coakley from Barry Scheck re: Comm v. Kenneth Waters w/ handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2695-2704 | Legal Research | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2705-2708 | Correspondence between Barry Scheck and ADA Lynn Rooney re: draft of stipulation for release and testing of evidence | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

48

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2709 | Memo from Maura Looney to ADA Lynn Rooney re: Waters post-conviction request for DNA testing | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 2710-2711 | Memo from ADA Mary Ross to ADA Lynn Rooney re: post-conviction DNA testing seminar | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Attorney Work Product: Fed. R. Civ. P. 26(b)(3). |
| 2712 | A sign in sheet | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). |
| 2713-2719 | Correspondence between Barry Scheck and ADA Lynn Rooney re: draft of stipulation for release and testing of evidence | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| 2720-2727 | 2 Copies, Correspondence between Barry Scheck and ADA Lynn Rooney re: revised stipulations for release and testing of evidence | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |

49

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2728-2730 | Copy of Motion to Dismiss, Maher v. Comm, w/ handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). **Documents are Available from Other Sources** |
| 2731 | File Request by Eileen O'Brien re: Waters file w/ hand written notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2732-2733 | Email correspondence between Lynn Rooney and Eileen O'Brien re: Kenneth Waters letter | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2734 | Email correspondence between Scott Sarsfield and Eileen O'Brien re: Waters Trans. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2735-2761 | Comm v. Waters, Comm's Memo in Opp. of Mtn for New Trial | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

50

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2762-2773 | Comm v. Waters, Comm's Opp. of Mtn for New Trial 7/22/85 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2774-2790 | Comm v. Waters, Def's Memo in Support of Mtn for New Trial | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2791-2802 | Comm v. Waters, Comm's Supp. Memo in Opp. of Mtn for New Trial, 9/16/85 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2803-2854 | Internal Memo from DA Martha Coakley re: Post conviction DNA, 10/26/99 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 2825-2829 | Fax from Barry Scheck to DA Martha Coakley re: Comm v. Kenneth Waters | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

51

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 2830-2958 | DOJ Post-conviction DNA testing recommendations | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2959-2962 | 2 Copies of News Paper article "More rely on 'miracle' of DNA test" by Matthew Bruun | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 2963-3081 | Comm v. Waters, Comm's Brief and Supp Record Append., SJC 3496; 3496A | **Documents are Available from Other Sources** |
| 3082-3084A | Fax from Barry Scheck to DA Martha Coakley re: Comm. v. Kenneth Waters, 11/3/99 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 3085 | Cover letter from ADA Fahey to Nancy Taylor, Ayer Police Dept., 3/30/1983. | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 3086-3098 | Email correspondence from David Capeless re: Post conviction DNA working group | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| 3099-3105 | Interoffice email correspondence between various D.A.s w/ handwritten notes | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 3106-3109 | Fax from Barry Scheck to DA Martha Coakley re: Kenneth Waters, 3/12/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| 3110 | Email Correspondence from Allison Murray, Support Staff D.A.'s Office, and James Connolly, re: Kenneth Waters, 1/31/01 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |
| 3111 | Correspondence between Ellen Will, Forensic Science Associates and Sharon Convery, Mass. State Police, re: Kenneth Waters testing | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| N/A | Draft, Comm v. Waters, Unopp. Emergency Mtn for New Trial | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Attorney Work Product:** Fed. R. Civ. P. 26(b)(3). |

53

# PRIVILEGE LOG
## Betty Anne Waters v. Town of Ayer, et. al.
### C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| N/A | 6 copies, Comm v. Waters, Comm's Brief and Record Append., SJC 3496; 3496A | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| N/A | Comm v. Waters, Probable Cause Hearing Trans., 3/30/83 | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| N/A | 5 copies, Comm v. Waters, Trans. Volume 1, 5/3/83 | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| N/A | 4 copies, Comm v. Waters, Trans. Volume 2, 5/4/83 | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |
| N/A | 6 copies, Comm v. Waters, Trans. Volume 3, 5/5/83 | Federal & Mass. Law Enforcement Investigative Privilege: Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). Documents are Available from Other Sources |

54

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
**C.A. No. 04-10521-GAO**

| | | |
|---|---|---|
| N/A | 5 copies, Comm v. Waters, Trans. Volume 4, 5/6/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| N/A | 5 copies, Comm v. Waters, Trans. Volume 5, 5/9/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| N/A | 2 copies, Comm v. Waters Trans., 5/10/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| N/A | 5 copies, Comm v. Waters, Trans. Volume 7, 5/11/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| N/A | 2 copies, Comm v. Waters, Trans. Sentencing Hearing, 5/12/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

**PRIVILEGE LOG**
**Betty Anne Waters v. Town of Ayer, et. al.**
C.A. No. 04-10521-GAO

| | | |
|---|---|---|
| N/A | 2 copies, Comm v. Waters, Trans. Mtn for New Trial Volume 1-4, 7/22/85-7/29/85 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| N/A | 2 copies, Comm v. Waters, Trans. Hearing on Motions, 5/2/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |
| N/A | 1 copy, Comm v. Waters, Trans. Hearing on Motions, 2/8/83 | **Federal & Mass. Law Enforcement Investigative Privilege:** Fed. R. Civ. P. 45(C)(3)(A)(iii); Mass. Gen. L. ch. 4, § 7 cl. 26(f). **Documents are Available from Other Sources** |

56