1. STAYED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:03-cv-10319-RWZ

Sarsfield v. Marlborough, City, et al  
Assigned to: Judge Rya W. Zobel  
Demand: $0  
Cause: 28:1983 Civil Rights  

Date Filed: 02/19/2003  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Eric Sarsfield**     represented by **Barry C. Scheck**
Cochran Neufeld & Scheck, LLP
99 Hudson Street
8th Floor
New York, NY 10013
917-237-0338
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon L. Garrett**
Cochran N eufeld & Scheck LLP
99 Hudson Street
8th Floor
New York, NY 10013
202-662-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah L. Cornwall**
Cochran Neufeld & Scheck
99 Hudson Street
8th Floor
New York, NY 10013
917-237-0338
Fax: 212-965-9084
Email: debi@cnscivilrights.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**George L. Garfinkle**
George L. Garfinkle, Attorney at Law
99 Pond Ave.
Suite 621
Brookline, MA 02445
617-734-4904
Fax: 617-734-6033
Email: ggarfinkle@rcn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonnie L. Cochran, Jr.**
Cochran Neufeld & Scheck, LLP
99 Hudson Street
8th Floor
New York, NY 10013
917-237-0338
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nick J. Brustin**
Cochran Neufeld & Scheck, LLP
99 Hudson Street
8th Floor
New York, NY 10013
917-237-0338
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Neufeld**
Cochran Neufeld & Scheck, LLP
99 Hudson Street
8th Floor
New York, NY 10013
917-237-0338
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **Marlborough, City of** | represented by **John A. Kiernan** <br> Bonner, Kiernan, Trebach & Crociata <br> One Liberty Square <br> Boston, MA 02109 <br> 617-426-3900 <br> Fax: 617-426-0380 <br> Email: jkiernan@bktc.net <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Robert J. Jusseaume** | represented by **John A. Kiernan** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Jody Merilni** | represented by **John A. Kiernan** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **Albert Pitard** | represented by **John A. Kiernan** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Dennis Clark**


**Defendant**

**Does John&Jane 1-20**  represented by **John A. Kiernan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Movant**

**Middlesex County D.A.'s Office**  represented by **Maura D. McLaughlin**
Office of the Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place, 18th Floor
Boston, MA 02108
617-727-2200, ext 2857
Fax: 617-727-5755
Email: maura.mclaughlin@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Movant**

**Toni Gustus**  represented by **Paula Finley Mangum**
Paula Finley Mangum, Attorney at Law
6 Beacon Street
Suite 720
Boston, MA 02108
617/248-0110
Fax: 617/531-0136
Email:

mangum@mangumlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2003 | **1** | Complaint filed. Case assigned to Judge: Zobel. Receipt #: 45168 Amount:$ 150.00. Fee Status: pd (jdj) (Entered: 02/21/2003) |
| 02/20/2003 | | Summons issued for Marlborough, City, Robert J. Jusseaume, Jody Merilni, Albert Pitard, Dennis Clark, Does John&Jane 1-20 (jdj) (Entered: 02/21/2003) |
| 02/21/2003 | | Case assigned to to Mag. Judge Robert B. Collings for any future references (jdj) (Entered: 02/21/2003) |
| 04/02/2003 | **2** | STIPULATION by Eric Sarsfield, Marlborough, City, Robert J. Jusseaume, Jody Merilni, Does John&Jane 1-20, reset answer due for 4/18/03 for Does John&Jane 1-20, for Jody Merilni, for Robert J. Jusseaume, for Marlborough, City , filed. (jdj) (Entered: 04/03/2003) |
| 04/18/2003 | **3** | Answer by Marlborough, City, Robert J. Jusseaume, Jody Merilni, Albert Pitard, Does John&Jane 1-20 to complaint; jury demand, filed cs. (jdj) (Entered: 04/22/2003) |
| 04/23/2003 | 4 | Judge Rya W. Zobel . Notice of Hearing/conference: set scheduling conference for 2:30 5/20/03 . cc.cl (jdj) (Entered: 04/23/2003) |
| 04/30/2003 | 5 | Return of service executed as to Marlborough, City with service on 3/21/03 filed. Answer due on 4/10/03 for Marlborough, City (jdj) (Entered: 04/30/2003) |
| 04/30/2003 | 6 | Return of service executed as to Robert J. Jusseaume with service on 3/21/03 filed. Answer due on 4/10/03 for Robert J. Jusseaume (jdj) (Entered: 04/30/2003) |

| | | |
|---|---|---|
| 04/30/2003 | 7 | Return of service executed as to Jody Merilni with service on 3/21/03 filed. Answer due on 4/10/03 for Jody Merilni (jdj) (Entered: 04/30/2003) |
| 04/30/2003 | 8 | Return of service executed as to Albert Pitard with service on 4/29/03 filed. Answer due on 5/19/03 for Albert Pitard (jdj) (Entered: 04/30/2003) |
| 04/30/2003 | 9 | Return of service executed as to Dennis Clark with service on 4/29/03 filed. Answer due on 5/19/03 for Dennis Clark (jdj) (Entered: 04/30/2003) |
| 05/01/2003 | **10** | Motion by Eric Sarsfield for Johnnie L. Cochran, Peter J. Neufeld, Barry Scheck, Nick Brustin, Deborah Cornwall, Brandon Garrett to appear pro hac vice fee status: pd fee amt: $300.00 Receipt #: 46831 , filed cs. (jdj) (Entered: 05/01/2003) |
| 05/01/2003 | | Judge Rya W. Zobel . Endorsed Order entered granting [10-1] motion for Johnnie L. Cochran, Peter J. Neufeld, Barry Scheck, Nick Brustin, Deborah Cornwall, Brandon Garrett to appear pro hac vice fee status: pd fee amt: $300.00 Receipt #: 46831 Added Jonnie L. Cochran Jr., Peter J. Neufeld, Barry C. Scheck, Nick J. Brustin, Deborah L. Cornwall, Brandon L. Garrett . cc/cl [EOD Date 5/1/03] (jdj) (Entered: 05/01/2003) |
| 05/01/2003 | **11** | Amended Answer to Complaint by Marlborough, City, Robert J. Jusseaume, Jody Merilni, Albert Pitard, Dennis Clark, Does John&Jane 1-20 , filed. Answer amends [3-1] answer .; jury demand filed cs (jdj) (Entered: 05/01/2003) |
| 05/12/2003 | 12 | Rule 26(f) Status report by Eric Sarsfield, Marlborough, City, Robert J. Jusseaume, Jody Merilni, Albert Pitard, Dennis Clark, Does John&Jane 1-20 , filed cs. (jdj) (Entered: 05/13/2003) |
| 05/20/2003 | **13** | CERTIFICATE UNDER RULE 16.1 by Marlborough, City of. (Johnson, Jay) (Entered: 05/21/2003) |

| | | |
|---|---|---|
| 05/20/2003 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 5/20/2003. Rule 26(f) Report accepted through Par. 4; further Scheduling Conference set for 1/22/2004 02:00 PM before Rya W. Zobel. (Urso, Lisa) (Entered: 05/22/2003) |
| 05/29/2003 | **16** | STIPULATION extending time to file disclosures to 6/17/03 by Dennis Clark, Does John&Jane 1-20, Robert J. Jusseaume, Marlborough, City of, Jody Merilni, Albert Pitard, Eric Sarsfield. (Johnson, Jay) (Entered: 06/03/2003) |
| 05/30/2003 | **14** | CERTIFICATION pursuant to Local Rule 16.1 by Marlborough, City of.(Johnson, Jay) (Entered: 05/30/2003) |
| 05/30/2003 | **15** | Judge Rya W. Zobel : ORDER entered SCHEDULING ORDER: Further scheduling Conference set for 1/22/2004 02:00 PM in Courtroom 12 before Rya W. Zobel. Discovery disclosures no later that 6/2/03; file motions to amend or supplement pleadings or to join additional parties by 8/4/03;(Urso, Lisa) (Entered: 05/30/2003) |
| 06/03/2003 | **17** | Plaintiffs Document disclosure by Eric Sarsfield.(Johnson, Jay) (Entered: 06/04/2003) |
| 06/16/2003 | **19** | Letter/request (non-motion) regarding attempt to retain counsel from Kenneth Hatin. (Johnson, Jay) (Entered: 06/17/2003) |
| 06/17/2003 | **18** | Mandatory Document disclosure by Dennis Clark, Does John&Jane 1-20, Robert J. Jusseaume, Marlborough, City of, Jody Merilni, Albert Pitard.(Johnson, Jay) (Entered: 06/17/2003) |
| 01/22/2004 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 1/22/2004. Pretrial Conference set for 8/18/2004 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 01/26/2004) |
| 01/22/2004 | **20** | Proposed Document(s) received for filing. Document received: Amended Scheduling Order. (Johnson, Jay) (Entered: 01/29/2004) |

| | | |
|---|---|---|
| 01/29/2004 | **21** | MOTION to Quash Subpoena for Documents by Middlesex County D.A.'s Office.(Johnson, Jay) (Entered: 02/04/2004) |
| 01/29/2004 | **22** | MEMORANDUM in Support re **21** MOTION to Quash filed by Middlesex County D.A.'s Office. (Johnson, Jay) (Entered: 02/04/2004) |
| 02/03/2004 | | Judge Rya W. Zobel : ORDER entered re **20** Proposed Document(s) received. Allowed.(Urso, Lisa) (Entered: 02/03/2004) |
| 02/11/2004 | **23** | Brief Opposition re **21** MOTION to Quash filed by Eric Sarsfield. (Johnson, Jay) (Entered: 02/12/2004) |
| 02/17/2004 | **24** | NOTICE of MOTION to Amend **1** Complaint by Eric Sarsfield.(Johnson, Jay) Modified on 2/24/2004 (Johnson, Jay). (Entered: 02/20/2004) |
| 02/17/2004 | **25** | MEMORANDUM in Support re **24** MOTION to Amend **1** Complaint filed by Eric Sarsfield. (Johnson, Jay) (Entered: 02/20/2004) |
| 02/19/2004 | **26** | MOTION to Compel Discovery by Eric Sarsfield.(Johnson, Jay) (Entered: 02/24/2004) |
| 03/10/2004 | **27** | Stipulation Extending Time to 3/17/04 to File Response/Reply *to Plaintiff's Motion to Compel Discovery* by Marlborough, City of.(Kiernan, John) Modified on 3/11/2004 (Johnson, Jay). (Entered: 03/10/2004) |
| 03/11/2004 | | Notice of correction to docket made by Court staff. Correction: # 27 Stipulation extending time corrected because: #3 Wrong event (Johnson, Jay) (Entered: 03/11/2004) |
| 03/12/2004 | | Judge Rya W. Zobel : Endorsed ORDER entered granting **24** Motion to Amend (Urso, Lisa) (Entered: 03/12/2004) |
| 03/12/2004 | **28** | AMENDED COMPLAINT against all defendants, filed by Eric |

| | | |
|---|---|---|
| | | Sarsfield.(Urso, Lisa) (Entered: 03/12/2004) |
| 03/15/2004 | | Judge Rya W. Zobel : ELECTRONIC ORDER entered denying **21** Motion to Quash. "Denied,because 1)the aknowledged victim has,in writing waived all objections to disclosure of her name and personal information, 2)the redacted papers are utterly useless and the information is not otherwise available, and 3) the federal discovery rules which favor disclosure,govern production". (Johnson, Jay) (Entered: 03/16/2004) |
| 03/17/2004 | **29** | Opposition re **26** MOTION to Compel filed by Dennis Clark, Does John&Jane 1-20, Robert J. Jusseaume, Marlborough, City of, Jody Merilni, Albert Pitard. (Johnson, Jay) (Entered: 03/18/2004) |
| 03/25/2004 | **30** | MOTION for Reconsideration in part and for protective order and request for hearing by Middlesex County D.A.'s Office.(Johnson, Jay) (Entered: 03/30/2004) |
| 03/25/2004 | **31** | MEMORANDUM in Support re **30** MOTION for Reconsideration filed by Middlesex County D.A.'s Office. (Johnson, Jay) (Entered: 03/30/2004) |
| 04/06/2004 | **32** | MEMORANDUM in Opposition re **30** MOTION for Reconsideration filed by Eric Sarsfield. (Johnson, Jay) (Entered: 04/08/2004) |
| 04/06/2004 | **33** | REPLY to Response to Motion re **26** MOTION to Compel filed by Eric Sarsfield. (Johnson, Jay) (Entered: 04/08/2004) |
| 04/16/2004 | **34** | (Assented to) MOTION for Leave to File Reply to plaintiff's opposition to motion for reconsideration in part and for protective order and request for a hearing by Middlesex County D.A.'s Office.(Johnson, Jay) (Entered: 04/20/2004) |
| 04/20/2004 | **35** | Judge Rya W. Zobel : Memorandum of Decision entered granting **26** Motion to Compel (Urso, Lisa) (Entered: 04/21/2004) |

| | | |
|---|---|---|
| 04/27/2004 | **36** | NOTICE of Hearing on Motion **30** MOTION for Reconsideration: Motion Hearing set for 5/6/2004 02:45 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/27/2004) |
| 04/29/2004 | | Judge Rya W. Zobel : Electronic ORDER entered granting **34** Motion for Leave to File Reply to Plaintiffs Opposition to Motion for Reconsideration in part and for Protective Order. (Johnson, Jay) (Entered: 04/29/2004) |
| 04/29/2004 | **37** | REPLY to Response to Motion re **30** MOTION for Reconsideration filed by Middlesex County D.A.'s Office. (Johnson, Jay) (Entered: 04/29/2004) |
| 05/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Motion Hearing held on 5/6/2004 re **30** MOTION for Reconsideration filed by Middlesex County D.A.'s Office. Counsel to work out the terms for a protective order & file by 5/17/04; (Court Reporter Romanow.) (Urso, Lisa) (Entered: 05/07/2004) |
| 05/11/2004 | **38** | Judge Rya W. Zobel : ORDER entered denying **30** Motion for Reconsideration as to grand jury minutes. (Urso, Lisa) (Entered: 05/11/2004) |
| 05/12/2004 | **39** | MOTION for a court order granting access to and copying of all trial exhibits filed in the Commonwealth V. Eric Sarsfield Middlesex Superior Court, Docket No. 87-66,67 by Dennis Clark, Does John&Jane 1-20, Marlborough, City of, Albert Pitard.(Johnson, Jay) (Entered: 05/13/2004) |
| 05/19/2004 | **40** | Joint MOTION for Order to Granting Defendants Authority to Produce Sexual Assault Reports Involving Karl Siniawski by Marlborough, City of.(Kiernan, John) (Entered: 05/19/2004) |
| 05/19/2004 | **41** | MOTION for Court Order Granting Access to and Copying of All Transcripts of Proceedings Concerning Probable Cause,Pre-Trial Motions and Trial Testimony filed in Commonwealth V. Karl M. Siniaski Middlesex Superior Court, Docket No. 83-1094 by Eric Sarsfield.(Johnson, Jay) Additional attachment(s) added on 7/13/2004 |

|            |     |                                                                                                                                                                                                                                                                                                    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | (Johnson, Jay). (Entered: 05/21/2004)                                                                                                                                                                                                                                                              |
| 05/19/2004 | **42** | MOTION for Order Granting Access to and Copying of all Proceedings Concerning Probable Cause and Trial Testimony filed in Commonwealth V. Thomas Malloy, Middlesex Superior Court Docket No. 82-2052 by Eric Sarsfield.(Johnson, Jay) (Entered: 05/21/2004)                                     |
| 05/26/2004 |     | Judge Rya W. Zobel :Endorsed ORDER entered. I am unable to evaluate the notes submitted for in camera review. Counsel shall either provide an explanation as to why they are confidential or turn them over to the parties.(Urso, Lisa) (Entered: 05/26/2004)                                    |
| 06/15/2004 | **43** | Consent MOTION to Amend **28** Amended Complaint by Eric Sarsfield.(Cornwall, Deborah) (Entered: 06/15/2004)                                                                                                                                                                                        |
| 06/15/2004 | **44** | MEMORANDUM in Support re **43** Consent MOTION to Amend **28** Amended Complaint filed by Eric Sarsfield. (Attachments: # **1**)(Cornwall, Deborah) (Entered: 06/15/2004)                                                                                                                           |
| 06/16/2004 | **45** | MOTION to Compel Answers to 30(b)(6) Questions and Motion for Sanctions by Eric Sarsfield.(Cornwall, Deborah) Modified on 6/17/2004 (Johnson, Jay). (Entered: 06/16/2004)                                                                                                                           |
| 06/16/2004 | **46** | MEMORANDUM in Support re **45** MOTION to Compel *Answers to 30(b)(6) Questions and Sanctions* filed by Eric Sarsfield. (Attachments: # **1** Exhibit 1: Amended Notice of Rule 30(b)(6) Deposition# **2** Exhibit 2: Deposition Excerpts# **3** Exhibit 3: Cornwall Declaration)(Cornwall, Deborah) (Entered: 06/16/2004) |
| 06/17/2004 | **47** | MOTION for Protective Order by Marlborough, City of. (Attachments: # **1** Exhibit Memorandum in Support# **2** Exhibit Exhibits 1-3)(Kiernan, John) (Entered: 06/17/2004)                                                                                                                          |
| 06/18/2004 |     | Judge Rya W. Zobel : endorsed ORDER entered granting **41** Motion for Order, granting **42** Motion for Order without opposition. (Urso, Lisa) (Entered: 06/18/2004)                                                                                                                               |

| | | |
|---|---|---|
| 06/23/2004 | **48** | MEMORANDUM in Opposition re **47** MOTION for Protective Order filed by Eric Sarsfield. (Attachments: # **1** Exhibit 1: Transcript Excerpts# **2** Exhibit 2: Corrected Transcript Excerpts from Previously Filed Motion to Compel)(Cornwall, Deborah) (Entered: 06/23/2004) |
| 06/30/2004 | **49** | Joint MOTION for Extension of Time to 11/15/2004 to Complete Discovery *and to Set New Pretrial Conference and Trial Dates* by Eric Sarsfield.(Cornwall, Deborah) (Entered: 06/30/2004) |
| 07/01/2004 | **50** | First Opposition re **45** MOTION to Compel *Answers to 30(b)(6) Questions and Sanctions* filed by Marlborough, City of. (Kiernan, John) (Entered: 07/01/2004) |
| 07/01/2004 | **51** | Letter/request (non-motion) from Deborah L. Cornwall requesting status on #40 Joint motion for Order to produce Sexual Assault Reports. (Johnson, Jay) (Entered: 07/07/2004) |
| 07/02/2004 | | Judge Rya W. Zobel : endorsed ORDER entered denying **47** Motion for Protective Order. Questions concerning conformity of conduct to rule or practice or questions as to the ultimate fact are proper. (Urso, Lisa) (Entered: 07/02/2004) |
| 07/02/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting **45** Motion to Compel. The questions in issue are proper and counsel should not instruct the witness not to answer except where privege is implicated. (Urso, Lisa) (Entered: 07/02/2004) |
| 07/02/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting **49** Motion for Extension of Time to Complete Discovery. Pretrial conference rescheduled to 12/21/04 at 2:00 p.m. (Urso, Lisa) (Entered: 07/02/2004) |
| 07/15/2004 | | Judge Rya W. Zobel : Electronic ORDER entered granting **39** Motion for court order granting access to and copying of all trial exhibits filed in Commonwealth V. Eric Sarsfield, Middlesex Superior CT Docket #87-66,67 (Johnson, Jay) (Entered: 07/15/2004) |

| | | |
|---|---|---|
| 07/15/2004 | | Judge Rya W. Zobel : Electronic ORDER entered granting **40** Joint Motion for Order Granting Defendants Authority to Produce Sexual Assault Reports Involving Karl Siniawski (Johnson, Jay) (Entered: 07/15/2004) |
| 08/04/2004 | **52** | MOTION to Compel *Prosecution and Crime Lab Files* by Eric Sarsfield.(Cornwall, Deborah) (Entered: 08/04/2004) |
| 08/04/2004 | **53** | MEMORANDUM in Support re **52** MOTION to Compel *Prosecution and Crime Lab Files* filed by Eric Sarsfield. (Attachments: # **1** Exhibit 1: Prosecution file subpoenas# **2** Exhibit 2: Crime lab subpoena# **3** Exhibit 3: Letters of objection to subpoenas# **4** Exhibit 4: Notes from Sarsfield prosecution file# **5** Exhibit 5: Ward Declaration# **6** Exhibit 6: Siniawski declaration)(Cornwall, Deborah) (Entered: 08/04/2004) |
| 08/06/2004 | **54** | PROPOSED STIPULATION re Motion Hearing, *Protective Order governing prosecution file* by Eric Sarsfield. (Cornwall, Deborah) Modified on 8/9/2004 (Johnson, Jay). (Entered: 08/06/2004) |
| 08/09/2004 | **55** | Judge Rya W. Zobel : ORDER entered PROTECTIVE ORDER(Urso, Lisa) (Entered: 08/09/2004) |
| 08/19/2004 | **56** | Opposition re **52** MOTION to Compel *Prosecution and Crime Lab Files* filed by Middlesex County D.A.'s Office. (McLaughlin, Maura) (Entered: 08/19/2004) |
| 08/19/2004 | **57** | Assented to MOTION for Extension of Time to August 19, 2004 to File *Opposition to Motion to Compel* by Middlesex County D.A.'s Office.(McLaughlin, Maura) (Entered: 08/19/2004) |
| 08/19/2004 | **58** | MOTION for Leave to File Excess Pages by Middlesex County D.A.'s Office.(McLaughlin, Maura) (Entered: 08/19/2004) |
| 08/20/2004 | **59** | Joint MOTION for Discovery *of State Police Crime Laboratory File Concerning Eric Sarsfield* by Eric Sarsfield.(Cornwall, Deborah) (Entered: 08/20/2004) |

| | | |
|---|---|---|
| 08/23/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting **59** Motion for Discovery (Urso, Lisa) (Entered: 08/24/2004) |
| 08/24/2004 | | NOTICE of Hearing on Motion **52** MOTION to Compel *Prosecution and Crime Lab Files*: Motion Hearing set for 9/8/2004 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 08/24/2004) |
| 08/25/2004 | **60** | MOTION to Compel *Discovery from Defendant City of Marlborough* by Eric Sarsfield.(Cornwall, Deborah) (Entered: 08/25/2004) |
| 08/25/2004 | **61** | MEMORANDUM in Support re **60** MOTION to Compel *Discovery from Defendant City of Marlborough* filed by Eric Sarsfield. (Attachments: # **1** Exhibit 1: Plaintiff's First Set of RFP's# **2** Exhibit 2: Defendant's Supplemental Response to Plaintiff's First Set of RFP's# **3** Exhibit 3: Cornwall Letter of June 22, 2004# **4** Exhibit 4: Naide Letters of June 7 and August 17, 2004)(Cornwall, Deborah) (Entered: 08/25/2004) |
| 08/30/2004 | **62** | Letter/request (non-motion) from Deborah L. Cornwall requesting phone participation for hearing on 9/8/04 at 9:30 am. (Johnson, Jay) (Entered: 08/31/2004) |
| 09/08/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Conference held on 9/8/2004. Parties to work out issues presented to the Judge. (Court Reporter Romanow.) (Urso, Lisa) (Entered: 09/14/2004) |
| 09/09/2004 | **63** | Joint MOTION for Extension of Time to 04/01/2005 to Complete Discovery *and to Set New Pretrial Conference and Trial Dates* by Eric Sarsfield.(Cornwall, Deborah) (Entered: 09/09/2004) |
| 09/09/2004 | **64** | Assented to Motion to File Opposition to **60** MOTION to Compel *Discovery from Defendant City of Marlborough Five Days Late* by Marlborough, City of. (Kiernan, John) Modified on 9/10/2004 (Johnson, Jay). (Entered: 09/09/2004) |

| | | |
|---|---|---|
| 09/10/2004 | | Notice of correction to docket made by Court staff. Correction: # 64 "stipulation" corrected because: Wrong Event (Johnson, Jay) (Entered: 09/10/2004) |
| 09/14/2004 | **65** | NOTICE of Brief by Eric Sarsfield re **60** MOTION to Compel *Discovery from Defendant City of Marlborough*, **61** Memorandum in Support of Motion, *Withdrawing Motion* (Cornwall, Deborah) Modified on 9/15/2004 (Johnson, Jay). (Entered: 09/14/2004) |
| 10/13/2004 | | Judge Rya W. Zobel : endorsed ORDER entered granting **63** Motion for Extension of Time to Complete Discovery. Pretrial conference rescheduled to 4/26/05 at 2:00 p.m. (Urso, Lisa) (Entered: 10/14/2004) |
| 11/29/2004 | **66** | MOTION to Compel Production of Counseling Records of Toni Gustus from August 2000 to Present by Marlborough, City of.(Johnson, Jay) (Entered: 11/30/2004) |
| 11/29/2004 | **67** | MEMORANDUM in Support re **66** MOTION to Compel filed by Marlborough, City of. (Johnson, Jay) (Entered: 11/30/2004) |
| 12/09/2004 | **68** | NOTICE of Appearance by Paula Finley Mangum on behalf of Toni Gustus (Johnson, Jay) (Entered: 12/13/2004) |
| 12/09/2004 | **69** | MOTION for Protective Order, MOTION to Quash and for Sanctions by Toni Gustus.(Johnson, Jay) (Entered: 12/13/2004) |
| 12/09/2004 | **70** | Opposition re **66** MOTION to Compel Production of Counseling Records of Toni Gustus . (Johnson, Jay) (Entered: 12/13/2004) |
| 12/09/2004 | **71** | MEMORANDUM in Opposition re **66** MOTION to Compel and in Support of her Motion to Quash filed by Toni Gustus. (Attachments: # **1** Exhibit 1# **2** Exhibit 2# **3** Exhibit 3# **4** Exhibit 4# **5** Exhibit 5# **6** Exhibit 6)(Johnson, Jay) (Entered: 12/13/2004) |
| 12/20/2004 | | Judge Rya W. Zobel : Electronic ORDER entered denying **66** Motion |

| | | |
|---|---|---|
| | | to Compel (Johnson, Jay) (Entered: 12/20/2004) |
| 01/06/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting **69** Motion to Quash without opposition. (Urso, Lisa) (Entered: 01/06/2005) |
| 01/13/2005 | | Judge Rya W. Zobel : electronicORDER entered granting **57** Motion for Extension of Time to File, granting **58** Motion for Leave to File Excess Pages (Urso, Lisa) (Entered: 01/13/2005) |
| 01/20/2005 | | Judge Rya W. Zobel : electronicORDER entered granting **43** Motion to Amend, finding as moot **52** Motion to Compel, finding as moot **60** Motion to Compel. Resolved at a hearing on 9/8/04. (Urso, Lisa) (Entered: 01/20/2005) |
| 04/26/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Initial Pretrial Conference held on 4/26/2005. Case stayed; Insurance issue to go forward; Discovery to continue; Status Report due by 6/30/2005 and 8/31/05; Status Conference set for 11/9/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/26/2005) |