UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, <br><br> Plaintiff <br><br> v. <br><br> TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities, <br><br> Defendants | C.A. NO. 04-CV-10521-GAO <br><br><br> JOINT MOTION FOR PROTECTIVE ORDER |

Now come the parties to the above-captioned action and hereby respectfully move for the Court's entry and execution of the enclosed Protective Order, to whose terms the parties have stipulated via the execution of same by their respective counsel.

As grounds therefor, the parties state that the proposed Order shall facilitate exchange of materials during discovery while maintaining the parties' legitimate privacy interests.

FOR THE PLAINTIFF:                                FOR THE DEFENDANTS:


 /s/ Deborah L. Cornwall (by Jeffrey Blake)       /s/ Joseph L. Tehan, Jr.
Deborah L. Cornwall, Esq.                         Joseph L. Tehan, Jr., Esq. (BBO# 494020)
Cochran Neufeld & Scheck LLP                      Kopelman and Paige, P.C.
99 Hudson Street, 8th Floor                       31 St. James Avenue
New York, NY 10013                                Boston, MA 02116
(212) 965-9081                                    (617) 556-0007

Dated: July 6, 2005
255457/AYER/0053