**CERTIFICATE OF SERVICE**

    I certify that on August 24, 2005, true copies of the Exhibits to the foregoing motion were electronically filed and served upon the attorneys of record for each party who are not using CM/ECF by U.S. mail.

Date: August 24, 2005    /s/ Jennifer L. Bills