**CERTIFICATE OF SERVICE**

      I certify that on August 23, 2005, a true copy of the Plaintiff's Motion to Compel State Police to Respond to Subpoena *Duces Tecum* was electronically filed and was served upon the attorneys of record for each party who are not using CM/ECF by U.S. mail.

Date: August 24, 2005     /s/ Jennifer L. Bills