UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, an JOHN DOE AND JANE DOES 1-16, in their individual capacities,<br>　　　　　Defendants. | C.A. No. 04-10521-GAO |

**NOTICE OF APPEARANCE**

　　Please enter the appearance of the undersigned counsel on behalf of the Middlesex County District Attorney's Office.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　 /s/ Jonathan Ofilos
　　　　　　　　　　　　　　　　　Jonathan Ofilos
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Criminal Bureau
　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　(617) 727-2200, ext. 2634
　　　　　　　　　　　　　　　　　BBO #  658091

Dated: August 30, 2005