UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, Plaintiff | ) ) ) ) ) |
| v. | ) ) Civil Action No. |
| TOWN OF AYER, et al., Defendants | ) ) ) ) |

## **MOTION FOR LEAVE TO PRACTICE**

Pursuant to Local Rule 83.5.3(b), plaintiff Betty Anne Waters moves this court to grant leave to practice to attorney Ramzi Kassem, so that he, along with Attorney Howard Friedman, may represent him. As grounds, plaintiff Waters states:

1. Attorney Kassem is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

2. Attorney Kassem has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. He is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. He submits a certificate in support of this motion.

5. Attorney Kassem's application for leave to practice is moved by Attorney Friedman, a member of the bar of this court, who is also filing an appearance.

WHEREFORE, plaintiff Waters moves this court to grant leave to practice to Attorney Ramzi Kassem. The plaintiff submits a proposed order.

**RESPECTFULLY SUBMITTED,**
For the plaintiff,
By his attorney,


/s/ Howard Friedman

Howard Friedman
BBO #180080
Myong Joun
BBO #645099
Jennifer L. Bills
BBO # 652223
**Law Offices of Howard Friedman**
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, et al.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>) |

## CERTIFICATE OF RAMZI KASSEM

I, RAMZI KASSEM, certify as follows:

1.    I am an associate in the law firm Cochran Neufeld & Scheck LLP, 99 Hudson St., 8th Floor, New York, NY 10013.
2.    I represent plaintiff Betty Ann Waters.
3.    I am a member in good standing of the bars of Eastern District of New York, Southern District of New York, and the State of New York.
4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.
5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2005.

Ramzi Kassem

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, Plaintiff )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>TOWN OF AYER, et al., )<br>Defendants )<br>) | Civil Action No. |

**PROPOSED ORDER**

After consideration of the plaintiff's Motion for Leave to Practice, the Court hereby
GRANTS the motion, giving leave to practice in this case to Attorney Ramzi Kassem pursuant to
Local Rule 83.5.3(b).

So ORDERED.


_____
U. S. D. J.

Dated: _____