UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,<br><br>Defendants | CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned counsel hereby certifies that on September 8, 2005, he conferred with plaintiff's counsel and counsel for the Massachusetts State Police via telephone in a good faith effort to resolve or narrow the issues set forth in regard to Plaintiff's Motion to Compel State Police to Respond to Subpoena *Duces Tecum*. As a result, the defendants join plaintiff's Motion to Compel and request equal access to all State Police files responsive to the subpoena.

DEFENDANTS,

By their Attorney

 /s/ Jeffrey T. Blake
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

260547/AYER/0053