UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>    Plaintiff,<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities,<br><br>    Defendants. | Case No. 04 10521 (GAO)<br><br>**CERTIFICATE OF SERVICE** |

  I certify that on September 8, 2005, a true copy of the Plaintiff's Motion to Compel State Police to Respond to Subpoena *Duces Tecum* was served by hand on: **Michael Halpin, Esq.** Massachusetts Dept. of the State Police, Office of the Chief Legal Counsel, 470 Worcester Road, Framingham MA 01702.

              Respectfully submitted,

              /s/ Jennifer L. Bills

              _____
              Jennifer L. Bills. Esq (BBO # 652223)
              Law Offices of Howard Friedman
              90 Canal St., 5th Floor
              Boston, MA 02114-2022
              Tel. (617) 742-4100 / Fax (617) 742-5858

Date: September 8, 2005