UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF AYER et. al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04 10521 (GAO)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FIRM TELEPHONE NUMBER CHANGE**

Deborah L. Cornwall and Ramzi Kassem, as counsel for Plaintiff Betty Anne Waters, give notice that the telephone number for the firm, Cochran Neufeld & Scheck, LLP, has changed. The firm's contact information is now:

Cochran Neufeld & Scheck
99 Hudson St., 8th Floor
New York, NY 10013
Tel. (212) 965-9081
Fax (212) 965-9084

It is respectfully requested that the Clerk enter the new telephone number on the docket.

Dated: December 6, 2005
    New York, NY

Respectfully submitted,

Betty Anne Waters

By:  /s/ Deborah L. Cornwall
Deborah L. Cornwall
Cochran Neufeld & Scheck, LLC
99 Hudson St., 8th Floor
New York, NY 10013

Howard Friedman, Esq.
Law Offices of Howard Friedman
90 Canal St., 5th Floor
Boston, MA 02114-2022

1

## Certificate of Service

I, Micah West, being over eighteen years of age, hereby certify pursuant to the laws of the Commonwealth of Massachusetts that I served the following person by placing a copy of this brief in the United States Postal Service mailbox, this 6th day of December, 2005.

Cathryn Neaves
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108

Joseph L. Tehan, Jr.
Gregg J. Corbo
Kopelman & Paige, PC
31 St. James Avenue, 7th Floor
Boston, MA 02116-4102

                                                          _/s/ Micah West_____
                                                            Micah West