UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETTY ANNE WATERS as Administratrix of the Estate of KENNETH WATERS,<br>Plaintiff,<br><br>vs.<br><br>TOWN OF AYER,<br>NANCY TAYLOR-HARRIS,<br>ARTHUR BOISSEAU,<br>BUDDY DECOT,<br>WILLIAM ADAMSON,<br>JOHN AND JANE DOES 1-16,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-10521-GA0 |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please take notice of the appearance of Robert N. Feldman of the firm Birnbaum & Godkin, LLP, as co-counsel for Plaintiff Betty Anne Waters, as Administratrix of the Estate of Kenneth Waters.

Respectfully submitted,

BETTY ANNE WATERS,
By her attorneys

/s/ Robert N. Feldman
BIRNBAUM & GODKIN, LLP
Robert N. Feldman (BBO # 630734)
280 Summer Street
Boston, MA 02210
Tel: 617-307-6100
Fax: 617-307-6101

Dated: June 22, 2006

## CERTIFICATE OF SERVICE

I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 22, 2006.

/s/ Robert N. Feldman
Robert N. Feldman