UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>             Plaintiff,<br>     v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities,<br><br>             Defendants. | Case No. 04 10521 (GAO)<br><br>**NOTICE OF WITHDRAWAL** |

      Plaintiffs counsel, Howard Friedman and Jennifer L. Bills, of the Law Offices of Howard Friedman, PC, hereby withdraw our appearances as counsel for Plaintiff Betty Ann Waters in the above action. Pursuant to local rule 83.5.2, counsel state that: (1) this withdrawal is preceded by notice of the appearance of successor counsel Robert Noah Feldman, of the firm Birnbaum & Godkin, LLP; moreover, co-counsel Barry Scheck and Debi Cornwall (who initially filed this suit), and Ramzi Kassem, of the firm Cochran Neufeld & Scheck, LLP, will continue representing the Plaintiff; (2) there are no motions currently pending before the Court; (3) no trial date has been set; (4) no hearings or conferences are currently scheduled, and no reports, oral or written, are currently due.

      Wherefore, the below-signed counsel respectfully request that the withdrawal of Howard Friedman and Jennifer L. Bills be recorded on the docket.

RESPECTFULLY SUBMITTED,

| /S/ Howard Friedman | /S/ Jennifer L. Bills |
|---|---|
| Howard Friedman, Esq. (BBO #180080) | Jennifer L. Bills, Esq (BBO # 652223) |
| Law Offices of Howard Friedman, P.C. | Law Offices of Howard Friedman, P.C. |
| 90 Canal St., 5th Floor | 90 Canal St., 5th Floor |
| Boston, MA 02114-2022 | Boston, MA 02114-2022 |
| Tel. (617) 742-4100 / Fax (617) 742-5858 | Tel. (617) 742-4100 / Fax (617) 742-5858 |

Date: June 29, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: June 29, 2006      /s/ Jennifer L. Bills
                         _____