UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 AUG 17  A 8:27

U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, <br> Plaintiff, <br> v. <br><br> TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities, <br><br> Defendants. | Case No. 04 10521 (GAO) <br><br> **LOCAL RULE 7.2** <br> **MOTION TO IMPOUND** <br> **DOCUMENTS** |

Pursuant to Local Rule 7.2, Plaintiff Betty Anne Waters, by counsel, respectfully moves that the enclosed documents, her Motion to Compel the production of documents from the Middlesex County District Attorney's file in the investigation and prosecution of Kenneth Waters for the murder of Katherina Brow, as well as Exhibits B and C thereto, be impounded until further order of the Court. Good cause exists for impounding these exhibits. The motion and correspondence (Exhibit B) quote from documents governed by paragraph 5(a) of the Court's protective order of September 26, 2005 (Docket No. 42), and Exhibit C includes actual documents provisionally produced by the DA's Office under various claims of privilege.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: August 16, 2006<br>New York, NY | BETTY ANNE WATERS<br><br>By: *[signature: Deborah Cornwall]*<br>Barry C. Scheck, Esq. (BS 4612)<br>Deborah L. Cornwall (DC 2186)<br>COCHRAN NEUFELD & SCHECK, LLP<br>99 Hudson St., 8th Floor<br>New York, NY 10013<br>Tel. (212)965-9081 / Fax (212)965-9084<br><br>Robert N. Feldman<br>BIRNBAUM & ASSOCIATES, P.C.<br>268 Summer Street<br>Boston, MA 02210-1108<br>Tel. (617) 307-6130 / Fax (617) 307-6101<br><br>**Attorneys for Plaintiff Betty Anne Waters** |

## PROOF OF SERVICE

I, Micah West, being over eighteen years of age, hereby certify pursuant to the laws of the Commonwealth of Massachusetts that I served the following persons copies of this motion to impound by UPS Next Day Mail, this 16th day of August, 2006.

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02116

Mike Halpin, Esq
Massachusetts Dept. of the State Police,
Office of the Chief Legal Counsel
470 Worcester Road
Framingham, MA 01702

Jonathan M. Ofilos
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

_____
Micah West