UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 AUG 17  A 8: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

BETTY ANNE WATERS, as )
Administratrix of the Estate of )
KENNETH WATERS, )
         Plaintiff, )
v. )
    )  Case No. 04 10521 (GAO) (JGD)
TOWN OF AYER, NANCY TAYLOR- )
HARRIS, in her individual capacity, )
ARTHUR BOISSEAU, in his individual )  **[PROPOSED] ORDER TO**
capacity, BUDDY DECOT, in his )  **IMPOUND DOCUMENTS**
individual capacity, WILLIAM )
ADAMSON, in his individual capacity, )
PHILIP L. CONNORS, in his individual )
capacity, and JOHN DOE and JANE DOES )
1–16, in their individual capacities, )
         Defendants. )

DEIN, M.J.:

    Good cause having been shown, upon the application of Plaintiff Betty Anne Waters, Plaintiff's motion to compel documents from the Middlesex County District Attorney's file in the investigation and prosecution of Kenneth Waters for the murder of Katherina Brow, as well as Exhibits B and C thereto, shall be impounded pursuant to paragraph 5(a) of the protective order entered on September 26, 2005 (Docket No. 42),

1

until further order of this Court.

Dated: August ____, 2006
      Boston, Mass.

                                            Hon. Judith G. Dein
                                            U.S.M.J.

## PROOF OF SERVICE

I, Micah West, being over eighteen years of age, hereby certify pursuant to the laws of the Commonwealth of Massachusetts that I served the following persons copies of this motion to compel by UPS Next Day Mail, this 16th day of August, 2006.

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02116

Mike Halpin, Esq
Massachusetts Dept. of the State Police,
Office of the Chief Legal Counsel
470 Worcester Road
Framingham, MA 01702

Jonathan M. Ofilos
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

_____
Micah West