**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2006 NOV -7  A 10: 43

|  |  |
|---|---|
| BETTY ANNE WATERS, as ) | |
| Administratrix of the Estate of ) | U.S. DISTRICT COURT |
| KENNETH WATERS, ) | DISTRICT OF MASS. |
| Plaintiff, ) | |
| ) | |
| v.          ) | |
| ) | |
| TOWN OF AYER, NANCY TAYLOR- ) | C.A. No. 04-10521-GAO |
| HARRIS, in her individual capacity, ) | |
| ARTHUR BOISSEAU, in his individual ) | |
| capacity, BUDDY DECOT, in his ) | |
| individual capacity, WILLIAM ) | |
| ADAMSON, in his individual capacity, ) | |
| PHILIP L. CONNORS, in his individual ) | |
| capacity, an JOHN DOE AND JANE ) | |
| DOES 1-16, in their individual capacities, ) | |
| Defendants. ) | |
| ) | |

## LOCAL RULE 7.2 MOTION TO IMPOUND DOCUMENTS

Pursuant to Local Rule 7.2, the Middlesex District Attorney's Office, through counsel,

respectfully moves that its Surreply and the documents attached as exhibits thereto, be

impounded until further order of the Court.  As ground therefore, the Middlesex District Attorney

states that good cause exists for impounding the above-described documents because they

reference documents governed by paragraph 5(a) of this Court's September 26, 2005 protective

order.

Respectfully submitted,

MIDDLESEX COUNTY DISTRICT
ATTORNEY'S OFFICE,

By their attorneys,

THOMAS F. REILLY,
ATTORNEY GENERAL

Jonathan M. Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: November 7, 2006

## *CERTIFICATE OF SERVICE*

I hereby certify that a true copy of the above document was served upon the following persons, on November 7, 2006, by depositing said copy in the office depository for collection and delivery by first-class mail, postage pre-paid.

Deborah L. Cornwall, Esq.
Cochran Neufeld & Scheck, LLP
99 Hudson St., 8th Floor
New York, NY 10013

Michael Halpin, Esq.
Massachusetts State Police Legal Dept.
470 Worcester Road
Framingham, MA. 01702

Jeffrey T. Blake, Esq.
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116

Jonathan M. Ofilos
Assistant Attorney General