UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
BETTY ANNE WATERS, as                      )
Administratrix of the Estate of                  )
KENNETH WATERS,                              )
                                                          )    Case No. 04 Civ. 10521 (GAO) (JGD)
                      Plaintiff,                       )
           v.                                            )
                                                          )
                                                          )    **JOINT STIPULATED MOTION TO**
TOWN OF AYER, NANCY TAYLOR-        )    **RESCHEDULE ORAL ARGUMENT**
HARRIS, in her individual capacity, ARTHUR )    **ON PLAINTIFF'S MOTION TO**
BOISSEAU, in his individual capacity,         )    **COMPEL**
BUDDY DECOT, in his individual capacity,   )
WILLIAM ADAMSON, in his individual        )
capacity, PHILIP L. CONNORS, in his          )
individual capacity, and JOHN DOE and JANE )
DOES 1–16, in their individual capacities,     )
                                                          )
                      Defendants.                    )
_____ )

By order of November 7, 2006, Mag. Dein, to whom this matter has been referred, set a

hearing on plaintiff's motion to compel records from non-party Middlesex County District

Attorney's Office for November 29, 2006.  The parties had previously scheduled a deposition of

the trial prosecutor, the Hon. Elizabeth Fahey, on that date.  The deponent is a sitting judge of

the Superior Court and she has cleared her calendar for November 29, 2006 so as to be available

for this deposition.  Plaintiff's New York counsel will be in Boston for depositions from

Tuesday, November 28 through Thursday, November 30.  As such, the parties, along with non-

party/respondent Middlesex County District Attorney's Office, jointly propose that the hearing

be reset to Friday morning, December 1, at 9:00 am or as soon thereafter as the Court's schedule

allows.

Dated: November 13, 2006

Respectfully submitted:

BETTY ANNE WATERS

By: _____ /s/ Deborah L. Cornwall _____
Deborah L. Cornwall, Esq. (DC 2186)
Barry C. Scheck, Esq. (BS 4612)
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Tel. (212) 965-9081 / Fax (212) 965-9084

Robert N. Feldman
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210-1108

**Attorneys for Plaintiff Betty Anne Waters**


_____ /s/ Gregg Corbo _____
Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02116

**Attorneys for defendants**


_____ /s/ Jonathan Ofilos _____
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108

**Attorneys for Middlesex County D.A.'s Office**

**Certificate of Service**

       I, Micah West, being over eighteen years of age, hereby certify pursuant to the laws of the Commonwealth of Massachusetts that I served the following parties by electronically filing this document through the Court's ECF system, and by placing a copy thereof in the United States Postal Service mailbox, this 13th day of November, 2006.

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02116

Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108


                                        _____/s/ Micah West_____
                                          Micah West