UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS as Administratrix of the Estate of KENNETH WATERS,<br>　　　　Plaintiff,<br>vs.<br><br>TOWN OF AYER,<br>NANCY TAYLOR-HARRIS,<br>ARTHUR BOISSEAU,<br>BUDDY DECOT,<br>WILLIAM ADAMSON,<br>JOHN AND JANE DOES 1-16,<br>　　　　Defendants. | CIVIL ACTION<br>NO. 04-10521-GA0 |

### PLAINTIFF'S MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned, a member in good standing of this Court, respectfully prays for the admission *pro hac vice* of attorney Monica R. Shah of Cochran Neufeld & Scheck, LLP, to act as counsel for Plaintiff Betty Anne Waters. Attorney Shah has executed a Certificate in accordance with Local rule 83.5.3, which is submitted herewith. The necessary fee will be submitted under separate cover.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BETTY ANNE WATERS,
　　　　　　　　　　　　　　　　By her attorneys

DATED: November 13, 2006　　　　/s/ Robert N. Feldman
　　　　　　　　　　　　　　　　BIRNBAUM & GODKIN, LLP
　　　　　　　　　　　　　　　　Robert N. Feldman (BBO # 630734)
　　　　　　　　　　　　　　　　280 Summer Street
　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　Tel: 617-307-6100
　　　　　　　　　　　　　　　　Fax: 617-307-6101

## CERTIFICATE OF SERVICE

    I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2006.

                                             /s/ Robert N. Feldman
                                             Robert N. Feldman