UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS as Administratrix of the Estate of KENNETH WATERS, <br> Plaintiff, <br> vs. <br><br> TOWN OF AYER, <br> NANCY TAYLOR-HARRIS, <br> ARTHUR BOISSEAU, <br> BUDDY DECOT, <br> WILLIAM ADAMSON, <br> JOHN AND JANE DOES 1-16, <br><br> Defendants. | CIVIL ACTION <br> NO. 04-10521-GA0 |

**CERTIFICATE OF MONICA R. SHAH
IN SUPPORT OF REQUEST FOR ADMISSION *PRO HAC VICE***

I, Monica R. Shah, in accordance with Local Rule 83.5.3, hereby certify as follows:

1. I am an associate with the firm of Cochran Neufeld & Scheck, LLP, 99 Hudson Street, 8th Floor, New York, NY 10013, attorneys for Plaintiff BETTY ANNE WATERS, in the above captioned matter.

2. I am a member in good standing of the bars of the Eastern District of New York, the Commonwealth of Massachusetts and the State of New York.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I have never been the subject of a professional disciplinary proceeding.

/s/ Monica R. Shah
Monica R. Shah

## CERTIFICATE OF SERVICE

    I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2006.

                                                          /s/ Robert N. Feldman
                                                          Robert N. Feldman