UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS,       )<br>    Plaintiff                  )<br>                                 )<br>V.                                 )<br>                                 )<br>TOWN OF AYER, NANCY TAYLOR-  )<br>HARRIS, ARTHUR BOSSIEAU, BUDDY )<br>DECOT, WILLIAM ADAMSON, and   )<br>JOHN AND JANE DOES 1-16,        )<br>    Defendants                 ) | Case No. 04-10521-GA0 |

_____

NOTICE OF APPEARANCE
_____

      Please enter an appearance for Timothy M. Burke as counsel for Patrick Keane, an interested party in the above-entitled matter.

                                                Respectfully submitted,
                                                On Behalf of Patrick Keane,
                                                By his attorney,

                                                _/s/ Timothy M. Burke_____
                                                Timothy M. Burke, Esquire
                                                BBO #065720
                                                LAW OFFICES OF TIMOTHY M. BURKE
                                                160 Gould Street, Suite 111
                                                Needham, MA  02494
                                                (781) 455-0707

                                         CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date:11/20/2006                                              __/s/ Timothy M. Burke_____