UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, <br><br>　　　　　Plaintiff, <br>　　v. <br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities, <br><br>　　　　　Defendants. | Case No. 04 10521 (GAO) (JGD) <br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER** |

　　　　Pursuant to Rule 16, Plaintiff Betty Anne Waters, and the Town of Ayer Defendants (collectively, "the parties"), by counsel, jointly move that the scheduling order be amended in this action.

　　　　There is good cause for this application, as a significant amount of discovery remains to be conducted despite the parties' diligent efforts.  All of the individual defendants have now been deposed, as have the plaintiff, the trial prosecutor and Rule 30(b)(6) representatives of the Town and the District Attorney's Office.  Several additional depositions have been noticed. However, the parties are still exchanging documentary discovery, negotiating disputes and preparing discovery motions, identifying additional witnesses for depositions, and awaiting the production of materials (and briefing) from the District Attorney's and State Police files from the

post-*nolle* investigation pursuant to Judge Dein's December 1, 2006 oral order compelling the production of documents.

As such, the parties propose the following amended schedule, which adds five months to the existing schedule:

1. Fact discovery to be completed by May 18, 2007;

2. Plaintiff's expert disclosures by July 2, 2007;

3. Defendants' expert disclosures by August 3, 2007;

4. Expert depositions by September 4, 2007;

5. Dispositive motions filed by November 2, 2007;

6. Responses due by December 7, 2007;

7. Replies, if any, due by December 28, 2007.

Finally, in light of Judge Dein's order of December 1, 2006 on the motion to compel as well as this application, the parties move that the status conference set before Judge O'Toole for December 19, 2006, be recalendared.

Dated: December 5, 2006
       New York, NY

PLAINTIFF BETTY ANNE WATERS

By: ____/s/ Deborah L. Cornwall_____
Barry Scheck
Deborah L. Cornwall
Monica Shah
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson St., 8th Floor
New York, NY 10013
Tel. (212) 965-9081
Fax (212) 965-9084

                                        Rob Feldman
                                        Birnbaum & Godkin, LLP
                                        280 Summer Street
                                        Boston, MA 02210-1108

Dated: December 5, 2006             KOPELMAN & PAIGE, P.C.
      New York, NY

                                        By: _____/s/ Jay Tehan_____
                                        Jay Tehan
                                        Jeffrey T. Blake
                                        Gregg Corbo
                                        101 Arch Street
                                        Boston, MA 02110

                                        **Attorneys for Defendants**