# Neurology

*Deborah F. Gelinas, M.D.*



A Member of
Nashoba Valley
Healthcare Group

233 Ayer Road
Harvard, MA 01451
Tel: (978) 784-9830
Fax: (978) 772-2422
www.nashobamed.com

December 27, 2006

I, Deborah F. Gelinas, M.D. hereby depose and state as follows, based upon my personal knowledge:

1. My name is Deborah F. Gelinas, M.D., and I am a Board certified neurologist, with an outpatient practice at the Nashoba Valley Health Group, 233 Ayer Road, Shaker Place, Harvard, MA 01450.

2. William Adamson is a current patient of mine, and has been a patient of mine since August 2, 2006.

3. Mr. Adamson will be 78 years old this January. He has a diagnosis of Parkinson's disease with dementia and hallucinations. His dementia has resulted in deterioration of his previous mental capacity. Due to dementia, Mr. Adamson experiences periods of confusion as well as memory and perceptual problems. Although normally pleasant and agreeable, he has times when he is quite paranoid and aggressive with his long-time caregivers. He is presently taking Aricept* to maximize his memory and an anti-psychotic for paranoid delusions.

4. Dementia associated with Parkinson's disease is somewhat variable, on certain days he may be only moderately confused yet on other days he is severely disoriented and hallucinatory.

5. The medications that Mr. Adamson requires for management of movement disorder of Parkinson's disease, Sinemet* and Azilect*, result in increased confusion with known side effects of depression, suicidal ideation and psychosis.

6. Mr. Adamson's symptoms of dementia typically worsen with fatigue or under unfamiliar or stressful conditions

7. In my opinion, Mr. Adamson is so severely incapacitated by his cognitive problems that he cannot competently testify on his own behalf. As a result of his illnesses, Mr. Adamson cannot be expected to accurately recall events that occurred in the past and may be unable to distinguish between reality and delusions.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF DECEMBER, 2006.

Deborah F. Gelinas, M.D.