UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities, <br><br> Defendants. | Case No. 04 10521 (GAO) (JGD) |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

Pursuant to Local Civil Rule 83.5.2, the undersigned counsel hereby requests leave to withdraw his appearance as counsel of record for the Plaintiff. As grounds for this motion, counsel states that he no longer works at the firm of Cochran Neufeld & Scheck, LLP. Cochran Neufeld & Scheck, LLP continues to represent Betty Anne Waters and appear on Ms. Waters' behalf.

WHEREFORE, leave to withdraw should be allowed

Dated: 01/12/07

Respectfully submitted,

*Ramzi Kassem*

Cochran Neufeld & Scheck LLP
99 Hudson St., 8th Floor
New York, NY 10013
Tel: (212) 965-9081
Fax: (212) 965-9084

TO:

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02110

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing Motion for Leave to Withdraw Appearance of Counsel was served by U.S. Mail, first class postage prepaid, on __01/12/07__ to:

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02110

_____
Micah West

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, Plaintiff, v. TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities, Defendants. | Case No. 04 10521 (GAO) (JGD) **[PROPOSED] ORDER TO WITHDRAW NOTICE OF APPEARANCE** |

Dein, J.:

NOW ON THIS _____ upon motion of Ramzi Kassem, the Court grants leave for him to withdraw as counsel for plaintiff and he is relieved of further responsibility to the Court.

IT IS SO ORDERED.

Dated: _____        _____
Boston, Mass.             Hon. Judith D. Dein
                          U.S. Magistrate Judge

4