UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS as )<br>Administratrix of the Estate of )<br>KENNETH WATERS, )<br>            Plaintiff, )<br>vs. )<br>)<br>TOWN OF AYER, )<br>NANCY TAYLOR-HARRIS, )<br>ARTHUR BOISSEAU, )<br>BUDDY DECOT, )<br>WILLIAM ADAMSON, )<br>JOHN AND JANE DOES 1-16, )<br>)<br>            Defendants. ) | CIVIL ACTION<br>NO. 04-10521-GA0 |

### PLAINTIFF'S NOTICE OF DEPOSITION OF BRUCE R. TAYLOR

TO:

    Joseph L. Tehan, Jr.
    Greg J. Corbo
    Kopelman and Paige, P.C.
    101 Arch Street, 12th Floor
    Boston, MA 02210

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, counsel for Betty Anne Waters will take the deposition upon oral examination of Bruce R. Taylor. The deposition will commence at 10:00 a.m. on January 30, 2007 at the offices of Birnbaum & Godkin, LLP, 280 Summer Street, Boston, MA 02210, before a notary public or other officer authorized by law to administer oaths. We reserve the right to videotape the deposition. The deposition will continue from day to day until completed.

Bruce R. Taylor will be served with a subpoena to appear for deposition.

You are invited to attend and cross-examine.

BETTY ANNE WATERS,

By her attorneys

BIRNBAUM & GODKIN, LLP
Robert N. Feldman (BBO # 630734)
280 Summer Street
Boston, MA 02210
Tel: 617-307-6100
Fax: 617-307-6101

Dated: December 27, 2006

I certify that I served the foregoing document on all counsel of record on 12/27/06 by Mail.

2