**Plaintiff Betty Anne Waters' Depositions Taken and Noticed to Date**

| Deposition | Date |
|---|---|

*Already taken:*

| | |
|---|---|
| 1. Rule 30(b)(6) of Middlesex County District Attorney's Office (Sarsfield) | 8/09/06 |
| 2. Rule 30(b)(6) of Ayer (Boisseau, Connors, Rizzo) | 8/25/06 |
| 3. Defendant Phil Connors | 11/15/06 |
| 4. Defendant Arthur Boisseau | 11/16/06 |
| 5. Defendant Nancy Taylor Harris (halted at Δ's request, completion date TBD) | 11/30/06 |
| 6. Bruce Taylor | 01/30/07 |
| 7. Former Ayer Board of Selectmen Callahan | 01/31/07 |

*Already noticed but rescheduled:*

| | |
|---|---|
| 8. Former Assistant District Attorney, Hon. Lynn Rooney | 2/27/07 |
| 9. Former Assistant District Attorney Sheila Caulkins | 3/7/07 |
| 10. Former Ayer Police Officer Dennis MacDonald | 3/15/07 |
| 11. Rule 30(b)(6) deposition of Mass. State Police (regarding fingerprints) | TBD |