| | KOPELMAN AND PAIGE, P. C. | |
|---|---|---|
| LEONARD KOPELMAN | | KATHLEEN M. O'DONNELL |
| DONALD G. PAIGE | ATTORNEYS AT LAW | PATRICIA A. CANTOR |
| ELIZABETH A. LANE | | THOMAS P. LANE, JR. |
| JOYCE FRANK | 101 ARCH STREET | MARY L. GIORGIO |
| JOHN W. GIORGIO | | THOMAS W. MCENANEY |
| JOEL B. BARD | BOSTON, MA 02110-1109 | KATHARINE I. DOYLE |
| JOSEPH L. TEHAN, JR. | | JEFFREY A. HONIG |
| THERESA M. DOWDY | (617) 556-0007 | GREGG J. CORBO |
| DEBORAH A. ELIASON | FAX (617) 654-1735 | RICHARD T. HOLLAND |
| RICHARD BOWEN | | ELIZABETH R. CORBO |
| DAVID J. DONESKI | LENOX OFFICE | KATHARINE LORD KLEIN |
| JUDITH C. CUTLER | (413) 637-4300 | MARIA C. ROTA |
| KATHLEEN E. CONNOLLY | | VICKI S. MARSH |
| DAVID C. JENKINS | NORTHAMPTON OFFICE | JOHN J. GOLDROSEN |
| MARK R. REICH | (413) 585-8632 | SHIRIN EVERETT |
| BRIAN W. RILEY | | JONATHAN D. EICHMAN |
| DARREN R. KLEIN | WORCESTER OFFICE | JOSEPH S. FAIR |
| JONATHAN M. SILVERSTEIN | (508) 752-0203 | LAURA H. PAWLE |
| ANNE-MARIE M. HYLAND | | CAROLYN M. MURRAY |
| GEORGE X. PUCCI | | JACKIE COWIN |
| WILLIAM HEWIG III | | JEFFREY T. BLAKE |
| JEANNE S. McKNIGHT | | BRIAN M. MASER |
| LAUREN F. GOLDBERG | | BRIAN J. WINNER |
| MICHELE E. RANDAZZO | | ROBERT H. McKERTICH |
| ILANA M. QUIRK | | ANNE C. ROSENBERG |
| | | KATHERINE D. LAUGHMAN |
| JANET HETHERWICK PUMPHREY | | JEFFERY D. UGINO |
| DIRECTOR WESTERN OFFICE | | MATTHEW R. KIROUAC |
| | | MICHAEL B. CABRAL |

February 14, 2007

BY FACSIMILE (212) 965-9084
AND FIRST CLASS MAIL

Monica R. Shah, Esq.
Cochran Neufeld & Scheck LLP
99 Hudson St., 8th Floor
New York, NY 10013

Re: Betty Anne Waters, etc., v. Town of Ayer, et als.
C.A. No. 04-CV-10521-GAO

Dear Ms. Shah:

Pursuant to our conversation on February 11, 2007, and your voicemail regarding same, I am writing in regards to an extension of time necessary for the Defendant Town of Ayer to respond to Plaintiff's Amended Second Set of Requests for Production of Documents and Things to Defendant Town of Ayer in the above-referenced case. As I stated in our phone conversation, we are diligently working on your request and will respond as soon as is practicable.

Very truly yours,

Janelle M. Austin

JMA/eon
cc: Board of Selectmen
    Police Chief
    Robert N. Feldman, Esq.
306746/AYER/0053