UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS,<br>    Plaintiff | )<br>)<br>) |
| V. | )  Case No. 04-10521-GA0<br>) |
| TOWN OF AYER, NANCY TAYLOR-<br>HARRIS, ARTHUR BOSSIEAU, BUDDY<br>DECOT, WILLIAM ADAMSON, and<br>JOHN AND JANE DOES 1-16,<br>    Defendants | )<br>)<br>)<br>)<br>) |

___

### NOTICE OF APPEARANCE
___

Please enter an appearance for Kathryn E. McIntyre as counsel for Patrick Keane, an interested party in the above-entitled matter.

                Respectfully submitted,
                On Behalf of Patrick Keane,
                By his attorney,

                __/s/ Kathryn E. McIntyre__
                Kathryn E. McIntyre, BBO #654827
                LAW OFFICES OF TIMOTHY M. BURKE
                160 Gould Street, Suite 111
                Needham, MA  02494
                (781) 455-0707

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date:   3/15/07                                   /s/Kathryn E. McIntyre