UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS as Administratrix of the Estate of KENNETH WATERS,<br>    Plaintiff,<br>vs.<br><br>TOWN OF AYER,<br>NANCY TAYLOR-HARRIS,<br>ARTHUR BOISSEAU,<br>BUDDY DECOT,<br>WILLIAM ADAMSON,<br>JOHN AND JANE DOES 1-16,<br>    Defendants. | CIVIL ACTION<br>NO. 04-10521-GA0 |

**PLAINTIFF BETTY ANNE WATERS'S NOTICE
OF WITHDRAWAL OF KEEPER OF RECORDS SUBPOENA**

  Plaintiff Betty Anne Waters, by counsel, respectfully submits this notice of withdrawal of Keeper of Records Subpoena served on the Massachusetts State Retirement Board on February 23, 2007.

              Respectfully submitted,

              BETTY ANNE WATERS,
              By her attorneys


              /s/ Robert N. Feldman
              BIRNBAUM & GODKIN, LLP
              Robert N. Feldman (BBO # 630734)
              280 Summer Street
              Boston, MA  02210
              Tel: 617-307-6100
              Fax: 617-307-6101

>Barry C. Scheck, Esq.
>Deborah L. Cornwall, Esq.
>Monica Shah, Esq.
>Cochran Neufeld & Scheck, LLP
>99 Hudson St., 8th Floor
>New York, NY 10013
>(212) 965-9081

Dated: March 21, 2007

## CERTIFICATE OF SERVICE

    I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 21, 2007.

>/s/ Robert N. Feldman
>Robert N. Feldman

2