# EXHIBIT K

will be made at this Tuesday's selectmen's meeting. A large number of people have submitted applications.

The committee, as stipulated in the Hazardous Waste Siting Law, consists of the town's chief executive (Emmett), chairmen or representatives of the planning board, health board, conservation commission and fire chief, four appointed citizens (three of whom must live near the proposed site) and four other citizens appointed by only the selectmen.

Formation of the committee is premature because the first phase of the siting process hasn't been settled yet but extreme citizen concern has brought up other issues involving later phases.

At the same time IT Corporation (the developer) has speeded up site selection by listing Westford among the new top three sites for the plant.

Emmett said since a Site Safety Council decision as to final siting is expected December 1, the committee "could determine if there are any adverse socio-economic effects.

"Although the statute doesn't talk much about that function, it could be incorporated," Emmett said.

"We should have people who combine this attitude on the issues as well as those who represent the community," he added.

"I might also add that the committee meetings would be open to the public and it would call on people with particular talent to help it," Emmett said.

Selectmen came out strong against the IT proposal last week, including "the pursuit of any legal, rational means" of resistance including asking town meeting permission to establish a legal fund on October 15 as well as urging establishment of a town-wide referendum.

The stance is in-line with that of a resident coalition which ram-rodded 10 petition articles onto the special town meeting agenda. One of them seeks use of $75,000 (more or less) from free cash for the same purpose.

At its last meeting where 60 residents started establishing an attack strategy against the plant, more than $1,000 was raised in a matter of minutes, according to Kenneth Kelley, AWARE president and one of the coalition members.

Emmett said selectmen have been recommended to three Boston law firms with a reputation for "being tough."

Selectmen have also created a two-member subcommittee (Ronald Johnson and John Flavell) to act as a liaison with coalition members as another means of arriving at the best solution for the town.

Even up to last week's meeting at which they took their position against the plant, selectmen had been accused of waffling and indecisiveness on the matter.

Residents had reached the point that in another of the special town meeting warrant articles, the process for a recall election of any officials which didn't bend toward the public's view is set up.

After selectmen officially opposed the plan, some residents tendered apologies for considering selectmen as another enemy. For his group, Kelley thanked the board and asked to sit down with selectmen prior to town meeting.

"Their probably were a few people still on the fence but after your vote, they probably will challenge the proposal," he noted.

Johnson, who like other selectmen has received numerous phone calls, said "there was a lot of pressure on you, to tell your selectmen your opinion.

"You were courteous," Johnson said, "and we appreciate you sticking with us."

## Ayer police force 'a divided camp'

BY PATRICIA MONTMINY
Sun Staff

### Analysis

AYER — When some of the Ayer Police Department's "dirty laundry" was aired this week during the trial of an ex-police officer charged with morals offenses, it became obvious from testimony that a morals problem exists in the department.

A jury of three men and three women who acquitted Ernest Downing, 59, a 27-year-veteran of the Ayer Police Department of two counts of unnatural acts and two counts of inducing the delinquency of minors, heard some startling revelations.

Their was testimony alleging that charges against Downing were contrived, of drug use by police officers, police brutality, and attempts to force officers out of the department.

In addition to what was revealed at Downing's trial before Judge James W. Killam III at Lowell District Court, two other matters plague the department.

The most important being the current investigation into $25,000 worth of vandalism at the Ties Construction Company, off Spectacle Pond Road, in which four police officers are the targets of the probe; and an internal investigation into the entry of a police officer's private locker, the theft of his flashlight and damage to his police jacket.

Officers who wanted to remain anonymous for fear of retribution recently told The Sun that morale in the department is the "lowest ever."

Confirming court testimony, the officers agreed that the Ayer Police Department is a "divided camp," and claim officers are not treated equally.

One officer said he won't even talk to other officers within the confines of the police station or cruisers.

"I'm afraid the place is bugged. It was a standing joke for a long time at Ayer District Court that the place was bugged; and look what happened there. The joke was fact," the officer said.

The three members of the board of selectmen are unaware of a morale problem.

Selectmen Chairman Thomas Casey said, "If there is in fact a problem we'll look into it. That is information I'm hearing for the first time."

Like Casey, Selectmen Murray Clark and Francis Callahan were surprised and offered no comment.

Nevertheless, the Downing case and the Ties investigation brought to light the various factions within the department.

That investigation is continuing, however, spokeswoman Nina Bellotti says "the canons of ethics will not allow us to discuss the case."

Westford, below; Draw farm workers Bob Prestidge and Peter Janotti set out for work in the fields.