# EXHIBIT M

# Ayer investigator charge[d]

AYER — The problems surrounding the Ayer Police Department became more involved this weekend and were heightened by a charge from Ayer Patrolman Stanley Randall, who was charged with disciplinary actions last Wednesday night, that efforts are being made to discredit his credibility.

He says that if this is done, it would harm, if not totally remove him, as a witness in any future Ties Corporation court action. If that is true, it could mean the possible disruption, if not elimination, of any court action on the Ties case.

Randall was to face seven charges of violations of rules and regulations of the Ayer Police Department at a hearing in the Town Hall on Tuesday night.

The second major revelation made by Randall in a press conference Saturday was that he alleges he obtained an admission from Ayer Patrolman Edward Gintner on May 20, 1981 that he had driven Sgt. James Lenney and former patrolman William Adamson, Jr., and patrolman Dominic Pugh to an area near Ties Corporation and picked them up later on the night $20,000 in damages were done at Ties.

Gintner also said that the damage was done because the detail was cancelled, said Randall.

Randall also charged that Police Chief William Adamson Sr., has known about who was involved in the Ties situation since before the attorney general's investigation started.

He also challenged the selectmen, the police chief and the four officers to take a polygraph test about Ties, presumably to ascertain what they know, when they first knew about it and who was involved.

other police officers. I then approached Gintner on the topic of Ties. I (Randall) told Gintner that the word was out about Ties, and people in the general public knew of the police officer involvement in Ties. Gintner told me he knew word was out and he didn't care anymore. Randall said he appeared very nervous at this time."

Randall continued, "I asked him how he had allowed himself to get involved

## Press conference

AYER — At a press conference in the office of Attorney Robert Casey at 9 Main st. on Saturday morning, Oct. 10, at 11:30 a.m., Ayer Patrolman Stanley Randall said that the objective of charges brought by Police Chief William Adamson appeared to be to his credibility as a police officer.

Although Randall's statement referred to a break and vandalism at the Ties Construction Co. off Westford rd. in Ayer on the weekend of Feb. 25, 1980, he indicated that he felt the basis of the complaints were that he was the investigating officer for the Ayer Police Department at the time of that break, and his appearance as a witness for the defense at the retrial of a former Ayer Police Officer a week or so ago in Lowell district court, where he made statements under oath, were to discredit him in the charges to be aired at a hearing scheduled by selectmen on Tuesday, Oct. 13, at 8:30 p.m. in their town hall office.

Randall's statement, after remarks from Atty. Casey, related that Randall has known what's been going on for a long time as far as the source of the Ties Construction break was concerned, along with the state attorney general's office, and he'd been quiet until now as he didn't want to compromise the situation.

He said, "I am involved as the investigating officer for the Ayer Police Department and am involved now in the Ties case.

Following conversations with officers of the Ayer Police Department and the Attorney General's office with whom I'm cooperating, I relate one statement, not an allegation, but what I term a confession."

Randall stated, "that on May 20, 1981, about 3 a.m. in the Ayer Police Station, in my presence, Officer Edward Gintner working the 12 midnight to 8 a.m. shift with myself and Sergeant James Lenney, came into the station alone. I was on desk duty and asked him where Sergeant Lenney was. Gintner informed me he was home eating. As a result of previous conversations with



AYER — Ayer Patrolman Stanley Randall held a press conference Saturday and related details of various matters in the Ties/Construction Co. break some 18 months ago. Randall said that Ayer Police Officer Edward Gintner had told him on May 20, at 3:30 a.m. in the Ayer Police Station of the involvement of four Ayer police officers in the vandalism on the weekend of Feb. 25, 1980.

in this incident? Gintner's reply was that 'I don't know why I did it, and I wish I didn't though.'" Randall said he then informed Gintner of a conversation with Ayer Police Officer Leon Smith, and Gintner informed me this was correct. (Randall said this conversation with Smith was prior to his talk with Gintner.)

The Public S[pirit]

# ges e' forts to silence him

Randall then stated that "Gintner told me he drove Adamson, Lenney and Pugh in a police cruiser and dropped them off in the area of Leahy Trucking Co. (which abutts the Ties Construction site), and picked them up later." Randall said that Gintner told him that when they (the officers) were getting into the cruiser, Adamson (chief's son) told me 'If I opened my f----- mouth, or said anything, he'd kill me.' When Gintner said this, Randall related, "he put his hand on my chest to show the threatening manner in which it was said."

Randall said he then asked Gintner why they did the damage. Randall said Gintner told me because of the easy detail and it was cancelled. Randall related that Gintner told him that out of the three (cops), "only one really scared him, and that one was Billy Adamson." Randall then said he told Gintner what he felt these guys were capable of doing, and expressed to Gintner he didn't doubt the capability of carrying out the threat. Randall said, "I told Gintner, you've got problems." Randall continued that he told Gintner to make up his mind what you are going to do as the word is out. "If you want to talk to someone talk to the Attorney General's office, not the local police, the state police or the district attorney's office," Randall said.

Attorney Casey added here that "he really believes this (charges is an attempt to silence Stanley Randall on his knowledge of the Ties situation."

Randall then commented, "that based on everything that has happened, conversations with police officers, the attorney general's office, and based on blotter entries, records and the police chief's actions, I think that Chief Adamson has known since before the attorney general's office investigation started, knew who was involved, and I'm going down the tubes because blood is thicker than water, and the chief's son is involved."

Randall said that several days after he had talked to the attorney general's

Continued on Page 12



## Charges by police chief

AYER — A hearing was scheduled for Tuesday night, Oct. 13, at 8:30 p.m. in town hall by the Board of Selectmen on the request of Police Chief William L. Adamson, Sr., citing several allegations against Patrolman Stanley D. Randall.

In a letter addressed to Randall last week the contents said:

"This will serve as the formal written notice that the Board of Selectmen, Town of Ayer, as the appointing authority, have scheduled a hearing in executive session on Tuesday, Oct. 12, at 8:30 p.m. in their office at the Ayer town hall. This hearing is to hear evidence of charges listed below that you have violated the Rules and Regulations of the Ayer Police Department. According to the rules and regulations they may consider the disciplinary actions as outlined in the accompanying zerox copies. (The zerox copies were three pages of departmental rules and regulations).

"This action is to be considered for the following reasons:

"A. By a complaint sworn to at the Third District Court of Eastern Middlesex on Oct. 7, 1980, you were charged with the criminal complaint of Assault and Battery;

"B. On Sept. 24, 1981, in the company of Patrolman Walter Decot and Patrolman Kenneth Kidder, you entered the Park Street Diner and addressed remarks to a Mrs. Pamela Gilman, the author of a letter recently published locally entitled "Don't Believe It". At this time you state that she would eat the words she had written, that all four officers were guilty as alleged. That several times you made the remark that "Aye Police do it with a sledgehammer" and that you would like a bumper sticker stating this slogan;

"C. That some apples had been brought to the Diner by Mr. Edward Pugh and you stated that the apples were probably stolen and taken from the tree with a sledgehammer and qualified this by saying, "like father, like son."

"D. That on another occasion while responding to a call of a woman down in a stall of the women's restroom at the

Continued on Page 12

## Downing urges public to demand an open meeting

In my trial at Lowell last week, evidence was presented showing that the charges against me were concocted by certain Ayer Police officers. The jury has spoken in this case and I have been exonerated.

My family and I have been through an ordeal awaiting the outcome of this trial. Now that it is over my family and I wish to resume a normal life.

My trial, however, raised other issues. Ayer police officers testified that a certain group of officers has engaged in serious misconduct, including beating prisoners.

My concern is that there will be reprisals against the officers who were courageous enough to expose this misconduct.

I am a lifelong resident of Ayer and I served on the Ayer Police Department for 27 years. I am deeply interested in the well-being of our community. Therefore, it troubles me to see what is going on in the police department.

The selectmen and the chief of police have acted surprised by the recent information about police misconduct and divisiveness in the force. The truth is that the misconduct of a group of officers has been common knowledge among the police department and the citizens of Ayer for a long time. Moreover, police officers and citizens have knowledge of specific incidents of misconduct by these officers. I am puzzled by the way the selectmen have handled this situation. Instead of having closed door sessions with the chief, shouldn't open meetings be held?

I urge the citizens of Ayer to demand an open meeting on this matter in which all the officers on the police force and the citizens of Ayer will be given an opportunity to be heard.

Ernest L. Downing, Jr.
Ayer