**EXHIBIT N**



000474