**EXHIBIT O**

10/25/81

BOSTON GLOBE
10-29-81

## Ayer patrolman accused of rape, his attorney charges a 'frameup'

By Kevin B. Blackistone
Globe Correspondent

Boston Globe — Thurs. Oct/29/81

An Ayer patrolman cleared two weeks ago of charges that he violated Police Department regulations has now been charged with the rape of a 23-year-old Ayer woman.

Patrolman Stanley Randall, 33, was arraigned yesterday in Concord District Court on charges of rape, assault and battery and threatening the woman, Randall's former woman friend.

The woman charges that Randall raped, assaulted and threatened her on Aug. 31 in the parking lot at the Rusty Scupper restaurant in Acton.

Randall was released on his own recognizance. No hearing date was set yesterday.

Frank Opie, one of two lawyers who represented Randall two weeks ago before the town selectmen on the regulations violation charges brought by the police chief, said in a telephone interview that the current charges are "about as obvious a frameup as I've ever seen in my life."

According to Opie, the alleged victim informed Ayer Police Chief William Adamson Sr., whose charges against Randall two weeks ago were dismissed because of lack of evidence, of the alleged rape. Opie said Adamson then drove the woman to Acton, where she filed the charges against Randall.

Neither Chief Adamson nor the alleged victim could be reached for comment yesterday.

Randall was the investigating officer into a breaking and entering at the Ties Construction Co. in Ayer last February in which damage from vandalism was estimated at $25,000. Based upon Randall's investigation, the state attorney general is investigating whether four Ayer patrolmen were responsible for the breakin and vandalism.

The investigation and other related incidents have left the Ayer Police Department badly divided, according to informed observers. It could not be determined last night whether Randall had been disciplined as the result of the rape and assault charges.