**EXHIBIT P**

## Police Department
ACTON, MASSACHUSETTS 01720

## ARREST REPORT

IMPORTANT! Booking Officer will see to it that each question is carried out in full.

Name: STANLEY + RANDALL
Address: CENTRAL AVE + COLUMBIA  AYER  MASS
         Street          Town          State

Date of Birth: 8-27-48      Place of Birth: 

Alias:     Father's name:     Mother's name: 

Height:   Weight:   Eyes:   Hair:   Sex:   Color:   Compl:

Occupation:    Works for:    Married-Single

Date: 1-24    19__   9:00 A.P.M.   (On Warrant) without Warrant, by Summons, Capias

Bruises, cuts or other injuries found:

Property taken from prisoner: $     and

Offenses:
- RAPE - 265-22
- THREATNING 275-2
- A+B - 265-13G -

Searched by officer:
Arrested by officer:

Summoned by Officer:

Matron:    Called in at:    A.P.M.

Bailed in $   Surety   Date   Time

Bail Commissioner:

Defendant's Attorney: CAREY

Date of trial in District Court:

Plea of: N.G.    Case continued to: 11+21 motions -

Disposition by District Court: CHARGES DISMISSED - REQUEST OF COMPLAINANT    and appealed

Superior Court Disposition:

Arrested for and delivered to Officer:    of the    Police Dept.

Released from the Station by Officer:    to

All witnesses in case:

Operators License #:    Date of Issue:

Registration #:   State:   Date of Issue:   Make & Type:

Registered Owner:    Address:

Remarks:

Booked by:            Officer in charge

000493