

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>             Plaintiff<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,<br><br>             Defendants | DEPOSITION SUBPOENA |

TO:    Roseanna Perry A/K/A Rose Anna Perry A/K/A Roseanna C. Peterson A/K/A Rosie A. Perry
         15 Fairfield Avenue, No. 1
         Providence, RI 02909

     YOU ARE HEREBY COMMANDED in the name of the United States District Court for the District of Massachusetts, in accordance with Fed. R. Civ. P. 45 to appear and testify before a Notary Public in and for the Commonwealth of Massachusetts, or some other officer authorized by law to administer oaths, at the offices of **Kopelman and Paige, P.C.**, 101 Arch Street, Boston, Massachusetts, commencing at **10:00 A.M., Friday, May 4, 2007**, and to testify as to your knowledge, at the taking of a deposition in the above case.

     Dated on the 21st day of March, 2007.

                                     DEFENDANTS
                                     By their attorneys,

                                     _____
                                     Joseph L. Tehan, Jr. (BBO# 494020)
                                     Gregg J. Corbo (BBO# 641459)
                                     Kopelman and Paige, P.C.
                                       Town Counsel
                                     101 Arch Street
                                     12th Floor
                                     Boston, MA 02110-1109
                                     (617) 556-0007

310173/AYER-WATERS/0053

MARCH 22, 2007

# RETURN OF SERVICE

*I this day summoned the within named* ROSEANNA PERRY A/K/A
ROSE ANNA PERRY A/K/A ROSEANNA C. PETERSON A/K/A ROSIE A. PERRY

*to appear as within directed by delivering to*   (2) ATTEMPTS. COPY LEFT TAPED TO DOOR, SECOND COPY MAILED.

     *in hand*
**X**   *leaving at last and usual place of abode, to wit:*

*No.*    15 FAIRFIELD AVENUE, NO. 1
*in the* PROVIDENCE    *District of said* RHODE ISLAND   *County an attested copy of the subpoena together with* $    *fees for attendance and travel*

Service and travel    28

Paid Witness

*it being necessary I actually used a motor vehicle in the distance of* 50 *miles in the service of this process*

*Charles C. Balboni*
Process Server