EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BETTY ANNE WATERS, As
Administratrix of the Estate
of KENNETH WATERS,
       Plaintiff

CIVIL ACTION
NO. 04-CV-10521-GAO

VS

TOWN OF AYER, NANCY
TAYLOR-HARRIS, In Her
Individual Capacity, ARTHUR
BOISSEAU, In His Individual
Capacity, BUDDY DECOT, In His
Individual Capacity, WILLIAM
ADAMSON, In His Individual
Capacity, PHILIP L. CONNORS,
In His Individual Capacity,
AND JOHN DOE AND JANE DOES
1-16, In Their Individual
Capacities,
       Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORTER'S TRANSCRIPT OF PROCEEDINGS RE
SCHEDULED DEPOSITION OF ROSEANNA BAGGESEN A/K/A ROSEANNA
PERRY A/K/A ROSEANNA C. PETERSON A/K/A ROSIE A. PERRY

BE IT REMEMBERED that, pursuant to Notice of Taking Deposition, and on Friday, May 4, 2007, commencing at the hour of 11:07 a.m., thereof, at the offices of Kopelman and Paige, 101 Arch Street, Boston, Massachusetts, before me, Kathleen M. Benoit, Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, the following proceedings were had.

APPEARANCES:

JOSEPH L. TEHAN, JR., ESQ., Kopelman and Paige, P.C., 101 Arch Street, 12th Floor, Boston, MA 02110, For the plaintiff

*Leavitt Reporting, Inc.*

1207 Commercial Street, Rear
Weymouth, MA 02189

Tel. 781-335-6791
Fax: 781-335-7911
leavittreporting@verizon.net

Hearings ◆ Conferences ◆ Legal Proceedings

2

```
                              INDEX
 1   WITNESS           DIRECT CROSS REDIRECT RECROSS
 2
                             EXHIBITS
 3   No.  Description                              Page

 4   1    Subpoena 3/21/07 and Return of
          Service                                   3
 5
     2    Subpoena 4/5/07 and Return of
 6        Service                                   3

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

3

1        **P R O C E E D I N G S**

2                (Exhibit Nos. 1 and 2 marked.)

3            MR. TEHAN: For the record, my name is Joseph
4   Tehan. I represent all the defendants in this case. I am
5   here for the deposition of Roseanna Perry who is also known
6   as Rose Anna Perry, two different, a different first and
7   middle name rather than joined as in the first instance,
8   who is also known as Roseanna C. Peterson and as Rosie A.
9   Perry. Finally, I believe she also has an alias of
10  Roseanna C. Baggesen B A G G E S E N.

11              In order to subpoena Mrs. Baggesen or
12  Miss Baggesen/Perry, to the deposition, we first effected
13  service on her on March 22, 2007, at the address of 15
14  Fairfield Avenue, No. 1, in Providence, Rhode Island. That
15  service was effected by leaving a copy of the deposition
16  subpoena taped to her door and mailing to her a second copy
17  at that address, and, again, that service was effected on
18  March 22, 2007. The record of that subpoena and return of
19  service have been marked in this deposition as Exhibit 1.

20              Thereafter, on April 6, 2007, we
21  attempted to effect service once again on our deponent, in
22  this instance at 31 1/2 Bloomfield Street in Pawtucket,
23  Rhode Island. In this instance, the return of service,

4

1  which is appended to the subpoena and marked as Exhibit 2,
2  reflects that two attempts at service were made. One was a
3  mailing of the subpoena at the address which I have given,
4  and the second was, again, leaving a copy of the subpoena
5  taped to the door. In this instance, the return of service
6  on April 6, 2007, notes that the address was confirmed by
7  name on mailbox.
8        The deposition of Ms. Perry was to have
9  proceeded at 10 o'clock this morning. It is now 11:07 by
10 my watch and she has failed to appear and has failed to
11 contact this office in response to the subpoenas. Pursuant
12 to a prior agreement, plaintiff's counsel has remained at
13 his office pending Miss Perry's arrival. He has agreed
14 that since she has not appeared by this time that he
15 authorizes my making the statement which I am now making
16 and that together we will discuss bringing the matter
17 before the court in an attempt to compel her attendance.
18       (Whereupon the proceedings adjourned at 11:07
19 a.m.)
20
21
22
23