UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BETTY ANNE WATERS as Administratrix of the Estate of KENNETH WATERS, | ) ) ) ) |  |
| Plaintiff, | ) |  |
| vs. | ) ) |  |
| TOWN OF AYER, NANCY TAYLOR-HARRIS, ARTHUR BOISSEAU, BUDDY DECOT, WILLIAM ADAMSON, JOHN AND JANE DOES 1-16, | ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-10521-GAO |
| Defendants. | ) ) |  |

## PLAINTIFF'S EMERGENCY MOTION FOR A PROTECTIVE ORDER

Plaintiff Betty Anne Waters ("Waters") respectfully submits this Emergency Motion for a Protective Order pursuant to Federal Rules of Civil Procedure 26 (c) in relation to Defendants' May 9, 2007 Renotice of Deposition of Betty Anne Waters on May 16, 2007. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law.

WHEREFORE, for the reasons set forth in Plaintiff's Memorandum of Law, this Court should enter an Order prohibiting the defendants from taking a second deposition of Ms. Waters.

<br>

Respectfully submitted,

BETTY ANNE WATERS,
By her attorneys


/s/ Robert N. Feldman
BIRNBAUM & GODKIN, LLP
Robert N. Feldman (BBO # 630734)
280 Summer Street
Boston, MA  02210
Tel: 617-307-6100
Fax: 617-307-6101

Barry C. Scheck, Esq.
Deborah L. Cornwall, Esq.
Monica Shah, Esq.
Cochran Neufeld & Scheck, LLP
99 Hudson St., 8th Floor
New York, NY 10013
(212) 965-9081


## L.R. 37 CERTIFICATE

I hereby certify that the provisions of L.R. 37 have been complied with.

May 14, 2007                               /s/ Robert N. Feldman
                                                    Robert N. Feldman


## CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I certify that the parties have conferred in good faith in an attempt to resolve or narrow the issues presented by this motion but no agreement was reached.

May 14, 2007                               /s/ Robert N. Feldman
                                                    Robert N. Feldman

**CERTIFICATE OF SERVICE**

      I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 14, 2007.

                                        /s/ Robert N. Feldman
                                        Robert N. Feldman