UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>Plaintiff,<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities,<br><br>Defendants. | Case No. 04 Civ. 10521 (GAO)<br><br>**PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES** |

Comes Now Plaintiff and offers supplemental responses to the following interrogatories from Defendants' First Set of Interrogatories. By further responding to these requests for production, Plaintiff does not waive any privileges or objections.

10. Please set forth the date of decedent's death, the circumstances surrounding his death and the cause of his death, as reflected in his death certificate, attaching a copy of same to your Answers to Interrogatories.

SUPPLEMENTAL RESPONSE: See Kenneth Waters' death certificate, attached as exhibit.

1

Respectfully submitted,

Dated: May 4, 2007

*[signature]*

Barry C. Scheck, Esq. (BS 4612)
Deborah L. Cornwall, Esq. (DC 2186)
Monica R. Shah, Esq. (MS 9846)
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Tel. (212) 965-9081 / Fax (212) 965-9084

Robert N. Feldman
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210-1108
Tel. (617) 307-6130 / Fax (617) 307-6101

**Attorneys for Plaintiff Betty Anne Waters**

## PROOF OF SERVICE

I, Monica R. Shah, being over eighteen years of age, hereby certify pursuant to the laws of the Commonwealth of Massachusetts that I served the foregoing on the following persons by electronic mail and by U.S. Mail, this 4th day of May, 2007.

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02110

_____
Monica R. Shah

# CERTIFICATION OF VITAL RECORD

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

### RHODE ISLAND DEPARTMENT OF HEALTH
### MEDICAL EXAMINER CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| Deceased - First Name | Kenneth |
| Middle | William |
| Last | Waters |
| Sex | Male |
| Date of Death | Sep(?) 2001 |
| Hospital or Other Institution | Rhode Island Hospital |
| City, Town, or Location of Death | Providence |
| Age | 48 |
| Date of Birth | Aug 10, 1952 |
| Birthplace | Groton, Massachusetts |
| Was Decedent Ever in U.S. Armed Forces | Yes Army Vietnam |
| Married, Never Married, Widowed, Divorced | Never Married |
| Race | White |
| Ancestry | American |
| Usual Occupation | Chef |
| Kind of Business or Industry | Holiday Inn |
| Social Security Number | 033 42 7904 |
| City or Town of Residence | Providence, Rhode Island 02909 |
| Residence Address | 33 Bristol, Adams(?) |
| Father - First Name | Jerry |
| Last | Waters Sr. |
| Mother - First Name | Elizabeth |
| Maiden Name | (Davenport) |
| Mailing Address | 28 Erie Street, Providence, Rhode Island 02908 |
| Informant Name | Mrs. Elizabeth M. O'Connor |
| Place of Disposition | Rhode Island Veterans Cemetery, Exeter, Rhode Island |
| Method of Disposition | Burial |
| Funeral Home Name | Russell J. Boyle & Son Funeral Home |
| Funeral Home Address | 331 Smith Street, Providence, Rhode Island 02908 |

Date Received by Registrar: SEP 25 2001

Issuing Office: City Registrar Providence
Date of Issuance: SEP 25 2001

9B374032