## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BETTY ANNE WATERS, as
Administratrix of the Estate of
KENNETH WATERS,

          Plaintiff,

v.

TOWN OF AYER, NANCY TAYLOR-
HARRIS, in her individual capacity, ARTHUR
BOISSEAU, in his individual capacity,
BUDDY DECOT, in his individual capacity,
WILLIAM ADAMSON, in his individual
capacity, PHILIP L. CONNORS, in his
individual capacity, and JOHN DOE and JANE
DOES 1–16, in their individual capacities,

          Defendants.

Case No. 04 Civ. 10521 (GAO)

**PLAINTIFF'S SECOND
SUPPLEMENTAL RESPONSE TO
DEFENDANTS' FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS**

Comes Now Plaintiff and, pursuant to Fed. R. Civ. P. 26 and 34, offers a second set of supplemental responses to the following requests from Defendants' First Request for Production of Documents. By further responding to these requests for production, plaintiff does not waive any privileges or objections.

13.    All records which evidence any alleged diminution of past and future earning capacity by the plaintiff's decedent as a result of the injuries described in the Complaint.

        <u>RESPONSE</u>: See document attached. Other items responsive to this request have not yet been identified by plaintiff. As discovery is still ongoing, however, plaintiff reserves the right to supplement this response based upon information and items discovered during the pendency of this proceeding and up until the close of discovery.

1

14.    Any and all exhibits which plaintiff intends to offer at trial.

RESPONSE: See document attached.  Other items responsive to this request have not yet been identified by plaintiff.  As discovery is still ongoing, however, plaintiff reserves the right to supplement this response based upon information and items discovered during the pendency of this proceeding and up until the close of discovery.

Respectfully submitted,

Dated: August 19, 2005

Deborah L. Cornwall, Esq. (DC 2186)
Barry C. Scheck, Esq. (BS 4612)
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Tel. (212) 965-9081 / Fax (212) 965-9084

Howard Friedman, Esq. (BBO #180080)
Law Offices of Howard Friedman
90 Canal St., 5th Floor
Boston, MA 02114-2022
Tel. (617) 742-4100 / Fax (617) 742-5858

**Attorneys for Plaintiff Betty Anne Waters**

2