COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Johnnie L. Cochran, Jr.
Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin

Debi Cornwall
Archana Prakash
Ramzi Kassem

June 23, 2006

**By Facsimile (617) 654-1735**

Gregg J. Corbo
Kopelman & Paige, PC
31 St. James Avenue, 7th Floor
Boston, MA 02116-4102

Re:   **Waters v. Town of Ayer et al., No. 04 Civ. 10521**

Dear Mr. Corbo:

    We have reviewed our files and enclose two executed affidavits responsive to your discovery requests. One affidavit is by Brenda Marsh and the other by Rose A. Perry. Other than a signed affidavit by Rosanna C. Perry and her accompanying 35-page statement, which were produced to the defendants on July 19, 2004, as the enclosed log reflects, there are no other signed affidavits in the plaintiff's possession.

    In the course of our review, we also found unsigned draft affidavits in Brenda Marsh's and Roseanna Perry's names, which we produce herein without waiving any privileges.

    Should you have any questions, please feel free to call me at (212) 965-9081.

Sincerely,

Ramzi Kassem

encl.