**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Johnnie L. Cochran, Jr.
(1937-2005)

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

November 10, 2006

Gregg J. Corbo, Esq.
Kopelman & Paige, PC
31 St. James Avenue, 7th Floor
Boston, MA 02116-4102

    Re:    <u>Waters v. Town of Ayer et al.</u>, No. 04 Civ. 10521

Dear Mr. Corbo:

    As per our conversation last week, enclosed please find a supplemental production of documents and a privilege log in light of documents recently received by counsel.[1]

                                Sincerely,

                                Deborah L. Cornwall

Enclosures
cc.:    Rob Feldman, Esq. (w/o encl.)

---

[1] In addition, please note that the names of other clients of the Innocence Project have been redacted from Document #IP00829.

# PRIVILEGE LOG

| DOCUMENT # | DESCRIPTION | DATE OF DOCUMENT | EXPLANATION OF PRIVILEGE |
|---|---|---|---|
| BAW00048 | Hand-written note re: case law | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00061 | Type-written notes re: DeSimone's investigation | 7/6/1983 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00081 | Notes from interview with Roseanna Perry | 3/23/2001 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00085 | Hand-written notes re: Randall interview | 4/4/2001 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00094 | Hand-written notes re: probable cause hearing | 11/5/82 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00098 | Bradley's hand-written notes | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00114 | Bradley's hand-written notes re: call from Fahey, Waters' interview | 10/14/1982 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00119 | Notes of phone conversation between Waters and Everett Lapore | 11/30/1982 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00122 | Notes of phone conversation between Waters and Everett Lapore (duplicate of BAW00119) | 11/30/1982 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00132 | Correspondence from Bradley to Morgan | 2/2/1983 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00133 | Hand-written notes | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00137 | Correspondence from Bradley to Morgan | 3/29/1983 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

*Waters v. Town of Ayer et al.*, Docket No. 04 Civ. 10521 (GAO)    November 10, 2006

| | | | |
|---|---|---|---|
| BAW00139 | Correspondence from Bradley to Morgan | 2/25/1983 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00162 | Correspondence from Betty Anne Waters to Santo re: Connors' affidavit, fingerprint and alibi evidence | 11/30/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAW00365 | Correspondence from Peters to DeSimone re: Perry Hearing | 7/11/1985 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| BAWadds8 | Waters' case list | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| CPCS000001 | Defense attorney's notes re: Waters' Case | 5/24/1983-5/29/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| CPCS000003 | Defense attorney's notes re: Waters' Case | 10/18/1982-5/11/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| CPCS000019 | Appeal referral form | 5/12/1983 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| CPCS000029 | Intake form | 10/8/1982 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| CPCS000030 | Appeal referral form (duplicate of CPCS000019) | 5/12/1983 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00419 | Typwritten notes re: Waters' investigation | 11/30/1999 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00429 | Correspondence from DeSimone to Bradley re: police reports indicating that fingerprint comparisons were completed | 1/13/1984 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00430 | Typwritten notes re: Waters' investigation (duplicates first four pages of IP00419) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00434 | Status Report | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00436 | Status Report | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00437 | Status Report | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| ID | Description | Date | Privilege |
|---|---|---|---|
| IP00443 | Notes re: forensic evidence | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00444 | Hand-written notes | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00446 | Hand-written notes | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00457 | Status Report | 2/8/2001 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00483 | Status Report | 2/8/2001 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00487 | Status Report | 8/7/2001 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00491 | Status Report | 4/5/2000 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00674 | Correspondence from Santo re: status of case | 5/16/2000 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00677 | Correspondence from Betty Anne Waters re: Perry Affidavit | 4/17/2001 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00686 | IP Final Report | 4/24/2001 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00803 | Correspondence from Betty Anne Waters to Scheck re: trial transcripts, forensic evidence | 6/29/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00806 | Correspondence from Waters to Scheck re: accepting case | 10/31/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00808 | Correspondence from Betty Anne Waters to Santo re: Perry affidavit, fingerprint and alibi evidence (duplicate of BAW00162) | 11/30/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00814 | Correspondence from Betty Anne Waters to Santo re: locating Perry, employee who gave Kenny ride home | 12/6/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| | | | |
|---|---|---|---|
| IP00819 | Transfer Memo | 5/16/2000 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00820 | Transfer Memo | 8/7/2000 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00822 | Memorandum re: status of case | 3/20/2001 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00832 | Correspondence re: Emergency Unopposed Motion for New Trial | 4/17/2001 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00904 | Correspondence from Santo to Dr. Blake re: stipulation and split evidence | 4/24/2000 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00907 | Correspondence from Santo to Dr. Blake re: stipulation and split evidence (duplicate of IP00904) | 4/24/2000 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00915 | Correspondence from Santo to Dr. Blake re: description of Waters' case | 2/23/2000 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00931 | Correspondence from Betty Anne Waters to Santo re: laboratory reports | 2/8/2000 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00949 | Correspondence from Betty Anne Waters to Santo re: visit with Kenny | 11/11/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00971 | Correspondence from Waters to Scheck re: accepting case (duplicate of IP00806) | 10/31/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00975 | Correspondence from Betty Anne Waters to Neufeld and Scheck re: Waters' IP application | 11/20/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00978 | IP Intake Form | | |
| IP00982 | Correspondence from Betty Anne Waters to Dao re: status of Waters' case | 7/12/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00986 | Correspondence from Dao to Betty Anne Waters re: status of Waters' case | 7/11/1999 | Attorney-Client Privilege; Attorney Work Product |

| IP00989 | Correspondence from Dao to Betty Anne Waters re: status of Waters' case | 7/12/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00990 | Correspondence from Betty Anne Waters to Dao re: motion to preserve | 7/12/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00993 | Correspondence from Dao to Betty Anne Waters re: sample legal motions | 7/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| IP00994 | Correspondence from Betty Anne Waters to Scheck re: trial transcript missing pages | 8/12/1999 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |