# PRIVILEGE LOG
## PRODUCTION OF NOVEMBER 21, 2006

| DOC. # | DESCRIPTION | DATE OF DOCUMENT | EXPLANATION OF PRIVILEGE |
|---|---|---|---|
| D1-2 | Notes re: Peggy Larger | 4/18/86 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D3-7 | Notes of Perry interview | 7/15/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D8-11 | Notes re: sworn testimony (4 pages) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D12 | Notes re: instructions for Perry sworn statement | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D13-18 | Notes of Kenneth Waters interview | | Attorney Work Product; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)) |
| D19-21 | Notes of Kenneth Waters inteview | 8/5/83 | Attorney Work Product; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)) |
| D22 | Notes re: Perry's address | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D23-35 | Documents and transcript review | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D36-46 | Notes re: Kenneth Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D47 | Notes re: addresses of Foote, Norman, Peacock | 1/26/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D48 | Notes re: script for telephone calls to Park Street Diner employees | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D49 | Notes re: addresses of Foote, Fugere, Rython | | Attorney Work Product |

*Waters v. Town of Ayer et al.*, Docket No. 04 Civ. 10521 (GAO)        November 21, 2006

| | | |
|---|---|---|
| D50-52 | Notes of conversation with Kenneth Waters | 2/22/84 | (Fed. R. Civ. P. 26(b)(3)) Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D53 | Notes re: Brow's lie detector test, description of employee who gave Waters ride home | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D54 | List of Park Street Diner employees with DeSimone's notes on it. (Privileged claimed solely with respect to DeSimone's notes.) | | Produced with redactions due to Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D61-2 | Notes re: locating fingerprint evidence (2 pages) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D63 | Notes re: addresses of Foote, Fugere, Ruthen | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D64 | Notes of call to Kenneth Waters | 5/8/84 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D65-66 | Notes re: questions to ask Millington | 7/3/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D67-88 | Notes re: Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D250-313 | Transcript of interview of Kenneth Waters | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D368-380 | State Police Laboratory Report dated July 28, 1980 with DeSimone's notes on it. (Privileged claimed solely with respect to DeSimone's notes.) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)); Copy of report without notes already produced |
| D387-489 | Transcript of Probable Cause Hearing with DeSimone's notes on it (privileged claimed solely with respect to DeSimone's notes.) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)); Copy of transcript without notes in defendants' possession |

*Waters v. Town of Ayer et al.*, Docket No. 04 Civ. 10521 (GAO)        November 21, 2006

| | | | (AG002308-2410) |
|---|---|---|---|
| D490-581 | Transcript of Interview of Kenneth Waters | 8/5/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D582 | Client information | 5/19/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D656 | Correspondence from DeSimone to Elizabeth O'Connor re: payment of bill | 11/1/85 | Document produced with redactions due to Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D657 | Correspondence from Peters to DeSimone re: Waters' conviction affirmed | 4/24/87 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D658-9 | Correspondence from Peters to DeSimone re: Waters' appeal | 2/10/86 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D660 | Correspondence from DeSimone to Peters re: Providence area news reporters | 1/23/86 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D661-2 | Correspondence from DeSimone to Elizabeth O'Connor | 8/5/85 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D663-4 | Correspondence from DeSimone to Peters re: order and summons to Perry | 7/19/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D670 | Phone message from Annette Correa | 5/21/?? | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D671-3 | Case law re: motion to compel attendance of witness | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D676 | Correspondence from Peters to DeSimone re: Perry's signed affidavit | 7/15/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D688 | Unsigned draft order | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D689 | Unsigned draft summons | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

*Waters v. Town of Ayer et al.*, Docket No. 04 Civ. 10521 (GAO)                                                                November 21, 2006

| ID | Description | Date | Privilege |
|---|---|---|---|
| D690 | Unsigned draft summons (duplicate) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D691 | Unsigned draft subpoena for Perry | 7/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D692 | Unsigned draft subpoena for Perry (duplicate) | 7/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D694 | Correspondence from Peters to DeSimone re: motion for attendance of out-of-state witness | 7/12/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D695 | Correspondence from DeSimone re: subpoenas for Perry | 7/12/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D700 | Correspondence from Peters to DeSimone re: Perry hearing | 7/11/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D701 | Correspondence from DeSimone to Peters re: RI Interstate Witness Subpoena Act | 6/26/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D704 | Notes re: motion before Supreme Judicial Court; Peggy Larger | 1/24/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D705 | Correspondence from DeSimone to Elizabeth O'Connor re: payment of bill | 1/10/85 | Document produced with redactions due to Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D706-10 | Correspondence from DeSimone to Elizabeth O'Connor | 10/26/84 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D711 | Correspondence from DeSimone to Peters re: conversations with Perry, Waters; letters to Bradley and DA's Office about fingerprint comparisons | 9/11/84 | Attorney Work Product; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)) |
| D713 | Correspondence from DeSimone to Bradley re: police reports | 1/13/1984 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D716-17 | Unsigned motion to enlarge with DeSimone's notations on it | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D719 | Correspondence from Peters to DeSimone re: motion to enlarge | 5/14/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

*Waters v. Town of Ayer et al.*, Docket No. 04 Civ. 10521 (GAO)   November 21, 2006

| | | | |
|---|---|---|---|
| D720 | Correspondence from DeSimone to Peters re: Perry statement | 1/9/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D722 | Notes re: Waters' probation report | 1/9/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D723 | Correspondence from DeSimone to Kenneth Waters | 12/29/83 | Attorney Work Product; ; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)) |
| D724 | Notes of call to Kenneth Waters | 12/4/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D725 | Copy of correspondence from O'Neill to Kenneth Waters with DeSimone's notes on it | 12/2/83 | Attorney Work Product; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)); copy of document without notes already produced (CPCS000016) |
| D726 | Notes of call to Kenneth Waters | 11/30/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D729 | Notes of call to Kenneth Waters | 11/10/83-11/14/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D730 | Notes of call to Carolyn Waters re: Angelo DePardo; notes | 11/7/83-11/9-83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D731 | Notes re: Stone's van; Colorado registration | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D732-33 | Itemized time records | 1/10/85 | Document produced with redactions due to Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| Bates | Description | Date | Privilege |
|---|---|---|---|
| D734 | Notes of calls with O'Connell re: car registration; notes of call with Kenneth Waters | 10/3/83-10/17/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D738-42 | Photographs with envelope (3 photographs) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D744-5 | Notes re: Marsh; Perry; selling van (2 sides) | 8/22/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D746 | Notes re: Taylor's rape accusations against APD officer; Perry | 8/18/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D747-49 | Notes on calls to Kenneth Waters (3 pages) | 8/1/83-9/19/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D750-1 | Notes re: Taylor under investigation by AG | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D752-3 | Phone message from Kenneth Waters; other notes (2 sides) | | Attorney-Client Privilege |
| D754 | Notes re: time of Perry interview; notes of calls with O'Connell, Berry, Kenneth Waters | 7/15/83-7/29/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D755-7 | Unsigned, unsworn statement from Eric O'Connor re: Perry | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D758-9 | Notes re: information on Marsh, Kenneth Waters' employment schedule, knowledge of victim (2 pages) | 7/13/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D760 | Notes of call to Kenneth Waters | 7/11/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D761 | Phone message from Elizabeth O'Connor re: call from Perry | 7/8/?? | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| | | | |
|---|---|---|---|
| D762 | Notes re: Perry | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D763-4 | Notes re: Concord State Prison | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D765-6 | Notes re: change in Perry's last name; Concord visiting schedule; fingerprint comparison | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D773-5 | Notes re: Perry; fingerprint comparisons (3 pages) | 6/14/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D776-7 | Notes re: trial evidence | 6/9/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D778 | Phone message from Leroy Waters with Desimone's notes on it | 5/26/?? | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D779-80 | Notes of call from Betty Anne Corrente and Leroy Waters re: Perry's alleged rape of paperboy | 5/25/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D781-2 | Notes of calls from Kenneth Waters re: Perry; notes of calls to O'Connell re: Perry; notes of call to Elizabeth O'Connor re: Perry | 7/8/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D783-6 | Notes of calls to Betty Anne Corrente re: meeting with O'Connell; information about Perry | 6/28/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D787-89 | Notes of meeting with O'Connell | 7/8/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D790 | Notes of conference with Betty Anne Corrente, Elizabeth O'Connor, Carolyn Waters | 6/20/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D791-2 | Notes of meeting with Betty Anne Corrente (2 pages) | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D793-4 | Notes of meeting with Betty Anne Corrente (2 pages) | 5/12/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D816 | Notes of call to Kenneth Waters | 12/22/83 | Attorney-Client Privilege; |

| | | | |
|---|---|---|---|
| D817-818 | Notes re: time card | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D886 | Ayer Police Department Supplemental Report Dated 5/22/80 with DeSimone's notes on it. (Privilege claimed solely with respect to DeSimone's notes.) | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) Document produced with redactions due to Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D915-922 | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D923-30 | Copy of Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D935 | Kenneth Waters' notes (one page) | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D937-8 | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D939 | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D940 | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D941 | DeSimone's notes re: Dodge Challenger | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D942 | DeSimone's notes of call with O'Connell re: fingerprints, blood found at scene | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D943-69 | Transcript of Dwyer's interview of Marsh (Privilege claimed solely with respect to Waters' notes) | 10/8/82 | Document produced with redactions due to |

| | | | |
|---|---|---|---|
| D983-4 | Kenneth Waters' notes | | Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)); Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D1011-1013 | Correspondence from DeSimone to Elizabeth O'Connor | 2/27/84 | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D1014-1018 | Memorandum from O'Connell to DeSimone re: Waters investigation | 10/15/84 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D1019-1023 | Memorandum from O'Connell to DeSimone re: Waters investigation (duplicate) | 10/15/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D1029-1038 | Correspondence from O'Connell to DeSimone re: Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| D1039-1042 | Correspondence from O'Connell to DeSimone re: Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Correspondence from Peters to Waters | 11/2/84 | Attorney-Client Privilege |