## COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

February 12, 2007

**BY UPS**

Jay Tehan, Esq.
Jeffrey T. Blake, Esq.
Gregg J. Corbo, Esq.
Kopelman & Paige, PC
101 Arch Street
Boston, MA 02110

Re:   <u>Waters v. Town of Ayer et al.</u>, No. 04 Civ. 10521

Dear Counsel:

    Please find enclosed true and correct copies of the materials we received on February 5 pursuant to our subpoena to the Commonwealth of Massachusetts state police. I would have sent this on to you sooner but was waiting for the state police to reformat an additional CD-ROM which was produced to us but which we could not open. I understand they are still in the process of reformatting it, so I'm forwarding you these materials now and will forward you a copy of the reformatted CD-ROM as soon as we receive it.

Regards,

Deborah L. Cornwall

encl.

cc:   Rob Feldman (w/o encl)
       Betty Anne Waters (w/o encl)