## COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

April 20, 2007

Jay Tehan, Esq.
Jeffrey T. Blake, Esq.
Gregg J. Corbo, Esq.
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02110

Re:   <u>Waters v. Town of Ayer et al.</u>, No. 04 Civ. 10521

Dear Counsel:

Enclosed please find Plaintiff Betty Anne Waters' response to Defendants' Second Set of Interrogatories.

Sincerely,

*Monica R. Shah*

Monica R. Shah

Enclosures
cc.:   Rob Feldman, Esq. (w/o encl.)