

# BIRNBAUM & GODKIN, LLP
### ATTORNEYS AT LAW

Robert N. Feldman
Direct Dial: (617) 307-6130
feldman@birnbaumgodkin.com

May 17, 2007

**BY HAND**

Joseph L. Tehan, Jr., Esquire
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02210

RE: *Betty Anne Waters, as Administratrix of Estate of Kenneth Waters vs. Town of Ayer, et al.-- Civil Action No. 04 10521 (GAO)*

Dear Jay:

Pursuant to Federal Rules of Civil Procedure 26 and 34, enclosed please find the Reliagene Technologies, Inc. Report and Declaration of Elizabeth O'Connor.

Very truly yours,

Robert N. Feldman/cam

Robert N. Feldman

RNF/cam
Enclosure
cc: Deborah L. Cornwall, Esquire (w/o enc.)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS as )<br>Administratrix of the Estate of )<br>KENNETH WATERS, )<br>           Plaintiff, )<br>vs. )<br>)<br>TOWN OF AYER, )<br>NANCY TAYLOR-HARRIS, )<br>ARTHUR BOISSEAU, )<br>BUDDY DECOT, )<br>WILLIAM ADAMSON, )<br>JOHN AND JANE DOES 1-16, )<br>)<br>           Defendants. ) | CIVIL ACTION<br>NO. 04-10521-GA0 |

## **DECLARATION OF ELIZABETH O'CONNOR**

I, Elizabeth O'Connor, hereby declare the following to be true:

1. Prior to becoming Elizabeth O'Connor, my name was Elizabeth Waters.

2. I have nine biological children, including five biological sons.

3. My oldest son, now deceased, Leroy E. Waters, Jr. was born on May 6, 1951. Leroy's birth certificate is attached hereto as Exhibit A.

4. My second son, John E. Waters, was born on May 24, 1952. John's birth certificate is attached hereto as Exhibit B.

5. My third son, now deceased, Kenneth W. Waters, was born on August 16, 1953. Kenneth's birth certificate is attached hereto as Exhibit C.

6. My fourth son, David M. O'Connor, was born on February 27, 1957.

7. My fifth son, Eric B. O'Connor, was born on February 8, 1966.

8. Leroy was also known by the nickname of "Bobo."

9. John is also known by the nickname of "Jackie."

10. Kenneth was also known by the nicknames of "Kenny" and "Ken."

11. Eric is also known by the nickname of "Ricky."

Pursuant to 28 U.S.C. § 1746, I declare the foregoing to be true under the pains and penalties of perjury.

Dated: May 16, 2007

Elizabeth O'Connor

# EXHIBIT A



CERTIFICATE OF VITAL RECORD
VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW
VOID IF ALTERED OR ERASED
VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

The Commonwealth of Massachusetts
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS

STANDARD CERTIFICATE OF BIRTH

SUFFOLK / BOSTON                         BOSTON 499

City of Boston Dept. of Health

Date of Birth: May 6, 1951

Father: LeRoy Eugene Waters
Mother: Bertha Davenport / Bertha Waters

Occupation: Customer Telephone Operator

Signature of Attendant at Birth: H. B. Campbell
Address: 221 Longwood Ave.

Date filed: May 6, 1951
Received at Office of City or Town Clerk: May 21, 1951

Charles H. Mack, Registrar

MAY 0 9 2007
Stanley E. Nyberg
Registrar of Vital Records and Statistics

I, the undersigned, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office, and I do hereby certify that the above is a true copy from said records.

IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

**EXHIBIT B**



**Town Clerk and Collector of Taxes**

One Main Street ◆ P.O. Box 308 ◆ Ayer, Massachusetts 01432

---

**The Commonwealth of Massachusetts**
EDWARD J. CRONIN
SECRETARY OF THE COMMONWEALTH
DIVISION OF VITAL STATISTICS
**STANDARD CERTIFICATE OF BIRTH**

PLACE OF BIRTH:
- County: MIDDLESEX
- City or Town: AYER
- City or Town making this return: Ayer
- Registered No.: 126
- NO. ... COMMUNITY MEMORIAL HOSPITAL ... STREET ... WARD (If birth occurred in a hospital or institution, give its NAME instead of street and number)

FULL NAME OF CHILD: JOHN EDWARD WATERS

| | |
|---|---|
| Sex: M | 4. Twin or Triplet?: — |
| Color: White | If plural births, if so, born 1st, 2nd or 3rd? |
| 5. Born ALIVE or STILLBORN: Alive | 6. Date of Birth: May 24, 1952 |

| FATHER | MOTHER |
|---|---|
| Full Name: Leroy Eugene Waters | Maiden Name: Elizabeth May Davenport |
| | Present Name: Elizabeth May Waters |
| Residence No.: 2122 South Grand-Lee Summit Street | 14. Residence No.: Groton School Road Street |
| City or Town: Jefferson City  State: Mo. | City or Town: Ayer  State: Mass |
| 10. Color or Race: White | 15. Color or Race: White |
| Age at time of this birth: 22 (Years) [29 struck] | 16. Age at time of this birth: 25 (Years) |
| Place of Birth: Jefferson City, Mo. | 17. Place of Birth: Natick, Mass. |
| Occupation: Truck Driver | 18. Occupation: Housewife |

I hereby certify that I attended the birth of this child who was born at the hour of 2:15 a.m. on the date above stated. The information given was furnished by Elizabeth Waters, related to this child as Mother.

Signature of Attendant at Birth: Joseph A. McLean (Physician)
J.A. McLean M.D.
Address: 24 Washington Street
Date: May 24, 1952

RECEIVED AT OFFICE OF CITY OR TOWN CLERK: MAY 29 1952

(Registrar signature)

A TRUE COPY ATTEST:

---

I, the undersigned, hereby certify that I am the Town Clerk in the Town of Ayer, MA, That as such I have custody of the records of births, marriages and deaths required by law to be kept in my office, and I do hereby certify that the above is a true copy from said records.

Witness my hand and seal of the Town of Ayer on this 22nd day of July, 2002

Ann G. Callahan
Town Clerk, Asst Town Clerk

**EXHIBIT C**

**Town Clerk and Collector of Taxes**

One Main Street     ♦     P.O. Box 308     ♦     Ayer, Massachusetts 01432



The Commonwealth of Massachusetts
EDWARD J. CRONIN
SECRETARY OF THE COMMONWEALTH
DIVISION OF VITAL STATISTICS

**COPY OF CERTIFICATE OF BIRTH**

PLACE OF BIRTH:
- County: Middlesex
- City or Town: Groton
- No. Street: Groton Comm. Hospital
- City or Town making this return: Groton
- Registered No.: 169 / 145

FULL NAME OF CHILD: Kenneth William Waters

- Sex: M
- Twin or Triplet: (blank)
- Alive or Stillborn: Alive
- Date of Birth: August 16, 1953

**FATHER**
- Full Name: Leroy R. Waters
- Residence: Unknown
- Color or Race: White
- Age at time of this birth: 21 Years
- Place of Birth: Jefferson City, Mo.
- Occupation: Unknown

**MOTHER**
- Maiden Name: Elizabeth M. Davenport
- Present Name: Elizabeth M. Waters
- Residence: Groton School Rd., Ayer, Mass.
- Color or Race: White
- Age at time of this birth: 26 Years
- Place of Birth: Natick, Mass.
- Occupation: Telephone Operator

I hereby certify that I attended the birth of this child who was born at the hour of 9:5h P.M. on the date above stated. The information given was furnished by ........ related to this child as Mother.

Signature of Attendant at Birth: Cyrus Cornelos
Address: Groton, Mass.
Date: 9/1/53

Received: Sept. 3, 1953
Frank A. Loury
Registrar of City or Town Where Birth Occurred

Received: Sept. 9, 1953
Theodore W. Barry
Registrar of City or Town Where Parents Reside

---

I, the undersigned, hereby certify that I am the Town Clerk in the Town of Ayer, MA; That as such I have custody of the records of births, marriages and deaths required by law to be kept in my office, and I do hereby certify that the above is a true copy from said records.

Witness my hand and seal of the Town of Ayer on this 23rd day of May, 2001

Laurie J. Rosas
Town Clerk, Asst Town Clerk



**RELIAGENE TECHNOLOGIES, INC.**

# Fax Message

| | | | |
|---|---|---|---|
| **To:** | Barry Scheck | **From:** | Denise Whatley |
| **Fax:** | 12129659084,,766 | **Pages:** | 4 |
| **Phone** | | **Date/Time:** | 05/16/2007 Wed 09:39 |
| **Re:** | F001781 - Final Report | **CC:** | |

Greetings,

Following this cover is a copy of the ReliaGene Technologies final report in reference to our file #F3-690-3 which has been processed in our laboratory.

Any questions concerning the results may be directed to Gina Pineda: 504-378-9640.

If additional information is needed, please advise.

For further assistance, please contact forensic customer service at:
(1-877-735-4243) or (504-378-9607), or by email (forensic@reliagene.com).

Thank you for your interest in working with ReliaGene Technologies.

Denise Whatley
Forensic Customer Service
(P) 877-735-4243 or 504-378-9607 -   (F) 504-734-9787
dwhatley@reliagene.com

If there are any complications in the transmission of this fax, please call (504) 734-9700 or 1-800-256-4106.

The information contained in this Facsimile message is confidential and is intended only for the use of the addressee. If the reader of this message is not the addressee or the person responsible for the delivery to the addressee, you are hereby notified that any dissemenation, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return this FAX message to us by the U.S. Postal Service. Thank you.

5525 Mounes Street, Suite 101, New Orleans, LA 70123 - www.reliagene.com

05/16/2007 Wed 09:39          Denise Whatley   5047349787                    ID: #27602  Page 2 of 4



# Forensic Test Results

Cochran, Neufeld, and Scheck
Attn: Barry Scheck
99 Hudson Street, 8th Floor
New York, NY 10013

ReliaGene Case #    F001781          Report Date: May 10, 2007

## ITEMS OF PHYSICAL EVIDENCE

Reliagene Technologies, Inc. received the following items of physical evidence on April 13, 2007, AT 9:22 AM via UPS tracking #: 1Z70684E2210114083 for analysis:

| ReliaGene Sample # | Description |
|---|---|
| 07-03128 | Buccal swabs of Elizabeth O'Connor |

* *Evidence to be returned to Cochran, Neufeld, and Scheck via overnight courier.*

## CONCLUSIONS

DNA testing utilizing the Identifiler STR multiplex revealed the following:
See the attached chart for the specific DNA typing results.

1. The buccal swabs of Elizabeth O'Connor, identified as ReliaGene Sample #07-03128, produced a distinct female genetic profile.

2. Based on the genetic test results, Elizabeth O'Connor is excluded as the biological mother of the DNA donor in the blood from bathroom rug #3 (item #1A) profile taken from Appendix 1 of Forensic Science Associates report dated May 14, 2001, case #00-628. Elizabeth O'Connor is also excluded as the biological mother of the DNA donor in FSA items 4A, 5A, 6A, 7A, 8, and 9.

3. Our opinion of NON-MATERNITY is based on the below noted inconsistencies. The term "inconsistency" means that the band sizes of the tested woman do not match the obligate maternal alleles in the child profile. Based on the absence of these DNA markers (as determined by DNA analysis) the blood samples from FSA items #1A, 4A, 5A, 6A, 7A, 8, and 9 could not have originated from a biological offspring of the tested woman, Elizabeth O'Connor.

ReliaGene Case # F001781                                         May 10, 2007

## DNA TEST RESULTS FROM FORENSIC SCIENCE ASSOCIATES REPORT DATED 5-14-2001

| Genetic Loci | Blood from bathroom rug #3 |               |
|---|---|---|
| D3S1358 | 16,17 |               |
| vWA | 15,17 | Inconsistency |
| FGA | 19,23 | Inconsistency |
| D8S1179 | 10,13 | Inconsistency |
| D21S11 | 30,31.2 | Inconsistency |
| D18S51 | 12,15 |               |
| D5S818 | 12 |               |
| D13S317 | 12 | Inconsistency |
| D7S820 | 8,11 |               |
| Amelogenin | X,Y |               |

ReliaGene Case # F001781                                        May 10, 2007

## DNA TEST RESULTS

| Genetic Loci | 07-03128 Evidence: Buccal swabs of Elizabeth O'Connor |
|---|---|
| D3S1358 | 15, 16 |
| vWA | 14, 20 |
| FGA | 21, 25 |
| D8S1179 | 15 |
| D21S11 | 29 |
| D18S51 | 13, 15 |
| D5S818 | 12 |
| D13S317 | 8, 11 |
| D7S820 | 11, 12 |
| CSF1PO | 12, 13 |
| TPOX | 11 |
| TH01 | 6, 9.3 |
| D16S539 | 9, 10 |
| Amelogenin | X |
| D19S433 | 14 |
| D2S1338 | 18, 24 |

The positive, negative, and reagent blank control samples processed at ReliaGene produced the expected result, indicating that the experiments were performed successfully. Laboratory records document the secure custody of evidence samples from receipt throughout sample testing. ReliaGene Technologies Inc. is accredited by American Society of Crime Laboratory Directors/Laboratory Accreditation Board. If you have any questions concerning this work, please contact the following individual.

Huma Nasir, M.S.                                                 May 10, 2007
Analyst III                                                      Date

Sudhir K. Sinha, Ph.D.                                           May 10, 2007
President and Lab Director                                       Date

5525 Mounes Street, Suite 101
New Orleans, LA 70123 Ph - 504-734-9700                          Page 3 of 3