# BIRNBAUM & GODKIN, LLP
### ATTORNEYS AT LAW

Robert N. Feldman
Direct Dial: (617) 307-6130
feldman@birnbaumgodkin.com

May 18, 2007

**BY HAND**

Joseph L. Tehan, Jr., Esquire
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA 02210

> RE: *Betty Anne Waters, as Administratrix of Estate of Kenneth Waters vs. Town of Ayer, et al.-- Civil Action No. 04 10521 (GAO)*

Dear Jay:

Enclosed please find a copy set of responsive, non-privileged, non-objectionable documents bearing Bates Numbers BAW000590-BAW000605 and VHS tapes bearing Bates Numbers BAW001000-BAW001004, which supplement Plaintiff's previous document productions.

Very truly yours,

Robert N. Feldman

RNF/cam
Enclosures
cc: Deborah L. Cornwall, Esquire (w/o enc.)