UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as ) <br> Administratrix of the Estate of ) <br> KENNETH WATERS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TOWN OF AYER, NANCY ) <br> TAYLOR-HARRIS, ARTHUR ) <br> BOISSEAU, BUDDY DECOT, ) <br> WILLIAM ADAMSON, ) <br> PHILIP L. CONNORS, ) <br> JOHN AND JANE DOES 1-16, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 04-10521-GAO |

## ORDER TO SHOW CAUSE

ROSEANNA C. BAGGESEN a/k/a ROSEANNA PERRY a/k/a ROSEANNA C. PETERSON a/k/a ROSIE A. PERRY ("MS. BAGGESEN"), a non-party witness in the above-entitled matter, failed to comply with two Deposition Subpoenas duly served upon her on March 22, 2007 and April 6, 2007.

Accordingly, MS. BAGGESEN is hereby ORDERED TO SHOW CAUSE why she should not be held in contempt for failure to appear at the deposition scheduled for May 4, 2007. MS. BAGGESEN is ORDERED to appear in **Courtroom #15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, on Wednesday, June 20, 2007 at 10:00 A.M.** to respond in person to this Show Cause Order.

The hearing may be cancelled by notice to the court signed by the defendants and MS. BAGGESEN that MS. BAGGESEN has appeared at a rescheduled deposition.

IT IS FURTHER ORDERED that the Defendants shall serve this order forthwith on MS. BAGGESEN.

BY THE COURT,

  / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  May 22, 2007