**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013
—
Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall
—
Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

June 14, 2007

**Via ECF Filing**

Hon. Judith G. Dein
United States Magistrate Judge
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: *Waters v. Ayer, et al.*, No. 04 Civ. 10521 (GAO) (JGD)

Dear Judge Dein,

    Pursuant to your docket entry of today's date, plaintiff respectfully withdraws the brief and exhibits C, D, E and F thereto that we previously submitted to you for *in camera* review in connection with the assertion of privileges for Mr. Waters's criminal defense files.

    Document D000713, redacted of the last sentence as per today's order, shall be disclosed to defendants forthwith.

Sincerely,

Deborah L. Cornwall
Attorney for plaintiff Betty Anne Waters

cc:   Rob Feldman, Esq.
      Jay Tehan, Esq.
      Gregg Corbo, Esq.
      Janelle Austin, Esq.