UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as  )<br>Administratrix of the Estate of  )<br>KENNETH WATERS,  )<br>  )<br>  Plaintiff,  )<br>  v.  )<br>  )<br>TOWN OF AYER, et al.,  )<br>  )<br>  Defendants.  ) | CIVIL ACTION<br>NO. 04-10521-GAO |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL

On July 31, 2007, counsel for the plaintiff filed a letter (Docket No. 101), which this court construes as a motion to compel the production of daily logs from the Ayer Police Department. After consideration of the plaintiff's submission and the parties' oral arguments during a hearing by telephone on August 2, 2007, the motion to compel is ALLOWED as follows:

1.  The defendants shall produce all daily logs from the Ayer Police Department that were generated during the time period from May 21, 1980 through May 11, 1983.

2.  The defendants shall review the logs and redact personal information to the extent required by law. The defendants shall produce the logs in chronological order as the review and redactions are completed. At a minimum, the documents shall be produced on August 8, 10, 15 and 17, 2007, if not more frequently. The document production shall be completed by **August 17, 2007**.

/s/ Judith Gail Dein

Judith Gail Dein
United States Magistrate Judge

Dated: August 2, 2007