

# Forensic Test Results

Cochran, Neufeld, and Scheck
Attn: Barry Scheck
99 Hudson Street, 8th Floor
New York, NY 10013

ReliaGene Case #     F001781           Report Date: May 10, 2007

## ITEMS OF PHYSICAL EVIDENCE

Reliagene Technologies, Inc. received the following items of physical evidence on April 13, 2007, AT 9:22 AM via UPS tracking #: 1Z70684E2210114083 for analysis:

| ReliaGene Sample # | Description |
|---|---|
| 07-03128 | Buccal swabs of Elizabeth O'Connor |

- *Evidence to be returned to Cochran, Neufeld, and Scheck via overnight courier.*

## CONCLUSIONS

DNA testing utilizing the Identifiler STR multiplex revealed the following:
See the attached chart for the specific DNA typing results.

1. The buccal swabs of Elizabeth O'Connor, identified as ReliaGene Sample #07-03128, produced a distinct female genetic profile.

2. Based on the genetic test results, Elizabeth O'Connor is excluded as the biological mother of the DNA donor in the blood from bathroom rug #3 (Item #1A) profile taken from Appendix 1 of Forensic Science Associates report dated May 14, 2001, case #00-628. Elizabeth O'Connor is also excluded as the biological mother of the DNA donor in FSA items 4A, 5A, 6A, 7A, 8, and 9.

3. Our opinion of NON-MATERNITY is based on the below noted inconsistencies. The term "inconsistency" means that the band sizes of the tested woman do not match the obligate maternal alleles in the child profile. Based on the absence of these DNA markers (as determined by DNA analysis) the blood samples from FSA items #1A, 4A, 5A, 6A, 7A, 8, and 9 could not have originated from a biological offspring of the tested woman, Elizabeth O'Connor.

ReliaGene Case # F001781 May 10, 2007

## DNA TEST RESULTS FROM FORENSIC SCIENCE ASSOCIATES REPORT DATED 5-14-2001

| Genetic Loci | Blood from bathroom rug #3 | |
|---|---|---|
| D3S1358 | 15,17 | |
| vWA | 15,17 | Inconsistency |
| FGA | 19,23 | Inconsistency |
| D8S1179 | 10,13 | Inconsistency |
| D21S11 | 30,31.2 | Inconsistency |
| D18S51 | 12,15 | |
| D5S818 | 12 | |
| D13S317 | 12 | Inconsistency |
| D7S820 | 8,11 | |
| Amelogenin | X,Y | |

ReliaGene Case # F001781                                                                           May 10, 2007

## DNA TEST RESULTS

| Genetic Loci | 07-03128<br>Evidence: Buccals swabs of Elizabeth O'Connor |
|---|---|
| D3S1358 | 15, 16 |
| vWA | 14, 20 |
| FGA | 21, 25 |
| D8S1179 | 15 |
| D21S11 | 29 |
| D18S51 | 13, 15 |
| D5S818 | 12 |
| D13S317 | 8, 11 |
| D7S820 | 11, 12 |
| CSF1PO | 12, 13 |
| TPOX | 11 |
| TH01 | 6, 9.3 |
| D16S539 | 9, 10 |
| Amelogenin | X |
| D19S433 | 14 |
| D2S1338 | 18, 24 |

The positive, negative, and reagent blank control samples processed at ReliaGene produced the expected result, indicating that the experiments were performed successfully. Laboratory records document the secure custody of evidence samples from receipt throughout sample testing. ReliaGene Technologies Inc. is accredited by American Society of Crime Laboratory Directors/Laboratory Accreditation Board. If you have any questions concerning this work, please contact the following individual.

_____                                     May 10, 2007
Huma Nasir, M.S.                                                    Date
Analyst III

_____                                     May 10, 2007
Sudhir K. Sinha, Ph.D.                                              Date
President and Lab Director

# CURRICULUM VITAE

| NAME | POSITION / TITLE |
|---|---|
| SUDHIR K. SINHA | President and Laboratory Director |

| EDUCATION | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| Ranchi University<br>Ranchi, India | B.S. *(Honors)* | 1964 | Chemistry |
| Ranchi University<br>Ranchi, India | M.S. | 1966 | Chemistry |
| Indian Institute of Technology<br>Kanpur, India | Ph.D. | 1973 | Chemistry |
| University of Miami<br>Miami, Florida | Post Doctoral | 1977 - 1980 | Biochemistry |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 1990 - Present | *President and Laboratory Director* | ReliaGene Technologies, Inc.<br>(formerly GenTest Laboratories, Inc.)<br>New Orleans, Louisiana |
| 2001 – Present | *Laboratory Inspector*<br>Inspection & Accreditation Program | *ASCLD/LAB*<br>139 J Technology Drive<br>Garner, NC  27529 |
| 1997 - Present | *Laboratory Inspector*<br>Inspection & Accreditation Program | American Assn of Blood Banks<br>8101 Glenbrook Road<br>Bethesda, MD  20814-2749 |
| 2001 - Present<br>1984 – 2001 | *Adjunct Professor of Biochemistry*<br>*Adjunct Associate Professor of Biochemistry* | Tulane University Medical Center<br>New Orleans, Louisiana |
| 1984-1990 | *Director of Biochemistry* | IMREG, Inc.<br>New Orleans, Louisiana |
| 1982-1984<br>1980-1982<br>1977-1980 | *Research Associate Professor*<br>*Research Assistant Professor*<br>*Research Associate* | Univ. of Miami Medical School<br>Dept. of Medicine<br>and Biochemistry<br>Miami, Florida |
| 1973-1977 | *Lecturer* | Bihar University<br>Department of Chemistry<br>Bihar, India |
| 1970 | *Research Assistant* | I.I.T. Kanpur<br>Kanpur, India |

REVISED:  3/2/2005

## EXPERT WITNESS TESTIMONY

Qualified as an Expert in Molecular Biology and DNA Analysis in the following jurisdictions:

- **Jefferson Parish,** 24th  JD of LA
- **LaFourche Parish,** 17th  JD of LA
- **East Baton Rouge Parish,** 19th JD of LA
- **Terrebonne Parish,** 32nd JD of LA
- **Ascension Parish,** 23rd JD of LA
- **Wilkinson County,** Circuit Court, GA
- **Lincoln County,** Criminal Court, NM
- **New Castle County,** Circuit Court, DE
- **Santa Fe County,** Criminal Court, NM
- **Harrison County,** Circuit Court, MS
- **Otero County,** Criminal Court, NM
- **Marion County,** Circuit Court, IN

- **Covington County,** Circuit Court, MS
- **Marion County,** Circuit Court, MS
- **Lamar County,** Circuit Court, MS
- **Jackson County,** Circuit Court, MS
- **Orleans Parish,** Civil District Ct., LA
- **Mobile County,** 13th JD of AL
- **Bolivar County,** Circuit Court, MS
- **Iberville Parish,** 18th JD of LA
- **Morgan County,** Circuit Court, AL
- **Pima County,** Superior Court, AZ
- **Harris County,** Circuit Court, TX
- **Orange County,** Superior Court, CA

## PROFESSIONAL COURSES AND TRAINING

- Workshop in DNA Sequence Analysis, Bethesda Research Laboratories, Florida, 1984.

- A Practical Course in Liquid Chromatography, Waters Association, Massachusetts, 1984.

- Introduction to Business Administration, University of New Orleans, Louisiana, 1986.

- GMP for the Pharmaceutical and Allied Industries. The Institute for Applied Pharmaceutical Sciences, The Center for Professional Advancement, New Jersey, 1988.

- Forensic DNA Amplification and Typing Workshop, Cetus Corporation Forensics PCR Division, CA. August 1990.

- National Forensic Science Technology Center, *Laboratory Auditing Certificate*, St. Petersburg, FL, March-April 1997.

## CERTIFICATIONS

Certified Laboratory Specialist in Molecular Biology [CLSp(MB)]
National Credentialing Agency for Laboratory Personnel, USA.

## MEMBERSHIPS

American Society for Biochemistry and Molecular
Biology (1986 - Present)
American Association of Blood Banks
(1991 - Present)
American Academy of Forensic Science
(1992-Present) **Fellow – 2003**
Southern Association of Forensic Scientists
(1991 - Present)
Louisiana Association of Forensic Scientists
(1991 - Present)

American Association for Clinical Chemistry
(2000 – Present)
American Society of Human Genetics
(2001 - Present)
American Society For Microbiology (2001 - Present)
American Society of Crime Lab Directors/ Lab
Accreditation Board, Delegate Assembly
(2001-Present)
American Society of Crime Lab Directors
(2002 – Present)

## LICENSES

Louisiana State Board of Medical Examiners, Clinical Labs Scientists - Specialists. License #S00325.

## PROFESSIONAL ASSIGNMENTS:

Member Gene Therapy Task Force of the State of Louisiana (2000)
Assessor Lab. Accreditation: American Society of Crime Lab Directors/ Laboratory Accreditation Board (Current)
Member Lab. Accreditation Committee: American Association of Blood Bank (Current)
Board Member: Center for BioModular Mycrosystems ($CBM^2$) (Current)
Life Sciences Technical Information Database Sub-Committee Member:Greater New Orleans, Inc. (GNO,Inc) (2004)
Member Training Committee: American Society of Crime Lab Directors (2003-2004)
Board Member: Forensic Quality Services (FQS) [ISO 17025 accrediting body for forensic science laboratories]

## RESEARCH GRANTS

- *Dimorphic ALU Repeats – Application in Identity Testing.* Small Business Innovation Research Program, National Institute of Health Phase II . 2002 – 2004: $750,000
- *Dimorphic ALU Repeats – Application in Identity Testing.* Small Business Innovation Research Program, National Institute of Health Phase I . 2000
- *Evaluation of Galactosyltransferase II as a tumor Marker.* Small Business Innovation Research Program, NIH. Phase I . 1992.
- Synthesis of a Novel Heterobifunctional Crosslinker and Location of Protein-Protein Interaction Site. B.R.S.G.-NIH Grant, 1984.

## PATENTS

Immunosuppresor and Method of Extraction Thereof. A.A. Gottlieb, R.C. Sizemore and Sudhir K. Sinha. U.S. Patent (1986). European Patent No. EP 0-247-538-A2 (1987).

Immunosuppresor and Method of Extraction Thereof from Leukocytes. A. Arthur Gottlieb, Robert C. Sizemore and Sudhir K. Sinha. U.S. Patent No. 4920097 (1990).

## BIBLIOGRAPHY *(Selected; Abstracts not included)*

Shewale, J.G., Nasir, H., Schneida, E., Gross, A.M., Budowle, B. and Sinha, S.K. 2004. Y-Chromosome STR system, Y-PLEX™12, for forensic casework: Development and validation. **J. Forensic Sci.** 49: 1278 - 1290.

Sinha, S.K., Budowle, B., Chakraborty, R., Paunovic, A., Guidry, R.D., Larsen C., Lal, A., Schaffer, M., Pineda, G., Sinha S.K., Schneida, E., Nasir, H. and Shewale, J.G. 2004. Utility of the Y-STR typing system Y-PLEX™ 6 and Y-PLEX™ 5 in forensic casework and 11 Y-STR haplotype database for three major population groups in the United States. **J. Forensic Sci.** 49(4): pp 691-700.

Walker, J.A., Hughes D.A., Hedges D.J., Anders B.A., Laborde M.E., Shewale J., Sinha, S.K. and Batzer, M.A. 2004. Quantitative PCR for DNA identification based on genome-specific interspersed repetitive elements. **Genomics.** 83: 518 – 527.

Shewale, J.G. and Sinha, S.K. 2003. Y-Short tandem repeat multiplex systems- Y-PLEX™6 and Y-PLEX™5. **Forensic Science Review.** 15: 115-136.

Budowle, B., Sinha, S.K., Lee, H.S. and Chakraborty, R. 2003. Utilization of Y-chromosome short tandem repeat haplotype in forensic application. **Forensic Science Review.** 15: 153-162.

Sinha, S.K. 2003. Forensic casework applications using Y-PLEX™6 and Y-PLEX™5 systems. **Forensic Science Review.** 15: 197-201.

Shewale, J.G., Nasir, H. and Sinha, S.K. *Variation in the migration of the DNA fragments labeled with fluorescent dyes on the 310 genetic analyzer and its implication in genotyping.* **The Journal of the Association of Genetic Technologists. 29:** pp 60-64. 2003.

Walker, J.A., Hughes, D.A., Anders B.A., Shewale, J., Sinha, S.K. and Batzer, M. A. 2003. *Quantitative intra-short interspersed element PCR for species-specific DNA identification.* **Analytical Biochemistry,** 2003, Vol. 316: 259-269.

Walker, J.A., Kilroy, G.E., Xing, J, Shewale, J., Sinha, S.K. and Batzer, M. A. 2003. *Human DNA quantitation using Alu element based polymerase chain reaction.* **Analytical Biochemistry,** 2003, Vol. 315: 122-128.

Sudhir K. Sinha, Ph.D.; Huma Nasir, B.S.; Ann Marie Gross, M.S.; Bruce Budowle, Ph.D. and Jaiprakash G. Shewale, Ph.D. *Development and Validation of the Y-PLEX™5, a Y-Chromosome STR Genotyping System, for Forensic Casework.* **J. Forensic Sciences,** 2003; 48(5): pp. 985-1000.

Hedges, D.J., Walker, J.A., Callinan, P.A., Shewale, J.G., Sinha, S.K., and Batzer, M.A. *A mobile element based assay for human gender determination,* **Analytical Biochemistry,** 2003, Vol. 312, pp 77-79.

Sinha, Sudhir K., Budowle, Bruce, Arcot, Santosh S., Richey, Stephen L., Chakraborty, Ranajit, Jones, Mary D., Wojtkiewicz, Patrick W., Shoenbauer, Dolores A., Gross, Ann Marie, Sinha, Siddhartha K., and Shewale, Jaiprakash G., 2000. *Development and Validation of a multiplexed Y-Chromosome STR Genotyping System, Y-PLEX™6, for Forensic Casework.* **J. Forensic Sciences,** 2003; Vol. 48(1), pp 93 – 103.

Shewale, Jaiprakash G., Sikka, Suresh C., Schneida, Elaine, and Sinha, Sudhir K., 2002. *DNA Profiling of Azoospermic Semen Samples from Vasectomized Males by Using Y-PLEX™6 Amplification Kit.* **J. Forensic Sciences,** 2003; Vol. 48(1), pp 127 – 129.

Shewale, J.G., Richey, S.L. and Sinha, S.K. Detection and Correction of a Migration Anomaly on a 310 Genetic Analyzer. **J. Forensic Sciences** 2000; **45:** 1339-1342.

Tahir, MA, Herrera, RJ, Khan, AA, Kashyap, VP, Duncan, G, Barna, C., Budowle, B., Rowold, DJ, Sinha, S., Amjad, M. Distribution of HLA-DQA1, polymarker, CSF1PO, vWA, TH01, TPOX, D16S539, D7S317, and D5S818 alleles in East Bengali and West Punjabi populations from Ind-Pak Subcontinent. **J. Forensic Sciences** 2000; **45(6):**1320-1323.

Tahir, M.A., Sinha, S.K., Al-Kubaidan, N.A., Tahir, U.A., Budowle, B., and Amjad, M. Distribution of Amplified Fragment Length Polymorphism D1S80 Alleles in a Saudi Arabian Population. **J. Forensic Sciences 45(5),** 2000, p.1159.

Shewale, J.G., Lorino, R.A., Richey, S.L., Tiliakos, E. and Sinha, S.K. 2000. Occurrence of variant alleles in a human population. **The Journal of the Association of Genetic Technologists. 26:** 2000, pp 165-167.

Shewale, J.G., Richey, S.L. and Sinha, S.K. Anomalous Amplification of the Amelogenin Locus Typed by AmpFLSTR® Profiler Plus™ Amplification Kit. **Forensic Science Communications 2(4),** October 2000.

Sinha, S., Amjad, M., Rogers, C., Hamby, J.E., Tahir, U.A., Balamurugan, K., Al-Kubaidan, N.A., Choudhry, A.R., Budowle, B., and Tahir, M.A. *Typing of eight short tandem repeat (STR) loci in a Saudi Arabian population.* 104 **Forensic Science International,** July 1999, pp. 143-146.

D.P. Giedroc, David Puett, S.K. Sinha and K. Brew. Calcium Effects on Calmodulin Lysine Reactivities. **Arch. Biochemistry. Biophysics. 252:** 136-144 (1987).

Hisashi Narimatsu, Sudhir Sinha, Keith Brew, Hiroto Okayama, and Pradman K. Qasba. Cloning and Sequencing of DNA of Bovine N-Acetyglucosaminide B 1-4 Galactosltransferase. **Proc. Nat'l. Acad. Sci. 83,** 4720-2724 (1986).

David P. Geidroc, Sudhir K. Sinha, Keith Brew and David Puett. Differential Trace Labeling of Calmodulin. Investigation of Binding Sites and Conformational States by Individual Lysine Reactivities. **J. Biol. Chem. 280** 13406-13413 (1985).

J.G. Shewale, S.K. Sinha and K. Brew. Evolution of Lactalbumins: The Complete Amino Acid Sequence of a Marsupial (Macropus Refogriseus) Alpha- Lactalbumin and Correction to Reginos of Sequence in Bovine and Goat Alpha- Lactalbumins. **J. Biol. Chem. 259**, 4947-4956 (1984).

S. Perkins, S.K. Sinha, P. Androti, M.C. Wu, and A.A. Yunis. Human Myeloid Leukemic Cells (HL-60) Auto stimulator: Relationship to Colony Stimulating Factor. **Cancer Res. 44**, 5169-5175 (1984).
Sudhir K. Sinha and Adel A. Yunis. Isolation of Colony Stimulating Factor from Human Milk. **Bioch. Biophy. Res. Comm. 114**:797-803 (1983).

R.T. MacGillivray, Enrique Mendez, J.G. Shewale, Sudhir K. Sinha, J. Lineback-Zins and Keith Brew. The Primary Structure of Human Serum Transferrin: The Structure of Seven Cyanogen Bromide Fragments and Assembly of Complete Structure. **J. Biol. Chem. 258**, 3543-3553 (1983).

R.T. MacGillivray, Enrique Mendez, Sudhir K. Sinha, M.R. Sutton, J. Lineback-Zins, and Keith Brew. The Complete Amino Acid Sequence of Human Serum Transferrin. **Proc. Nat'l. Acad. Sci. 79**, 2504-2508, (1982)

Keith Brew and Sudhir K. Sinha. Studies of the Molecular Localization of Protein-Protein Interaction Sites in the Larose Synthase System. **P.R.C.-U.S.A. Conference on Proteins in Biology and Medicine. Academic Press,** 379-393 (1982).

Martin J. Kronman, Keith Brew and Sudhir K. Sinha. Characteristics of the Binding of $Ca^{2+}$ and Other Divalent Metal Ions to Bovine Alpha-Lactalbumin. **J. Biol. Chem.. 256**, 8582-8587 (1981).

Sudhir K. Sinha and Keith Brew. A Selection Procedure for Determining the Location of Protein-Protein Interaction Sites by Cross-linking with Bis-Imidoesters. Application to Lactose Synthase. **J. Biol. Chem. 256**, 4193-4202 (1981).

Keith Brew and Sudhir K. Sinha. Alpha-Lactalbumin: Studies of the Binding Site for Galatosyltransferase. **Protides of Biological Fluids 28th Colloquium, Ed. H. Peters** 149-152 (1980).

Sudhir K. Sinha and Keith Brew. The Syntheses of 4-Deoxy-Dxylo-Hexose and 4-Azido-4-Deoxy-D-Glucose and Their Effects on Lactose Synthase. **Carbohydrate Research. 81**, 239-247 (1980).

Keith Brew, Richard H. Richardson and Sudhir K. Sinha. Structural Basis of the Regulation of the Galactosyltransferase. **Miami Winter Symposium. Vol. 16. From Gene to Protein. Information Transfer in Normal and Abnormal Cells, ed. Russell, et al.** 433-448 (1979).

Keith Brew, Richard Richardson and Sudhir K. Sinha. Protein-Protein Interactions and Mechanism in Reactions Catalyzed by Galactosyltransferase. Federal on European Biochemical Societies, 12th Meeting.

Dresden, 1978. Vol. 52. **Protein: Structure, Function and Industrial Applications, ed. Hoffman, et al** 317-330 (1978).

## CONTINUING EDUCATION

| | |
|---|---|
| February 2005 | Presented at **American Academy of Forensic Sciences**, New Orleans, LA |
| October 2004 | Presented at **Promega's 15th International Symposium on Human Identification,** Phoenix, AZ |
| July 2004 | Presented at **Louisiana District Attorneys Association**, Sandestin, FL |
| February 2004 | Presented at **American Academy of Forensic Sciences**, Chicago, IL |
| September 2003 | Presented at **Promega's 14th International Symposium on Human Identification** |
| September 2003 | Presented at **The Third European Academy of Forensic Science Triennial Meeting**, Istanbul, Turkey |

| | |
|---|---|
| April 2003 | **CA Association of Criminalists Spring Meeting**, Reno, NV. Presented Validation and Forensic Casework Applications of the Y-STR Genotyping Systems Y-PLEX™6 and Y-PLEX™5 on April 8, 2003. |
| May 2003 | Presented at the Marion County, IN **Prosecutor's Annual Meeting**, Indianapolis, IN |
| October 2002 | **Promega's 13th International Symposium on Human Identification.** Phoenix, AZ. Presented In-House validation using PowerPlex 16 STR Multiplex on the ABI Prism 310 Genetic Analyzer and Forensic Applications of Y-chromosome STR Genotyping Systems, Y-Plex™6 and Y-Plex™5. |
| September 2002 | **16th Meeting of the International Association of Forensic Sciences (IAFS).** Montpellier, France. Presented the Y-Chromosome Specific STR Analysis using a Combination of Y-Plex™6 and Y-Plex™5 Amplification Kits on September 5, 2002. |
| May 2002 | **99th Semi-Annual Seminar of California Association of Criminalists (CAC).** San Francisco, CA. Presented the Multi-Disciplinary Identification of Panamanian Victims: Mitochondrial DNA Analysis. |
| February 2002 | **54th Annual Meeting of the American Academy of Forensic Sciences (AAFS).** Atlanta, GA. Presented the Y-Chromosome Analysis and Its Application to Forensic Casework Workshop on February 12, 2002. |
| October 2001 | Presentation at *Promega 12th International Symposium on Human Identification,* Biloxi, MS |
| May 2001 | *Sixth Florida DNA Training Session* presented by the Florida Department of Law Enforcement (FDLE), Clearwater, FL |
| April 2001 | Presentation at Baton Rouge Bar Association meeting, *Forensic DNA Technology.* Perdido, FL |
| March 2000 | Attended *Human Fatty Acid Synthase: Properties, Molecular Cloning, and Expression* Seminar presented by Dr. Arumugam Jayakumar, New Orleans, LA |
| February 2000 | Presentation at American Academy of Forensic Sciences 52nd Annual Meeting, *Development of Multiplexed Y-chromosome STR Genotyping System for Use With ABI 310 Genetic Analyzer.* Reno, NV |
| February 2000 | Workshop presentation at American Academy of Forensic Sciences 52nd Annual Meeting, *Forensic Applications of Capillary Electrophoresis.* Reno, NV |
| November 1999 | Presentation at United Blood Services, *Paternity Testing by DNA.* Baton Rouge, LA |
| June 1999 | Presentation at Cambridge Healthtech Institute's 3rd Annual DNA Forensics, *Mitochondrial DNA Sequencing from 150 Year Old Mummified Remains from Louisiana.* McLean, VA |
| April 1999 | Presentation at 14th Annual Medical Conference, Tanta Faculty of Medicine, *Mitochondrial DNA Sequencing From 150-year-old Tissue.* Tanta, Egypt |
| December 1998 | Presentation at the 7th Meeting of DNA Polymorphism, *Kinship analysis in deficiency cases where the mother, father, or both are unavailable for testing.* Matsumoto, Nagano, Japan |
| October 1998 | Presented *Fundamentals of RFLP Analysis Seminar.* New Orleans, LA |
| May 1998 | Presentation at Southern Association of Forensic Scientists, *Reconstruction and Likelihood Ratios in Forensic Casework.* New Orleans, LA |
| September 1997 | Presentation at 8th Annual International Symposium on Human Identification. *Distribution of HLA DQA1, Amplitype PM and STR Loci in the Saudi Arabian Population.* Scottsdale, AZ |
| January 1997 | Organizer of Laboratory Workshop on *Recent Advances in DNA Profiling Technology.* Calcutta, India |

| Date | Description |
|---|---|
| November 1996 | Instructor at Tulane Univ. Medical Center Course on **Forensic DNA Testing**. New Orleans, LA |
| January 1996 | National Forensic Science Technology Center Meeting for **First Statistics for Forensic Scientists Workshop**. St. Petersburg, FL |
| April 1995 | Presentation at the Mississippi Child Support Enforcement Association Annual Conference, **Paternity Testing**. Vicksburg, MS |
| April 1995 | Presentation at the Rotary Club, **Forensic and Paternity Testing**. Reserve, LA |
| April 1995 | Presentation at the 19th Judicial District East Baton Rouge Parish Office of the District Attorney, **The Latest Advancements in DNA Testing and Its Application in Criminal Investigation**. Baton Rouge, LA |
| November 1994 | Instructor at Forensic Workshop, **Bloodstain Evidence Collection Workshop**. Metairie, LA |
| October 1994 | Presentation at the 5th International Symposium on Human Identification: **Evaluation and Validation Studies for the Amplitype PM and DS180 PCR-DNA Analysis System Using Ten Rape Case Evidence Samples**. Scottsdale, AZ |
| December 1993 | Presentation at Jefferson Parish Coroner's Office, S**erial Killers - From Crime Scene to Courtroom**. Metairie, LA |
| October 1993 | Presentation at the 43rd Annual Meeting of the American Society of Human Genetics: **Discordant Phenotype Due to 13 Chromosomal Mosaic Syndrome in One Identical Twin**, Y. Lacassie, F. Cortes. V. Molina, A.H. Montgomery. LA State University Medical Center, Children's Hospital and GenTest Laboratories, Inc., New Orleans and INTA, University of Chile, Sardego, Chile. New Orleans, LA |
| March 1993 | FBI Second International Symposium on Human Identity. Quantico, VA |
| February 1993 | Presentation at the American Academy of Forensic Sciences (AAFS) Meeting: **DNA Analysis from Paraffin-Embedded Tissue Samples**. Boston, MA |
| September 1992 | Presentation and Panel Member at the Alabama Child Support Enforcement Association Meeting: Blood **Testing/Paternity Panel Discussion** (3 CLE Credits for Child Support Attorneys). Gulf Shores, AL |
| April 1992 | Presentation at the 3rd International Symposium on Human Identification: **Forensic PCR DNA Analysis: Problems and Solutions in Interpretation of Results**. Scottsdale, AZ |
| April 1992 | Presentation at the Southern Association of Forensic Scientists (SAFS) and Southwest Association of Forensic Scientists (SWAFS) and Southern Association of Toxicologists: **PCR DNA Analysis: Problems and Solutions in Interpretations in Results**. Shreveport, LA |
| January 1992 | Presentation and Panel Member at the Mississippi Child Support Enforcement Association Meeting: **Paternity Testing and Determinations** (CLE Credits for Child Support Attorneys). Gulfport, MS |
| October 1991 | Presentation at the Louisiana Association of Forensic Scientists (LAFS): Workshop on **Preparation and Preservation of Evidence Samples for DNA Analysis**. Metairie, LA |
| September 1991 | Presentation at the Southern Association of Forensic Scientists (SAFS): **PCR DNA Analysis, the Power and Limitations of This Technology**. Tallahassee, FL |
| September 1991 | Presentation at St. Jude Family Health Foundation: **Recent Advances in Genetic Analysis Technologies and Their Applications to Rape Investigations**. Kenner, LA |
| September 1991 | Presentation at the Monroe Police Sept. Law Enforcement Training System (MPD/LETS): DNA Workshop on **Evidence Collection**. 3 hours. Monroe, LA |

<u>Sudhir K. Sinha, Ph.D.</u>                                                                                                           <u>Page 8 of</u> 8

| | |
|---|---|
| August 1991 | Presentation at the Louisiana Coroner's Association: **DNA Analysis, Evidence Collection and Casework**. Alexandria, LA |
| June 1991 | Presentation at the Louisiana Association of Forensic Scientists (LAFS): **Forensic Casework Utilizing DNA Analysis**. New Iberia, LA |
| June 1991 | Presentation and Panel Member at the Alabama Child Support Enforcement Association Meeting: **Blood Testing/Paternity Panel Discussion** (3 CLE Credits for Child Support Attorneys). Gulf Shores, AL |
| May 1991 | Presentation at the Southern Association of Forensic Scientists (SAFS): **PCR DNA Technology Applied to Forensic Casework**. Nashville, TN |
| April 1991 | Presentation at the 2nd International Symposium on Human Identification; **HLA DQ Alpha Allele and Genotype Frequencies in the Cajun Population of Louisiana, Determined Utilizing PCR**. Madison, WI |
| February 1991 | Presentation at the Louisiana Foundation Against Sexual Assault (LaFASA): **Forensic Casework Utilizing DNA Analysis**. Slidell, LA |
| August 1990 | Attended the Cetus **Amplitype HLA DQ Alpha Forensic DNA Amplification and Typing Workshop**. Emeryville, CA |
| 1989 | Introduction to Business Administration, University of New Orleans, LA |

**List of Cases in Which Dr. Sinha Testified During the Past Four Years:**

State of Washington vs. Steven Buckminster (June 2007)
State of Tennessee vs. Melvin Crump (May 2006)
State of California vs. Alejandro Avila (January 2005)
State of Kansas vs. Thomas E. Murray (March 2005)
State of Louisiana vs. Jesse Montejo (March 2005)
State of Mississippi vs. Morris Evans (January 2004)
State of Texas vs. V. Tomas Gallo (February 2004)
State of Florida vs. Wilton Dedge (July 2004)
State of Louisiana vs. Derrick Todd Lee (August 2004)
State of Florida vs. Choupiete Pierre Casseus (November 2004)
State of Indiana vs. Cecil C. Jenkins (September 2003)
State of Arizona vs. E.J. Sanders (November 2003)

# ReliaGene Technologies, Inc.               INVOICE

**Submit Payment to:**                    INVOICE NUMBER: F001781-IN

ReliaGene Technologies, Inc.
DEPT AT 952425                            INVOICE DATE: 05/11/07
Atlanta, GA 31192-2425
(504) 734-9700                            SALESPERSON: HSE

                                          TAX SCHEDULE: NONTAX

**Sold to:**

| | | |
|---|---|---|
| Cochran, Nwefeld, and Scheck | CUSTOMER NO.: | F2CNS |
| 99 Hudson Street 8th Floor | CUSTOMER P.O.: | |
| NEW YORK, NY 10013 | REFERENCE: | |
| CONTACT: Peter Neufeld | TERMS: | DUE UPON RECEIPT |

| SALES CD | DESCRIPTION | QUANTITY | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| STR | SAMPLE#: 07-03128 IDENTIFILER | EA | 1.00 | 1,000.000 | 1,000.00 |
| RUSH | FORENSIC RUSH FEE | 1 | 1.00 | 1,000.000 | 1,000.00 |

PRE-PAYMENT RECEIVED VIA CREDIT CARD
CURRENT BALANCE DUE: $0.00

Rx

| | |
|---|---|
| NET INVOICE: | 2,000.00 |
| FREIGHT: | 0.00 |
| SALES TAX: | 0.00 |
| **INVOICE TOTAL:** | **2,000.00** |



**Reliagene Technologies, Inc.**

# COST AUTHORIZATION FORM

Date: April 27, 2007

CLIENT ID: P2CNS

## CLIENT INFORMATION

Client:   Cochran, Neufeld and Scheck
Contact:  None given
Phone:    212-965-9380
Address:  99 Hudson Street 8th Floor
          New York, NY None given,

Purchase Order #:
E-mail:
Fax:      212-965-9084
C/S/Z:

## CASE INFORMATION

ReliaGene Case #: F001781
Submitter Case #:

## ITEMS OF PHYSICAL EVIDENCE

Reliagene Technologies, Inc. received the following items of physical evidence on April 13, 2007, AT 9:22 AM via UPS tracking #: 1Z70684E2210114083 for analysis:

| Client Item # | ReliaGene Sample # | Description | Test or Service | Fee |
|---|---|---|---|---|
| | 07-03128 | Buccal swabs of Elizabeth O'Conner | Identifiler | $1,000.00 |

Total Estimated Cost: $1,000.00

Credit Card Pre-Payment  $1000.00  -  Balance $0.00

testing

total: $ 1000

## BILLING INFORMATION

Client:   Cochran, Neufeld, and Scheck
Contact:  None given
Phone:    212-965-9380
Address:  99 Hudson Street 8th Floor
          New York, NY None given,

Purchase Order #:
E-mail:
Fax:      212-965-9084
C/S/Z:

GP
5/1/07

Please fax the signed and completed form back to:

Attn: Forensic Customer Service                Fax:   504-734-9787

Any questions may be directed to the case manager, Gina Pineda - DNA Technical Leader, at 504-378-9640 (when calling, please refer to the Reliagene Technologies, Inc. case number listed above). Because you are most familiar with the items of evidence involved in this case, if you would like to request additional and/or alternate testing, please contact us as soon as possible.



# Reliagene Technologies, Inc.
## COST AUTHORIZATION FORM

Date: April 27, 2007

### CLIENT INFORMATION
Client: Cochran, Neufeld and Scheck
Contact: None given
Phone: 212-965-9380
Address: 99 Hudson Street 8th Floor
New York, NY None given,

Purchase Order #:
E-mail:
Fax: 212-965-9084
C/S/Z:

### CASE INFORMATION
ReliaGene Case #: F001781
Submitter Case #:

### ITEMS OF PHYSICAL EVIDENCE
Reliagene Technologies, Inc. received the following items of physical evidence on April 13, 2007, AT 9:22 AM via UPS tracking #: 1Z70684E2210114083 for analysis:

| Client Item # | ReliaGene Sample # | Description | Test or Service | Fee |
|---|---|---|---|---|
| | 07-03128 | Buccal swabs of Elizabeth O'Conner | Identifiler | $1,000.00 |
| | | | RUSH SERVICE | - |

Total Estimated Cost: $0.00

Credit Card Payment (RUSH SERVICE) 5/2/07 - $1000.00   Balance: $0.00

↓ rush fee

total: $2000⁰⁰

### BILLING INFORMATION
Client: Cochran, Neufeld, and Scheck
Contact: None given
Phone: 212-965-9380
Address: 99 Hudson Street 8th Floor
New York, NY None given,

Purchase Order #:
E-mail:
Fax: 212-965-9084
C/S/Z:

GP
5-4-07

Please fax the signed and completed form back to:

Attn: Forensic Customer Service   Fax: 504-734-9787

Any questions may be directed to the case manager, Gina Pineda - DNA Technical Leader, at 504-378-9640 (when calling, please refer to the Reliagene Technologies, Inc. case number listed above). Because you are most familiar with the items of evidence involved in this case, if you would like to request additional and/or alternate testing, please contact us as soon as possible.



# FORENSIC FEE SCHEDULE

### STR TESTING

| Test/Service | Price |
|---|---|
| STR Testing (Identifiler® or Profiler Plus®/COfiler®) | $1000 per sample |
| MiniSTR Testing (MiniFiler™) | $1595 per sample |
| STR Testing of Bone Samples | $1250 per sample |
| Profiler Plus® or COfiler® | $750 per sample |

### Y-CHROMOSOME STR TESTING

| Test/Service | Price |
|---|---|
| Yfiler® Testing (17 Y-STR loci) | $1095 per sample |

### MITOCHONDRIAL DNA TESTING

| Test/Service | Price |
|---|---|
| Evidence Samples: hair, bone, stain, tissue, etc. | $2500 per sample |
| Reference Samples: blood or buccal swabs | $1500 per sample |
| Extraction Fee (no amplification product) | $1200 per sample |

### EVIDENCE SCREENING

| Test/Service | Price |
|---|---|
| Bulk Evidence Examination (Searching for possible sources of DNA) | $250 per hour |
| Detection of Semen, Sperm, Blood – Body Fluid ID | $250 per sample |
| RUSH Evidence Screening (3 business days**) | $250 additional per sample |

### ADDITIONAL SERVICES

| Test/Service | Price |
|---|---|
| Extraction/Quantitation Only | $500 per sample |
| Forensic Paternity Testing | $800 per sample |
| Sample Collection Fee | $15 to $45 per person |
| Handling Fee (Processing cancelled after case receipt) | $100 per sample |

### RUSH SERVICES
(**Note: requires pre-notification and case evaluation by forensic technical supervisor.)

| Test/Service | Turnaround | Price |
|---|---|---|
| STR & Y-STR Testing Priority Processing | 5 Business Days | $1000 per sample |
| STR & Y-STR Testing Rush Processing | 10 Business Days | $700 per sample |
| Mitochondrial DNA Testing Rush Processing | Approx. ½ TAT** | $700 per sample |

### EXPERT WITNESS, CONSULTATION & OBSERVATION OF TESTING

| Test/Service | Price |
|---|---|
| Consultation/Case Review/Deposition | $250 per hour |
| Expert Witness Testimony | $2500 per day, plus expenses |
| Non-expert Witness Testimony (i.e. sample collector / evidence custodians) | $1000 per day, plus expenses |
| Professional Observation Fee | $250 per hour |

*Prices effective July 11, 2007 and are subject to change. Please contact us for volume discount information.*

5525 Mounes Street, Suite 101 • New Orleans, LA 70123
Phone: 800-256-4106 or 504-734-9700 • Fax: 800-256-4556 or 504-734-9787 • www.reliagene.com