# AYER POLICE DEPARTMENT
## REPORT SUPPLEMENT

1 of 4

| RECORD # | INC. CODE | GEOCODE |
|---|---|---|
| 00-2481 | 27 | 99 |

ARREST # A — — —

☐ SUPPLEMENTAL REPORT
☒ FOLLOW UP REPORT

**INCIDENT:** Brow Homicide Investigation
**LOCATION:**
**DATE OF THIS REPORT:** 10-5-82
**PRINCIPAL PARTY'S (OR FIRM'S) NAME - LAST, FIRST, INITIAL:** Waters, Kenneth W.
**ADDRESS:**
**PHONE:**

**REPORT:**

10-4-82 7p.m. This officer & Chief Philip Connors met with Robert Osborne & Brenda Marsh at a location in Worcester. The purpose of the meeting was to discuss the period of time when Marsh lived in Ayer, Ma with Kenneth Waters.

According to Marsh she & Waters lived in Ayer for about one month at 5 Vernon St with Waters's grandfather, Benjamin Davenport. This period of time was approximately the end of April until the end of May 1980.

In reference to the Brow homicide, Marsh said about a week or so before the murder, Waters told her about a woman that hangs around the Park St Diner (where he worked as a cook) who had a lot of money and he said he wanted the money.

Marsh said the night before the murder Waters left for work prior to 11 p.m. She said she later called the diner to talk to Waters and was told he was not working this night.

☒ SUPPLEMENT (CONTINUED)

**CASE STATUS:** ☒ ACTIVE ☐ INACTIVE ☐ UNFOUNDED ☐ CLEARED

**REPORTING OFFICER:** Nancy Taylor
**SHIFT COMMANDER:** P. Connors Chief

# AYER POLICE DEPARTMENT
## REPORT SUPPLEMENT

2 of 4

| | |
|---|---|
| RECORD # | OU-2481 |
| INC. CODE | 27 |
| GEOCODE | 99 |
| ARREST # | A - - |

☐ SUPPLEMENTAL REPORT
☒ FOLLOW UP REPORT

**INCIDENT:** Brow Homicide Investigation
**LOCATION:**
**DATE OF THIS REPORT:** 10-5-82
**PRINCIPAL PARTY'S (OR FIRM'S) NAME - LAST, FIRST, INITIAL:** Waters, Kenneth W.

**REPORT:**

Marsh further said the next morning Waters arrived home late, between 10 & 10:30 A.M. in a drunken condition. When asked by Marsh where he had been he replied it was none of her business. He then went directly to bed.

Marsh said she observed a long, deep, red scratch on Waters' left cheek running from beneath the eye to the chin. She said he did not have this scratch when he left for work the night before.

Later in the day Marsh learned that Mrs. Brow had been killed & woke Waters up, told him & asked that he accompany her down the street to see what was going on. He told her, no, that he didn't want any part of it. Waters also told Marsh to say he wasn't home if the Ayer police came looking for him.

Marsh said that a day or two later the police took Waters to the police station for questioning

☒ SUPPLEMENT

**CASE STATUS:** ☒ ACTIVE

**REPORTING OFFICER:** Nancy Taylor
**SHIFT COMMANDER:** P. Connors, Chief

# AYER POLICE DEPARTMENT
## REPORT SUPPLEMENT

3 of 4

RECORD #: 00-24-81
INC. CODE: 27
GEOCODE: 99
ARREST #: A — —
☒ SUPPLEMENTAL REPORT
☐ FOLLOW UP REPORT

INCIDENT: Brow Homicide Investigation
DATE OF THIS REPORT: 10-5-82
PRINCIPAL PARTY'S NAME: Waters, Kenneth W.

REPORT:

But Waters did not tell her the nature of the questioning. The day after this questioning (re Brow case, Waters taped for voice stress) Waters told Marsh to pack up because they were moving back to Providence Rhode Island, which they did.

Marsh said Waters never went back to work after the murder but sent her back to Ayer at a later date to get his pay check. She said even though he wasn't working he seemed to have a lot of money + bought several things including a $300.00 swimming pool.

After moving to Providence + during a slight argument Marsh said to Waters "you killed that woman back there didn't you?" and his response according to Marsh was "yes", followed by the comment "what about it" or "so what do you care".

Marsh said shortly after moving to Providence she left him when he beat her and attempted

☒ SUPPLEMENT

CASE STATUS: ☒ ACTIVE
REPORTING OFFICER: Nancy Taylor
SHIFT COMMANDER: P. Connors, Chief

# AYER POLICE DEPARTMENT
## REPORT SUPPLEMENT

4 of 4

| RECORD # | INC. CODE | GEOCODE |
|---|---|---|
| OV-24 81 | 22 | 99 |

ARREST # A — —

☐ SUPPLEMENTAL REPORT
☒ FOLLOW UP REPORT

**INCIDENT:** Brow Homicide Investigation
**LOCATION:**
**DATE OF THIS REPORT:** 10-5-82

**PRINCIPAL PARTY'S (OR FIRM'S) NAME - LAST, FIRST, INITIAL:** Waters, Kenneth W.
**ADDRESS:**
**PHONE:**

**REPORT:**

to throw her out a second story window then chased her down the street with a 357 handgun.

Marsh detailed a lot of the violence directed at her & her children by Waters. She had been repeatedly beaten, threatened with death, had knives held to her throat, guns pointed at her & was almost choked to death. She claimed her children were also beaten by Waters.

Marsh expressed extreme fear of Waters & his family but said she would testify in court to what she said in this statement.

**CASE STATUS:** ☒ ACTIVE  ☐ INACTIVE  ☐ UNFOUNDED  ☐ CLEARED

**REPORTING OFFICER:** Nancy Taylor
**SHIFT COMMANDER:** Connors Chief