

# The Commonwealth of Massachusetts
## Department of Public Safety
REPORT OF POLYGRAPH EXAMINATION

C01455

JOHN P. NASUTI, TROOPER, POLYGRAPHIST
MASSACHUSETTS STATE POLICE

EXAMINATION REQUESTED BY: DET. LIEUT. JOHN P. DWYER, MIDDLESEX DAs OFFICE.

EXAMINATION EXTENDED TO: BRENDA L. MARSH, WORCESTER
    Date: October 8, 1982
    Place: Boston Polygraph Suite, 1 Ashburton Place Boston.

PURPOSE OF EXAMINATION: To Verify Ms. Ash's statement reletive to the murder of Katrina Brow of Ayer, mass.

PRESENT AT EXAMINATION: Nancy Taylor, Ayer Police Officer.

It is the opinion of the undersigned, based on the tests conducted along with a pre-test interview that the subject was truthful~~xdxxx~~ ~~captixxex~~ in ~~hix~~/her answers to the following pertinent questions:

1. Did you tell me the real truth about the conversation you had with Kenny regarding Mrs Brows death? ANS: YES.

2. Are you telling the truth about asking Kenny if he killed that woman? ANS: YES.

3. Did Kenny ever mention that he killed a woman prior to your asking? ANS: NO

COMMENTS: Based on the above subjects limited knowledge of this incident I have confined the exam to the above questions.

Respectfully submitted
JOHN P. NASUTI
POLYGRAPHIST
MASSACHUSETTS STATE POLICE

*John P. Nasuti*