001504

INTV W POLICE
10/8/82

001505

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                    STATE POLICE


INTERVIEW OF:

BRENDA MARSH


PRESENT AT INTERVIEW:

    LIEUTENANT JOHN DWYER
    State Police Assigned to the District
    Attorney's Office, Middlesex County

    JOHN NASUTI
    State Police Polygraph Operator

    Nancy Taylor, Police Officer
    Ayer Police Department


Friday, October 8, 1982
Superior Courthouse
E. Cambridge, Massachusetts

cc **15^6**

<u>BRENDA MARSH, Sworn</u>

LIEUTENANT DWYER:  My name is

Detective Lieutenant John Dwyer from the Middlesex

County District Attorney's Office.  We are here

today to interview Miss Brenda Marsh of Ayer,

Massachusetts.

Also present at the interview is

Nancy Taylor of the Ayer Police Department and

State Police Polygraph Operator, John Nasuti.

This interview is starting at 10:20 a.m.

and today's date is October 8, 1982.

Q    (Lt. Dwyer)   Brenda, what's your date of birth?

A.   7-14-57.

Q    And your address?

A.   Worcester.

Q    Brenda, will you please relate any and all informa-

tion you have to the facts surrounding the death

of Mrs. Katherina Brow of 7-1/2 Rosewood Avenue,

Ayer, Massachusetts, on May 21, 1980, any and all

information that you know that would help us in

this investigation.  Will you please now start,

Brenda?  Miss Nancy Taylor will ask you a few

questions.

3

Q     (Miss Taylor)  Did you live in Ayer in the year 1980?

A.  Yes.

Q     Who did you live with in Ayer and what was the address?

A.   I think it was 7 Vernon Street with Benjamin Davenport.  It was his house.

Q     Who else lived in that house with you?

A.  Kennie Waters and my two kids.

Q     What are your kids names?

A.  Sean and Randy.

Q     Is that Kenneth W. Waters?

A.  Yes.

Q     Okay.  And what part of 1980 did you live there in Ayer?

A.  From May to June.

Q     From May to June of 1980?  So approximately one month?

A.  One month, yes.

Q     Were you employed?

A.  No.

Q     Was Kennie Waters employed?

CC**15**08

4

1

2      A.   Yes.

3   Q   Where did he work?

4      A.   Parkway Diner or Park Street Diner, but that

5      diner.

6   Q   Park Street Diner.   What were his hours?

7      A.   He worked nights, all different hours.   Like,

8      sometimes it was from maybe ten to like six or

9      seven in the morning, sometimes eleven to noontime.

10     It depended.

11  Q   Okay.   Do you remember the day that Mrs. Brow was

12     murdered?

13     A.   Yes.

14  Q   Do you remember what time of day that happened?

15     A.   Well, I just remember seeing all the police

16     and everything down there.   I know it was between

17     like ten, you know, around eleven.   Between eleven

18     and noontime, I know it was that.

19  Q   Did Kennie Waters work that night prior to the

20     murder?

21     A.   He was supposed to, but I called there and they

22     said he wasn't in and I didn't know where he was.

23  Q   When he left home to go to work, did he indicate

24

1509

5

1

2      he was going to work?

3      A.  Yes.

4   Q   He did?

5      A.  Mm-mum.

6   Q   And approximately what time did you call the diner?

7      A. It was late.  It was probably between twelve and

8      one.

9   Q   And you spoke with someone and what did they say

10      to you?

11      A.  She said he wasn't there.

12   Q   He wasn't there.  When did he come home?

13      A.  Between like ten, ten-thirty the next morning.

14   Q   What was his condition when he came home?

15      A.  Drunk.  He was drunk.

16   Q   Do you recall what he was wearing?

17      A.  As far as I know the same thing he left with.

18      I don't remember.

19   Q   You don't know what he had on?

20      A.  No.  I know he worked in a white shirt, but he

21      wore any kind of pants he wanted.

22   Q   Do you remember seeing anything, any injuries on

23      him?

24

6

A.   A scratch on the left side of his face.

Q    What kind of a scratch?

A.   It was a deep scratch right down the left side of his face.

Q    From where to where?

A.   Like from here, from like the top of his cheekbone right down his chin.

Q    To his chin?

A.   Yes.

Q    Did he explain or did you ask where the scratch came from?

A.   I asked where he got it and he none of my business."

Q    Did he have that scratch when he left to go to work the night before?

A.   No, he didn't.

Q    Did it look like it had bled at all?

A.   Yes.

Q    Did you see any other injuries on his hands or arms?

A.   No.

Q    No.  What was his frame of mind, other than drunk?

**1511**

7

A.  Well, he went to bed after, when he got home.

Q    He went right to bed?

A.  Yes, he was drunk and he went right to bed.

Q    When did he wake up?

A.  It was in the afternoon.

Q    Did you wake him up? Did you ask him to go somewhere with you?

A.  No.  I know the police came and talked to him but I can't remember whether it was the day that it happened or the day after.

Q    Before the police came to talk to him, did he say anything to you about the police?

A.  He said if they came he didn't want to talk to them, not to tell them he was there.

Q    Did he indicate why?

A.  No.

Q    Did you at any point tell him what had happened down the street?

A.  Yes.

Q    What did you say to him?

A.  Oh, I told him that something happened down in

# 1512

8

the trailer.  And he was asleep and I had to wake

him up.  I told him I was going to go down there

and see what happened and asked him if he wanted

to go and he said "no" and rolled over and went

back to sleep.  He said "He didn't care."

Q    Is this when he told you if the Ayer Police came

that he wasn't at home?

A.  Yes.

Q    And was that pretty much how he said it?

A.  Yes.

Q    Before this murder happened, did he ever talk about

that woman in the trailer?

A.  Yes.

Q    What did he say to the best of your memory?

A.  He said she went in the diner quite a bit and

she was talking about having a lot of money and

going back to Germany, I guess it was.  And he

said he'd like to get his hands on that money, that's

all he said.

Q    Did he ever call her by name?

A.  No, not in front of me.

Q    Just the woman that lived in the trailer who was

**1513**

hanging around in the diner.

A.   Yes.  I never knew her name until after she got killed.

Q    Did he ever indicate how much money was involved?

A.   He just said a lot.

Q    A lot?

A.   Mm-mum.

Q    Okay.  You said that the Ayer Police came and questioned him either that day or the next day?

A.   Yes.  I think it was the next day.

Q    Did they question him at the house or did they take somewhere?

A.   No, they took him somewhere.

Q    Did they bring him back?

A.   Yes.

Q    What did he say when he came back?

A.   He said we were leaving.

Q    Did he say where you were going?

A.   To Providence.

Q    Did he say why?

A.   Because he was being blamed for something he didn't do.

## 1514

10

1

2   Q   And did you, in fact, leave and go to Providence?

3   A.   Yes, in a couple of days.  It was either three

4   or four days after that happened.  He didn't give

5   the Ayer Police a chance to talk to him again.

6   Q   Before you left did he spend any great amounts of

7   money?  Did he seem to have any large amounts of

8   money?

9   A.   Well, I never seen any money but he bought a

10  swimming pool and I don't know where he got the money

11  for it. I don't even remember where he bought it.

12  Q   How much money did he make at the diner, do you know?

13  A.   No.   I know his paycheck wasn't much over a

14  hundred a week. Sometimes, it wasn't even that much.

15  Q   After this murder happened, did he ever go back to

16  work at the diner?

17  A.   I don't think so.  No, I don't think so because

18  we left and he sent me back from Providence to get

19  his paycheck and on my way out I got stopped.  And

20  they took his paycheck away from me.

21  Q   That was the day that his stepbrother, or whatever,

22  was arrested on a motor vehicle charge.

23  A.   David O'Connor, yes.

24

**1515**

1

2  Q   Right.  How long did you stay in Providence with

3      him before you left him?

4  A.  Not very long.  It was, maybe, a month, maybe

5      even less.  I don't even think it was a month.

6  Q   Was there a time, while you were in Providence,

7      during this month that the subject of Mrs. Brow

8      came up?

9  A.  Only once, just before I was leaving him.

10  Q   And what was the conversation?

11  A.  Well, he was drunk.  It wasn't even much of a

12      conversation.  He was drunk and I said, "You did

13      kill that woman, didn't you?" and he said, "Yeah,

14      what's it to you?"  And that's all there was and it

15      was dropped.  I didn't want to push it because I

16      didn't want to get beat up.

17  Q   Why did you say that to him?

18  A.  Because ever since it happened, I had the

19      feeling that he did do it anyways.  I just kind of

20      thought he did it and I figured I'd ask him and I

21      did and he said "Yeah, what's it to you?"  and it

22      was ended right there.  That's when I left him.

23  Q   Do you know that he capable of violent acts?

24

*JGF Court Reporters*
*Superior Courthouse*
*East Cambridge, Massachusetts 02141*

12

A.   Oh, yes.

Q   Do you know of any that's he ever ---

A.   Oh, yes, he's tried to choke me.  He's put a butcher knife to my throat.  He slapped my daughter when she was two months old.  He hurt my son at three years old.  He shot bullets into my manager's truck where I used to live.  He kicked my neighbor's doors in all the time.  Oh, yes, he's capable of a lot.

Q   Did he ever try to push you out a window?

A.   Yes, a second floor window.  He ripped my clothes off me and started beating on me.  He fractured three of my ribs.  He gave me a concussion and two black eyes and my mouth was all cut up and swollen.

Q   Did he chase you down the street with a gun?

A.   Yes, a 357 Magnum in Providence.

Q   Was he arrested for that?

A.   Yes.  He didn't have the gun on him though when they arrested him.  His brother took it.

Q   Were there ever any incidents involving him and violence in New Hampshire that you know?

**1517**

13

1

2    A.  Yes, I know of one.  He cut a guy's throat with

3    a knife and he went to jail for it for three and a

4    half years.

5    Q    What color hair does Kennie Waters have?

6    A.  Kind of a sandy color.  It's light.

7    Q    As light as mine?

8    A.  No.

9    Q    Do you know what his blood type is?

10    A.  No, I don't.

11    Q    You don't.  Do you know what size shoe he wears?

12    A.  About a nine and a half.

13    Q    What kind of shoes did he usually wear?

14    A. Sneakers.

15    Q    Do you know brand?

16    A.  No, I don't.

17    Q    Do you know where he bought them?

18    A.  No.

19    Q    Did he have any work boots or dress shoes?

20    A.  He had a pair of work boots and those he bought

21    at Zayre's.  I know where he bought them.

22    Q    In the next couple of days, when you were packing

23    to leave, did you see any of his clothing that

24

1518

14

1
2 looked unusual?

3 A. No.

4 Q No?  That morning when he came home drunk, did he

5 come with a car?

6 A. He had his car with him.

7 Q He did?

8 A. Yes, he did.

9 Q And he left the night before with his car?

10 A. Yes. That's the only way he had to get to work.

11 Q Which car did he have?

12 A. He had a station wagon. I think it was a Ford.

13 I'm not sure on the kind.

14 Q What color was it?

15 A. I think it was white with like the wood sides.

16 Q Did he ever have access to or own a yellow car

17 around that time?

18 A. Yes, a Pinto.  He had a Pinto wagon, it was

19 yellow.

20     MISS TAYLOR:  Jack.

21 Q (Lt. Dwyer) Brenda, that morning that he came back

22 and you said he was drunk and he didn't go to work,

23 right?

24

**1519**<sub></sub>

1

2    A.   Mm-mum.

3    Q    And when he came back into the house were those t

4    clothes he left with it, when he left to go to wo

5    A.   I think so.   He could have changed his shirt.

6    I don't know because he wore a white shirt to work

7    and he had a white shirt on when he came home and

8    he could have changed it before he got home, I

9    don't know.   I have no idea.

10   Q    Did you notice any blood or anything on his clothes

11   A.   No, all I noticed was the scratch on his face.

12   Q    That's all he had?

13   A.   Yes.

14   Q    No blood on his pants or his shirt or anything els

15   A.   No.

16   Q    Do you think they were changed?   Did it look like

17   they were?

18   A.   I don't know.

19   Q    Where could he have changed them?

20   A.   Anywhere.   He has his car with him.   Anywhere.

21   Q    And his shoes, he had the same shoes on that you

22   think he left with?   What do you call them?

23   A.   Sneakers.

24

**1520**

16

1

2  Q    Sneaker type?

3  A.   Yes.

4  Q    That's the same shoes he had on when he left?  He

5  didn't change his shoes?

6  A.   No.

7  Q    Did he have any scratch marks on his hands or

8  anything?

9  A.   No, just his face.

10  Q    Just his face, huh?

11  A.   He should still have scar from it too, because

12  it was a deep scratch.

13  Q    A real deep scratch?

14  A.   On the left side of his face.

15  Q    On the left side of his face?

16  A.   Yes.

17  Q    You didn't see the money?

18  A.   No, I never seen any money.

19  Q    Oh, you said he bought a swimming pool?

20  A.   Yes.

21  Q    What else did he buy?

22  A.   He bought a swimming but ---

23  Q    How much was the swimming pool worth?

24

17

1  A.  I know it was over two hundred dollars.  ((1521

2  Q  Two hundred dollars?

3  A.  Yes, and neither one of us ever had any money.

4  I don't know where he got the money for it, or

5  anything.  And I know after I left him, he went to

6  California and I don't know how he got there either.

7  Q  But you always had a feeling that he did kill Mrs.

8  Brow?

9  A.  He did it.

10  Q  I mean, ever since the time that he didn't go to

11  work and he came back?

12  A.  Well, when I gound out that she was dead, I

13  kind of thought he did it, because I know what he's

14  capable of.

15  Q  Yes.  And after we got through interviewing him,

16  Chief Adamson and myself, he just said, "Let's pack

17  and go"?

18  A.  Yes.

19  Q  Did he say anything about taking a Polygraph test

20  with us or anything like that?

21  A.  No, he never said nothing about that.

22  Q  Nothing like that?  He just said, "Pack and let's

23

24

1522    18

get out of here"?

A.  Yes.

Q    (Miss Taylor)  Do you ever recall him having any
jewelry during this time that he was selling?

A.  I remember a diamond ring but I can't remember
when it was he had it.  I was trying to remember if
it was when I lived in Upton Gardens or when I was
in Ayer or what.  I can't remember when he had it.
I remember the ring, because I remember him first
saying he was going to get it enlarged for me and
I didn't want it.

Q    What size ring do you wear?

A.  A nine.

Q    So this was smaller than a nine?

A.  Oh, yes.  I have big fingers. And a girl friend
of mine, I was talking with her the other day, and I
just brought up a ring and she says she remembers him
having a diamond ring because he tried to sell it to
her, but she don't remember when it was either.

Q    Do you remember the color of the band?

A.  It was a sliver, and it was just one stone.

Q    Did it stand up high?

**1523**

19

1

2    A.  It was a small one.

3    Q    But did it stand up on prongs or was it fairly

4    recessed?

5    A.  Yes.  It was on prongs.

6    Q    Did you ever try it on your little finger?

7    A.  No, I didn't.

8    Q    (Lt. Dwyer)  Brenda, do you think that ring was in

9    the same time frame that this thing happened?

10    A. I've been thinking about since I talked to her on

11    Monday night and I can't --- I've been racking my

12    brains and I can't remember.

13    Q    Can you get ahold of your friend who saw this thing?

14    A.  I talked to her already and she don't remember.

15    She's got a worse memory than I have.

16    Q    Okay.  Now, getting back to Providence, Rhode Island,

17    when you down there with Mr. Waters:  After he

18    made the statement and come out and said, "Yeah, I

19    killed her," what else did he say?

20    A.  That was it.  I didn't push it, you know, because

21    I didn't want to get a beating from him again.  He

22    beat me all the time, when he was drunk, and I didn't

23    push the issue.  I just asked him that.  He didn't

24

*JGF Court Reporters*
*Superior Courthouse*
*East Cambridge, Massachusetts 02141*

**1524**

20

even know that I was leaving because he was drunk.
I asked him that and that was the end of it.  I
packed my stuff and my kids stuff and I left.

Q    And that's all he said, "Yeah, I killed her" and
period and that was it?

A.   Well, what I said was, "You did kill that woman,
didn't you?" and he said, "Yeah, what's it to you?"
and that was ended right there.  I didn't want to
push my luck with him.

Q    (Miss Taylor)  Was there ever any other woman that
was killed that he would have known about and you
would have known about?

A.   No, not as far as I know.

Q    So it's fair to say that you were talking about ---

A.   The one in Ayer, yes.  He knew who I was talking
about.  He knew just who I was talking about.

Q    (Lt. Dwyer)  How long had you been living with him
or whatever?

A.   I lived with him close to four years.

Q    Four years?

A.   Yes.

Q    And this is the first outstanding incident regarding

**1525**

21

2    this and he knows that you're referring o this

3    woman in Ayer?

4    A.  Right.

5    Q  You're not talking about anyone else as Miss Taylor

6    said?

7    A.  No, nobody else.  He knew who I was talking

8    about.

9    Q  All right, fine.  Brenda, I'm going to show you

10    a photograph of a knife that was found at the murder

11    scene of Katherina Brow.  Brenda, do you recognize

12    this knife?

13    A.  Yes, I do.

14    Q  And when did you last see this knife?

15    A.  Kennie Waters had it.

16    Q  Kennie Waters had this knife?

17    A.  Yes, it's the exact same knife.

18    Q  The exact same knife with a brown handle.

19    A.  Yes.

20    Q  And where did he get this knife?

21    A.  Global Van Lines in Worcester.

22    Q  And that's where he worked?

23    A.  Yes, he used it there.

24

**1526**

22

1

2    Q    And he always kept this knife in his possession?

3    A.   In his pocket, yes.

4    Q    In his pocket?

5    A.   Yes.

6    Q    Now, when I showed you this picture of this knife

7         you had no  question in your mind that this was

8         his knife?

9    A.   No question about that's the one he had.

10   Q    That's the one he had?

11   A.   Yes, it sure is.

12   Q    And especially when you were living in Ayer.

13   A.   Yes, he had it all the time.

14   Q    Where did he keep this on his person?

15   A.   In his back pocket.

16   Q    In his back pocket?

17   A.   Yes.

18   Q    And you say he also had another knife?

19   A.   He had a hunting knife.

20   Q    A hunting knife?

21   A.   Yes.

22   Q    Now, if he went to work at the diner would he take

23        the hunting knife with him or would he carry this

24

1527

23

knife with him?   What would you say?

A.   The hunting knife was always on his side but he had that with him all the time too.

Q   So he always carried two knives with him in his possession?

A.   Yes.

Q   Now, Brenda, think back a little bit in regard to the knife, when he was supposed to go to work that night at the diner but he never did go to work, and we're talking about the other knife now, the one that he kept on the side in a holster type thing, did he have that knife with him?

A.   Yes.

Q   And he had this knife here that we have the picture of and which we are now showing you?

A.   Yes.

Q   He had both knives when he went to work that night?

A.   Yes.   He had them with him all the time.

Q   He had them with him all the time?

A.   Yes.

Q   And there's no question in your mind, Brenda, that this is the knife?

A.   No  question in my mind.

**1528**

Q    Brenda, is there any animosity on your part
towards Kennie Waters or anything that you have
against him and that's why you're coming forward
with this information pertaining to the homicide?

A.   No.

Q    I know he's beaten you up in the past, as you have
stated, along with your kids and he's threatened
your life, but is there any animosty in this
regard and that's why you're coming forward with
this information?

A.   No.

Q    There is no animosity?

A.   No.

Q    And you are coming forward because ---

A.   Because I think I know he did it.

Q    And what else?  Do you want to get it off your
conscience, more or less?

A.   Yes, kind of.

Q    Has it bothered you for a few years?

A.   Well, I thought about it, but I never knew
what to do about it and never said anything about
it.  I told my boy friend about it.

**1529**

25

1

2    Q    Who is your boyfriend?

3    A.    Robert Osborne.

4    Q    Are you still with Robert Osborne?

5    A.    Yes, I am.

6    Q    When did you tell Robert Osborne?

7    A.    I just met him in May.  I told him about this

8    about a month ago.

9    Q    You're very candid with your boy friend?

10    A.    I've told him a lot, yes, about what he used to

11    do to me and it just came up what he did with that

12    woman and I told him.

13    Q    And you related these facts to your boy

14    that respect?

15    A.    Yes.

16    Q    Brenda, you came down here voluntarily and of your

17    own free will with no promises of anything from

18    either Miss Taylor or the District Attorney's

19    Office?

20    A.    I came down here willingly.

21    Q    Willingly and of your own free will?

22    A.    Yes.

23    Q    Brenda, after you leave here, you're going with

24

1530    27

Jack Nasuti from the State Police who will give you

a Polygraph test and you are aware of that also?

A.  Yes.

Q  And you're willing to do this also?

A.  Yes.

Q  And everything that you told us here is the truth?

A.  Yes.

LIEUTENANT DWYER: Thank you very much,

Brenda.

This interview will be terminated at

11:15 a.m.