# AYER POLICE DEPARTMENT
## REPORT SUPPLEMENT

1 of 2

| RECORD # | INC. CODE | GEOCODE |
|---|---|---|
| 00 - 24 - 81 | 28 | 99 |

| ARREST # | |
|---|---|
| A - - | ☒ SUPPLEMENTAL REPORT<br>☐ FOLLOW UP REPORT |

| INCIDENT | LOCATION | DATE OF THIS REPORT |
|---|---|---|
| ARREST – Homicide, Armed Robbery | Ayer, MA | 10-13-82 |

| PRINCIPAL PARTY'S (OR FIRM'S) NAME – LAST, FIRST, INITIAL | ADDRESS | PHONE |
|---|---|---|
| Waters, Kenneth W. | 28 Erie Street<br>Providence, Rhode Island | |

| PROPERTY-TYPE | MFG. OR TRADE NAME | MATERIAL | SIZE | I.D. OR SERIAL NO. | PRES. VALUE $ | HOW ESTABLISHED |
|---|---|---|---|---|---|---|
| TYPE | MFG. OR TRADE NAME | MATERIAL | SIZE | I.D. OR SERIAL NO. | PRES. VALUE $ | HOW ESTABLISHED |

**REPORT:**

10-12-82 this officer applied for and received an arrest warrant from Ayer District Court for Kenneth W. WATERs, on charges of first degree murder and armed robbery for incident which occurred on 5-21-80, victim being Katherina Brow of 7½ Rosewood Avenue, Ayer, MA

Same date this officer and Ptl. Dennis MacDonald traveled to the Providence, Rhode Island Police Dept. With the assistance of Providence Detectives Michael Panzarella and Robert McKenna we attempted to located WATERS on Friendship Street and Unit St. with negative results. We then went to WATERs mothers address of 28 Erie Street, Providence and WATERS was located in the basement of the home and placed under arrest without incident.

WATERS was transported back to the Providence Police Station and was taken to a conference room where he was presented with the two complaints against him and advised of his rights under Miranda. Waters was twice advised verbally of these rights and filled out in his own handwritting a "rights" form and initialled each of the rights as he read them.

WATERS was advised that the Ayer Police Dept. and the Middlesex County District Attorney's Office had established there was probable cause for signing the complaints for murder and armed robbery. WATERS was asked if he wished to talk with us and his response was "yes, I have nothing to hide, I didn't do it". Waters was shown a couple of photos from the crime scene and said he was unable to look at them, they made him sick and that the person who killed her had to be really sick.

WATERS related that at the time of the murder of Katherina Brow he had been living with his girlfriend, two children and his grandfather on Vernon St. in Ayer. He said that he had been working for about two months at the Park St. Diner with varied shifts. WATERS said that he remembered the day of the murder because he had to appear in Ayer District Court that morning and was there at 9 a.m. and remained there for a short time, he didn't remember what time he left the courthouse. He said his girlfriend had his white station wagon and picked him up at the diner at 11 a.m. and they went home passing the Brow home and that was when he realized that something must have happened with all the police and neighbors in the area. WATERS further said he had worked at the diner the day before (May 20) but did not remember the hours he had worked. He identified his girlfriend at the time as Brenda Marsh of Worcester.

☐ CONTINUED OVER
☒ SUPPLEMENT

| CASE STATUS | I HEREBY CERTIFY THAT THE CONTENTS OF THIS REPORT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF | COMPLAINANT'S SIGNATURE |
|---|---|---|
| ☐ ACTIVE<br>☐ INACTIVE<br>☐ UNFOUNDED<br>☒ CLEARED | REPORTING OFFICER Nancy Taylor / SECOND OFFICER D. MacDonald Ptl.<br>SHIFT COMMANDER Connors Chief / REVIEWER | FURTHER ACTION (PURGE INFO)<br><br>COPIES TO |

# AYER POLICE DEPARTMENT
## REPORT SUPPLEMENT

2 of 2

| RECORD # | INC. CODE | GEOCODE |
|---|---|---|
| 00 – 24 – 81 | 28 | 99 |

| ARREST # | |
|---|---|
| A – – | ☒ SUPPLEMENTAL REPORT ☐ FOLLOW UP REPORT |

| INCIDENT | LOCATION | DATE OF THIS REPORT |
|---|---|---|
| ARREST - Homicide, Armed Robbery | Ayer, Ma. | 10-13-82 |

| PRINCIPAL PARTY'S (OR FIRM'S) NAME - LAST, FIRST, INITIAL | ADDRESS | PHONE |
|---|---|---|
| WATERS, Kenneth W. | 28 Erie Street, Providence, Rhode Island | |

| PROPERTY-TYPE | MFG. OR TRADE NAME | MATERIAL | SIZE | I.D. OR SERIAL NO. | PRES. VALUE $ | HOW ESTABLISHED |
|---|---|---|---|---|---|---|
| TYPE | MFG. OR TRADE NAME | MATERIAL | SIZE | I.D. OR SERIAL NO. | PRES. VALUE $ | HOW ESTABLISHED |

**REPORT:**

Waters was asked if he now or ever carried a knife and his answer was he did not carry any knives except for a small pocket jackknife.
When asked if he knew Mrs. Brow he said he did not know her very well but that she had hung around at the Park St. Diner and that she was supposed to have a lot of money, he had heard. He also said that he went to school with Mrs. Brow's son Charlie and could have possibly broken into his house as a kid because he "got into every house in the neighborhood when he was younger".

On the day of the murder WATERS said the went directly home after his girlfriend picked him up at the diner and just hung around the house, did not go out anywhere.

WATERS was asked if he had at any time possession of Mrs. Brow's jewelry and specifically a ring and he said no. This officer advised him that police had received a report that he had been trying to sell a ring in the diner several days after the murder. WATERS response was that he had a ring he was trying to sell but that it had belonged to his girlfriend Brenda and he was selling it because they needed money. He said a woman by the name of Adi bought it. He said it was a "regular ring" but could not remember if it had a stone, if it was gold or silver or how much he sold it for.

WATERS was asked if he spent any large sums of money shortly after Mrs. Brow was murdered and he said the only thing he bought was a $99 swimming pool from Capitol Toy in Fitchburg with money from a tax refund check.

In answer to a question posed by Ptl. MacDonald WATERS said that he often has blackouts from drinking "that's why I'm in trouble a lot".

WATERS flatly denied having been involved in the homicide in any way or having any knowledge of what was involved. He said he would give his blood and hair samples and submit to a polygraph or voice stress test.

WATERS was booked, fingerprinted, and photographed and said he would waive his rights and come back to Massachusetts voluntarily. He said he would go back with us immediately but was told that he had to appear before a judge in Providence Court in the morning before we could bring him back.

☐ CONTINUED
☐ OVER
☐ SUPPLEMENT

**CASE STATUS**
☐ ACTIVE
☐ INACTIVE
☐ UNFOUNDED
☒ CLEARED

REPORTING OFFICER: Nancy Taylor
SECOND OFFICER: D. MacDonald
SHIFT COMMANDER: P. Connors Chief

COMPLAINANT'S SIGNATURE

FURTHER ACTION (PURGE INFO)

COPIES TO

REVIEWER