UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>    Plaintiff,<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities,<br><br>    Defendants. | Case No. 04 10521 (GAO)<br><br>**PLAINTIFF BETTY ANNE WATERS' EXPERT DISCLOSURES** |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's scheduling order, Plaintiff Betty Anne Waters hereby discloses the identities and the reports of the following individuals who may provide expert evidence at trial pursuant to Federal Rule of Evidence 702:

1. **Dr. Edward T. Blake – Partner, Forensic Science Associates (DNA)**

   Report, resume, and list of prior testimony attached as Exhibit A.

2. **Charles R. Honts, Ph.D. – Professor of Psychology, Boise State University (Polygraph)**

   Report and CV attached as Exhibit B.

1

3. **Lou Reiter – Lou Reiter & Associates**
   **(Police practices)**

   Report, resume, and list of prior testimony attached as Exhibit C.

4. **Jerome Rogoff, M.D. – Forensic psychiatrist**
   **(Psychological damages)**

   Report, CV, and list of prior testimony attached as Exhibit D.

5. **Sudhir K. Sinha, Ph.D. – Laboratory Directory, ReliaGene Technologies**
   **(DNA)**

   Report, CV, list of prior testimony, and invoice/fee schedule attached as Exhibit E.[1]

6. **Ron Smith – President, Ron Smith & Associates**
   **(Latent prints)**

   Report, CV, fee schedule, and list of publications/prior testimony attached as Exhibit F

Dated: August 23, 2007        _/s/ Monica R. Shah_
                              Barry C. Scheck (BS 4612)
                              Deborah L. Cornwall (DC 2186)
                              Monica R. Shah (MS 9846)
                              COCHRAN NEUFELD & SCHECK, LLP
                              99 Hudson Street, 8th Floor
                              New York, NY 10013
                              Tel. (212) 965-9081 / Fax (212) 965-9084

                              Robert N. Feldman
                              BIRNBAUM & GODKIN, LLP
                              280 Summer Street
                              Boston, MA 02210-1108
                              Tel. (617) 307-6130 / Fax (617) 307-6101

                              *Attorneys for Plaintiff Betty Anne Waters*

---

[1] Dr. Sinha's report was previously disclosed as an exhibit to Elizabeth O'Connor's affidavit on May 17, 2007.