# Charles R. Honts, Ph. D.

**15 July 2007**

Debi Cornwall, Attorney at Law
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street
New York, New York 10013

**Re: *Waters v. Town of Ayer, et al*, No. 04 Civ. 10521**

Ms. Cornwall,

This letter is in response to your request that I review and comment upon a polygraph examination that was conducted in the above referenced case. I was retained at a rate of $300.00 an hour for work in my office and at a rate of $3600.00 per day plus actual expenses for out of town travel. In the following sections I will comment upon: my qualifications, the materials provided to me for review, and my responses to the questions you posed in your letter of 22 January 2007.

3105 Sweetwater Drive
Boise, ID 83716-5664
**T** 208.867.2027
**F** 208.426.4386
honts@mac.com

## My Qualifications:

I am a Professor of Psychology at Boise State University, 1910 University Drive, Boise, Idaho 83725. I hold a Ph.D. degree in Psychology (Experimental) with a concentration on human psychophysiology. My central area of study and research is in credibility assessment and in polygraph testing in particular. I have published a number of peer-reviewed scientific papers on credibility assessment and on the polygraph. I am also a licensed and practicing polygraph examiner. I was trained in polygraph testing at the Backster School of Lie Detection in San Diego, California, in 1976. The Backster School of Lie Detection was, and is, an American Polygraph Association accredited institution for the training of polygraph examiners. Within the polygraph profession I have offered instruction and continuing education in a number of venues, including lectures and instruction with: the U.S. Department of Defense Polygraph Institute, the United States Secret Service, the Federal Bureau of Investigation, and the Canadian Police College. I have also been guest of a number of foreign governments for the purpose of offering instruction and/or lectures on the polygraph. Those governments include Canada, China, Norway, The Netherlands and Sweden. I have appeared as an expert witness on credibility assessment in a number of courts of law in the United States and elsewhere. A true and correct current copy of my Curriculum Vitae is provided with this letter. My Curriculum Vitae accurately provides a list of my education, training, publications, presentations, employment history, professional honors and a history of my appearances as an expert witness.

## Materials Provided for Review:

1. A cover letter, dated 22 February 2007, stating our financial arrangements and posing questions for my consideration (2 pages).

2. Transcript of Oct. 8, 1982 pre-polygraph interview of informant Brenda Marsh by Ayer police officer Nancy Taylor and Massachusetts State Police Agent John Dwyer (25 pages).

3. Mass. State Police Polygraphist John P. Nasuti's Oct. 8, 1982 report of polygraph examination   (1 page).

**Questions:**

**Would any reasonable trained polygraphist have asked the questions included in this report in the context of a murder investigation, or relied on the results as probative, incriminating evidence against Kenneth Waters in 1982? Why not?**

In my opinion, in 1982 no reasonable trained polygraph examiner would have viewed these relevant questions as providing probative, incriminating evidence against Kenneth Waters. The most commonly used techniques for the psychophysiological detection of deception are the comparison question tests (CQT). The test in this case is a member of that family of tests. The theory of the comparison question tests is as follows: The CQT assesses a person's credibility by looking for a differential reaction between two types of questions. The first type of question is known as a relevant question. Relevant questions are specific direct accusatory questions that address the issue under investigation (e.g., Did you shoot John Doe?) The second type of question, the comparison questions, are ambiguous questions to which the examiner usually elicits a "No" answer (e.g., Before 1994, did you ever do anything that was dishonest, illegal or immoral?). The rationale of the comparison question test predicts that guilty subjects will produce larger physiological responses to the relevant questions to which they know they are deceptive, than to the relatively unimportant comparison questions. Innocent subjects are expected to produce larger physiological responses to the comparison questions, to which they are assumed to be either deceptive, or at least uncertain of the veracity of their answer, than to the truthfully answered relevant questions.

The polygraph examination report indicates that the following three relevant questions were used in the examination:

1. Did you tell me the real truth about the conversation you had with Kenny regarding Mrs. Brows death?

2. Are you telling the truth about asking Kenny if he killed that woman?

3. Did Kenny ever mention that he killed a woman prior to your asking?

According to standards within the polygraph profession, including those in place in 1982, relevant questions are supposed to be specific direct accusatory questions that address the central issue under investigation. Relevant question #1 fails these criteria because it is neither specific nor direct. It is further weakened by the fact that multiple conversations were described in the pre-test interview and no specific conversation is specified by this question. It is possible that the subject could have in mind a description of a truthful conversation given in the pretest, but one that was not the critical conversation. The subject could thus answer truthfully, but not to an issue of relevance. Relevant question #2 clearly fails these criteria as it does not address any probative issue in the case. Whether or not the subject asked Kenny if he killed that woman is neither a central issue, nor a probative issue. Whether or not Mr. Waters admitted to killing Mrs. Brows is the central probative issue in this matter. Relevant questions #3 is technically the best formulated relevant questions of this set. However, the indicated answer was "No". A truthful response to this question actually provides exculpatory evidence in this case as it indicates that this was not a matter about which Kenneth Waters had ever spoken. The critical issue for this subject is never addressed in this examination, that is, did Kenneth Waters confess to committing the murder of Mrs. Brow to this polygraph subject? None of the polygraph schools with which I am familiar would find this set of relevant questions to be acceptable practice, now or in 1982. I cannot imagine that this set of relevant questions would pass a competent quality control process in any law enforcement agency.

**What questions would have been probative?**

In my opinion the following questions would have been appropriate for this examination:

Did Kenneth Waters tell you that he killed Mrs. Brow?

When you asked Kenneth Waters, "You did kill that woman didn't you?" did he reply "Yeah, what's it to you?"

The latter question is weak in terms of probative value as it assumes that there was a common understanding between Brenda Marsh and Ken Waters that they were discussing the same woman, Mrs. Brow. However, that question would have served to verify the credibility of the statement being offered.

**Your opinion as to whether, given the nature and scope of the pre-polygraph interview and the phrasing of the questions, the Nasuti report is a reliable indicator of whether Brenda Marsh was telling truth (in reporting that Ken Waters had admitted to her that he had killed Katherina Brow).**

In my opinion, based on my training as a polygraph examiner and as a scientist who studies credibility assessment, the Nasuti report is not a reliable indicator of Brenda Marsh's credibility concerning whether or not Ken Waters admitted to the murder of Katherina Brow. The relevant questions are so poorly formulated that in my opinion any results of this examination are meaningless and without probative value.

The opinions stated above are held to a reasonable degree of professional and/or scientific certainty. However, I reserve the right to amend this report if new materials are presented for review.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 15 July 2007.

Charles R. Honts, Ph. D.
Professor of Psychology
Detection of Deception Examiner

Attachment (1):  Curriculum Vitae of Charles R. Honts, Ph. D.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

**Office**

Department of Psychology
Boise State University
1910 University Drive
Boise, ID 83725
USA

**Email:**

Chonts@boisestate.edu
Chonts@AOL.COM

**Voice:**     208.426.3695
**FAX:**       208.426.4386

**Prepared:**

3 July 2007

**WWW:**

http://truth.boisestate.edu/honts

## Education:

Ph. D., Psychology (Emphasis Human Experimental), University of Utah, Salt Lake City, Utah, Awarded, June 1986.

M. S., Psychology (Emphasis Human Experimental), Virginia Polytechnic Institute and State University, Blacksburg, VA. Awarded, June 1982.

B. S., Psychology, Virginia Polytechnic Institute and State University, Blacksburg, VA. Awarded, June 1974.

## Faculty Appointments:

| | |
|---|---|
| Professor of Psychology, | 1995 to date |
| Department Head | 2000 to 2003 |
| Full Member of the Graduate Faculty | |
| Boise State University, Boise, Idaho. | |
| Associate Professor of Psychology, Full Member of the Graduate Faculty | 1990 to 1995 |
| Promoted from Assistant Professor in 1993 (3rd year) | |
| University of North Dakota, Grand Forks. | |
| Adjunct Assistant Professor, Psychology Department, University of Utah, Salt Lake City. | 1987 to 1995 |
| Adjunct Professor, College of Graduate Studies and Continuing Education Jacksonville State University, Jacksonville, Alabama. | 1989 to 1990 |

## Professional Service and Awards:

President-Elect, President, Immediate Past-President, and Member of the Executive Committee of the Rocky Mountain Psychological Association, 2004-2007.

Fellow of the Association for Psychological Science (Elected 2006).

**Charles R. Honts, Ph. D.**                         **Curriculum Vitae**

## Professional Employment:

| | |
|---|---|
| Professor of Psychology, Department of Psychology, Boise State University, Boise, Idaho. | 1995 to Date |
| Associate Professor of Psychology, Psychology Department, University of North Dakota, Grand Forks. | 1993 to 1995 |
| Assistant Professor of Psychology, Psychology Department, University of North Dakota, Grand Forks. | 1990 to 1993 |
| Research Psychologist - Research Team Leader (GS-14) Department of Defense Polygraph Institute - Research Division Fort McClellan, Alabama. | 1988 to 1990 |
| Research Assistant (4 years) / Associate (2 years) Department of Psychology, University of Utah, Salt Lake City Projects: *A Study of the Validity of Polygraph Examinations in Criminal Investigations.* Funded by the National Institute of Justice *The Effects of Physical and Mental Countermeasures on the Physiological Detection of Deception.* Funded by the Department of Psychology, University of Utah. | 1982 to 1988 |
| Teaching Assistant, Department of Psychology Virginia Polytechnic Institute and State University, Blacksburg, VA. | 1981 to 1982 |
| Detection of Deception Examiner, Various Employers. | 1976 to 1980 |

## Specialized Training:

The Backster School of Lie Detection (Polygraph Examiner's Course) San Diego, California (September - October 1976).

Workshop on the Assessment of Truthfulness of Alleged Victims of Sexual Offenders Through Statement Reality Analysis.  Professor Udo Undeutsch, Instructor. Salt Lake City, Utah (March, 1985).

Interdisciplinary Seminar on Interviewing and Assessing Credibility of Alleged Victims and Perpetrators in Sexual Abuse Cases. Scottsdale, Arizona  (April, 1986).

Contracting Officer's Representative Course.  Army Logistics Management College, Fort Lee, Virginia (June 1988).

Interview and Assessment Techniques in Child Sexual Abuse Cases.  Seminar sponsored by University of Utah, Department of Psychology, and Division of Continuing Education. (May, 1991).

2

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

## Thesis And Dissertation:

Honts, C. R. (1982).  *The effects of simple physical countermeasures on the physiological detection of deception.*  Unpublished master's thesis, Virginia Polytechnic Institute and State University, Blacksburg.

Honts, C. R. (1986).  Countermeasures and the physiological detection of deception:  A psychophysiological analysis.  *Dissertation Abstracts International, 47,* 1761B. (Order No. DA8616081)

## Professional Publications and Reports:

### 2007

Honts, C. R., (2007). *Polygraph and polygraph techniques.*  Entry accepted for publication in Cutler, B. (Ed.) *The encyclopedia of psychology and law.* New York: Sage.

Honts, C. R. & Alloway, W. (in press). Information does not affect the validity of a comparison question test. Manuscript accepted for publication, *Legal And Criminological Psychology.* (Available online in 2006)

Honts, C. R., & Amato, S. (2007). Automation of a screening polygraph test increases accuracy. *Psychology, Crime & Law, 13,* 187-199. (Available online in 2006)

Honts, C. R., & Forrest, K. (2007). A cautionary note for the teaching of psychology and law: Media images may be more persuasive than data.  Manuscript under revision.

Turrisi, R., Nelsen, L., Honts, C., Voas, R., Johnson, M., & Lange, J. (2007).  *Examinations of perceptions of selling alcohol on a university campus.*  Manuscript under revision.

Voas, R. B., Johnson, M., Turrisi, R. J., Ketcheson, K. A., Taylor, D., Honts, C. R., & Nelson, L. (2007). *Bringing alcohol on campus to raise money: Impact on student drinking and drinking problems.*  Manuscript submitted for consideration of publication.

### 2006

Honts, C. R. (2006). Recent theoretical and applied findings for autonomic psychophysiological deception detection.  *International Journal Of Psychophysiology 61,* 304-305.  (Abstract)

### 2005

Honts, C. R. (2005). Rocky mountain psychological association: Report of the 75th annual meeting. *American Psychologist, 60, 1022-1024.*

Honts, C. R., Raskin, D. C., & Kircher, J. C. (2005). Scientific Status: The case for polygraph tests.  In, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence: The law and science of expert testimony (Volume 4):  Forensics 2005-2006 Edition.* Thompson West: Eagan, Minnesota, (571-605).

## 2004

Honts, C. R. (2004). The psychophysiological detection of deception, in P. Granhag and L. Strömwall (Eds.) *Detection of deception in forensic contexts.*  London: Cambridge University Press 103-123.

Honts, C. R., Amato, S., & Gordon, A. (2004).  Effects of outside issues on the Control Question Test. *The Journal of General Psychology, 151,* 53-74.

Thurber, S., Bonynge, E., & Honts, C. R. (2004).  Barron's revised ego-strength scale as a measure of test taking style:  Relationships with the validity scales of the MMPI-2. *Counseling and Clinical Psychology Journal, 1,* 119-124.

## 2003

Honts, C. R. (2003).  Participant perceptions support the rationale of the comparison questions test for the psychophysiological detection of deception.  *Psychophysiology, 40,* S48. (Abstract)

## 2002

Honts, C. R., & Amato, S. (2002).  Countermeasures, in M. Kleiner (Ed.), *Handbook of polygraph testing.* London: Academic (251-264).

Honts, C. R., Raskin, D. C., & Kircher, J. C. (2002). The scientific status of research on polygraph techniques:  The case for polygraph tests.  In, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony (Volume 2).* West: St. Paul Minnesota, (446-483).

Otter-Henderson, K., Honts, C. R., & Amato, S. L. (2002). Spontaneous countermeasures during polygraph examinations: An apparent exercise in futility. *Polygraph, 31,* 9-14.

Raskin, D. C., & Honts, C. R. (2002). The comparison question test. In M. Kleiner (Ed.), *Handbook of polygraph testing.* London: Academic (1-49).

Thurber, S., Snow, M., & Honts, C. R. (2002). The Zung Self-Rating Depression Scale: Convergent validity and diagnostic discrimination. *Assessment, 9,* 401-405.

## 2001

Honts, C. R., & Amato, S. (2001).  Psychophysiological credibility assessment.   *Journal of Forensic Psychology Practice, 1,* 87-99.

Honts, C. R., Amato, S. & Gordon, A. K.  (2001).  Effects of spontaneous countermeasures used against the comparison question test. *Polygraph, 30,* 1-9.

4

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

## 2000

Honts, C. R. (2000). A brief note on the misleading and the inaccurate: A rejoinder to Matte (2000) with critical comments on Matte and Reuss (1999). *Polygraph, 29,* 321-325.

Honts, C. R., (2000). Comments on *State v. Shively*, 999 Pacific 2d, 952 (2000). Invited commentary. *The Forensic Panel Letter*, November, Available: www.forensicpanel.com

Honts, C. R., (2000). Comments on *State of Hawaii v. William K. Naone,* 92 Haw. 289. Invited commentary. *The Forensic Panel Letter Online*, May, Available: http://www.forensicpanel.com

Honts, C. R., Amato, S., & Gordon, A. (2000). *Validity of outside-issue questions in the control question test: Final report on grant no. N00014-98-1-0725.* Submitted to the Office of Naval Research and the Department of Defense Polygraph Institute. Applied Cognition Research Institute, Boise State University. DTIC# ADA376666.

Honts, C. R., Raskin, D. C., Amato, S. L., Gordon, A., & Devitt, M. K. (2000). The hybrid directed lie test, the overemphasized comparison question, chimeras and other inventions: A rejoinder to Abrams (1999). <u>Polygraph</u>, <u>29</u>, 156-168.

Raskin, D. C., Honts, C. R., Amato, S., & Kircher, J. C. (2000). The case for the admissibility of the results of polygraph examinations: In D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence: The law and science of expert testimony: Volume 1 2000 Pocket Part* (201-217).

## 1999

Bell, B. G., Raskin, D. C., Honts, C. R., & Kircher, J. C. (1999). The Utah numerical scoring system. *Polygraph, 28, 1-9.*

Honts, C. R. (1999). The discussion of comparison questions between list repetitions (charts) is associated with increased test accuracy. *28, Polygraph, 117-123.*

Honts, C. R. (1999). Flaws detected in polygraph study. *The Forensic Panel Letter*, 3(11), 1,5.

Honts, C. R., & Amato, S. L. (1999). *The automated polygraph examination: Final report.* Final report of U. S. Government Contract No. 110224-1998-MO. Applied Cognition Research Institute, Boise State University.

Raskin, D. C., Honts, C. R., Amato, S., & Kircher, J. C. (1999). The case for the admissibility of the results of polygraph examinations: 1999 Pocket Part to Vol. 1 of D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence: The law and science of expert testimony.* (pp. 160-174).

Tye, M. C., Amato, S. L., Honts, C. R., Devitt, M. K., & Peters, D. P. (1999). The willingness of children to lie and the assessment of credibility in an ecologically relevant laboratory setting. *Applied Developmental Science, 3,* 92-109.

**Charles R. Honts, Ph. D.**                                      **Curriculum Vitae**

## 1998

Honts, C. R., & Gordon, A. (1998).  A critical analysis of Matte's analysis of the directed lie.  *Polygraph, 27,* 241-252.

Honts, C.R. (1998).  Louder and longer:  A review of the second edition of Lykken's *A Tremor in the Blood. Polygraph, 27,* 302-304.

Honts, C. R. (1998).  Criterion development and validity of the control question test in field application. Polygraph, 27, 219-230. Reprinted from: *The Journal of General Psychology, 123,* 309-324 (1996).

## 1997

Devitt, M. K., Honts, C. R., & Vondergeest, L. (1997).  Truth or just bias:  The presentation of polygraph testing in introductory psychology text books. *The Journal of Credibility Assessment and Witness Psychology, 1, 9-32.*

Honts, C. R. (1997).  Truth or bias:  Psychology and the polygraph.  *The National Psychologist, 6,* 15.

Honts, C. R., & Peterson, C. F. (1997). *Brief of the Committee of Concerned Social Scientists as Amicus Curiae.  United States v. Scheffer,* in the Supreme Court of the United States.  Available from the author.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1997).  A rejoinder to Iacono and Lykken.  Chapter in, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony* (pp. 629-631).

Horowitz, S. W., Kircher, J. C., Honts, C. R., & Raskin, D. C.  (1997).  The role of comparison questions in physiological detection of deception. *Psychophysiology, 34,* 108-115.

Raskin, D. C., Honts, C. R., & Kircher, J. C. (1997). The scientific status of research on polygraph techniques: The case for polygraph tests.  Chapter in, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony* (pp. 565-582).

Raskin, D. C., Honts, C. R., & Kircher, J. C. (1997).  A response to professors Iacono and Lykken  Chapter in, D. L. Faigman, D. Kaye, M. J. Saks, & J. Sanders (Eds.) *Modern scientific evidence:  The law and science of expert testimony* (pp. 619-627).

## 1996

Amato-Henderson, S. L., Honts, C. R., & Plaud, J. J. (1996). Effects of misinformation on the Concealed Knowledge Test.  *Psychophysiology, 33,* S18. [Abstract]

Honts, C. R. (1996).  Criterion development and validity of the control question test in field application. *The Journal of General Psychology, 123,* 309-324.

Honts, C. R., Devitt, M. K., Winbush, M., & Kircher, J. C. (1996). Mental and physical countermeasures reduce the accuracy of the concealed knowledge test. *Psychophysiology, 33,* 84-92.

## 1995

Amato Henderson, S. L., & Honts, C. R. (1995). Horizontal gaze nystagmus test: The state of the science in 1995. *North Dakota Law Review, 71,* 671-700.

Honts, C. R., & Kircher, J. C. (1995). Legends of the concealed knowledge test: Lykken's distributional scoring system fails to detect countermeasures. *Psychophysiology, 32,* S41. (Abstract)

Honts, C. R., Kircher, J. C., & Raskin, D. C. (1995). Polygrapher's dilemma or psychologist's chimaera: A reply to Furedy's logico-ethical considerations for psychophysiological practitioners and researchers. *International Journal of Psychophysiology, 20,* 199-207.

Honts, C. R. & Quick, B. D., (1995). The polygraph in 1995: Progress in science and the law. *North Dakota Law Review, 71,* 987-1020.

Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1995). Lens model analysis of decision making by field polygraph examiners. *Psychophysiology, 32,* S45. (Abstract)

## 1994

Amato, S. L., & Honts, C. R. (1994). What do psychophysiologists think about polygraph tests? A survey of the membership of SPR. *Psychophysiology, 31,* S22. (Abstract).

Burlingame, G., Kircher, J. C., & Honts, C. R. (1994). Analysis of variance versus bootstrap procedures for analyzing dependent observations in small group research. *Journal of Small Group Research, 25,* 486-501.

Honts, C. R. (1994). The psychophysiological detection of deception. *Current Directions in Psychological Science, 3,* 77-82.

Honts, C. R. (1994). Assessing children's credibility: Scientific and legal issues in 1994. *North Dakota Law Review, 70,* 879-903.

Honts, C. R. (1994). Field validity study of the Canadian Police College polygraph technique. *Psychophysiology, 31,* S57. (Abstract)

Honts, C. R. (1994). Research Report: Termination of Data Collection and Statistical Analyses. Interim report on Science and Services Canada Contract No. M9010-1-F107/01ST, Field validity study of Canadian police college polygraph technique. Grand Forks, North Dakota: C. Honts, Consultations.

Honts, C. R. (1994). *Final Report: Field Validity Study of the Canadian Police College Polygraph Technique.* Science Branch: Supply and Services Canada Contract No. M9010-3-2219/01ST. Grand Forks, North Dakota: C. Honts, Consultations.

**Charles R. Honts, Ph. D.**                                        *Curriculum Vitae*

Honts, C. R. (1994).  Field Validity Study of the Canadian Police College Polygraph Technique. TR-07-94.  Ottawa, Canada:  Canadian Police Research Centre.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1994).  Mental and physical countermeasures reduce the accuracy of polygraph tests.  *Journal of Applied Psychology, 79,* 252-259.

Honts, C. R., Winbush, M., & Devitt, M. K. (1994).  Physical and mental countermeasures can be used to defeat guilty knowledge tests.  *Psychophysiology, 31,* S57. (Abstract)

Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1994).  Generalizability of statistical classifiers for the detection of deception.  *Psychophysiology, 31,* S11. (Abstract)

## 1993

Honts, C. R. (1993).  Heat without light:  A review of Theories And Applications In The Detection Of Deception.  Psychophysiology, 30, 317-319.

Honts, C. R., & Devitt, M. D. (1993).  Credibility assessment of verbatim statements (CAVS): Final Report of Office of Naval Research Grant No. N0014-92-J-4006.  Psychology Department, University of North Dakota, Grand Forks.

Vondergeest, L., Honts, C. R., & Devitt, M. K. (1993).  Effects of juror and expert witness gender on jurors' perceptions of an expert witness.  *Modern Psychological Studies, 1,* 1-6.

## 1992

Honts, C. R., (1992).  Counterintelligence scope polygraph (CSP) test found to be a poor discriminator.  *Forensic Reports, 5,* 215-218.

Honts, C. R., (1992).  A laboratory study of the reliability and validity of statement validity assessment:  Final report of Faculty Research Committee Grant #1813-2001-2138. University of North Dakota, Grand Forks.

Honts, C. R., (1992).  Field validity study of Canadian police college polygraph technique: Interim report on contract No. M9010-1-F107/01ST. Science and Services Canada  Grand Forks, North Dakota: C. Honts, Consultations.

Honts, C. R., & Devitt, M. K. (1992).  Bootstrap decision making for polygraph examinations: Final report of DOD/PERSEREC Grant No. N00014-92-J-1794. University of North Dakota, Grand Forks, DTIC# ADA304662.

Honts, C. R., & Devitt, M. K. (1992).  *Bootstrap decision making for polygraph examinations: Report No. D0DPI92-R-0002.*  Department of Defense Polygraph Institute, Fort McClellan, Alabama.

Honts, C. R., & Perry, M. V. (1992).  Polygraph admissibility:  Changes and challenges. *Law and Human Behavior, 16,* 357-379.

Honts, C. R., Devitt, M. K., & Amato, S L. (1992).  Neural network classifiers and the detection of deception revisited:  Depth of learning and overfitting.  *Psychophysiology, 29,* S38. (Abstract)

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1992). Effectiveness of control questions answered "Yes": Dispelling a polygraph myth. *Forensic Reports, 5*, 265-272.

## 1991

Honts, C. R., (1991). The emperor's new clothes: Application of polygraph tests in the American workplace. *Forensic Reports, 4*, 91-116.

Honts, C. R. (1991). Converging evidence indicates invalidity for national security screening polygraph tests. *Psychophysiology, 28*, S30. (Abstract)

Honts, C. R. (1991). Field validity study of Canadian police college polygraph technique: Task 1 report on contract No. M9010-1-F107/01ST, Science and Services Canada. Grand Forks, North Dakota: C. Honts, Consultations.

Honts, C. R., & Devitt, M. K. (1991). Jackknife analyses of discriminant, logistic regression and back propagation neural network classifiers in a psychophysiological detection of deception problem. *Psychophysiology, 28*, S30. (Abstract)

## 1990

Barland, G. H., & Honts, C. R. (1990). *A laboratory study of the validity of the ZCT: An executive summary.* Department of Defense Polygraph Institute Research Report. Fort McClellan, Alabama. DTIC #: ADA339267.

Barland, G. H., Honts, C. R., & Barger, S. D. (1990). *The detection of deception for multiple issues: An executive summary.* Department of Defense Polygraph Institute Research Report. Fort McClellan, Alabama. DTIC #: ADA339187.

Barland, G. H., Honts, C. R., & Barger, S. D. (1990). The relative utility of skin resistance and skin conductance. Department of Defense Polygraph Institute Research Report, No. DoDPI90-R-0005, DTIC #: ADA339184.

Honts, C. R., & Barger, S. D. (1990). A comparison of the relative utility of skin conductance and skin resistance couplers for the measurement of electrodermal activity in the detection of deception. *Polygraph, 19*, 199-207.

Honts, C. R., & Barland, G. H. (1990). *A laboratory study of the validity of the MGQT: An executive summary.* Department of Defense Polygraph Institute Research Report. Fort McClellan, Alabama.

Honts, C. R., & Carlton, B. (1990). The effects of incentives on the detection of deception. *Psychophysiology, 27*, S39. (Abstract)

Honts, C. R., & Carlton, B. (1990) *The effects of incentives on the detection of deception: Report No. DoDPI90-R-0003.* Department of Defense Polygraph Institute, Fort McClellan, AL 36205, DTIC# ADA305810.

## 1989

Barland, G. H., Honts, C. R., & Barger, S. D. (1989).  The validity of detection of deception for multiple issues. *Psychophysiology, 26*, S13. (Abstract)

Barland, G. H., Honts, C. R., & Barger, S. D. (1989).  *Studies of the Accuracy of Security Screening Polygraph Examinations.*  Department of Defense Polygraph Institute, Fort McClellan, Alabama.

Honts, C. R., Barland G. H., & Barger, S. W. (1989).  The relative validity of criminal and screening approaches to detection of deception. *Psychophysiology, 26*, S33.  (Abstract)

Honts, C. R., & Driscoll. L. N. (1989).  Validity of the positive control polygraph test:  Comments on Forman and McCauley. *Polygraph, 18*, 158-167.

Honts, C. R., & Barger, S. D. (1989).   A comparison of the relative utility of skin conductance and skin resistance couplers for the measurement of electrodermal activity in the detection of deception. Department of Defense Polygraph Institute Research Report.  Fort McClellan, Alabama.

Honts, C. R. (1989).  *The relative validity of two CSP question series.*  Department of Defense Polygraph Institute Research Report.  Fort McClellan, Alabama.

Raskin, D. C., Kircher, J. C., Horowitz, S. W., & Honts, C. R. (1989).  Recent laboratory and field research on polygraph techniques.  In J. C. Yuille (Ed.), *Credibility Assessment.*  Dordrecht, The Netherlands:  Kluwer, 1-24.

## 1988

Honts, C. R., & Driscoll, L. D. (1988).  A field validation study of the rank order scoring system (ROSS) in multiple issue control question tests. *Polygraph, 17*, 1-16.

Honts, C. R., & Raskin, D. C. (1988). A field study of the validity of the directed lie control question. *Journal of Police Science and Administration, 16*, 56-61.

Honts, C. R., Raskin, D. C., Kircher, J. C., & Hodes, R. L. (1988).  Effects of spontaneous countermeasures on the physiological detection of deception. *Journal of Police Science and Administration, 16*, 91-94.

Honts, C. R., Kircher, J. C., & Raskin, D. C. (1988).  Patterns of activation and deception. *Psychophysiology, 25*, 455. (Abstract)

Horowitz, S. W., Raskin, D. C., Honts, C. R., & Kircher, J. C. (1988).  Control questions in physiological detection of deception. *Psychophysiology, 25*, 455. (Abstract).

Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1988).  Generalizability of mock crime laboratory studies of the control question polygraph technique. *Psychophysiology, 25*, 462-463. (Abstract)

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

Raskin, D. C., Kircher, J. C., Honts, C. R., & Horowitz, S. W. (1988). Validity of control question polygraph tests in criminal investigations. *Psychophysiology, 25*, 476. (Abstract)

Raskin, D. C., Kircher, J. C., Honts, C. R., & Horowitz, S. W. (1988). *A Study of the Validity of Polygraph Examinations in Criminal Investigations.* Final Report to the National Institute of Justice, Grant Number 85-IJ-CX-0400, Department of Psychology, Salt Lake City, University of Utah.

## 1987

Driscoll, L. N., Honts, C. R., & Jones D. (1987). The validity of the positive control physiological detection of deception technique. *Journal of Police Science and Administration, 15*, 46-50.

Honts, C. R. (1987). Interpreting research on countermeasures and the physiological detection of deception. *Journal of Police Science and Administration, 15*, 204-209.

Honts, C. R. & Driscoll, L. N. (1987). An evaluation of the reliability and validity of rank order and standard numerical scoring of polygraph charts. *Polygraph, 16* 241-257.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1987). Effects of physical countermeasures and their electromyographic detection during polygraph tests for deception. *Journal of Psychophysiology, 1*, 241-247.

## 1986

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986). Individual differences and the physiological detection of deception. *Psychophysiology, 23*, 442 (Abstract).

## 1985

Honts, C. R., Hodes, R. L., & Raskin, D. C. (1985). Effects of physical countermeasures on the physiological detection of deception. *Journal of Applied Psychology, 70*, 177-187.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1985). Effects of socialization on the physiological detection of deception. *Journal of Research in Personality, 19*, 373-385.

Raskin, D. C., Kircher, J. C., & Honts, C. R. (1985). Computerized polygraph interpretations and detection of physical countermeasures. In *Anti-terrorism; Forensic science; Psychology in police investigations.* Jerusalem: Heiliger, 179-189.

## 1984

Honts, C. R. (1984). Countermeasures and the physiological detection of deception. *Psychophysiology, 21*, 566-567 (Abstract).

Honts, C. R., Raskin, D. C., Kircher, J. C., & Hodes, R. L. (1984). Effects of spontaneous countermeasures on the physiological detection of deception. *Psychophysiology, 21*, 583 (Abstract).

Kircher, J. C., Raskin, D. C., & Honts, C. R. (1984). Electrodermal habituation in the detection of deception. *Psychophysiology, 21*, 585 (Abstract).

**1983**

Honts, C. R. & Hodes, R. L. (1983). The detection of physical countermeasures. *Polygraph. 12*, 7-17.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1983). Detection of deception: Effectiveness of physical countermeasures under high motivation conditions. *Psychophysiology, 20*, 446-447 (Abstract).

**1982**

Honts, C. R. & Hodes, R. L. (1982). The effect of simple physical countermeasures on the detection of deception. *Psychophysiology, 19*, 564 (Abstract).

Honts, C. R. & Hodes, R. L. (1982). The effects of multiple physical countermeasures on the detection of deception. *Psychophysiology, 19*, 564-565 (Abstract).

Charles R. Honts, Ph. D.                                                    Curriculum Vitae

## Grants and Research Contracts:

### Principal/Co-Principal Investigator:

*Credibility Assessment Research Initiative.* Year 2 appropriation under Research and Development Defense-Wide (RDDW), Line #171. Appropriation amount, $1,100,000, Appropriation approved in September 2006.

*Credibility Assessment Research Initiative.* Year 1 appropriation under Research and Development Defense-Wide (RDDW), Line #171. Appropriation amount, $1,050,000, Appropriation approved in December 2005.

*Campuses selling alcohol: Profit or problem?* Subcontract from the Pacific Institute for Research and Evaluation (PIRE) for Year 5 of National Institute of Alcohol Abuse and Alcoholism (NIAAA) Grant #5 R37 AA012972-03, CFDA # 93.273. Subcontract amount, $107,828.

*Juvenile Confessions: Stimulus Materials Collection.* Dean's Research Award. College of Social Sciences and Public Affairs, Boise State University, October 2004. Award amount, $600.

*Campuses selling alcohol: Profit or problem?* Subcontract from the Pacific Institute for Research and Evaluation (PIRE) for Year 4 of National Institute of Alcohol Abuse and Alcoholism (NIAAA) Grant #5 R37 AA012972-03, CFDA # 93.273. Subcontract amount, $149,895.

*A Cautionary note for the teaching of psychology and law: Media images may be more persuasive than data.* Faculty Teaching Award (Travel), Boise State University, March, 2004. Award Amount, $500.00.

Rocky Mountain Psychological Association Executive Committee. Dean's Service Award (Travel), College of Social Sciences and Public Affairs, Boise State University, March, 2004. Award Amount, $200.00.

*Scientific Attitudes Regarding the Science and Validity of Polygraph Testing.* Faculty Research Award (Travel), Boise State University, September 2001. Award amount $500.00.

*Truth or just bias: The strange mix of psychology, law and the detection of deception.* Faculty Research Award (Travel), Boise State University, April 2001. Award amount $500.00.

*Outside issues dramatically reduce the accuracy of polygraph tests given to innocent individuals.* Faculty Research Award (Travel) Boise State University, September 1999. Award amount $400.00.

*Human v. machine: Research examining the automation of polygraph testing.* Faculty Research Award (Travel), Boise State University, March 1999. Award amount $400.00.

*Survey of Professional Knowledge and Opinions Regarding Polygraph Testing.* Co-principal investigator Susan Amato. Faculty Research Award, Boise State University, November 1998. Award amount $500.00.

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

*Survey of Professional Knowledge and Opinions Regarding Polygraph Testing.* Co-principal investigator Susan Amato.   Undergraduate Research Initiative Award, Boise State University, November 1998.  Award amount $500.00.

*The Polygraph after Daubert.* Faculty Research Award (Travel), Boise State University, March 1998.  Award amount $400.00.

*Validity of Outside-Issue Questions in the Control Question Test (DoDPI97-P-0012).* Co-principal investigator, Susan Amato.  Research grant originated with the Department of Defense Polygraph Institute, issued through the Office of Naval Research, 9 March 1998.  Award amount $129,042.50.

*The Automated Polygraph Examination (APE).* Co-principal investigator, Susan Amato.  Research Contract with the United States Federal Government.  Start date: 11 December 97.  Contract Amount, $132,000.00.

Theory Development and Psychophysiological Credibility Assessment: An Application of Structural Equation Modeling to Increase Basic Understanding of a Technique Already in Use in the Field.  Research Associate award from Boise State University.  Awarded 1 June 1996.  Award amount, $3,900.00.

*Assessing the Credibility of the Child Witness.* Travel award from the Faculty Research Committee of the University of North Dakota to support paper presentations at the Society for Research in Child Development meetings.  Awarded, 13 February 1995, Award amount $383.00.

*Research on the Creation of False Memory and the Misinformation Effect.* Grant No. 4394-0403 from ND EPSCoR, the National Science Foundation's Experimental Program to Stimulate Competitive Research, April 1994.  Grant Amount, $1500.

*Quantitative Techniques in the Psychophysiological Detection of Deception.* Summer 1993 Research Professorship awarded by the Graduate School of the University of North Dakota, February 1993.  Stipend amount, $5,400.

*Credibility Assessment of Verbatim Statements (CAVS).* Grant No. N00014-92-J-4006 from PERSEREC through the Office of Naval Research.  Awarded 1 September 1992.  Grant Amount $19,959.

*Bootstrap Computer Decision Making for Polygraph Examinations.* Grant No.  N00014-92-J-1794 from PERSEREC through the Office of Naval Research.  Awarded 1 April 1992.  Grant amount:  $19,994.

*A Laboratory Study of the Validity of the Reliability and Validity of Statement Validity Assessment.* Research award from the Faculty Research Committee of the University of North Dakota. Awarded 28 October 1991.  Award amount $500.00.

*The Hired Gun Cross Examination Tactic Reduced Mock Jurors' Perception of Expert Witness' Credibility.* Travel award from the Faculty Research Committee of the University of North Dakota to support paper presentation.  Awarded  28 October 1991, Award amount $398.00

14

**Charles R. Honts, Ph. D.**                                      **Curriculum Vitae**

*Field Validity Study of Canadian Police College Polygraph Technique,  Contract No. M9010-1-F107/01-ST.*  Science Branch, Supply and Services Canada.  Awarded 18 September 1991.  Contract Amount, Phase I,  $25,400.

*Psychophysiology Laboratory Start-Up Award.*  Award No. 2015-1806-2001.  Office of Research and Program Development and the College of Arts and Sciences, University of North Dakota.  Awarded August 1990.  Award amount $12,000.

## Research Associate:

*A Study of the Validity of Polygraph Examinations in Criminal Investigations.*  Grant Number 85-IJ-CX-0400,  National Institute of Justice.  David C. Raskin, Principal Investigator.  Grant amount $60,000

15

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## Scientific Paper Presentations and Invited Addresses

### 2007

Christiansen, A., & Honts, C. R. (2007, March). *The Incomprehensibility of judicial instructions and subsequent jury decisions.* Paper presented at *Off the Witness Stand: Using Psychology in the Practice of Justice,* John Jay College of Criminal Justice, New York.

Christiansen A. K., Honts, C. R., & Oldemeyer, L. (2007, May) *Relationship Between Aggressive Authoritarianism And Juror Bias In Capital Trials,* paper presented at the Western Psychological Association, Vancouver, British Columbia, Canada.

Honts, C. R. (2007, March). *Munsterberg's polygraph in 2007: The emergence of the polygraph as an effective tool in criminal justice and national security.* Paper presented at *Off the Witness Stand: Using Psychology in the Practice of Justice,* John Jay College of Criminal Justice, New York.

Honts, C. R. (2007, May). *Assessing Credibility at Portals.* Invited address given at the *Credibility Assessment Research Summit (CARS)* held by the Counterintelligence Field Activity (CIFA), Combating Terrorism Technology Support Office (CTTSO), and the Defense Academy for Credibility Assessment (DACA). Vienna, Virginia.

Honts, C. R. & Kassin, S. M. (2007, March). *False confessions by juvenile offenders found more believable than the truth.* Paper presented at *Off the Witness Stand: Using Psychology in the Practice of Justice,* John Jay College of Criminal Justice, New York.

### 2006

Forrey, S. A. & Honts, C. R. (2006, April). *Individual views of felons returning to the community.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

Honts, C. R. (2006, March). *The science of false confessions.* Invited address presented at: *Life in the Balance 2006: Defending Death Penalty Cases.* National Legal Aid & Defender Association, Philadelphia, Pennsylvania.

Honts, C. R. (2006, March). *The polygraph in 2006: Basic issues and novel uses.* Invited address presented at: *Life in the Balance 2006: Defending Death Penalty Cases.* National Legal Aid & Defender Association, Philadelphia, Pennsylvania.

Honts, C. R. (2006, March). *Polygraph in the American courts: Current status, novel uses, and future prospects.* Invited address presented at the European Expert Meeting on Polygraph Testing: Practical Session, Maastrich, The Netherlands.

Honts, C. R. (2006, March). *The science of psychophysiological deception detection: An analysis from an applied scientific perspective.* Invited address presented at the European Expert Meeting on Polygraph Testing: Research Session, Maastrich, The Netherlands.

Charles R. Honts, Ph. D.                                                                    Curriculum Vitae

Honts, C. R. (2006, April). *Contemporary research on the comparison question test.* Invited address given at the Unit for Criminal, Legal and Investigative Psychology, Göteborgs Universitet, Göteborg, Sweden.

Honts, C. R. (2006, April). *Deception and deception detection: The unwanted psychology.* Presidential address delivered at the annual meeting of the Rocky Mountain Psychological Association, The Canyons, Utah.

Honts, C. R. (2006, October). *The psychophysiological detection of deception: The state of the science in 2006.* Invited address given at the University of Nebraska at Kearney.

Honts, C. R., Huck, B., & Sanders, S. (2006, April). Certainly, I would know a false confession by a juvenile if I saw one? Paper presented in the Presidential symposium: Contemporary deception and deception detection research in the Rocky Mountain Region, at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

Turnblom, K.A. & Honts, C. R. (2006, April). *Mortality Salience and attitudes toward the death penalty.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

Turnblom, K. A., & Honts, Charles, C. R. (2006, April). *Indications of truthfulness resulting from race perceptions.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

## 2005

Forrest, K., Ewton, S., & Honts, C. R., (2005, March). *"I confess ...I hit the 'ALT' key:" Could the "ALT" key be misleading special knowledge?* Paper presented at the American Psychology-Law Conference in La Jolla, California, USA.

Honts, C. R. (2005, March). *Information gain for the psychophysiological detection of deception.* Paper presented at the American Psychology-Law Conference in La Jolla, California, USA.

Honts, C. R. (2005, May). *Polygraph countermeasures.* Invited lecture at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

Honts, C. R. (2005, November). The psychology of false confessions. Invited address at the Atlantic Canadian Conference: Understanding Wrongful Convictions, sponsored by Saint John Police Force and Office of the Attorney General of New Brunswick. Saint John, New Brunswick, Canada. http://www.uwcsaintjohn.ca/index.html

Honts, C. R., & Raskin, D. C. (2005, May). *The directed lie comparison question.* Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

Honts, C. R., & Raskin, D. C. (2005, May). *The polygraph in employment and national security.* Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

**Charles R. Honts, Ph. D.**                                         **Curriculum Vitae**

Honts, C. R. (2005, September). *Deception and deception detection.* Invited address at the Fraud and Identity Theft Conference, Boise State University, Boise, Idaho.

Honts, C. R., & Turnblom, K. A., (2005, August). *Eyewitness identification more difficult under low illumination: Live Event Experiment.* Paper presented at the annual meetings of the American Psychological Association, Washington DC.

Raskin, D. C., & Honts, C. R. (2005, May). *Polygraph techniques.* Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

Raskin, D. C., & Honts, C. R. (2005, May). *Polygraph numerical scoring system.* Invited lectures at 第二届全国心理测试高级培训班（中国洛阳）Second Chinese National Seminar on Polygraph. Luoyang, China.

Raskin, D. C., & Honts, C. R. (2005, July). *Using the polygraph in employment and national security.* Paper presented at: Workshop on the Use of Autonomic and Somatic Measures for Security Evaluations, John C. Kircher, Chair, National Science Foundation and Office of Science and Technology Effort to Propose an Agenda for Research on Security Evaluations. National Science Foundation, Arlington, Virginia.

Turnblom, K., & Honts, C. R. (2005, March). *The accuracy of eyewitness identification under differing illumination condition.* Paper presented at the American Psychology-Law Conference in La Jolla, California USA.

Turnblom K., & Honts, C. R. (2005, April). *The accuracy of eyewitness identification in sequential lineups and varied illumination.* Paper presented at the Rocky Mountain Psychological Association meeting in Phoenix, Arizona.

Turnblom K., & Honts, C. R. (2005, April). *Intrinsic Vs. Extrinsic Religiosity And Feelings Of Regret About Sexual Behavior.* Paper presented at the Rocky Mountain Psychological Association meeting in Phoenix, Arizona.

## 2004

Anders, S., Forrest, K. D., & Honts, C. R., (March, 2004). Uncommon knowledge: getting judges past what they think they know and gaining acceptance for expert testimony in social science disciplines. Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, Arizona.

Forrest, K. D., Honts, C. R., & Anders, S. (March, 2004). *Laypersons' predictions of research findings sometimes fail to demonstrate common knowledge.* Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, Arizona.

Hill, B., Honts, C., Lutsky, N., & Lodge, G. (2004, April). *Perspectives on teaching: The young, old, & the aged.* STP/CTUP Conversation Hour, R. Miller, Moderator, Rocky Mountain Psychological Association, Reno, Nevada.

**Charles R. Honts, Ph. D.**                                                  **Curriculum Vitae**

Honts, C. R. (2004, March). *The polygraph in 2004: How to tell the good from the bad in both science and practice.* Invited address presented at Life in the Balance 2004: Defending Death Penalty Cases. National Legal Aid & Defender Association, Memphis, Tennessee.

Honts, C. R., & Forrest, K. D., (2004, April). *A cautionary note for the teaching of psychology and law: Media images may be more persuasive than data.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

Honts, C. R., & Raskin, D. C. (March, 2004). *Polygraph critics advocate convicting the innocent.* Paper presented at the biennial meeting of the American Psychology-Law Society, Scottsdale, Arizona.

## 2003

Bell, V., Booras, A., Hunsaker, C., Mower, K., Villamarin, V., Wilson, S., Forrest, K., & Honts C. R. (2003, April). *Women give fewer false confessions than men in a laboratory study.* Paper presented at the Rocky Mountain Psychological Association Meeting, Denver Co.

Forrest, K. D., Wilson, S. L., & Honts, C. R. (2003, July). *Think about what you have done in the past: Does rumination elicit false confessions?* Paper presented at the Second International Interdisciplinary Conference on Psychology and Law, Edinburgh, Scotland.

Honts, C. R. (2003, March). *The psychophysiological detection of deception: The state of the science in 2003.* Invited address given at: Rättspsykologiskt symposium: Hur avslöjas en lögnare? (Deception Detection in Forensic Contexts.) Sponsored by the Unit for Criminal, Legal and Investigative Psychology, Göteborgs Universitet, Göteborg, Sweden.

Honts, C. R. (2003, October). Participant perceptions support the rationale of the comparison question test for the psychophysiological detection of deception. Paper presented at the annual meeting of the Society for Psychophysiological Research, Chicago, Illinois.

Skogsberg, K., & Honts, C. R., & Wolfe, G. (2003, April). *Case studies of EEG biofeedback training using a measurement of affect.* Paper presented at the Rocky Mountain Psychological Association Meeting, Denver, Colorado.

## 2002

Alloway, W. R., & Honts, C. R. (2002, April). *An information countermeasure has no effect on the validity of the Test for Espionage and Sabotage (TES).* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

Honts, C. R. (2002, April). *A higher education application of Aronson's Jigsaw Technique.* Invited lecture sponsored by the APA Higher Education Directorate & the Society for the Teaching of Psychology at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

Honts, C. R. (2002, September). *Countermeasures, can we detect them, the scientific research, and can we neutralize them.* Invited address at the Midwest Polygraph Training Seminar. Sponsored by the National Polygraph Association, Kansas Polygraph Association, Missouri Polygraph Association and the Nebraska Polygraph Association, Overland Park, Kansas.

Honts, C. R. (2002, September). *The directed lie technique.* Invited address at the Midwest Polygraph Training Seminar. Sponsored by the National Polygraph Association, Kansas Polygraph Association, Missouri Polygraph Association and the Nebraska Polygraph Association, Overland Park, Kansas.

Honts, C. R., Thurber, S., Cvencek, D., & Alloway, W. (2002, March). *General acceptance of the polygraph by the scientific community: Two surveys of professional attitudes.* Paper presented at the American Psychology-Law Society biennial meeting, Austin, Texas.

Villamarin, V. A., Honts, C. R. (2002, April). *A comparison of three methods of scoring comparison question polygraph tests.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Park City, Utah.

## 2001

Cvencek, D., Honts, C. R., Kruger-Warn, E., Alloway, W., Hunsaker, C., & Nudson, O. N. (2001, April). *Psycho-legal scholars report positive attitudes towards polygraph validity.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

Honts, C. R. (2001, April). *Truth or just bias: The strange mix of psychology, law and the detection of deception.* RMPA Invited Lecture, presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

Honts, C. R. (2001, April). *Truth or bias: Psychology and the polygraph.* Invited address, distinguished lectures in Psychology, The University of Nebraska, Kearney.

Honts, C. R. (2001, April). *Child Witness: Credibility and Assessment.* Invited address, distinguished lectures in Psychology, The University of Nebraska, Kearney.

Honts, C. R. (2001, April). Documenting your credentials when applying for graduate school and for academic employment. In S. Amato, C. R. Honts, & J. Purdy: Where's the beef? Obtaining and demonstrating skills essential for employment and graduate school, a symposium presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

Honts, C. R. (2001, April). *Undergraduate involvement in an active detection of deception laboratory.* In A. Webb: Undergraduate teaching and research: Roles are constrained only by imagination, Society for the Teaching of Psychology (Div 2) Invited symposium presented at the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

Honts, C. R. (2001, July). *Validity of the polygraph when used for national security screening.* Invited presentation before the National Academy of Sciences National Research Council Division on Behavioral and Social Sciences and Education, Committee to Review the Scientific Evidence on the Polygraph. Woods Hole, Massachusetts.

**Charles R. Honts, Ph. D.**                                         **Curriculum Vitae**

## 2000

Amato, S. L., Dillinger, R. J., & Honts, C. R. (2000, March). *Psychophysiological detection of deception exams in the treatment of sex offenders.* Paper presented at the American Psychology-Law Society biennial meeting, New Orleans, Louisiana.

Hanson, G., Kruger-Warn, E. R., Honts, C. R., & Thurber, S. (2000, May). *Approaches to the analysis of 2 X 3 contingency tables in detection of deception research: A Monte Carlo analysis.* Paper given at the annual meeting of the Idaho Psychological Association, Boise, Idaho.

Honts, C. R., Amato, S., & Gordon, A. (2000, March). *Outside issues dramatically reduce the accuracy of polygraph tests given to innocent individuals.* Paper presented at the American Psychology-Law Society biennial meeting, New Orleans, Louisiana.

Kruger-Warn, E. R., Hanson, G., Honts, C. R., & Thurber, S. (2000, May). *Approaches to the analysis of 2 X 3 contingency tables in detection of deception research: A power analysis for a small effect.* Paper given at the annual meeting of the Idaho Psychological Association, Boise, Idaho.

## 1999

Amato, S. L., & Honts, C. R. (1999, May). *Automated polygraph examination outperforms human in employment screening context.* Paper presented at the annual meeting of the Midwestern Psychological Association, Chicago, Illinois.

Amato, S. L., & Honts, C. R. (1999, July). *Polygraph testing in the American courts: A mismatch between science and the law.* Paper presented at the International Psychology Law Conference, Dublin, Ireland.

Honts, C. R. (1999, August). *Polygraph algorithms: What are they? and Do they work?* Invited address at the annual meeting of the American Polygraph Association, Dallas, Texas.

Honts, C. R., & Amato, S. (1999, April). *Human v. machine: Research examining the automation of polygraph testing.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Fort Collins Colorado.

Otter, K. D., Amato, S., & Honts, C. R. (1999, April). *Spontaneous countermeasures during polygraph examinations: An apparent exercise in futility.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Fort Collins Colorado.

## 1998

Amato, S. L. & Honts, C. R. (1998, March). *The impairing effects of misinformation: Challenging the permanence of memory.* Paper presented at the American Psychology-Law Biennial Conference, Redondo Beach, California.

Devitt, M. K., Honts, C. R., & Letterman, M. R. (1998, March). *Regional differences effect mock juror decisions and trial outcome in cases involving sexual abuse allegations.* Paper presented at the American Psychology-Law Biennial Conference, Redondo Beach, California.

Honts, C. R. (1998, April). *Psychological science in the courtroom: Five years after* Daubert. Symposium presented (and chaired) at the joint meeting of the Western Psychological Association and the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

Honts, C. R. (1998, April). *The polygraph after* Daubert. Paper presented at the joint meeting of the Western Psychological Association and the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

**1997**

Amato, S. L., & Honts, C. R. (1997, May). *Understanding misinformation's effect on memory through a concealed knowledge test paradigm.* Paper presented at the annual meeting of the American Psychological Society, Washington, DC.

Honts, C. R. (1997, May). *Is it time to reject the friendly polygraph examiner hypothesis (FEPH)?* Paper presented at the annual meeting of the American Psychological Society, Washington, D.C.

Nowell, B., Lamet, J. Amato, S. L., & Honts, C. R. (1997, April). *Child abuse vs. normal interactions: A review of the literature.* Paper presented the annual meeting of the Rocky Mountain Psychological Association, Reno, Nevada.

Orner, V. L., Devitt, M. K., Honts, C. R., & Donaldson, J. S. (1997, March). *Regional attitude differences toward repressed and nonrepressed memories.* Paper presented at the Oklahoma Psychological Association and Oklahoma Psychological Society 15th Annual Spring Conference to Encourage and Develop Psychological Research, Edmond, OK.

Orner, V. L., Devitt, M. K., & Honts, C. R. (May, 1997). *Regional differences in attitudes toward repressed and nonrepressed memories.* Paper presented at the annual meeting of the Southwestern Psychological Association, Fort Worth, Texas.

**1996**

Amato-Henderson, S. L., Honts, C. R., & Plaud, J. J. (October, 1996). *Effects of misinformation on the concealed knowledge test.* Paper presented at the annual meeting of the Society for Psychophysiological Research, Vancouver, British Columbia, Canada.

Devitt, M. K., Honts, C. R., & Loftus, E. F. (April, 1996). *The effects of misinformation on memory for complete events.* Paper presented at the 1996 Southwestern Psychological Association Annual Conference, Houston, Texas.

Devitt, M. K., Honts, C. R., & Timm, T. M. (April, 1996). *Sleeping memories revisited: Mock jurors' attitudes regarding repressed memories.* Paper presented at the 1996 Southwestern Psychological Association Annual Conference, Houston, Texas.

Devitt, M. K., Loftus, E. F. & Honts, C. R. (November, 1996) *'Memory for fictitious events.* Paper presented at the 37th Annual Meeting of the Psychonomic Society, Inc, Chicago, IL.

Honts, C. R. (April, 1996). *Science and the child witness: Credibility and its assessment.* Invited address given at the Idaho Psychological Association meetings in Sun Valley, Idaho.

Tye, M. J. C., & Honts, C. R. (August, 1996). *Evaluating children's testimonies with training in criteria based content analysis.* Paper presented at the meetings of the American Psychological Association, Toronto, Ontario, Canada.

## 1995

Gillund, B., Ferraro, F. R., Petros, T., & Honts, C. R. (June, 1995). *Time course of word recognition resource allocation between good and poor readers.* Paper presented at the annual meetings of the American Psychological Society, New York City.

Honts, C. R. (January, 1995). *Credibility assessment with children.* Paper presented at CRIMECON: The International INTERNET Conference on Crime and Criminal Justice.

Honts, C. R. (October, 1995). The Raskin legacy: Psychophysiology, psychology, and the law. Paper given in C. R. Honts and S. W. Porges, The Raskin legacy: From Pavlov to the law: A preconference symposium honoring David C. Raskin. Special Event at the annual meetings of the Society for Psychophysiological Research, Toronto, Canada.

Honts, C. R., Devitt, M. K., Tye, M. J. C., Peters, D. P., & Vondergeest, L. (April, 1995). *credibility assessment with children.* Paper presented at the Society for Research in Child Development meetings in Indianapolis, Indiana.

Honts, C. R., & Kircher, J. C. (October, 1995). *Legends of the concealed knowledge test: Lykken's distributional scoring system fails to detect countermeasures.* Paper presented at the meetings of the Society for Psychophysiological Research, Toronto, Canada.

Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (October, 1995). *Lens model analysis of decision-making by field polygraph examiners.* Paper presented at the meetings of the Society for Psychophysiological Research, Toronto, Canada.

Tye, M. J. C., & Honts, C. R. (April, 1995). *Adults are no better than chance at detecting children's narrative deception.* Paper presented at the Society for Research in Child Development meetings in Indianapolis, Indiana.

Tye, M. J. C., & Honts, C. R. (November, 1995). *Training in a new assessment technique (SVA) for the diagnosis of the sexually abused child.* Paper presented at the annual meeting of the Association for Advancement of Behavior Therapy, Washington, DC.

Tye, M. J. C., Henderson, S. A., & Honts, C. R. (January, 1995). *Evaluating children's testimonies: CBCA and lay subjects.* Paper presented at CRIMECON: International INTERNET Conference on Crime and Criminal Justice.

## 1994

Amato, S. L. & Honts, C. R. (October, 1994). *What do psychophysiologists think about polygraph tests? A survey of the membership of SPR.* Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

Amato, S. L., & Honts, C. R. (March, 1994). *A survey of the Society for Psychological Research regarding the polygraph.* Paper presented at the Red River Valley Psychology Conference, Fargo ND.

Devitt, M. K., Honts, C. R., Gillund, B. E., Amato, S. L., Peters, D. P., & Norton, M. (March, 1994). *A study of the willingness of children to make false accusations about a serious matter.* Paper presented at the American Psychology - Law Society Meetings, Sante Fe, NM.

Devitt, M. K., Honts, C. R., & Timm, T. (October, 1994). *Sleeping memories revisited: The effects of repressed and non-repressed memories on jurors.* Paper presented at the annual meeting of the North Dakota Psychological Association, Grand Forks.

Honts, C. R. (May, 1994). *False allegations in sexual abuse cases.* Invited address at the 1st Annual Conference on Psychiatry and the Law, Missoula Psychiatric Services, Missoula, Montana.

Honts, C. R. (August, 1994). *The psychophysiological detection of deception.* Invited address given at Vitnepsykologi - 94: Psychological Methods in the Investigation and Court Treatment of Sexual Abuse, Tromsø, Norway.

Honts, C. R. (October, 1994). *Field validity study of the Canadian Police College polygraph technique.* Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

Honts, C. R., & Devitt, M. K. (March, 1994). *Credibility assessment of verbatim statements (CAVS): A study of statement analysis with adults.* Paper presented at the meeting of the American Psychology - Law Society, Sante Fe, NM.

Honts, C. R., Winbush, M., & Devitt, M. K. (October, 1994). *Physical and mental countermeasures can be used to defeat guilty knowledge tests.* Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

Honts, C. R., & Raskin, D. C. (August, 1994). *The susceptibility of children to suggestion and influence.* Invited address given at Vitnepsykologi - 94: Psychological Methods in the Investigation and Court Treatment of Sexual Abuse, Tromsø, Norway.

Kircher, J. C., Raskin, D. C., Honts C. R., & Horowitz, S. W. (October, 1994). *Generalizability of statistical classifiers for the detection of deception.* Paper presented at the annual meeting of the Society for Psychophysiological Research, Atlanta, GA.

Telander, R., & Honts, C. R. (March, 1994). *Bingo: Who is playing and why?* Paper presented at the Red River Valley Psychology Conference, Fargo, ND.

Tye, M. J. C., & Honts, C. R. (March, 1994). *Evaluating children's testimonies.* Paper presented at the Red River Valley Psychology Conference, Fargo, ND.

Tye, M. J. C., Amato, S. L., Honts, C. R. (October, 1994). *Evaluating children's testimonies: Recent research.* Paper presented at the annual meeting of the North Dakota Psychological Association, Grand Forks.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## 1993

Amato, S. L., & Honts, C. R. (October, 1993).  *Scientific Attitudes about the polygraph: Implications for admissibility following the death of Frye.*  Paper presented at the annual meeting of the North Dakota Psychological Association, Fargo, ND.

Devitt, M. K., & Honts, C. R. (June, 1993).  *Multivariate classifiers perform as well as experts in the detection of deception.*  Paper presented at the annual meeting of the American Psychological Society, Chicago.

Devitt, M. K., Honts, C. R., & Gillund B. (June, 1993).  *Stealing thunder does not ameliorate the effects of the hired gun cross-examination tactic.*  Paper presented at the annual meeting of the American Association for Applied and Preventive Psychology, Chicago.

Honts, C. R. (February, 1993).  The application of computationally intensive statistical techniques in a psychophysiological detection of deception problem.  University of North Dakota, Computer Science Colloquium.  Grand Forks, North Dakota.

Honts, C. R. (October, 1993).  *Symposium: Assessing children's credibility.*  (Chair) Symposium presented at the annual meeting of the North Dakota Psychological Association, Fargo, ND.

Honts, C. R. (October, 1993).  *Statement validity assessment: A technique for assessing the veracity of a child witness.*  Paper presented in C. R. Honts, Chair, Symposium: Assessing children's credibility.  North Dakota Psychological Association, Fargo, ND.

Honts, C. R., & Devitt, M. K. (June, 1993).  *Bootstrap statistical decision maker developed for use in the detection of deception.*  Paper presented at  the annual meeting of the American Psychological Society, Chicago.

Honts, C. R., Devitt, M. K., & Amato, S. L. (June, 1993).  *Explanatory style predicts perceptions of expert witness believability.*  Paper presented at the annual meeting of the American Association of Applied and Preventive Psychology, Chicago.

Vondergeest, L. K., Honts, C. R., & Devitt, M. K.  (June, 1993).  *No gender effects found on mock juror's perceptions of expert witness credibility.*  Paper presented at PSY-CHI session at the annual meeting of the American Psychological Society, Chicago.

## 1992

Devitt, M. K., Honts, C. R., & Peters, D. P. (1992, April).  *Truth or just bias: The presentation of polygraph testing in introductory psychology texts.*  Paper presented at the Red River Valley Psychology Conference.

Devitt, M. K., Peters, D., Honts, C. R., & Amato, S. (1992, May).  A study of the willingness of children to make a false accusation about a serious matter.  Paper presented at the NATO ASI:  The Child Witness in Context:  Cognitive, Social, and Legal Perspectives, IL Ciocco, Italy.

Honts, C. R., & Devitt, M. K. (1992, March). *The hired gun cross examination tactic reduced mock jurors' perception of expert witness' credibility.* Paper presented at the biennial meeting of the American Psychology-Law Society/Division 41 San Diego, CA.

Honts, C. R. (1992, April). *The psychophysiological detection of deception: Sparks fly at the intersection of science, psychology, and the law.* Keynote address of the Red River Psychology Conference, North Dakota State University, Fargo.

Honts, C. R., Peters, D., Devitt, M. K., & Amato, S. L. (1992, May). Detecting children's lies with statement validity assessment: A pilot study of a laboratory paradigm. Paper presented at the NATO ASI: The Child Witness in Context: Cognitive, Social, and Legal Perspectives, IL Ciocco, Italy.

Honts, C. R., Devitt, M. K., & Amato, S. L. (1992, October). *Neural network classifiers and the detection of deception revisited: Depth of learning and overfitting.* Paper presented at the annual meeting of the Society for Psychophysiological Research, San Diego, CA.

Vondergeest, L. K., Honts, C. R., & Devitt, M. K. (1992, April). *Effects of juror and expert witness gender on jurors' perception of the expert witness.* Paper presented at the Red River Valley Psychology Conference.

## 1991

Devitt, M. K., Shubert, L. E., & Honts, C. R. (1991, April). *Male and female knowledge of and responsibilities in the use of contraceptives.* Paper presented at the Red River Psychology Conference, Moorhead, Minnesota.

Honts, C. R. (1991, February). *Psychophysiological detection of deception.* Presentation given at the Psychiatry Grand Rounds of North Dakota. North Dakota Educational Telephone Network (ETN).

Honts, C. R. (1991, June). *The counterintelligence scope polygraph test found to be a poor discriminator.* Paper presented at the annual meeting of the American Psychological Society, Washington, D. C.

Honts, C. R. (1991, November). Jackknife, cross-validation, bootstrapping, and neural networks? An introduction to the application of computationally intensive methods in psychology. University of North Dakota, Psychology Department Colloquium Series, Grand Forks, North Dakota.

Honts, C. R., & Kristjanson, A. (1991, June). *A back-propagation neural network fails to out perform discriminant analysis in a physiological detection of deception task.* Paper presented at the First Annual Convention of the American Association of Applied and Preventive Psychology (AAAPP), Washington, D. C.

Honts, C. R. (1991, October). *Converging evidence indicates invalidity for national security screening polygraph tests.* Paper presented at the annual meeting of the Society For Psychophysiological Research, Chicago, IL.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

Honts, C. R., & Devitt, M. K. (1991, October).  Jackknife analyses of discriminant, logistic regression and back propagation neural network classifiers in a psychophysiological detection of deception problem.  Paper presented at the annual meeting of the Society for Psychophysiological Research, Chicago, IL.

**1990**

Honts, C. R. (1994, December).  *Polygraph tests: Facts, fables, and the future.*  Colloquium given at the Department of Psychology, North Dakota State University, Fargo, North Dakota.

Honts, C. R., & Raskin, D. C. (1990, March).  *The "Yes" answered control question: Dispelling one of the myths of the polygraph profession.*  Paper presented at the 1990 American Psychology-Law Society/Division 41 Biennial Meeting, Williamsburg VA.

Honts, C. R., & Carlton, B. (1990, October).  *Effects of incentives on the detection of deception.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, Boston, MA.

**1989**

Barland, G. H., Honts, C. R., & Barger, S. D. (1989, October).  *The validity of detection of deception for multiple issues.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, New Orleans, LA.

Honts, C. R., Barland, G. H., & Barger, S. D. (1989, October).  *The relative validity of criminal and screening approaches to the detection of deception.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, New Orleans, LA.

**1988**

Honts, C. R., Raskin, D. C., Kircher, J. C., & Horowitz, S. W. (1988, March).  *A field validity study of the control question test.*  Paper presented at the American Psychology and Law Society / Division 41 Midyear Conference, Miami, Florida.

Honts, C. R., & Driscoll, L. D. (1988, April).  *The development of a rank order scoring system for detection of deception.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Snowbird, Utah.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1988, April).  *Visceral perception and the detection of deception.*  Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Snowbird, Utah.

Honts, C. R., Horowitz, S. W., & Raskin, D. C. (1988, April).  *Can the short Eysenck questionnaire be substituted for the Eysenck Personality Inventory.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Snowbird, Utah.

Honts, C. R., Kircher, J. C., & Raskin, D. C. (1988, October).  *Patterns of activation and deception.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco, CA.

Horowitz, S. W., Collins, S., Raskin, D. C., & Honts, C. R. (July, 1988). *Facial expressions of deceit*. Paper presented at the NATO Advanced Study Institute, Credibility Assessment: A Unified Theoretical and Research Perspective, Maratea, Italy.

Horowitz, S. W., Raskin, D. C., Honts, C. R., & Kircher, J. C. (1988, October). *Control questions in physiological detection of deception*. Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco, CA.

Kircher, J. C., Raskin, D. C., Honts, C. R., & Horowitz, S. W. (1988, October). *Generalizability of mock crime laboratory studies of the control question polygraph technique*. Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco, CA.

Raskin, D. C., Kircher, J. C., Honts, C. R., & Horowitz, S. W. (1988, October). *Validity of control question polygraph tests in criminal investigation*. Paper presented at the annual meeting of the Society for Psychophysiological Research, San Francisco, CA.

## 1987

Honts, C. R. (February, 1987). *Countermeasures to the physiological detection of deception*. Colloquium given at the Psychology Department, Wake Forest University, Winston-Salem, North Carolina.

Honts, C. R. & Prestrude, A. M. (1987, April). *Interocular effect on specific thresholds for flicker*. Paper presented at the meeting of the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

Honts, C. R. (1987, April). *Polygraph credibility assessment*. In John Yuille (Chair), Symposium: *Assessing eyewitness credibility*. Paper presented at the meeting of the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

Honts, C. R. & Raskin, D. C. (1987, May). *A field validation study of directed lie and standard control questions*. Paper presented at the meeting of the Rocky Mountain Psychological Association, Albuquerque, New Mexico.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1987, August). *Is polygraph test accuracy related to perceptions of test accuracy?* Paper presented at the annual meeting of the American Psychological Association, New York.

## 1986

Honts, C. R. (April, 1986). Clinical versus statistical decision making in the physiological detection of deception: Possible solutions to problems of application. Colloquium given at the Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986, March). *Socialization and the detection of deception*. Paper presented at the American Psychology and Law Society / Division 41 Midyear Conference, Tucson, Arizona.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986, August).  *Countermeasures and the detection of deception.* Paper presented at the annual meeting of the American Psychological Association, Washington, D. C.

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1986, October). *Individual differences and the physiological detection of deception.*  Paper presented at the annual meeting of the Society for Psychophysiological Research, Montreal Canada.

## 1985

Raskin, D. C., Kircher, J. C., & Honts, C. R.  (1985, February).  *Computerized polygraph interpretations and detection of physical countermeasures.*  Invited paper, IDENTA '85 International Congress on Techniques for Criminal Identification, Jerusalem, Israel.

Honts, C. R., (1985, August). *Research on countermeasures and the physiological detection of deception.*  Paper presented at the annual meeting of the American Psychological Association, Los Angeles, CA.

## 1984

Honts, C. R.  (1984, October). *Countermeasures and the physiological detection of deception.*  Paper presented at the meeting of the Society for Psychophysiological Research, Milwaukee, WI.

Honts, C. R., Raskin, D. C., Kircher, J. C., & Hodes, R. L. (1984, October). *Effects of spontaneous countermeasures on the physiological detection of deception.*  Paper presented at the meeting of the Society for Psychophysiological Research, Milwaukee, WI.

Kircher, J. C., Raskin, D. C., & Honts, C. R.  (1984, October).  *Electrodermal habituation in the detection of deception.*  Paper presented at the meeting of the Society for Psychophysiological Research, Milwaukee, WI.

## 1983

Honts, C. R., Raskin, D. C., & Kircher, J. C. (1983, September).  *Detection of deception: Effectiveness of physical countermeasures under high motivation conditions.*  Paper presented at the meeting of the Society for Psychophysiological Research, Pacific Grove, CA

## 1982

Honts, C. R. (1982, April).  *The interocular effect and specific thresholds for flicker.*  Paper presented at the Experimental Area Annual Research Fest, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg.

Honts, C. R. & Hodes, R. L. (1982, October).  *The effect of simple physical countermeasures on the detection of deception.*  Paper presented at the meeting of the Society for Psychophysiological Research, Minneapolis, MN.

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

Honts, C. R. & Hodes, R. L. (1982, October).  *The effects of multiple physical countermeasures on the detection of deception.*  Paper presented at the meeting of the Society for Psychophysiological Research, Minneapolis, MN.

**1981**

Honts, C. R. (1981, April).  *Effects of instructions and feedback on the control of phasic electrodermal activity.*  Paper presented at the Experimental Area Annual Research Fest, Department of Psychology, Virginia Polytechnic Institute and State University, Blacksburg.

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## Public Addresses and Other Public Service Activities:

"Validity and reliability of detection of deception examinations in the laboratory and in the field." Bonneville Community Corrections Center, Salt Lake City, Utah, May 18, 1983.

"Countermeasures: The detection of attempts to defeat the polygraph test." Arizona Polygraph Association Seminar, Phoenix, Arizona, April 7, 1984.

"Commercial uses and abuses of the polygraph." Bountiful Area Chamber of Commerce, Bountiful, Utah, June 20, 1984.

"Countermeasures". The Third Annual colloquium on Polygraph Science and Methodology. Sponsored by: The Academy of Polygraph Science and Methodology and The Department of Psychology, University of North Carolina, Charlotte. June 3, 1985.

"Countermeasures, the directed lie control question, socialization, and other things." Canadian Association of Police Polygraphists Annual Seminar, Ottawa, Canada, August 21, 1986.

"The polygraph in 1987". The Intermountain Junior Science and Humanities Symposium. University of Utah, Salt Lake City, Utah, February 26, 1987.

"The ethics of the use of polygraph tests in the work place". Business Ethics Seminar, College of Business, University of Utah, Salt Lake City, Utah, August 3, 1987.

"A computer assisted polygraph system". Utah Polygraph Association, Salt Lake City, Utah, December 16, 1987.

"Countermeasures and psychophysiological patterning in the detection of deception". Department of Defense Polygraph Institute, Fort McClellan, Alabama, March 7, 1988.

"Changes and future directions for the Department of Defense Polygraph Institute", Federal Interagency Polygraph Seminar, FBI Academy, Quantico, Virginia, June 6, 1989.

"Research in the detection of deception", Panel Discussion, Federal Interagency Polygraph Seminar, FBI Academy, Quantico, Virginia, June 9, 1989.

"The evaluation of psychophysiological data from polygraph examinations". United States Secret Service - 1989 Polygraph Conference, Washington, D. C., November 11, 1989.

"Validity of the positive control question test and the effects of countermeasures on the control question test". Naval Investigative Service Annual Polygraph Seminar, Department of Defense Polygraph Institute, Fort McClellan, Alabama. July 16, 1990.

"Topics in the detection of deception". Panel Discussion. The 21st Annual National Polygraph Workshop, Delta College, University Center, Michigan. May 10, 1991.

"The directed lie control question: Research and practice". The 21st Annual National Polygraph Workshop, Delta College, University Center, Michigan. May 10, 1991.

**Charles R. Honts, Ph. D.**                                          **Curriculum Vitae**

"Countermeasures and the detection of deception: Facts not fables". The 21st Annual National Polygraph Workshop, Delta College, University Center, Michigan. May 10, 1991.

"Credibility assessment with adults and children." Invited address to the North Dakota State's Attorneys Association. University of North Dakota Law School. February 11, 1994.

"Junk science in the courtroom." Presentation at the North Dakota Supreme Court Judicial Institute, University of North Dakota Law School, Grand Forks. May 23, 1994.

"New developments in the assessment of children's credibility." Presentation at the North Dakota Supreme Court Judicial Institute, University of North Dakota Law School, Grand Forks. May 23, 1994.

"The polygraph in 1994." Presentation at the North Dakota Supreme Court Judicial Institute, University of North Dakota Law School, Grand Forks. May 24, 1994.

"Uses and abuses of polygraph test used in child sexual abuse litigation." Invited address at the Third International Conference of the National Child Abuse Defense and Resource Center, Cleveland, Ohio, September 22, 1994.

"Child witness credibility: Influence factors and methods of assessment." Invited address at the Third International Conference of the National Child Abuse Defense and Resource Center, Cleveland, Ohio, September 23, 1994.

"The child witness." Invited address at the Thirteenth Annual "Helen Hamilton Day" meetings at the University of North Dakota Law School. Sponsored by the University of North Dakota Law Women's Caucus. Grand Forks, North Dakota, May 1995.

"Legal admissibility of the polygraph in 1996", Invited presentation at the Federal Public Defender's Third Thursday meeting. Boise, Idaho, March 1996.

"The polygraph after Daubert", Invited lectures at the Indiana Public Defender Council 1997 Death Penalty Seminar. Indianapolis, Indiana, September 1997.

Hannity and Colmes, 3 November 1997, Appearance on nationally broadcast television show concerning *Commonwealth v. Woodward*. Fox News Network.

The Alan Colmes Show. Nationally syndicated radio talk show, 4 November 1997, Appearance on nationally broadcast radio talk show concerning *Commonwealth v. Woodward*.

The Victoria Jones Show. Nationally syndicated radio talk show, 4 November 1997, Appearance on nationally broadcast radio talk show concerning *U. S. v. Scheffer* before the U. S. Supreme Court, and *Commonwealth v. Woodward*.

KIVI News, 10 November 1997. Appearance on Boise evening news concerning *Commonwealth v. Woodward*.

KTVB News, 10 November 1997. Appearance on Boise evening news concerning *Commonwealth v. Woodward*.

**Charles R. Honts, Ph. D.**                                                    **Curriculum Vitae**

KBCI News, 10 November 1997. Appearance on Boise evening news concerning *Commonwealth v. Woodward*.

German National Television, February 1998, *Lugeudetektor*, NTSC.  Appearance on nationally broadcast documentary.

National Criminal Defense Lawyers Association, April 1998, What the Polygraph Can Do For Your Client:  Scientific and Practical Aspects of the Polygraph After Daubert.  Invited Address at the Spring Seminar, Santa Monica, California.

Washington Defenders' Conference, May 1998, Scientific Credibility Assessment:  Life After Daubert and Scheffer.  Two talks:  Child Witnesses 1 May 1998, The Polygraph, 2 May 1998.  Invited lectures at the annual conference. Sun Mountain Lodge, Winthrop, Washington.

Insight, The BBC World Service, November 1998, world-wide broadcast documentary.

Idaho Association of Criminal Defense Lawyers, March 1999, 1999 Winter Seminar:  World Class Defenders & World Class Skiing.  Repressed Memory:  Junk Science in the Courtroom.  Elkhorn Resort, Sun Valley, Idaho.

Idaho Association of Criminal Defense Lawyers, June 1999, The 1999 Spring Seminar.  The Polygraph in Y2K.  Idaho Falls, Idaho.

*Deadline Discovery.*  January 31, 2001. Interview concerning the validity of Brain-fingerprinting.  Broadcast on the Discovery Channel.

*60 Minutes II, Final Exam* with Scott Pelley, December 12, 2001, Feature on polygraph in national security.  Broadcast on the CBS network.

Idaho Juvenile Corrections Management Team, May 21, 2002, *The Polygraph: Basic issues regarding sex offender testing.* Nampa, Idaho.

Juvenile Justice Advisory Team of Magistrate Judges, July 23, 2002, *The Polygraph: Basic issues regarding sex offender testing.*  Boise, Idaho.

Juvenile Corrections Board, August 16, 2002, The Polygraph: Basic issues regarding sex offender testing.  Boise, Idaho.

Federal Public Defender's Third Thursday Meeting, September 19, 2002. Invited presentation, "Assessing the credibility of a child witness," Boise, Idaho.

KCBI, Channel 2 News, *10 at 10*.  Interview and news feature concerning the validity of polygraph testing.   July 28, 2003, Boise, Idaho.

KBSU, Boise State Public Radio, New Horizons in Education, Interview regarding the validity of polygraph testing. June 4, 2004, rebroadcast August 6, 2004.

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

## World Wide Web Services:

*Polygraph Law Resource Page,* http://truth.boisestate.edu/polygraph/polylaw.html

*The Credibility Assessment and Witness Psychology List* - CAAWP@listserv.boisestate.EDU

## Workshops and Conferences Organized and/or Conducted:

The First Annual Psychology and Law Conference of the Psychology Department & the Division of Continuing Education, University of North Dakota, Grand Forks, Co-Organized with Douglas Peters, July, 1991

NATO Advanced Study Institute - *The Child Witness in Context: Cognitive, Social, and Legal Perspectives.* IL Ciocco, Lucca, Italy.  Executive Assistant to the Director, Douglas Peters On-site Program Manager, May, 1992

*Interviewing Children and Assessing Their Credibility.*  Workshop sponsored by the Ward County (North Dakota) State's Attorney and the Ward County Social Service Board.  Minot, North Dakota. April, 1994.

NATO Advanced Study Institute - *Credibility: International Perspectives on Assessment, Methods, and Research.*  Director:  Charles R. Honts, Organizing Committee:  Marisa Alonso-Quecuty, Guenter Koehnken,  and Sven Svebak.  Proposed for 1995, not funded.

The State of New Mexico.  *The polygraph in 1998: Advances in Polygraph Science.*  Continuing education workshop for New Mexico Polygraph Examiners, Albuquerque, New Mexico, 18 and 19 April 1998.  Partially funded by the State of New Mexico, Private Investigator and Polygraph Board.

The State of New Mexico.  *The polygraph in 1999: Advances in Polygraph Science.*  Continuing education workshop for New Mexico Polygraph Examiners, Albuquerque, New Mexico, 20 and 21 March, 1999.  Co-conducted with John C. Kircher, Ph. D.  Partially funded by the State of New Mexico, Private Investigator and Polygraph Board.

Court Appointed Special Advocate.  Child witnesses:  Credibility and its assessment.  In service training.  Boise, Idaho 10 September 2001, 26 November 2002, 1 February 2005.

Idaho Criminal Defense Lawyers Association, Invited CLE lecture, *The Psychology of Confessions: Issues and Concerns from Psychological Science.*  November 3, 2006, Boise, Idaho.

The State of New Mexico.  *The polygraph in 2007.*  Continuing education workshop for New Mexico Polygraph Examiners, Albuquerque, New Mexico, January 20, 2007.   Funded by the State of New Mexico, Private Investigator and Polygraph Board. (8 hours of presentation.)

Mississippi Polygraph Association. *The polygraph in 2007.*  Continuing education workshop for Polygraph Examiners. Tunica Mississippi.  (8 hours of presentation).

*Credibility Assessment Research Summit (CARS)* held by the Counterintelligence Field Activity (CIFA), Combating Terrorism Technology Support Office (CTTSO), and the Defense Academy for

**Charles R. Honts, Ph. D.**                                    *Curriculum Vitae*

Credibility Assessment (DACA). Vienna, Virginia May 23-25, 2007, Member of the Organizing Committee.

Texas Association of Law Enforcement Polygraph Investigators (TALEPI). 2007 Training Seminar. Topics covered: False Confessions, Polygraph Technique Validation Studies, Utah Zone Technique, Polygraph Countermeasures. Austin Texas, June 18 and 19, 2007. http://www.talepi.org/07SeminarARC.pdf

## Editorial Activities:

**Founder and Editor of:**
| | |
|---|---|
| *The Journal of Credibility Assessment and Witness Psychology* | 1996-2007 |
| *Polygraph-Law Resource Page* | 1996-2007 |

**Associate Editor**, *Polygraph*                                1988 to 1990

**Member of the Editorial Board**, *Forensic Reports*            1991 to 1992

**Ad Hoc Editorial Consultant:**

| | |
|---|---|
| American Psychological Society, Convention Proposal Reviewer | 1993 |
| American Psychology - Law Society, Convention Proposal Reviewer | 1993, 2004 |
| American Psychological Association Convention Proposal Reviewer | 2004 |
| *Applied Cognitive Psychology* | 2001, 2006(3) |
| *Applied Developmental Science* | 2001 |
| *Behavioral Sciences and the Law* | 1996 |
| *Crime Laboratory Digest* | 1993 |
| *Criminal Justice and Behavior* | 2002, 2004, 2005 |
| *Developmental Psychology* | 1995 |
| *Forensic Science Communications Review* | 2000, 01, 03 |
| *Journal of Applied Psychology* | 1992, 93, 00, 02, 03 |
| *Journal of Experimental Psychology: General* | 2002, 2004 |
| *Journal of Experimental Psychology: Applied* | 2003, 04, 05, 06 |
| *Journal of Forensic Sciences* | 2002 |
| *Journal of General Psychology* | 1998 |
| *Journal of Personality and Social Psychology* | 1991 thru 1998 |
| *Journal of Personality and Social Psychology: Personality Processes and Individual Differences* | 2004 |
| *Journal of Psychophysiology* | 1999 |
| *Law and Human Behavior* | 1994, 2004, 05, 06(2) 07(3) |
| *Legal and Criminological Psychology* | 2006 |
| *Nature* | 2001 |
| *Psychological Bulletin* | 1993, 94, & 99 |
| *Psychophysiology* | 1995, 98, 99, & 04 |
| Rocky Mountain Psychological Association Program Committee | 1987, 88, 99, 02 |

**Charles R. Honts, Ph. D.**                                      **Curriculum Vitae**

**Grant Proposal/Report Reviewer:**

National Science Foundation                                    1997, 2001
Department of Defense Polygraph Institute                      2001, 02, 03, 04(2)
Social Sciences and Humanities Research Council of Canada      2004, 2005, 2006

## Student Supervision:

### Psychology Department, University of North Dakota

### Doctoral Committees (Chair):

Martine Mizwa. *Validation of the victim empathy scale.* Completed: August 1993

Mary Devitt, Time and suggestion by significant persons: Effects on memory for complete
events. Completed: May 1995

Susan Amato. Effects of misinformation on the concealed knowledge test.
Completed, April 1996.

Marcia Moberg *The utility of statement validity assessment in differentiating between false
reports and true memories in children.* Completed December 1999.

Marcus Tye   Effects of brief training in statement validity assessment on the ability of lay
evaluators to determine the truthfulness of children's statements.
Completed, April, 1996.

Member:  Jacqueline Brouse, Anne Dowrenwend, Nasrin Erfanian, Ron Hougen, Jeff Kearney,
Maria Kearney, Sally Kennedy, Arlinda Kristjanson, Cami Lokken, Don Newberry, Kate
Onyeneho, Marty Witucki

### Master's Committees (Chair):

Sheila Rydell, Defendant occupation and victim resistance as mediators of attributions of
responsibility for rape. Completed : July, 1992.

Mary Devitt, A study of the relative accuracy of discriminant analysis, logistic regression, and
back propagation neural network classifiers in a psychophysiological detection of deception
problem. Completed: August, 1992.

Susan Amato, A survey of member of the Society for Psychophysiological Research regarding the
polygraph: Opinions and implications. Completed: December 1993.

Marcia Moberg, A study of differential effects of defense and prosecution expert witnesses.
Completed : August 1993.

Marcus Tye, Criteria-based content analysis of children's statements about a mock crime
compared with the evaluations of naive subjects. Completed May 1994.

36

**Charles R. Honts, Ph. D.**                                          **Curriculum Vitae**

Lynelle Vondergeest, *Juror decision making.* Completed: May 1995.

Steven Westby, General media publicity and jury deliberations. Completed: July 1994.

Member: Jean Caraway, Brent Gillund, Heidi Jensen, Jeff Kearney, Don Newberry, Margo Norton, Gail Robbins, Shannan McKenzie

## Senior Thesis Committees (Chair):

Randy Telander, *Bingo, who is playing and why?* Completed: May 1995.

Lynelle Vondergeest, Effects of juror and expert witness gender on jurors' perceptions of the expert witness. Completed: February, 1992.

Marcus Winbush. Countermeasures and the guilty knowledge test. Completed: May 1993.

Member: Margo Adams, Keri Anderson, Shelly Kumru

## Boise State University, Department of Psychology

## Senior Thesis

Katieann Skogsberg, *Case studies of EEG biofeedback training using a measurement of affect.* Completed May 2003. (Chair).

Ginny Gragg, *Boostrapping the polygraph.* Completed: May 1999. (Chair)

Cara Lundquist (1999).

Wendy Alloway. *The effects of internet information on the validity of the TES.* Thesis project for AY 2001-2002 (Chair).

Andrea Webb (2002). The *effects of age, gender, religion, and religious strength on obedience to authority: A comparative study.* Honor's Thesis. Completed May 2002. (Member).

Julie Crow (2006). *Treatment of sex offenders.* Honor's Thesis. Completed May 2006. (Chair)

## Post-Doctoral

Anne Gordon (1998 - 2000)

## Doctoral

Paul Bernhardt (2005; University of Utah). *Effects of Prior Demonstrations of Polygraph Accuracy on Outcomes of Probable-lie and Directed-lie Polygraph Tests* (Member).

Andrea Webb – Ph.D. Committee Member – University of Utah (2006).

**Charles R. Honts, Ph. D.**                                    **Curriculum Vitae**

## University Instruction:

### Department of Psychology, Boise State University

| | |
|---|---|
| Research Methods | 1995-2000 |
| Introduction to Statistics | 1996, 04, 05 |
| Psychology and Law | 1998-2007 |
| General Psychology (Large Lecture with TAs) | 1999, 01, 04 |
| General Psychology (Small Section) | 2002 |
| Physiological Psychology | 2000, 2005, 06 |
| Cognitive Psychology | 2001 |

### Psychology Department, University of North Dakota

| | |
|---|---|
| Introductory Psychology (Large Lecture with 2 TAs) | 1990-91-92 |
| Introduction to Statistics (Large Lecture with 2 TAs) | 1990-91-93-94 |
| Industrial & Organizational Psychology | 1991-92-94-95 |
| Introduction to Personality Theory | 1991 |
| Advanced Univariate Statistics + Research Design (Graduate Course) | 1991 thru 1995 |
| Cognitive and Affective Bases of Behavior (Graduate Course) | 1993-95 |
| Theories of Personality (Graduate Course) | 1993-95 |
| Psychology and Law (Graduate Seminar) | 1992 |
| Advanced Topics in Research Design and Statistics (Graduate Seminar) | 1994 |

### Psychology Department, University of Utah

| | |
|---|---|
| Detection of Deception Workshop (Annual) | 1982 thru 1994 |
| Sensation & Perception | 1984-85-87 |
| Theories of Personality | 1985-87 |
| Research Methods, with Laboratory | 1986 |
| Introduction to Psychology (Large Section with 1 TA) | 1987 |
| Statistical Methods in Psychology | 1988 |

### Department of Psychology, Virginia Polytechnic Institute and State University

| | |
|---|---|
| Introductory Psychology Laboratory | 1981 |
| Sensation Laboratory | 1981 |
| Perception Laboratory | 1982 |
| Teaching Fellow for History and Systems in Psychology | 1982 |

### Department of Psychology, Jacksonville State University and the Department of Defense Polygraph Institute joint Master's Degree Program

| | |
|---|---|
| Psychological Bases of the Detection of Deception (Graduate Course) | 1989 |
| Psychophysiological Assessment (Graduate Course) | 1990 |

Charles R. Honts, Ph. D.                                    **Curriculum Vitae**

## Other Professional Instruction:

### Arizona School of Polygraph Science

Psychology and Physiology in the Basic Polygraph Examiner Course          1985-88, 91

### Canadian Police College

Psychophysiology, Psychopharmacology, Polygraph Research,          1986-88-90-91-
Numerical Scoring for the Basic Polygraph Examiner Course          92-93-94-95-
                                                                   96-97-98

### Center for Professional Development, The Air University at Maxwell AFB

Guest Instructor in the Advanced Trial Advocacy Course (ATAC)          1989-90

### Department of Defense Polygraph Institute, Fort McClellan, Alabama

Research Methods, Basic Polygraph Examiner Course          1989
Instructor, Courtroom Testimony Course                     1990

### Federal Bureau of Investigation, FBI Academy, Quantico, Virginia

Advanced Topics in Detection of Deception          1989

## Professional Organizations:

Association for Psychological Science (American Psychological Society;
    Charter Member; Fellow, 2006)          Joined: 1989
American Psychological Association                  Joined: 1984
American Psychology - Law Society                   Joined: 1987
Rock Mountain Psychological Association             Joined: 1987
Society for Psychophysiological Research            1981 to 1997

## Psychology Department Committee Service, University of North Dakota:

Graduate Admissions          90/91 - 92/93
Colloquium                   1990 to 1992
Departmental Resources       1991/92
Personnel (Chair)            1991/92
Faculty Evaluation           1992/93

**Charles R. Honts, Ph. D.**                                    *Curriculum Vitae*

## Psychology Department Committee Service, Boise State University:

| | |
|---|---|
| Tenure and Promotion (College) | 1996/97 |
| Curriculum (College) | 1997/98 |
| Faculty Development (Senate) | 1997/98 |
| Personnel (Department) | 98/99/00/03/04/06 |
| Dean's Research Awards Committee | 2000/01/04 |
| General Psychology Subject Pool (Department) | 00/01/03/04/05/06 |
| SSPA Dean's Evaluation Committee (University, Chair) | 2003 |

## Professional Licensing:

Commonwealth of Virginia, Polygraph Examiner, Certificate #310, Inactive.
Issued: 7 June 1977

State of Utah, Detection of Deception Examiner, License #860065, Inactive.
Issued 1 January 1983

State of North Dakota, Detection of Deception Examiner, D-0025
Issued 6 October 1992

State of New Mexico, Detection of Deception Examiner, 152 Y
Issued 1 July 1995

## Consultations for Public Agencies:

Arizona Department of Public Safety
Indiana State Police
Idaho Department of Health and Welfare:  Family and Children's Services
Inspector General, State of Utah
Inspector General, State of Oklahoma
Police Department, Duchesne County; Utah
Police Department, Fargo, North Dakota
Police Department, Lincoln County; Wyoming
Police Department, University of Utah
Police Department, West Valley City, Utah
Quebec Provincial Police
Royal Canadian Mounted Police
United States Secret Service
United States Air Force Office of Special Investigations

**Charles R. Honts, Ph. D.**                                      **Curriculum Vitae**

## Expert Witness Testimony:

1. Alamogordo, New Mexico.  New Mexico Board of Education, Appeals, August 19, 1983 (Polygraph)
2. Los Angeles, California.  Federal District Court, November 23, 1983 (Polygraph)
3. Carson City, Nevada.  Nevada Gaming Control Board, February 7, 1984 (Polygraph)
4. Davis County, Utah District Court, August 13, 1984 (Polygraph)
5. Salt Lake County, Utah District Court, September 26, 1984 (Polygraph)
6. Utah Medical Association, Grievance Committee, February 28, 1985 (Polygraph)
7. Box Elder County, Utah District Court, March 15, 1985 (Polygraph)
8. Campbell County Court, Gillette, Wyoming, May 17, 1985 (Polygraph)
9. Duchesne County, Utah District Court, September 24, 1985 (Polygraph)
10. Salt Lake County, Utah District Court, November 6, 1985 (Polygraph)
11. Bernalillo County, New Mexico District Court, August 1, 1986 (Polygraph)
12. Quebec Provincial Court, District of Terrebonne, June 29,1993 (False Confessions & the polygraph)
13. Troop County, Georgia State Court, August 20, 1993, *Georga v. Rilling.* (Polygraph hearing.)
14. Sweetwater County, Wyoming  District Court, October 29, 1993, *Wyoming v. Muniz,* CR-9212-0035 (Statement Analysis and Child Witness Issues, at trial)
15. East Saint Louis, IL., Federal District Court, November 18, 1993, *U. S. v. Davis*, Criminal No. 93-30003-WLB  (False Confessions & the Polygraph, deposition)
16. Hubbard County, Minnesota, District Court, April 5, 1994 *In the matter of the welfare of Timothy John Schmid*, No. J7-93-50113 (Statement Analysis and Child Witness Issues, at trial.)
17. Santa Fe, New Mexico, Federal District Court, March 10, 1995, *U. S. v. Galbreth*, Criminal No. 94-197 MV (Polygraph hearing)
18. Clarke County, Superior Court, Athens Georgia, April 7, 1995,  (Polygraph hearing)
19. Bismarck, ND, Federal District Court, May 25, 1995, *U. S. v. Poitra*, No. ALL 94-02 (Statement Analysis hearing)
20. Bernalillo County, New Mexico District Court, September 12, 1995, *New Mexico v. Harris*, No. CR 92-01433 (Polygraph, at trial)
21. Ada County, Idaho District Court, *Griffith v. Melgaard,* November 17, 1995 (Polygraph, at trial)  November 22, 1995 (Polygraph and Child Witness Issues, at trial)
22. Savanah, Georgia, United States District Court, July 11, 1996, *U. S. v. Gilliard*, No. CR-196-019 (Polygraph hearing)
23. Colorado Springs, Coloardo, District Court, September 3, 1996, *David Law v. City of Colorado Springs et al.,* Civil Action No. 92CV0896 (Polygraph, at trial)
24. Alameda, California, District Court, October 8, 1996 *People v. Winger*, No. 128040A (Polygraph hearing)
25. Lafayette, Louisiana, United States District Court, November 12, 1996, *U. S. v. Callier* (Polygraph hearing).
26. Thermopolis, Wyoming, District Court, *LaBoy v. Upton,* (Polygraph, at trial).
27. Sandy, Utah, Utah District Court, February 24, 1997, *Utah v. Rappleye* (Child Witness Issues, at trial)
28. Lincoln, Nebraska, United States District Court, 8 April 1997, *Richter v. Bartee,* No. 4: CV95-3309 via telephone (Polygraph, post-conviction hearing.)
29. Cambridge, Massachusetts, Superior Court, July 14, 1997, *Commonwealth v. Woodward*, No. 97-433 (Polygraph hearing)

30. Martinsville, Indiana, District Court, December 15, 1997, *Indiana v. Hubbard*, CAUSE NO: 55C01-9612-CF-271 (Polygraph hearing)
31. Bisbee, Arizona, Cochise County Superior Court, February 5, 1998, *Arizona v. Sebastian*, No. CR97000030via telephone (Polygraph hearing)
32. Albuquerque, New Mexico, New Mexico District Court, February 17, 1998, *New Mexico v. Mann*, CR No. 96-2874 (Polygraph, at trial)
33. Fairfax, Virginia, Circuit Court of Fairfax, 4 March 1998, *Commonwealth v. Iliff*. (Child Witness Issues, admissibility hearing)
34. Cambridge, Massachusetts, Superior Court, 19 March 1998, *Commonwealth v. Henry*, Nos. 96-129 (001-002). (Polygraph hearing)
35. Phoenix, Arizona, United States District Court, 31 March 1998, *U. S. v. Guyer*. (Polygraph hearing)
36. Santa Ana, California, United States District Court, *U. S. v. Gillett*, SA CR 97-70-AHS 10 July 98. (Polygraph hearing).
37. Colorado Springs, Colorado, District Court, 17 July 98, *Colorado v. Morgan*. (Polygraph hearing)
38. Colorado Springs, Colorado, District Court, 21 July 98, *Colorado v. Morgan*. (Child Witness Issues, at trial)
39. Tucson, Arizona, United States District Court, 20 October 98. *U.S. v. Benavidez-Benavidez*, Case No. Cr 98-674-TUC-FRZ, *U.S. v. Pisciotta* (Combined Polygraph Hearing)
40. Pocatello, Idaho, District Court, 23 October 98. *Idaho v. Wilkins*, Case No. CRFE 98-00284B (Polygraph hearing)
41. Portage County, Ohio, The Ohio Court of Common Pleas, 30 April 1999. *State v. Resh*, Case No. 90 CR 0068, and *State v. Gondor*, Case No. 90 CR 0067 (Polygraph, post conviction evidentiary hearing, cases consolidated)
42. Columbus, Ohio, Franklin County Court, 27 August 1999. *State v. Nichols*, Case No. 95CR-4299. (Polygraph, at trial)
43. Indianapolis, Indiana, 14 October 1999, via telephone. *Indiana v. Ben-Yisrayl*. Sworn testimony as an offer of proof in death penalty appeal (Polygraph).
44. Idaho Falls, Idaho, 25 October 1999, Idaho District Court, *Idaho v. Welch*, Case No. CR-99-2362 Additional testimony given in the same case on 12 November 1999 (Polygraph Hearing).
45. Springfield, Massachusetts, 18 and 19 November 1999, Superior Court, Hampden, ss, *Commonwealth v. Slonka*, Case Nos. 91-1479 & 91-1480. (Polygraph Hearing).
46. Albuquerque, New Mexico, 24 August 2000, 9th Judicial District Court, *State of New Mexico v. Eddie Taylor*. No. D-905-CR-99000118. (Polygraph Hearing, Telephone).
47. Denver, Colorado, 14 August 2000, *People v. Nathan Dunlap*, Case No. 95CR605, Arapahoe County District Court. Rule 35 motion for post-conviction review. (Polygraph)
48. Dallas, Texas, 6 September 2000, Morse et al., v. Henson et al. Sworn deposition. (Polygraph)
49. Boston, Massachusetts, 19 September 2000, *Commonwealth v. Toro*, Case No, 81-035974, 74. (Polygraph).
50. Albuquerque, New Mexico, 17 Nov 2000, 9th Judicial District Court, *State of New Mexico v. Eddie Taylor*. No. D-905-CR-99000118. (Polygraph Hearing, Telephone).
51. Coeur d' Alene, Idaho, 7 Feb 2001, First Judicial District (Kootenai County), *State of Idaho v. Mitch Cougar*, Case No. CRF 99-07211. (Polygraph)
52. Ogden, Utah, 25 April 2001, Second Judicial District, *Sate of Utah v. Phillip Christiansen*. (Child Witness Issues).
53. Sante Fe, New Mexico, 9 August 2001, First Judicial District, *In the Matter of M-S,* #JQ-01-09 (Polygraph).

**Charles R. Honts, Ph. D.**                                          **Curriculum Vitae**

54. Boise, Idaho, 11 March 2002, *Idaho v. Shaver*, Ada County Sentencing hearing. (Polygraph).
55. Bradenton, Florida, 11 October 2002, *State of Florida v. William T. Stacks*, Case no. 2001 CF 2419. Deposition via satellite. (Polygraph Malpractice).
56. Mount Holly, New Jersey, 24 October 2002, *State of New Jersey v. Patrick Free*, Indictment No. 98-06-0397-I. (Polygraph Malpractice, False Confession).
57. Bradenton, Florida, 26 November 2002, *State of Florida v. William T. Stacks*, Case no. 2001 CF 2419. Deposition via satellite. (Polygraph Malpractice).
58. Las Cruces, New Mexico, 16 and 17 January 2003. *State of New Mexico v. Kevin Lee*, Cause No. F-01-10-1029 Dona Ana County. Daubert Hearing (Polygraph.)
59. Caldwell, Idaho, 29 January 2003. *State of Idaho v. Joshua King.* Canyon County. Sentencing Hearing (Polygraph.)
60. Nezperce, Idaho, 23 April 2003. *State of Idaho v. Craig T. Perry.* District Court of Lewis County, Case No. CR-02-00082. Daubert Hearing (Polygraph.)
61. Lexington, Kentucky, 22 May 2003 and 14 July 2003. *Commonwealth of Kentucky v. Harold I. Stone, Jr.,* Case Number: 01-CR-00001. Daubert Hearing (Polygraph).
62. Albuquerque, New Mexico, 2 and 3 July 2003. *Kevin Lee, et al., Petitioners, v. Hon. Lourdes Martinez, Respondents,* County of Bernalillo, State of New Mexico, Second Judicial District Court, No. CS-2003-00026 (Supreme Court No. 27,915). Daubert Hearing (Polygraph.)
63. Caldwell, Idaho, 24 July 2003 (hearing/offer of proof) and 25 July 2003 (testimony before the jury). *Idaho v. Sarah Pearce*, Case #03-5092C. (Eyewitness Memory)
64. Tucson, Arizona, 31 July 2003, Jacquelyn Smith, Severance Hearing (testimony by telephone.) (Polygraph)
65. Perth, Western Australia, 29 August 2003, *Between Andrew Mark Mallard and The Queen*, in the Supreme Court of Western Australia, Court of Criminal Appeal, CCA 135 of 2002. Testimony via satellite. (Polygraph Hearing).
66. Boise, Idaho, 10 March 2004, *Idaho v. Michael Roberts*, Case No. H0300981. Sentencing hearing. (Polygraph)
67. Rapid City, South Dakota, 2 September 2004, *United States v. Jonas Seth Not Help Him*, CR 04-50004. Suppression hearing. (Interrogation techniques and false confessions)
68. York, South Carolina, 16 September 2004, *State of South Carolina v. Billy Wayne Cope*, Case Nos. H-023255; H-023258; H-023259; H-023260; H-023262; H-023263; H-023275; H-023276; H-023277; H-023278: H-509259. Jury Trial (Polygraph)
69. Rapid City, South Dakota, 22 September 2004, *United States v. Jonas Seth Not Help Him*, CR 04-50004. Trial. (Interrogation techniques)
70. Boise, Idaho, 18 April 2005, *State of Idaho v. Daniel Levitt.* Probation Violation Hearing. (Polygraph and False Confessions)
71. Boise, Idaho 27 April 2005, *State of Iowa v. Jaun Macias* Criminal No. FECR052969 Iowa District Court for Woodbury County. Deposition regarding polygraph malpractice.
72. Atlanta, Georgia 8 & 9 September 2005, *United States v. Ricardo Cortez Williams*, Criminal Action No. 1:03-CR-636-JEC, In The United States District Court For The Northern District Of Georgia, Atlanta Division. (*Daubert* Hearing, Polygraph)
73. Mineola, Nassau County, New York, 17 November 2005, *The People of the State of New York v. John Kogut,* Indictment 61029, Supreme Court of the State of New York, County of Nassau. (Polygraph testimony at trial).
74. Albuquerque, New Mexico, 9 February 2006, *State of New Mexico v. Mario Lucas Chavez*, No. CR-04-03558, Second Judicial District Court, County of Bernalillo. (Polygraph testimony at trial).

**Charles R. Honts, Ph. D.**                                        **Curriculum Vitae**

75.   Caldwell, Idaho, 11 July 2006 *Idaho v. Sarah Pearce,* Idaho Supreme Court docket #30502, case #03-5092C, evidentiary proceeding for the district court to take your proffered testimony pursuant to a limited remand from the Idaho Court of Appeals. (Eyewitness Identification Procedures).

76.   Caldwell, Idaho, 28 March 2007 *Idaho v. Jeremy Hall*, CR# 06-23125, Canyon County. Daubert hearing and testimony before the jury. (Interrogation and False Confessions).