PHOTOGRAPHY & FINGERPRINT SECTION

REPORT FORM

Holden Lab

CASE NO.         017813 & A

DATE OF CASE    5-21-80

TYPE OF CASE    Murder & Robb.

CITY OR TOWN    Ayer

INVESTIGATORS   Lt. Ensslen, Tpr. Beene Midd. DA's Lt. Dwyer
                Lt. Arthur B. Isseau, Chief Sw Adamson & Off. DeCot all of Ayer PD

NEGS - PRINTS   COLOR 5 r 120   2 rolls of 35 m   B&W _____   PRINTS _____   LIFTS _____

PRINCIPALS INVOLVED                                FINGERPRINT DATA

VICTIM  X   ACCUSED ___   LOCATION ___            NO. OF LATENTS   5

NAME    Katherine Trow                             LOC. OF PRINTS   3 on Dining Rm
                                                                    1 on faucet
STREET  72 Rosewood Av
                                                                    1 on Ballentine 12 oz can
TOWN    Ayer, Mass.

VICTIM ___   ACCUSED ___   LOCATION ___

NAME _____                       OTHER EVIDENCE   Kit. knife

STREET _____                       DATE SUBMITTED

TOWN _____                       RETAINED IN LAB

VICTIM ___   ACCUSED ___   LOCATION ___            VEHICLE INVOLVED

NAME _____                       YEAR - MAKE

STREET _____                       REG - VIN #

TOWN _____

ADDED INFORMATION (IF NEEDED)

On 5-21-80 at approx 1745 pm this Officer arrived at the scene in Ayer and under the direction of Chief Adamson & the Lt. from Midd. DA'S the appropriate photos were taken. Three lifts were obtained from the dining rm table. One lift was obtained from the cold water faucet in the kitchen. One latent was also lifted from the Ballentine can. A kitchen knife was found [in the sink?] socket in the kitchen. No other latents were found by this Officer. [illegible] also assisted at the scene.

SIGNATURE   Trl. [illegible] Waltunas 363

(See for additional)

Katheline ——— ins of the ——— Chem Lab also arrived at the scene a[nd] assisted in the investigation.
Med. Ex. Dr. Bertran Hopkins viewed the body.
Victim removed O'Toole Funeral Palor of Washington St., Ayer.
An Autopsy was performed in Ayer Mass. on 5-22-50.
Victim left husband Eugene Crow.

SP000006