1                    Volume:    I

2                    Pages:    1 - 92

3                    Exhibits: 1 - 3

4          UNITED STATES DISTRICT COURT

5          DISTRICT OF MASSACHUSETTS

6     ----------------------------------x

7     BETTY ANNE WATERS, as

8     Administratrix of the Estate of

9     KENNETH WATERS,

10             Plaintiffs,

11        v.                     C.A. No. 04-10521-GAO

12     TOWN OF AYER,

13     NANCY TAYLOR-HARRIS,

14     ARTHUR BOISSEAU,

15     WILLIAM ADAMSON,

16     JOHN and JANE DOES 1-16,

17             Defendants.

18     ----------------------------------x

19

20         DEPOSITION of SCOTT M. SARSFIELD, a witness

21     called for examination by the Plaintiffs, taken

22     pursuant to Rule 30 of the Massachusetts Rules

23     of Civil Procedure, before Laurie K. Langer,

24     Registered Professional Reporter and Notary

Page 64

1      Mr. Sarsfield, individually, and for the purpose

2      of this deposition, it's more than a

3      technicality, but for the purposes of this

4      deposition you're also testifying on behalf of

5      the District Attorney's Office so I want for

6      this question that I ask you to be clear that

7      I'm asking not only have you not been able to

8      locate the file, but has the Middlesex County

9      District Attorney's office been able to locate

10     that missing Waters file that you searched for

11     in the fall of 1999?

12  A.   To my knowledge no member of the D.A.'s office

13     has actually, has any possession or has ever

14     possessed the trial file from the Waters case.

15  Q.   You say no member of the D.A.'s office has ever

16     possessed it.  It was certainly in the

17     possession of the office in 1982?

18  A.   In my tenure.

19  Q.   To clarify.  During your tenure to your

20     knowledge and to the knowledge of the District

21     Attorney's Office, from 1996 to the present no

22     one has had possession of the file, the Waters

23     file you attempted to locate in 1999?

24  A.   That is correct.  To the best of my knowledge.

1    Q.    Of all of the files that you've managed during

2          your tenure from 1996 to the present, and I

3          gather that number is in the thousands?

4    A.    Correct.

5    Q.    How many files, Mr. Sarsfield, have gone missing

6          in the same way that the Waters file went

7          missing?

8    A.    As far as the files that I've managed, I don't

9          believe that any have.  Prior -- files prior to

10         1989 we've had several that we have been unable

11         to locate.  I couldn't put an exact number on

12         it.

13   Q.    Okay.  So the Waters case, the Waters file that

14         you were asked to locate in 1999 was not the

15         only file you've been asked to locate but have

16         been unable to do so?

17   A.    That's correct.

18   Q.    But I think, if I understood your testimony,

19         those few instances when you've been unable to

20         locate a closed case file in those instances

21         we're talking about case files that are older

22         than 1990?

23   A.    Generally that's correct.

24   Q.    Okay.  Meaning what, meaning?

Page 66

1   A.   The, the -- the only thing I'm confident to say

2         is that since 1996 when I took over my duties,

3         I'm confident that we haven't lost any files

4         since then.  I can't attest to anything prior to

5         that.  So I guess the pattern is that if we

6         don't have inventory sheets, it's more

7         difficult, so the reason I said 1989 is if

8         there's no inventory sheets it's much more

9         difficult to locate a file.

10   Q.   And I understand, and I'm not asking you to

11        testify today that every case file that is due

12        to be preserved has been preserved since the

13        beginning of time to present.  But I do wonder,

14        if you could tell me, by assigning a number or

15        range, if any, other than the Waters case, had

16        there been any files, for any period of time,

17        you know, five years ago, ten years ago, 20

18        years ago that you've been asked to locate that

19        should have been preserved but you haven't been

20        able to locate them other than Waters?

21   A.   There have been files that I have been unable to

22        locate.

23   Q.   Okay.

24   A.   With the exception, including Kenneth Waters.