C O M M O N W E A L T H

vs.

No. 82-4/16

Kenneth Waters

P R E T R I A L  C O N F E R E N C E  R E P O R T

A pretrial conference was held on Dec 30 29, 1982 with the following results:
(strike out inapplicable parts of the form, fill in dates, check boxes and provide other information as indicated; attach additional sheets as needed.)

I.  Agreements reached by the parties concerning discovery[1,2]

1. (Mandatory discovery for the defendant--Rule 14(a)(1)) The Commonwealth agrees to provide the defendant on or before 2 wks prior to trial, 19____ the following:

(X) written or recorded statements of the defendant in possession, custody, or control of the Commonwealth.

(Y) relevant written or recorded grand jury testimony.

(X) any facts of an exculpatory nature within the possession, custody, or control of the prosecutor.

2. (Discretionary discovery for the defendant--Rule 14(a)(2)) The Commonwealth agrees that on or before 2 wks prior to trial, 19____ it will provide the defendant in writing, or to allow inspection of, the following which are in the possession of the Commonwealth:

( ) material and relevant physical evidence and documents (specify) _____

( ) reports of mental or physical examinations and of scientific tests.

( ) statements of persons (as defined in Rule 13(d))

(X) names and addresses of proposed witnesses.

3. (Reciprocal discovery for the prosecution --Rule 14(a)(3)) Defendant agrees that on or before 2 wks prior to trial, 19____ it will provide the Commonwealth in writing, or allow inspection of, the following which are in the possession of the defendant:

( ) the following material and relevant physical evidence and documents (specify) _____

( ) reports of mental or physical examinations and of scientific tests

( ) statements of persons (as defined in Rule 13(d))

(X) names and addresses of proposed witnesses.

4. (Notice of alibi--Rule 14(b)(1)) The Commonwealth hereby notifies the defendant that the time, date and place of the alleged offense was as follows: see police reports and grand jury minutes

Defendant agrees, if an alibi defense will be offered, to notify the Commonwealth in writing (signed by the defendant) on or before 2 wks prior to trial, 19____, of the place or pl

scene of the alleged offense or otherwise to rebut defendant's alibi defense.

5. (Notice of other defenses) If the defendant intends to rely upon the defense of lack of criminal responsibility or upon a defense based upon a license, claim of authority or ownership, or defendant must notify the Commonwealth within 7 days of the date by which this report is required to (Rule 14(b)(3)), or may here so state: _____

6. (Other discovery agreements) The parties agree to the following other matters related discovery: _____

II. Agreements reached by the parties concerning matters other than discovery (specify): _____

III. Matters upon which the parties have not reached agreement which are to be subject of pretrial motions³ _____

IV. Stipulations of fact _____

V. Status of Case (not binding)
(X) Ready for ~~disposition~~ further conference
( ) Ready for trial. Proposed agreed trial date: C 1-19-82
Estimated length of trial: _____   No. of witness: Def. ___ Pros. ___
( ) Jury    ( ) Jury Waived

_Elizabeth M. Fahey_                              _Bernard E. Bradley_
Assistant District Attorney                       Defense Counsel
12-29-82
Date
                                                  Defendant—if necessary

NOTES:

"...ements reduced to writing in the conference report shall be binding on the parties and shall con... subsequent course of the proceedings" (Rule 11(a)(2)(A)).

"...oses a continuing duty to disclose subsequently acquired material which is discoverable... ...conference report shall contain a statement of those matters on which the parties ...h are to be the subject of pretrial motions" - Rule 11(a)(2)(A). "Only pre... ...er of which could not be agreed upon at the pretrial con..."