COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                     SUPERIOR COURT DEPARTMENT
                                                  NOS. 82-4115 & 82-4116

COMMONWEALTH

V

KENNETH WATERS

<u>DEFENDANTS LIST OF WITNESSES</u>

The defendant states that at a trial of the above-numbered indictments he expects to call as witnesses:

1.  Park Street Diner
    Ayer, Mass.

2.  Michele Morin
    99 West Park St., #3
    Providence, R. I.

3.  Betty Ann Correntte
    11 Mozart Street
    Cranston, R. I.

4.  Carl Black
    34 Main St.
    Ayer, Mass.

5.  John Waters
    Providence, R. I.

6.  Pam Waters
    Providence, R. I.

7.  Lyle Bernside
    Council Bluffs
    Iowa

8.  Manager
    Childs World
    Fitchburg, Mass.

9.  Walter Decot
    Ayer Police Department
    Ayer, Mass.

10. Kathleen Higgins
    Massachusetts State
    Police Chemist

11. Agent Wayne Oakes
    FBI
    Washington, D. C.

12. Massachusetts State Police
    Fingerprint Section

The defendant reserves the right to amend this list as may be required by the Commonwealth's presentation.

KENNETH WATERS
By his attorney:

*Bernard E. Bradley*
Bernard E. Bradley
Massachusetts Defenders Committee
189 Cambridge Street
Cambridge, MA 02141
617-868-3300


FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
APR 28 1983