COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                          Superior Court
                                                        Nos. 82-4115, 4116

*1983 April 21*
*[handwritten notation]*

COMMONWEALTH

VS.

KENNETH WATERS

---

### COMMONWEALTH'S SUPPLEMENTARY LIST OF WITNESSES

---

Now comes the Commonwealth and states that at a trial of the above-numbered indictments, it reasonably expects to call as witnesses:

1) Alicia Brow
   7 Baron Park Lane
   Burlington, MA

✓2) Roseanna Perry
   Providence, R.I.

✓3) Officer Dennis MacDonald
   Ayer Police Department
   Ayer, MA

4) Chief P. Connors
   Ayer Police Department
   Ayer, MA

5) Detective Jack McGahearty
   Providence Police Department
   Providence, R.I.

6) Raymond J. Bushnoe, Jr.
   12 Harvard Road
   Ayer, MA

✓7) Arthur Johnson
   Global Vanlines
   Worcester, MA

8) Kenneth Kidder
   Williams Street
   Ayer, MA

9) Clark Paige
   Ayer Fire Department
   Ayer, MA

10) Chief Davis
    Dunstable Police Dept.
    Dunstable, MA

✓11) Chief Morse
    Groton Police Dept.
    Groton, MA

18

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

APR 19 1983

[signature]
CLERK

✓12)  Special Agent Maureen Higgins
      FBI
      Washington D.C.

13)   Thomas W. O'Dea, Jr.
      Littleton Police Department
      Littleton, MA

The Commonwealth reserves the right to amend this list at any time prior to trial.

For the Commonwealth,

*Elizabeth M. Fahey*
Elizabeth M. Fahey
Assistant District Attorney
Middlesex Superior Court
46 Thorndike Street
E. Cambridge, MA
494-4619