COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                        SUPERIOR COURT DEPARTMENT
                                                     NOS. 82-4115 & 82-411

COMMONWEALTH

v

KENNETH WATERS

### MOTION TO SUMMONS WITNESSES AT EXPENSE OF THE COMMONWEALTH

The defendant says that the following named witnesses are necessary to his

defense and moves that process issue to summons their appearance in this Court

at the expense of the Commonwealth:

> Dr. Bertrand Hopkins
> Medical Examiner
> Groton, MA
>
> Lyle bernside
> Council Bluffs
> **Iowa**
>
> Special Agent Maureen Higgins
> FBI
> Washington, D. C.
>
> Marc M. Nezer (Rezer)
> Veridat Corporation
> P. O. Box 412
> Lexington, MA
>
> Eugenie Brow
> 465 Boston Turnpike
> Shrewsbury, MA
>
> Corporal John Baluinas
> Massachusetts State Police
>
> Phyllis Loring
> 13 Rosewood Avenue
> Ayer, MA

-2-

Warren Birch, Clerk
Ayer District Court
Ayer, MA

KENNETH WATERS
By his attorney:

Bernard E. Bradley
Massachusetts Defenders Committee
18º Cambridge Street
Cambridge, MA 02141
617-868-3300

-2-