# The Commonwealth of Massachusetts

MIDDLESEX, **ss.**

To  Sgt. Amaral (Eneral), State Police, Leominster, Mass.  ........................................................ greetings.

**You are hereby commanded**, in the name of The Commonwealth of Massachusetts, to appear before the Superior Court (Criminal) holden at Cambridge within and for the county of Middlesex on the Sixth day of May at nine-thirty o'clock in the fore noon, and from day to day thereafter, until the action hereinafter named is heard by said Court, to give evidence of what you know relating to an action of ................ then and there to be heard and tried between

COMMONWEALTH ........ Plaintiff, and

KENNETH WATERS ........ Defendant, and

you are further required to bring with you fingerprint comparison re: Kenneth Waters done for the Ayer Police Department on or about April 22, 1983

DELIVER TO: Attorney Bernard E. Bradley, Kenneth Waters trial, Middlesex Superior Court, 40 Thorndike Street, Cambridge, MA 02141

**Hereof fail not**, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

**Dated at** Cambridge the 28th day of April A. D. 19 83

Ralph P. Walker
Notary Public

This form printed by
MUTUAL·ELM·MARTINS
Stationery Companies Inc.   NO. 1015
20 PROVINCE STREET
BOSTON, MA 02108
617-742-3462

I this day summoned the within named     Sgt. Amaral (Eneral)

to appear and give evidence at Court as within directed by delivering to........................
(in hand,) leaving at                                          last and usual place of
abode, to wit: No............................................................................................................ Street,
in the................................ District of said     Leominster                an attested
copy of the subpoena together with ................fees for attendance and travel.
                        NO FEE
Service and Travel                  *Ralph T Walker*
Cop.                                A disinterested person
Pd. Witness
Motor Vehicle                       It being necessary I actually used a motor
                                    vehicle the distance of................miles in the
                                    service of this process

                                    _____
                                    A disinterested person