WATERS

VERSUS

AYER

TRANSCRIPT AND WORD INDEX FOR THE DEPOSITION OF:

ROSEANNA BAGGESEN

MONDAY, JULY 23, 2007

Leavitt Reporting, Inc.

1207 Commercial Street Rear

Weymouth, MA 02189

Telephone (781) 335-6791 Fax (781) 335-7911

Leavittreporting@att.net

```
 1        A.    No.

 2        Q.    Did anyone threaten you with any type

 3   of legal consequence if you didn't make that

 4   statement?

 5                   MR. FELDMAN:   Objection.

 6        A.    No.

 7        Q.    Did anyone threaten you during that

 8   first discussion with any type of legal

 9   prosecution against you?

10        A.    No.

11        Q.    Did anyone during that first

12   discussion promise you anything in exchange for

13   anything you might say?

14        A.    No.

15        Q.    Did anyone suggest to you what you

16   should say?

17        A.    No.

18        Q.    Did anyone suggest to you what you

19   should not say?

20        A.    No.

21        Q.    How was the tone of voice of Officer

22   Taylor and Miss Fahey during this discussion?

23        A.    I don't really recall.  I didn't feel
```

1    that you first spoke with Officer Taylor at your

2    mother's house and the trial were you taken by

3    police officers from Providence to somewhere

4    else?

5        A.    Just that one time.

6        Q.    You went with them voluntarily?

7        A.    Yes.

8        Q.    Were you handcuffed during that ride?

9        A.    No.

10       Q.    Do you have any memory of a second

11   occasion when the same male officer who picked

12   you up with Nancy Taylor came with another man

13   to pick you up?

14       A.    No.

15       Q.    Were you ever placed in handcuffs and

16   taken from Rhode Island to Massachusetts?

17       A.    Never.

18       Q.    When you were brought to Massachusetts

19   where did you go?

20       A.    To the police station.

21       Q.    Was the police station at the time to

22   your memory located in Town Hall?

23       A.    I have no idea.

1          A.    Okay.

2          Q.    By the way, before we get to that

3     actually, having never seen this Affidavit which

4     is Exhibit Three you have never signed it, have

5     you?

6          A.    No.

7          Q.    You never would, would you?

8          A.    No, I certainty would not.

9          Q.    Within a day or two after learning of

10    DNA tests that led to the release of Kenny

11    Waters I spoke with his lawyers Barry Scheck and

12    Betty Anne Waters who is also Kenny's sister.

13               Was it within a day or two after

14    learning of Kenny's release that you had this

15    meeting?

16         A.    No, I don't believe so.

17         Q.    Was it longer than that?

18         A.    Yes, I believe so.

19         Q.    The next sentence says that Mr. Scheck

20    and I spoke by phone and during the course of

21    the conversation he told me that I should tell

22    the truth no matter what it is and it would be

23    wise to seek the counsel of a lawyer because I

```
 1      would be questioned about my prior testimony in

 2      Kenny's case.  Do you see that?

 3           A.   Yes, I see that.

 4           Q.   Did that ever happen?

 5           A.   No.

 6           Q.   It says here that you told him that a

 7      lawyer in Providence, David Levy, was someone I

 8      had known for a long time and I trusted him.  Do

 9      you know David Levy?

10           A.   Yes, I do.

11           Q.   Did you tell Barry Scheck that you

12      knew David Levy and that he was someone that you

13      trusted?

14           A.   I don't recall telling him that.  And

15      he never told me to get a lawyer, to seek

16      counsel.

17           Q.   It says here I'm signing this

18      Affidavit in the presence of Mr. Levy after

19      consulting with him.

20                Did you ever consult with Mr. Levy

21      after Kenny Waters got out of jail?

22           A.   Yes, I did.

23           Q.   About what?
```

1        A.    It was with the State Police.

2        Q.    Please tell me what happened.

3        A.    It was with the State Police in

4   downtown Providence.  And like I told him, I

5   says, I just couldn't recall a lot of things.

6        Q.    When did that meeting take place?

7        A.    I don't recall.

8        Q.    Who set that meeting up?

9        A.    I don't even know.

10        Q.    Did you ever consult with Mr. Levy

11   about preparing an Affidavit in support of a

12   civil suit brought by Betty Anne Waters?

13        A.    No.

14        Q.    Would you look at paragraph 2.

15   Starting with the second sentence that states

16   during that time my life was one big party.  Do

17   you see that?

18        A.    Yes.

19        Q.    Is that a paragraph that's pretty

20   accurate?

21        A.    Yeah.

22        Q.    What does funnel drink mean?

23        A.    Okay.  All right.  You get a big

```
 1        funnel, a little tube, and you put a six pack

 2        into it.  And then you wait for the foam to rise

 3        up.  And then you put the tube in your throat,

 4        you put the tube down to your mouth and you

 5        can't swallow.  And you do like a whole six pack

 6        in a matter of sixty seconds.

 7             Q.    Did you do that with Kenny Waters?

 8             A.    I did it with the whole family.  We

 9        all did it.

10             Q.    Including Betty Anne?

11             A.    Probably.  She was quite the partier

12        too.

13             Q.    Paragraph 5 says in referring to some

14        police officer coming to your home that you were

15        scared when they came to your house because I

16        didn't know what they wanted.

17                  The police told you why they were

18        there, didn't they?

19             A.    Of course.  I don't remember --  when

20        did the police come to my house?

21             Q.    I can't answer that.  Do you have a

22        memory of the Providence Police coming to your

23        house and saying you had to go to Providence
```

```
 1        Police Headquarters?

 2            A.    No.

 3            Q.    Paragraph six, it says here in the

 4        second paragraph -- well, I'll read the whole

 5        paragraph.

 6                        After I got to the station they

 7        brought me into this room and Nancy Taylor began

 8        to question me about Kenny.

 9                        Now, you were interviewed at the

10        Providence Police Department by Miss Taylor,

11        correct?

12            A.    Yes.

13            Q.    Did the attorney, Miss Fahey, also ask

14        you questions there?

15            A.    I don't recall.

16            Q.    It says here she and this male officer

17        began telling me that he, Mr. Waters, had hung

18        his former girlfriend out a window one time and

19        that while in jail he had slashed the throat of

20        another prisoner, killing him.  They didn't tell

21        you that, did they?

22            A.    No.  They most certainly didn't.

23            Q.    It says, then they threw a bunch of
```

137

```
 1        autopsy pictures on the table in front of me.

 2        Did they do that, Ma'am?

 3            A.    No.

 4            Q.    I think you testified earlier the

 5        pictures happened to be on a table that you

 6        walked up to?

 7            A.    Yes.

 8            Q.    Is that correct?

 9            A.    Yes.

10            Q.    Did anyone force you to look at those

11        pictures?

12            A.    No.

13            Q.    It says here, they told me to look at

14        them and asked me if I wanted to end up like

15        this woman.  Did that happen?

16            A.    No.  I don't recall that.

17            Q.    It says here, Nancy Taylor told me

18        that Kenny had done this and she asked me what I

19        knew about it.  I told her repeatedly that I

20        knew nothing about this woman or Kenny's

21        connection to her.

22                 Did you tell Nancy Taylor

23        repeatedly you knew nothing about the murder?
```

```
 1          A.    I might have.

 2          Q.    Why would you do that?

 3          A.    Because I really didn't want to get

 4    involved.  And I was so, you know -- I know what

 5    the family is like.  The family is crazy.  And

 6    there's not just a couple of them.  There is a

 7    clan.

 8          Q.    You said you may have.  Do you have a

 9    memory of telling her you knew nothing?

10          A.    I really don't have a memory.

11          Q.    Would you please go with me to

12    paragraph 8, Ma'am?  It says the police kept

13    questioning me.  They began by asking me why I

14    was covering for Kenny and then told me that if

15    I did not give them information I was going to

16    be in trouble.  Did they tell you that?

17          A.    No, they did not.

18          Q.    It goes on to say that Nancy Taylor

19    told me that I was going to be charged as an

20    accessory to the murder if I didn't tell them

21    what I knew.   Did she tell you that?

22          A.    No, she didn't.  Can I make a point?

23    Number Seven, I knew that Kenny had been living
```

1    with his grandparents in Ayer before I met him

2    and I knew Brenda?  I never even knew who he

3    lived with in Ayer.  I mean, there's so much of

4    this --

5         Q.   Well, we'll go over it.  Still on

6    paragraph 8 referring to the discussion with the

7    police, it says I was very scared at this time

8    and their questioning did not let up.  Were you

9    very afraid of the police?

10        A.   No, I was not afraid of the police.

11   No.

12        Q.   It says here in paragraph 10, I had

13   been at the police station for over three hours

14   at this point.  Nancy Taylor was not letting up.

15   She just wouldn't accept what I was telling

16   them.  Did Nancy tell you she didn't accept what

17   you were telling them?

18        A.   No.

19        Q.   It says in paragraph 11, they,

20   presumably referring to the police, told me that

21   when Kenny was fifteen years old he had broken

22   into Kay's, the dead woman's house, and that he

23   knew her and knew what types of property she

1  owned. She told me that Kenny had stolen a ring

2  the night of the murder and that he had sold it

3  afterwards and they had the ring and proof that

4  he had killed the woman.

5    A.  No, nobody ever mentioned that. I had

6  only found out about him breaking into her house

7  I would say a couple years later.

8    Q.  It was not part of the interview in

9  Providence, correct?

10    A.  No.

11    Q.  How did you learn of it, Ma'am?

12    A.  I don't even know.

13    Q.  Was it after the trial that you

14  learned that?

15    A.  Yes.

16    Q.  Can we go to paragraph 12 please.

17  Nancy was relentless. She repeatedly told me I

18  was going to be arrested and charged as an

19  accessory. Did you perceive her as relentless?

20    A.  No.

21    Q.  Did you think she was a nice lady?

22    A.  Yes.

23    Q.  Did she repeatedly tell you that you

1    were going to be arrested and charged as an

2    accessory?

3        A.    No.

4        Q.    Did she ever tell you you were going

5    to be arrested and charged as an accessory?

6        A.    No.

7        Q.    Paragraph 13 please, third sentence I

8    think it is.  I have never been sure what Kenny

9    said that night because I was so drunk.  Did you

10   say that?

11       A.    No, I did not.

12       Q.    Did you find that in the paragraph

13   yet?  Paragraph 13, fourth line down on the

14   right you will see I have.  Do you see those

15   words?

16       A.    Yes, I see.  I have never been sure of

17   what Kenny said that night because I was so

18   drunk.

19       Q.    You are quite sure of what Kenny said

20   that night, aren't you?

21       A.    Yes.  I remember him saying that.

22       Q.    A little further in the paragraph it

23   says that Nancy Taylor was overbearing and

```
1        forceful.  Did you find her to be that way?
2            A.    No, she was not.
3            Q.    I really thought I was going to be
4        arrested and charged.
5                    When you spoke with the police did
6        you really think you were going to be arrested
7        and charged as an accessory?
8            A.    No.  No.
9            Q.    Paragraph 15 please, Ma'am.  It says,
10       after that night which I think is referring --
11       after that night in the precinct.
12                    By the way, could I have the
13       exhibit back?  The time of that precinct
14       questioning was 11:25 in the morning, correct,
15       by Exhibit Three?
16           A.    Uh-huh.
17           Q.    So when it says after that night at
18       the precinct, you weren't interviewed in the
19       night at all, were you?
20           A.    No.
21           Q.    Nancy Taylor never left me alone.  Is
22       that true?
23           A.    That's not true.
```

1          Q.     She was always calling me and coming

2      by the house.

3          A.     Oh, sure.

4          Q.     Well --

5          A.     Like she lived right down the street.

6          Q.     Was she always calling you after you

7      were interviewed in Providence?

8          A.     No.

9          Q.     Did she ever call you, to your memory,

10     after your interview at the Providence Police

11     Station?

12         A.     I don't remember.  If anything I

13     called them.

14         Q.     Did she keep coming by your house?

15         A.     No.

16         Q.     How many times was she at your house?

17         A.     I believe just that one time.

18         Q.     It says here she told me that Kenny

19     was going to get me and I was in danger of being

20     killed.  That's what you told her, isn't it?

21         A.     That's what I told her.

22         Q.     That's not what she told you?

23         A.     No.  That's what I told Nancy.

1      Q.    It says she had me so scared that I

2    used to hide in the closet of my house.  Half of

3    that is true, isn't it?

4      A.    Not that she had me scared.  But I was

5    so scared that I did, I hid in the closet.

6      Q.    Paragraph 16, I was still afraid the

7    police might charge me with something connected

8    to the murder.  You were never afraid of that,

9    were you?

10      A.    Never.

11      Q.    Paragraph 17, then one day Nancy

12    Taylor and another police officer showed up at

13    my house.  She was all upset and told me people

14    were coming to kill me and that I had to go with

15    them for my own safety.  Is that what happened?

16      A.    Certainly not.  I called them.  And I

17    told -- that's when I was hiding in my closet.

18    I called them.  And I asked them to please get

19    me out of here.  I couldn't take it.

20      Q.    Did she order you to send your kids

21    with your mother?

22      A.    No, she did not.  My mother was as

23    scared of that crazy family as a lot of people

1    were.  I mean, they were out there.

2        Q.    Paragraph 18, look it over again

3    please to yourself.  Have you done so?

4        A.    Yes, I did.

5        Q.    Does that refer to the trip from

6    Providence to the Ayer Police Department?

7        A.    Yes.

8        Q.    And is my memory accurate that you

9    testified that you independently confirmed that

10    someone was following you?

11        A.    Yes.  It sure looked like they were.

12        Q.    Paragraph 19, second sentence and

13    going forward, they brought me to the Ayer

14    Police Station and put me in a cell for my own

15    protection.  Nancy told me I had to do this and

16    that I would stay there until the trial so that

17    Kenny would not have me killed.  Did she ever

18    tell you that?

19        A.    No.

20        Q.    Now, paragraph 20 says, I stayed at

21    the police station for about a week and they

22    moved me to a Holiday Inn located in Ayer.  Did

23    you go to a Holiday Inn?

1          A.     Never seen a Holiday Inn in Ayer.

2          Q.     I stayed there for another week until

3     they prepared me for the trial.  Nancy Taylor

4     continued to tell me all kinds of bad things

5     about Kenny and told me I better go through with

6     testifying or else I would be in trouble.  Did

7     she continue to tell you bad things about Kenny?

8          A.     No.

9          Q.     Do you know enough bad things about

10     Kenny yourself?

11          A.     Me and wherever he lives knew

12     enough --  a lot of bad things about Kenny.

13          Q.     Did Nancy tell you that you had to go

14     through with testifying or you'd be in trouble?

15          A.     No, she did not.

16          Q.     Did you ever tell Nancy Taylor you

17     didn't want to testify?

18          A.     Probably.

19          Q.     Did you ever tell her that if you

20     testified you were going to tell a lie?

21          A.     Certainly not.

22          Q.     And you never did, right?

23          A.     No.

1      Q.     Was there some discussion with the

2   police about your partial dental plate at trial?

3      A.     I don't even recall that.

4      Q.     It says in paragraph 20, you see, once

5   we were all drinking together -- once when we

6   were all drinking together a fight broke out

7   among the group.  Kenny went to hit this one

8   person and by mistake he hit me in the mouth and

9   knocked out some of my front teeth.

10      A.     No.

11      Q.     Did he ever tell you he didn't mean to

12   hit you?

13      A.     No.  He told me how sorry he was.  The

14   next day when they all came to my house, Betty

15   Anne -- she was always the one to come to the

16   house and begged me to drop the charges just

17   like she did with Linda.  I was there at Linda's

18   house when they showed up at Linda's house.  And

19   Betty Anne once again begged Linda, please don't

20   drop the charges.

21          Can I just say one thing?  This is

22   what I don't understand.  They have so much love

23   for Kenny but when Kenny was out before any of

1        this, Kenny wasn't even allowed in their homes.

2            Q.   After he was released from jail?

3            A.   Before he even went to jail.  They

4        didn't even really want to know him.

5            Q.   How do you know that?

6            A.   Because I seen it.  I seen it.

7            Q.   He wasn't allowed to go to his

8        mother's house?

9            A.   I know he wasn't allowed to stay at a

10       lot of the family's houses.  That I know for a

11       fact.  And then that's what always used to get

12       me.  I mean, as soon as he got in trouble here

13       would come Betty Anne begging.  Please, please

14       don't do that.  Please don't do that.

15           Q.   In terms of prosecuting?

16           A.   Yeah, in terms of bringing charges

17       against him.

18           Q.   So Kenny Waters never told you it was

19       a mistake when he punched your teeth out?

20           A.   No, never did.

21           Q.   You have no reason to suspect it was a

22       mistake?

23           A.   It was no mistake.  One punch.  I

1    mean, I thought -- I didn't know what happened.

2    I thought I got hit by a freight train.   One

3    punch.   I mean, he split my lip wide open,

4    everything.   That was with one punch.   I didn't

5    know it was you he said.   Who else was there?

6         Q.    Paragraph 21, the night before the

7    trial a whole group of police officers barged

8    into my room and told me that people were coming

9    to kill me.   Do you see that?

10        A.    Yes, I see that.

11        Q.    Now, you had testified earlier that

12   some police did come to your room?

13        A.    Yes, they did.

14        Q.    Was it the night before trial?

15        A.    Yes, it was.

16        Q.    Did they tell you they hadn't been

17   able to reach you on the phone because it was

18   busy?

19        A.    Yes.

20        Q.    Did they tell you someone was coming

21   to kill you?

22        A.    No.

23        Q.    They told you the phone lines were

1    busy, correct?

2         A.    Yes.

3         Q.    Did they tell you anyone cut the phone

4    lines?

5         A.    Not that I recall.

6         Q.    That paragraph 22, that same night did

7    Nancy Taylor again tell you how dangerous Kenny

8    was?

9         A.    No, she didn't have to tell me.  I

10   already knew.

11        Q.    Paragraph 23, I have to say that Nancy

12   Taylor was relentless in keeping me terrified.

13   She never let up.  Is that true?

14        A.    That is not true.

15        Q.    It says, throughout this whole time

16   she made me scared to death that I would be

17   killed and scared that I would end up being

18   arrested for murder.  Did she tell you any of

19   those things?

20        A.    Never ever.

21        Q.    Paragraph 24, after the trial ended

22   Nancy and her husband took me out for a lobster

23   dinner at a fancy restaurant.  Did that happen?

1      A.    Yeah, they did take me to a

2    restaurant.

3      Q.    Was there an argument about Kenny

4    being innocent?

5      A.    Not that I recall.

6      Q.    Paragraph 25 says, at one point during

7    the period of the trial while I was at the

8    Holiday Inn.  If I can stop there.  You were

9    never at the Holiday Inn, is that true?

10      A.    I was never at the Holiday Inn.

11      Q.    The Police Chief showed up in my room.

12    Did the Police Chief ever show up in your room?

13      A.    I don't recall.

14      Q.    He told me to get down on my knees and

15    beg for my soul to be saved.

16      A.    No.

17      Q.    What you do recall is that as a

18    Christian he prayed with you, is that true?

19      A.    Yes.  And he was a very Christian man.

20    And I had found throughout my life most Born

21    Again Christians, I mean, they'll even come up

22    to you on the street and they'll ask you if you

23    believe in Jesus and would you pray with them.

```
 1        And that happens quite a lot.

 2             Q.    Is that what happened with the Chief?

 3             A.    Yes.

 4             Q.    It says here, I had had it with being

 5        pushed around by the police.  That's the end of

 6        paragraph 25.

 7                   Did you ever feel pushed around by

 8        the police in connection with this?

 9             A.    No.

10             Q.    It says in paragraph 26, after the

11        trial was over, I, that being you, contacted the

12        Waters family and an investigator and lawyer

13        they hired, Herb DeSimone, to make it clear that

14        what I said at trial was not true.  Did you do

15        so?

16             A.    No.

17             Q.    It says here a couple lines down, I

18        never had a clear recollection of our

19        conversation about the murder, much less a clear

20        memory that he confessed to me.

21                   You sure do remember it clearly,

22        don't you?

23             A.    I remember it quite clearly.  I can't
```

1    remember everything that was said.  I mean, I

2    can clearly remember the van because like I

3    said, it was a van where the passenger seat --

4                 I mean, actually it was kind of

5    funny at the time.  If you went to a quick stop,

6    if you were the passenger you would just go

7    zooming into the back of the van.  At the

8    time -- what can I say?

9        Q.    Did any police officer tell you what

10   to say at the trial?

11       A.    No.

12       Q.    Did any police officer promise you

13   anything for testifying in a certain way at

14   trial?

15       A.    Never.

16       Q.    Did any police officer threaten you

17   with anything if you didn't testify in a certain

18   way at trial?

19       A.    No.

20       Q.    And you told the truth at the trial?

21       A.    And I told the absolute truth.

22       Q.    Why don't I take a couple minutes if I

23   could.

1                    (Short recess).

2          Q.    Miss Baggesen, you had mentioned that

3    you met with Mr. Scheck and Miss Waters one

4    time, correct?

5          A.    Correct.

6          Q.    And you said you self-medicated

7    because you were anxious about the meeting, is

8    that correct?

9          A.    Yes.  I mean, Ken's out and I got his

10   sister coming to my house.  And I did not like

11   Mr. Scheck.

12         Q.    Why not?

13         A.    He was too condescending.  Like when

14   he would talk to me he would put his hand on my

15   knee and everything and I just did not like him.

16         Q.    On that day when you met with him, and

17   having read over the Affidavit which is Exhibit

18   Three, did you say anything to Mr. Scheck and

19   Miss Waters that would have given rise to the

20   statements we've gone over?

21         A.    No.  I mean, this is --  I mean, I

22   know it's not funny or anything.  I mean, some

23   of the things I said like the dinner.  No.

1      Q.    Did anyone ever present this Affidavit

2    to you for signature?

3      A.    No.

4      Q.    After the meeting with Mr. Scheck have

5    you ever spoken with him again?

6      A.    No.

7      Q.    After that meeting with Mr. Scheck and

8    Miss Waters have you ever spoken with Betty Anne

9    again?

10      A.    I don't recall.

11      Q.    When you had this meeting did either

12    of them tell you what they wanted or hoped you

13    would say?

14                MR. FELDMAN:  Objection.

15      A.    Should I talk?

16      Q.    Yes, you may.

17      A.    Well, the impression I got was they

18    wanted me to say I lied.

19      Q.    What gave you that impression?

20      A.    Just really by the way they were

21    talking.  You know he's innocent.  You know he's

22    innocent.  And I don't care to this day.  He

23    said that to me.  And in my eyes he will never

1   be innocent.  I don't care what the evidence

2   says.  He told me that and I will never ever

3   take that back.

4          Q.   Did you feel pressured by Mr. Scheck

5   and Betty Anne Waters when they met with you?

6                MR. FELDMAN:  Objection.

7          A.   Yes.

8          Q.   What did they do or say that made you

9   feel pressured?

10         A.   Just their presence was a lot of

11   pressure for me.

12         Q.   Did you feel that day you were telling

13   them what they wanted to hear so they would go

14   away?

15         A.   Yes.  But in terms of this, that would

16   not even make for a good book.

17         Q.   Exhibit Three?

18         A.   Exhibit Three.

19         Q.   Because it's so full of falsehoods?

20         A.   I mean, that doesn't even sound like

21   something I would say.  That doesn't even sound

22   like me.

23         Q.   Have you had any contact with Betty