UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>　　　　　　　Plaintiff<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,<br><br>　　　　　　　Defendants | CERTIFICATE OF COMPLIANCE WITH <u>LOCAL RULES 7.1(A)(2) AND 37.1(A)</u> |

　　　　Pursuant to Local Rules 7.1(a)(2) and 37.1(a) of the United States District Court for the District of Massachusetts, counsel for the defendants hereby certifies that she conferred with plaintiff's counsel regarding the Defendants' Motion to Strike Plaintiff's Police Practices Expert Lou Reiter, Defendants' Motion to Strike the Plaintiff's Polygraph Expert Charles R. Honts, Defendants' Motion to Strike the Plaintiff's DNA Experts Dr. Edward T. Blake and Dr. Sudhir K. Sinha and Defendants' Motion to Strike the Plaintiff's Fingerprint Expert Ron Smith by telephone on September 6, 2007.

　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANTS

　　　　　　　　　　　　　　　　　　　　　/s/ Janelle M. Austin
　　　　　　　　　　　　　　　　　　　　　Janelle M. Austin (BBO# 666835)
　　　　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　　　　　Town Counsel
　　　　　　　　　　　　　　　　　　　　　101 Arch Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　(617) 556-0007

324854/AYER-WATERS/0053