UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>     Plaintiff<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,<br><br>     Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULES 7.1(A)(2) |

Pursuant to Local Rule 7.1(a)(2) of the United States District Court for the District of Massachusetts, counsel for the defendants hereby certifies that he conferred with plaintiff's counsel regarding the Defendants' Motion to Amend Scheduling Order by telephone on October 2, 2007.

                  COUNSEL FOR DEFENDANTS

                  /s/Joseph L. Tehan
                  Joseph L. Tehan, Jr. (BBO# 494020)
                  Kopelman and Paige, P.C.
                    Town Counsel
                  101 Arch Street, 12th Floor
                  Boston, MA 02110
                  (617) 556-0007

327933/AYER-WATERS/0053