**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013
———
Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall
———
Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

October 17, 2007

**BY E-FILING**

Hon. Judith G. Dein
U.S. Magistrate Judge
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   <u>Waters v. Town of Ayer et al.</u>, No. 04 Civ. 10521 (GAO)(JGD)

Dear Magistrate Dein:

    I write to request that the Court reschedule the argument on the motions to strike expert reports that was just docketed for November 1, given that I have a previous commitment to speak as a panelist at the National Police Accountability Project's "Advanced Issues in Police Misconduct Litigation" legal education seminar in Washington, D.C. that day.

    I have conferred with defense counsel and we are both free either Tuesday, October 30 or Friday, November 1, for the argument, if the Court could accommodate us.

    Thank you for considering this request.

Sincerely,

Deborah L. Cornwall

cc:   Jay Tehan, Esq.
      Gregg Corbo, Esq.
      Rob Feldman, Esq.