UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as )<br>Administratrix of the Estate of )<br>KENNETH WATERS, )<br>  )<br>  Plaintiff, )<br>  v. )<br>  )<br>TOWN OF AYER, NANCY )<br>TAYLOR-HARRIS, ARTHUR )<br>BOISSEAU, BUDDY DECOT, )<br>WILLIAM ADAMSON, )<br>PHILIP L. CONNORS, )<br>JOHN AND JANE DOES 1-16, )<br>  )<br>  Defendants. ) | CIVIL ACTION<br>NO. 04-10521-GAO |

**ORDER ON DEFENDANTS' MOTION
TO AMEND SCHEDULING ORDER**

This matter is before the court on the defendants' motion to amend the scheduling order (Docket No. 112), which the plaintiff has opposed. After consideration of the parties' submissions, the motion to amend is ALLOWED IN PART and DENIED IN PART as follows:

1. The defendants shall designate any rebuttal experts and serve any rebuttal expert reports within 30 days following this court's denial of any motion to strike to which the rebuttal report is related.

2. The parties shall conduct any expert depositions within 30 days following the defendants' service of any rebuttal expert reports.

3. The parties shall file any motions for summary judgment within 30 days following the conclusion of all expert depositions. Any oppositions shall be filed within 30 days following the filing of the motion for summary judgment and any replies shall be filed within 2 weeks following the filing of the opposition.

4. Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: October 17, 2007