C

**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

Johnnie L. Cochran, Jr.
(1937-2005)

February 13, 2007

Joseph L. Tehan, Jr.
Gregg J. Corbo, Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02110

Re:   **Waters v. Town of Ayer et al., No. 04 Civ. 10521**

Dear Counsel:

Enclosed please find Plaintiff's Supplemental Rule 26(a)(1) Disclosure.

Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Micah West
Legal Assistant

Enclosures
cc:   Rob Feldman, Esq.

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities, <br><br> Defendants. | Case No. 04 10521 (GAO) <br><br> PLAINTIFF'S SUPPLEMENTAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 |

Plaintiff, by and through undersigned counsel Cochran Neufeld & Scheck, LLP, and Robert Feldman, Esq. of Birnbaum & Godkin, pursuant to Federal Rules of Civil Procedure 26(a)(1), provides the following supplement to her initial disclosures:

A.     **Persons Likely to Have Discoverable Information (with last known addresses)**

| **Witness/Last Known Contact Information** | **Knowledge of Case** |
|---|---|
| William Adamson, Jr. <br> Groton-Shirley Road <br> Ayer, MA 01432 | Son of former APD Chief of Police William Adamson. Allegedly participated in vandalism at TIES Construction |
| Robert Awbin | Former TIES Construction Company employee |
| John Baliunas | Print Examiner, took latents at scene |

1

Mass State Police
Holden Barracks

| | |
|---|---|
| State Trooper Belanger<br>District Attorney's Office<br>40 Thorndike Street<br>Cambridge, MA 02141 | Present during interview of Brenda Marsh in 2001 |
| Lester W. Berry III<br>48 Main Street<br>Ayer, MA | Owner of Berry Enterprises and Park Street Diner |
| James E. Burlton | Bookkeeper for Berry Enterprises |
| Kellie Bogosian | State police chemist who conducted forensic testing on rape kit evidence in Dennis Maher case; in chain of custody in Waters case. |
| Richard Boucher | Alleged complainant against Ernest Downing |
| Francis Callahan<br>Town hall<br>Ayer, MA 01432 | Former Chairwoman, Ayer Board of Selectman; named defendant in Stanley Randall's amended complaint; criticized Taylor for exceeding police duties |
| Michael Camblin | Alleged witness in Ernest Downing incident |
| Robert Casey<br>9 Main Street<br>Ayer, MA 01432 | Attorney who defended Ernest Downing |
| Thomas S. Casey, Jr.<br>Town hall<br>Ayer, MA 01432 | Chairman of the Board of Selectman at the time of Connors' hiring; named defendant in Stanley Randall's amended complaint |
| Murray W. Clark, Jr.<br>Town hall<br>Ayer, MA 01432 | Former Chairman Ayer Board of Selectman; named defendant in Stanley Randall's amended complaint; accepted Taylor's appointment as patrol officer |
| Sheila Caulkins<br>Mass. AG's Office<br>McCormack Building<br>One Ashburton Place<br>Boston, MA 02108 | Assistant District Attorney at time of Waters *nolle* |

| | |
|---|---|
| Hon. Martha Coakley<br>Attorney General<br>McCormack Building<br>One Ashburton Place<br>Boston, MA 02108 | Former Middlesex County District Attorney at time of Waters *nolle* |
| Sharon M. Convery<br>DNA Unit<br>Commonwealth of MA<br>Department of State Police Crime Lab<br>59 Horse Pond Road<br>Sudbury, MA 01776 | Chemist III – DNA unit; Massachusetts Department of State Police; chain of custody in Waters case DNA tests |
| William Cosper | Suspect in Brow murder investigation |
| Judy Crumpton | Dispatcher/Special Officer at APD in 1980's |
| Thomas Curly | Arraigned the morning of May 21, 1980 with Kenny Waters |
| Phil Demmons<br>147 Boutelle<br>Fitchburg, MA | Suspect in Brow murder investigation; allegedly boyfriend of victim |
| Ernest Downing | Former APD police officer, charged with molestation, acquitted after complainant alleged he was coerced by APD officers into making allegations in retaliation against Downing for informing on criminal conduct of a fellow officer |
| Jack Dwyer<br>E. Cambridge<br>Superior Courthouse Bld.<br>E. Cambridge, MA 02141 | State Police Officer; involved in Waters investigation (deceased) |
| Chauncey Fenton<br>Town Hall<br>Acton, MA 01720 | Police Chief of the Town of Acton at the time Randall's civil suit was filed. Defendant in the civil suit. |
| Michelle Marie Foote<br>418 East Cabite Street<br>Fort Devens, MA 01433 | Former office personnel employee at Park Street Diner |
| Robert Fortune | former Park Street Diner employee |

3

| | |
|---|---|
| Ruth Fugere<br>24D Brandywine Street<br>Shrewsbury, MA | Bookkeeper in charge of Park Street Diner |
| Donald Giberti<br>Town hall<br>Acton, MA 01720 | Chairman of the Board of Selectman for the Town of Acton At the time Randall's civil suit was filed. Defendant in the civil suit. |
| Edward Gintner<br>3 Nashua Street<br>Ayer, MA 01421 | Former APD police officer suspended for involvement in TIES Construction scandal |
| Marilyn Goss<br>Maple Street<br>Pepperell, MA | Complainant in the Maher case; Nancy Taylor took complaint |
| Donald Haapokoski | APD Officer whom Marilyn Goss was charged with assaulting |
| Jim Harris | Stanley Randall's former APD supervisor and current husband of Nancy Taylor-Harris |
| Charity M. Holland<br>7364 Steel Mill Drive<br>Springfield, VA 22150 | Forensic Technical Leader, Bode Tech; chain of custody of Waters DNA evidence |
| Mitchell M. Holland, Ph.D.<br>7364 Steel Mill Drive<br>Springfield, VA 22150 | Vice President/Laboratory Director Bode Tech; chain of custody of Waters DNA evidence |
| Alan Hunte<br>District Attorney's Office<br>40 Thorndike Street<br>Cambridge, MA 02141 | State Trooper present during interview of Brenda Marsh in 2001; present custodian of state police records in Brow murder investigation |
| S. Dore Hunter<br>Town hall<br>Acton, MA 01720 | Selectman for the Town of Acton at the time Randall's civil suit was filed. Defendant in the civil suit. |
| Dr. George Katsas | Medical Examiner for Brow murder |
| James Kazeniac | Former Chief Probation Officer, Ayer District Court, May 1980; may have knowledge of plaintiff's appearance in |

4

| | |
|---|---|
| | court May 21, 1980 |
| Trp. Patrick Keane<br>32 Goddard Street<br>Newton Highlands, MA 02461 | State Police Officer |
| Elizabeth J. Lankford<br>9609 Jacob Lane<br>Indianapolis, IN 46235 | former Berry Enterprises employee |
| Denise Leger<br>19 Roosevelt Street<br>Fitchburg, MA | Former roommate of Lisa McIntosh during period when rape allegations were filed against Randall |
| James Lenney<br>Mohawk Village Rte 2A<br>Shirley, MA | Former APD police officer who allegedly participated in the TIES construction scandal |
| Faith M. Love, MSFS<br>7364 Steel Mill Drive<br>Springfield, VA 22150 | DNA Analyst, Bode Tech; reports, chain of custody of Waters DNA evidence |
| Dennis Maher | Convicted for Ayer rape he did not commit; Nancy Taylor took complaint |
| Paul J. Mahoney | Chemist with the Massachusetts Department of Safety who conducted serological work in Maher case |
| Gena A Manalan<br>Town hall<br>Acton, MA 01720 | Selectman for the Town of Acton at the time Randall's civil suit was filed. Defendant in the civil suit. |
| Alice Matthews | former Park Street Diner employee |
| Dennis McDonald<br>Ayer Police Department<br>Ayer, MA | Ayer Police Officer; Arrested Kenny Waters with Nancy Taylor; took statement from Waters |
| John McEvoy<br>40 Thorndike Street<br>Cambridge, MA 02141 | First Assistant District Attorney, Middlesex County District Attorney's Office |

| | |
|---|---|
| Mary Kate McGilvray<br>Commonwealth of MA<br>Department of State Police<br>Crime Laboratory<br>59 Horse Pond Road<br>Sudbury, MA 01776 | Massachusetts State Police Crime Laboratory; reports, Chain of custody witness regarding Waters forensic evidence |
| John McIntosh<br>214 Pleasant Street<br>Leominister, MA | Assisted Lisa McIntosh with rape allegation against Stanley Randall |
| Lisa McIntosh<br>316 Victor Avenue<br>PO Box 622<br>Victor, CO 80860-0622 | Woman who accused Stanley Randall of rape |
| Robert McKenna | Providence Police officer; assisted with arrest of Kenny Waters |
| Edward Morse<br>Groton Police Department<br>Groton, MA | Former Chief of Groton Police Department; present at crime scene on the day of the Brow murder |
| Kevin Nangle | Former TIES Construction Company employee |
| John Nasuti | State Police Polygraph Operator; conducted the polygraph of Brenda Marsh on October 8, 1982 |
| Richard Nichols | Witness in Maher case |
| Sgt. Norton | Investigated TIES Construction scandal |
| Trooper O'Brien | Investigated TIES Construction scandal |
| Vincent O'Connell | Former investigator for Herbert DeSimone |
| John E. Ormsbee<br>Town hall<br>Acton, MA 01720 | Selectman for the Town of Acton at the time Randall's civil suit was filed. Defendant in the civil suit. |
| "Porky" O'Rourke | Cop who allegedly had to restrain Rosanna Perry on one or more occasions |

| | |
|---|---|
| Michael Panzarella | Providence Police Officer; assisted with arrest of Kenny Waters |
| Butch Pena | Suspect in Brow murder investigation |
| Rose Perry<br>26 Somerset St., 3d<br>Providence, RI 02907 | Rosanna Perry's daughter |
| Trina Perry | Rosanna Perry's daughter |
| Robert E. Pino<br>MA State Police<br>Crime Laboratory<br>59 Horse Pond Road<br>Sudbury, MA 01776 | Massachusetts State Police Crime Laboratory administrator uploaded DNA profile from rug at Brow crime scene into CODIS |
| Edward Powers | Former Court Officer, Ayer District Court, May 1980; may have knowledge of plaintiff's appearance in court May 21, 1980 |
| Dominic Pugh<br>Boston Road<br>Groton, MA | Former APD police officer; Investigated molestation charges against Downing |
| Paul Rich<br>Mass State Police | State Police Chemist, at Brow crime scene. |
| Hon. Lynn C. Rooney<br>Central District Court<br>of Worcester<br>50 Harvard Street<br>Worcester, MA 01608 | former Deputy First Assistant, Middlesex County District Attorney's Office |
| Louise J. Rythen<br>98 Marshall Street<br>Fitchburg, MA 01420 | Former office personnel employee at Park Street Diner |
| John Salsberg<br>83 Atlantic Avenue<br>Boston, MA 02110 | Brenda Marsh's attorney |
| Hon. William Scannell | Judge who presided over criminal trial of Eddie Gitner |

| | |
|---|---|
| Damon Scarano, Esq.<br>60 Commercial Wharf<br>Boston, MA | Stanley Randall's civil attorney |
| Carl Selavka<br>Commonwealth of MA<br>Department of State Police<br>Crime Laboratory<br>59 Horse Pond Road<br>Sudbury, MA 01776 | Director, Commonwealth of Massachusetts Crime Lab (current) |
| Pam Sivo | Rose Perry's friend |
| Leon Smith | Former APD policeman, witness to admissions regarding TIES vandalism |
| Bruce Taylor | Nancy Taylor's ex-husband |
| Alice T. Tessier<br>230 Rainbown Drive<br>North Ft. Meyers, FL 33903 | former manager at Park Street Diner |
| Roger Van Tassell | Park Street Diner employee in May, 1980 |
| Attorney Whitehead<br>40 Thorndike Street<br>Cambridge, MA 02141 | 1st Assistant DA during Waters investigation; contacted by Taylor when Osborne came forward as an informant |

Plaintiff reserves the right to further supplement her disclosures as contemplated by the Federal Rules of Federal Procedure and the Court's scheduling order.

BETTY ANNE WATERS,

Dated: February 12, 2007

By: *(signature)* Deborah Cornwall

Barry C. Scheck, Esq. (BS 4612)
Deborah L. Cornwall, Esq. (DC 2186)
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Tel. (212) 965-9081 / Fax (212) 965-9084

Robert N. Feldman
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210-1108
Tel. (617) 307-6130 / Fax (617) 307-6101

**Attorneys for Plaintiff Betty Anne Waters**

## PROOF OF SERVICE

I, Micah West, being over eighteen years of age, hereby certify pursuant to the laws of the Commonwealth of Massachusetts that I served the foregoing on the following persons by placing a copy of it in an authorized receptacle for U.S. mail pickup, this 12th day of February, 2007.

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02116

_____
Micah West