D

## COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Johnnie L. Cochran, Jr.
(1937-2005)

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

May 9, 2007

**By Email and UPS Second Day Mail**

Joseph L. Tehan, Jr.
Gregg J. Corbo, Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02110

Re:   **Waters v. Town of Ayer et al., No. 04 Civ. 10521**

Dear Counsel:

Enclosed please find Plaintiff's Second Supplemental Rule 26(a)(1) Disclosure.

Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Micah West
Legal Assistant

Enclosures

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>        Plaintiff,<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, BUDDY DECOT, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, PHILIP L. CONNORS, in his individual capacity, and JOHN DOE and JANE DOES 1–16, in their individual capacities,<br><br>        Defendants. | Case No. 04 10521 (GAO)<br><br>PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 |

Plaintiff, by and through undersigned counsel Cochran Neufeld & Scheck, LLP, and Robert Feldman, Esq. of Birnbaum & Godkin, pursuant to Federal Rule of Civil Procedure 26(a)(1), provides the following supplement to her initial disclosures:

A.     **Persons Likely to Have Discoverable Information (with last known addresses)**

| Witness/Last Known Contact Information | Knowledge of Case |
|---|---|
| John Baliunas<br>PO Box 896<br>Westborough, MA 01581 | State Police print examiner, examined latent prints lifted from the crime scene |
| Jeannie Nelson (formerly Peacock)<br>16678 Southeast 80th Bellavista Circle<br>Lady Lake, Florida 32162-5311 | Former employee of Berry Enterprises |

1

| | |
|---|---|
| Elizabeth O'Connor<br>28 Erie Street<br>Providence, RI 02908 | Kenneth Waters' mother, damages witness |
| Pamela Waters<br>28 Eton Street<br>Warwick, RI 02886 | Kenneth Waters' sister-in-law, damages witness |
| Christine Waters<br>28 Haswell Street<br>Warwick, RI 02889 | Kenneth Waters' niece, damages witness |
| Barbara DeSimone<br>10 Thompson<br>Warren, RI 02805 | Kenneth Waters' sister, damages witness |
| Paul Palumbo<br>San Diego, CA | Kenneth Waters' friend, damages witness |
| Aidan Graham<br>11 John Street<br>Bristol, RI 02809 | Kenneth Waters' friend, damages witness |
| Carolyn Waters<br>70 Clemente Dr.<br>East Greenwich, RI 02818 | Kenneth Waters' sister, damages witness |
| David O'Connor<br>266 Easton Avenue<br>Warwick, RI 02888 | Kenneth Waters' brother, damages witness |
| Richard Corrente II<br>29 Oak Street<br>Middletown, RI 02842 | Kenneth Waters' nephew, damages witness |
| Benjamin Corrente<br>29 Oak Street<br>Middletown, RI 02842 | Kenneth Waters' nephew, damages witness |

Plaintiff reserves the right to further supplement her disclosures as contemplated by the Federal Rules of Federal Procedure and the Court's scheduling order.

BETTY ANNE WATERS,

Dated: May 9, 2007        By: _____

Barry C. Scheck, Esq. (BS 4612)
Deborah L. Cornwall, Esq. (DC 2186)
Monica R. Shah, Esq. (MS 9846)
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Tel. (212) 965-9081 / Fax (212) 965-9084

Robert N. Feldman
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210-1108
Tel. (617) 307-6130 / Fax (617) 307-6101

**Attorneys for Plaintiff Betty Anne Waters**

## **PROOF OF SERVICE**

      I, Micah West, being over eighteen years of age, hereby certify pursuant to the laws of the Commonwealth of Massachusetts that I served the foregoing on the following persons by electronic mail and by placing a copy of it in an authorized receptacle for U.S. mail pickup, this 9th day of May, 2007.

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02116

                                              _____
                                              Micah West