F

EXHIBIT A

**PRIVILEGE LOG**
**PRODUCTION OF NOVEMBER 21, 2006**

| DOC. # | DESCRIPTION | DATE OF DOCUMENT | EXPLANATION OF PRIVILEGE |
|---|---|---|---|
| | Notes re: Peggy Larger | 4/18/86 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes of Perry interview | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes re: sworn testimony (4 pages) | 7/15/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes re: instructions for Perry sworn statement | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes of Kenneth Waters interview | | Attorney Work Product; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)) |
| | Notes of Kenneth Waters inteview | 8/5/83 | Attorney Work Product; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)) |
| | Notes re: Perry's address | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Documents and transcript review | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes re: Kenneth Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes re: addresses of Foote, Norman, Peacock | 1/26/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes re: script for telephone calls to Park Street Diner employees | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Notes re: addresses of Foote, Fugere, Rython | | Attorney Work Product |

*Waters v. Town of Ayer et al.*, Docket No. 04 Civ. 10521 (GAO)

November 21, 2006

| Description | Date | Privilege |
|---|---|---|
| Notes of conversation with Kenneth Waters | 2/22/84 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Brow's lie detector test, description of employee who gave Waters ride home | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| List of Park Street Diner employees with DeSimone's notes on it. (Privileged claimed solely with respect to DeSimone's notes.) | | Produced with redactions due to Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: locating fingerprint evidence (2 pages) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: addresses of Foote, Fugere, Ruthen | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of call to Kenneth Waters | 5/8/84 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: questions to ask Millington | 7/3/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Transcript of interview of Kenneth Waters | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| State Police Laboratory Report dated July 28, 1980 with DeSimone's notes on it. (Privileged claimed solely with respect to DeSimone's notes.) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)); Copy of report without notes already produced |
| Transcript of Probable Cause Hearing with DeSimone's notes on it (privileged claimed solely with respect to DeSimone's notes.) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)); Copy of transcript without notes in defendants' possession |

| Document | Date | Bates/Privilege |
|---|---|---|
| Transcript of Interview of Kenneth Waters | 8/5/83 | (AG002308-2410) Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Client information | 5/19/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Elizabeth O'Connor re: payment of bill | 11/1/85 | Document produced with redactions due to Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from Peters to DeSimone re: Waters' conviction affirmed | 4/24/87 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from Peters to DeSimone re: Waters' appeal | 2/10/86 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Peters re: Providence area news reporters | 1/23/86 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Elizabeth O'Connor | 8/5/85 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Peters re: order and summons to Perry | 7/19/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Phone message from Annette Correa | 5/21/?? | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Case law re: motion to compel attendance of witness | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from Peters to DeSimone re: Perry's signed affidavit | 7/15/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Unsigned draft order | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Unsigned draft summons | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| | | |
|---|---|---|
| Unsigned draft summons (duplicate) | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Unsigned draft subpoena for Perry | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from Peters to DeSimone re: motion for attendance of out-of-state witness | 7/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Unsigned draft subpoena for Perry (duplicate) | 7/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone re: subpoenas for Perry | 7/12/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from Peters to DeSimone re: Perry hearing | 7/12/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Peters re: RI Interstate Witness Subpoena Act | 7/11/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: motion before Supreme Judicial Court; Peggy Larger | 6/26/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Elizabeth O'Connor re: payment of bill | 1/24/85 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Elizabeth O'Connor | 1/10/85 | Document produced with redactions due to Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Peters re: conversations with Perry, Waters; letters to Bradley and DA's Office about fingerprint comparisons | 10/26/84 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Bradley re: police reports | 9/11/84 | Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)) |
| Unsigned motion to enlarge with DeSimone's notations on it | 1/13/1984 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from Peters to DeSimone re: motion to enlarge | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | 5/14/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| Document | Date | Privilege |
|---|---|---|
| Correspondence from DeSimone to Peters re: Perry statement | 1/9/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Waters' probation report | 1/9/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Kenneth Waters | 12/29/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of call to Kenneth Waters | 12/4/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Copy of correspondence from O'Neill to Kenneth Waters with DeSimone's notes on it | 12/2/83 | Attorney Work Product; Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)); copy of document without notes already produced (CPCS000016) |
| Notes of call to Kenneth Waters | 11/30/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of call to Kenneth Waters | 11/10/83-11/14/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of call to Carolyn Waters re: Angelo DePardo; notes | 11/7/83-11/9-83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Stone's van; Colorado registration | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Itemized time records | 1/10/85 | Document produced with redactions due to Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| | | |
|---|---|---|
| Notes of calls with O'Connell re: car registration; notes of call with Kenneth Waters | 10/3/83-10/17/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Marsh; Perry; selling van (2 sides) | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Photographs with envelope (3 photographs) | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Taylor's rape accusations against APD officer; Perry | 8/22/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes on calls to Kenneth Waters (3 pages) | 8/18/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Taylor under investigation by AG | 8/1/83-9/19/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Phone message from Kenneth Waters; other notes (2 sides) | | Attorney-Client Privilege |
| Notes re: time of Perry interview; notes of calls with O'Connell, Berry, Kenneth Waters | 7/15/83-7/29/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Unsigned, unsworn statement from Eric O'Connor re: Perry | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: information on Marsh, Kenneth Waters' employment schedule, knowledge of victim (2 pages) | 7/13/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of call to Kenneth Waters | 7/11/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Phone message from Elizabeth O'Connor re: call from Perry | 7/8/?? | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |

| | | |
|---|---|---|
| Notes re: Perry | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Concord State Prison | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: change in Perry's last name; Concord visiting schedule; fingerprint comparison | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: Perry; fingerprint comparisons (3 pages) | 6/14/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes re: trial evidence | 6/9/83 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Phone message from Leroy Waters with Desimone's notes on it | 5/26/?? | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of call from Betty Anne Corrente and Leroy Waters re: Perry's alleged rape of paperboy | 5/25/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of calls from Kenneth Waters re: Perry; notes of calls to O'Connell re: Perry; notes of call to Elizabeth O'Connor re: Perry | 7/8/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of calls to Betty Anne Corrente re: meeting with O'Connell; information about Perry | 6/28/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of meeting with O'Connell | 7/8/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of conference with Betty Anne Corrente, Elizabeth O'Connor, Carolyn Waters | 6/20/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of meeting with Betty Anne Corrente (2 pages) | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of meeting with Betty Anne Corrente (2 pages) | 5/12/83 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Notes of call to Kenneth Waters | 12/22/83 | Attorney-Client Privilege; |

| | | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
|---|---|---|---|
| | Notes re: time card | | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Ayer Police Department Supplemental Report Dated 5/22/80 with DeSimone's notes on it. (Privilege claimed solely with respect to DeSimone's notes.) | | Document produced with redactions due to Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Copy of Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Kenneth Waters' notes (one page) | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Kenneth Waters' notes | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | DeSimone's notes re: Dodge Challenger | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | DeSimone's notes of call with O'Connell re: fingerprints, blood found at scene | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | Transcript of Dwyer's interview of Marsh (Privilege claimed solely with respect to Waters' notes) | 10/8/82 | Document produced with redactions due to |

| Document | Date | Privilege |
|---|---|---|
| Kenneth Waters' notes | | Attorney-Client Privilege (Fed. R. Civ. P. 26(b)(3)); Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| | | Attorney-Client Privilege; Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from DeSimone to Elizabeth O'Connor | 2/27/84 | Attorney-Client Privilege; Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Memorandum from O'Connell to DeSimone re: Waters investigation | 10/15/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Memorandum from O'Connell to DeSimone re: Waters investigation (duplicate) | 10/15/84 | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from O'Connell to DeSimone re: Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from O'Connell to DeSimone re: Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from O'Connell to DeSimone re: Waters investigation | | Attorney Work Product (Fed. R. Civ. P. 26(b)(3)) |
| Correspondence from Peters to Waters | 11/2/84 | Attorney-Client Privilege |