UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
BETTY ANNE WATERS, as                       )
Administratrix of the Estate of             )
KENNETH WATERS,                             )
                                            )   Case No. 04 10521 (GAO) (JGD)
               Plaintiff,                   )
       v.                                   )
                                            )   **NOTICE OF FILING EXHIBIT**
TOWN OF AYER, NANCY TAYLOR-                 )
HARRIS, in her individual capacity, ARTHUR  )
BOISSEAU, in his individual capacity,       )
BUDDY DECOT, in his individual capacity,    )
WILLIAM ADAMSON, in his individual          )
capacity, PHILIP L. CONNORS, in his         )
individual capacity, and JOHN DOE and JANE  )
DOES 1–16, in their individual capacities,  )
                                            )
               Defendants.                  )
                                            )
_____ )

     Pursuant to the Court's oral order during the hearing on Defendants' motion to strike the reports of Plaintiff's DNA experts, Plaintiff Betty Anne waters hereby submits the nolle prosequi filed by the Middlesex County District Attorney's Office in the underlying criminal case on June 29, 2001. While the document bears a confidential stamp from the MCDA's production, this document is publicly available in the court file.

                                        Respectfully submitted,

                                        /s/ Deborah L. Cornwall_____
                                        Barry C. Scheck (BS 4612)
                                        Deborah L. Cornwall (DC 2186)
                                        Monica R. Shah (MS 9846)
                                        COCHRAN NEUFELD & SCHECK, LLP
                                        99 Hudson Street, 8th Floor
                                        New York, NY 10013
                                        Tel. (212) 965-9081 / Fax (212) 965-9084

Robert N. Feldman
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210-1108
Tel. (617) 307-6130 / Fax (617) 307-6101

*Attorneys for Plaintiff Betty Anne Waters*

## **CERTIFICATE OF SERVICE**

      I, Emily Gordon, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2007.

                                                       /s/ Emily Gordon
                                                       Emily Gordon