1/23/2001   12:43   5122228997          CRIME LAB                        PAGE  22



Forensic Science Associates

3053 Research Drive, Richmond, CA 94806
FAX (510) 222-8887
(510) 222-8883

February 27, 2001

Barry Scheck, Esq.
Jane Siegel Greene, Esq.
The Innocence Project
Cardozo School of Law
55 Fifth Ave., Suite 1701
New York, NY, 10003
FAX: [212] 790-0256

Lynn C Rooney, Esq.
Deputy First Assistant
Middlesex District Attorney's Office
40 Thorndike St.
Cambridge, MA, 02141

Re: Massachusetts v. Kenneth Waters
Docket No. 82-4115
On Habeas Corpus
Our File No. 00-628

**Report 2**

**Background** .

Previous work in this case [see our report dated January 29, 2001] concerned PCR based DNA analysis of STR genes from several blood stains found at the Katarina Reitz Brow homicide scene. The most significant blood stains were found on the bathroom rug #3 [Item 1A] and various linens found on the floor of the hallway closet #10A [Item 4A], #10B.1 [Item 5A], #10B.2 [Item 6A], #10D [Item 7A], #10E [Item 8], and #10F [Item 9]. All of these blood stains originated from a single male and produced a highly discriminating genetic profile that would be expected to occur in no more than one in several hundred million members of the population.

IP00229

Our File No. 00-628

Following this work we requested reference samples from Kenneth
Waters and the husband of Katarina Brow. Recently, we received a reference
blood sample from Kenneth Waters. It was requested that PCR based DNA
typing be conducted to determine whether or not Kenneth Waters can be
eliminated as the source of the blood from the bathroom rug #3 [Item 1A] and
various linens found on the floor of the hallway closet #10A [Item 4A],
#10B.1 [Item 5A], #10B.2 [Item 6A], #10D [Item 7A], #10E [Item 8], and #10F
[Item 9].

### Items of Physical Evidence

Most of the evidence in this case was described in our previous report
dated January 29, 2001. That evidence together with the newly received
evidence is listed again here for the sake of clarity and completeness.

The following items of physical evidence were received from Mary
Kate McGilvray, Assistant Technical Manager of Forensic Biology with the
Commonwealth of Massachusetts, Department of State Police Crime
Laboratory in Sudbury, Massachusetts on October 27, 2000 via Federal Express
Priority Overnight mail in a sealed envelope:

### Item

1. Glassine envelope marked "68709; 3". [unopened at inventory] The
   letter of transmittal indicates that the envelope contains yellow fibers
   stained red/brown that were removed from a bathroom rug.

2. Glassine envelope marked "68709; 7". [unopened at inventory] The
   letter of transmittal indicates that the envelope contains a red/brown
   stained swatch from a swabbing of the area to the left of the light switch
   at the turn to the front bedroom.

2

IP00230

/09/2021  19:43   5103223987                    CRIME LAB                          PAGE  24

Our File No. 00-628

3. Glassine envelope marked "68709; 8". [unopened at inventory] The
   letter of transmittal indicates that the envelope contains a red/brown
   stained swatch from a swabbing of the wall in the hallway to the right
   of the entrance to the front bedroom.

4. Glassine envelope marked "68709; 10A". [unopened at inventory] The
   letter of transmittal indicates that the envelope contains a light (mint)
   green terry cloth cutting stained red/brown, a sample of the cloth
   removed from linens and towels on the floor in front of the closet in
   the hallway.

5. Glassine envelope marked "68709; 10B.1". [unopened at inventory]
   The letter of transmittal indicates that the envelope contains a white
   cloth cutting from area 1 stained red/brown, a sample of the cloth
   removed from linens and towels on the floor in front of the closet in
   the hallway.

6. Glassine envelope marked "68709; 10B.2". [unopened at inventory]
   The letter of transmittal indicates that the envelope contains a white
   cloth cutting from area 2 stained red/brown, a sample of the cloth
   removed from linens and towels on the floor in front of the closet in
   the hallway.

7. Glassine envelope marked "68709; 10D". [unopened at inventory] The
   letter of transmittal indicates that the envelope contains a pink floral
   print cloth cutting stained red/brown, a sample of the cloth removed
   from linens and towels on the floor in front of the closet in the
   hallway.

8. Glassine envelope marked "68709; 10E". [unopened at inventory] The
   letter of transmittal indicates that the envelope contains a pink cloth
   cutting stained red/brown, a sample of the cloth removed from linens
   and towels on the floor in front of the closet in the hallway.

IP00231

1/29/2001  10:43  5102205887          CRIME LAB                        PAGE  05

Our File No. 00-628

9. Glassine envelope marked "68709; 10F". [unopened at inventory] The letter of transmittal indicates that the envelope contains a multi-colored floral print cloth cutting stained red/brown, a sample of the cloth removed from linens and towels on the floor in front of the closet in the hallway.

10. Glassine envelope marked "68709; 18, Blade". [unopened at inventory] The letter of transmittal indicates that the envelope contains a swabbing from the blade of the knife that was found in the kitchen wastebasket.

11. Glassine envelope marked "68709; 18, Hilt". [unopened at inventory] The letter of transmittal indicates that the envelope contains a swabbing from the hilt of the knife that was found in the kitchen wastebasket.

12. Glassine envelope marked "68709; 18, Crevice, Side 2". [unopened at inventory] The letter of transmittal indicates that the envelope contains a swabbing from the crevice of the knife that was found in the kitchen wastebasket.

13. Glassine envelope marked "68709; 20". [unopened at inventory] The letter of transmittal indicates that the envelope contains a swatch stained red/brown, a swabbing from the top of the table in the dining area.

14. Glassine envelope marked "68709; 21". [unopened at inventory] The letter of transmittal indicates that the envelope contains brown fibers stained red/brown that were removed from a piece of carpeting from the living room.

15. Glassine envelope marked "68709; Control Swab". [unopened at inventory] The letter of transmittal indicates that this is the control swab for the samples collected from the knife.

16. Evidence photographs: 32 4"x6" photographs, 2 Polaroid photographs.

4

IP00232

Our File No. 00-628

The following items of physical evidence were received from Sharon M. Convery, Chemist III in the DNA Unit of the Commonwealth of Massachusetts, Department of State Police Crime Laboratory in Sudbury, Massachusetts on February 14, 2001 via Federal Express Priority Overnight service in a sealed envelope:

17. Envelope marked "Kenneth Waters, MCI Shirley, Inmate #W-39705" containing one similarly marked purple-topped tube of blood. The letter of transmittal indicates that this a reference blood sample for Kenneth Waters.

## Examination of the Kenneth Waters Reference Sample #W-39705 [Item 17]

A sealed envelope containing a vial of blood from Kenneth Waters #W-39705 [Item 17] was submitted for examination. The envelope packaging for this blood is illustrated in figure 18. The vial of blood is illustrated in figure 19. A small volume of this blood was removed for DNA extraction and analysis as described below.

## Genetic Analysis of DNA

Several genes were amplified using the polymerase chain reaction [PCR] and subsequently typed. These genes include the STR genes known as Profiler Plus [D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820]; and amelogenin, a gene that allows sex determination. These genes were described in our previous report dated January 29, 2001.

Genetic analysis of the specimens in this case involved the following essential steps:

1. Blood was digested with SDS and proteinase K.

IP00233

09/2001  18:43  5102225597                    CRIME LAB                        PAGE  07

Our File No. 00-628

2. DNA was extracted from sample digests with chloroform/phenol and concentrated using Centricon molecular filters.

3. The various genes described above were amplified using the Polymerase Chain Reaction [PCR].

4. The STR genes and amelogenin were typed using capillary electrophoresis.

The results of all the analyses in this case are summarized in Table 1. These findings revealed the following observed facts:

<u>Blood from Male #1</u>

1. In our previous work the blood from the bathroom rug #3 [Item 1] in area A was determined to be D3S1358 type 15,17; vWA type 15,17; FGA type 19,23; D8S1179 type 10,13; D21S11 type 30,31.2; D18S51 type **12,15**; D5S818 type **12,12**; D13S317 type **12,12**; and D7S820 type 8,11. This DNA was also determined to originate from a male by analysis of the amelogenin gene. This array of genotypes occurs in significantly less than one out of 100,000 members of the population. The calculated genotype frequencies indicate that it is unlikely that more than one human being has ever possessed this particular genotype array. The frequencies associated with individual genotypes are summarized in Appendix 1 below.

2. In our previous work a low level of human DNA was recovered from the bathroom rug cutting #3 [Item 1] outside the blood stained area [B]. This low level of human DNA does not influence the understanding of the large quantity of human DNA recovered from the blood stained area [A].

6

IP00234

Our File No. 00-628

3.  In our previous work the blood recovered from various linens on the
    floor near the hallway closet #10A [Item 4A], #10B.1 [Item 5A], #10B.2
    [Item 6A], #10D [Item 7A, #10E [Item 8], and #10F [Item 9] was
    determined to be D3S1358 type 15,17; vWA type 15,17; FGA type 19,23;
    D8S1179 type 10,13; D21S11 type 30,31.2; D18S51 type NA; D5S818 type
    12,12; D13S317 type 12,12; and D7S820 type NA. This DNA was also
    determined to originate from a male by analysis of the amelogenin
    gene. This array of genotypes occurs in significantly less than one out
    of 100,000 members of the population. The calculated genotype
    frequencies indicate that it is unlikely that more than one human
    being out of several hundred million possess this particular genotype
    array. The frequencies associated with individual genotypes are
    summarized in Appendix 1 below.

4.  While there is slightly less genetic information from the blood on the
    various linens found near the hallway closet #10A [Item 4A], #10B.1
    [Item 5A], #10B.2 [Item 6A], #10D [Item 7A], #10E [Item 8], and #10F
    [Item 9], the source of this blood is genetically identical to the male
    source of the blood from the bathroom rug #3 [Item 1].

5.  In our previous work the DNA recovered from the blood on the living
    room carpet #21 [Item 14A] was determined to be D3S1358 type 15,?;
    vWA type 15,17; FGA type NA; D8S1179 type 10,13; D21S11 type NA;
    D18S51 type NA; D5S818 type 12,12; D13S317 type NA; and D7S820 type
    NA. This DNA was also determined to originate from a male by
    analysis of the amelogenin gene. This DNA was sufficiently degraded
    that only the smallest genes could be amplified and typed.

6.  The source of the male blood from the living room carpet #21 [Item
    14A] is genetically compatible with the male blood source from the
    bathroom rug #3 [Item 1] and the linens found near the Hallway closet
    #10A [Item 4A], #10B.1 [Item 5A], #10B.2 [Item 6A], #10D [Item 7A,
    #10E [Item 8], and #10F [Item 9].

7

IP00235

CRIME LAB                                    PAGE 09

Our File No. 00-628

## Kenneth Waters
### Item 17

7. In our current work **Kenneth Waters** was determined to be D3S1358
   type 16,18; vWA type 14,17; FGA type 21,22; D8S1179 type 10,15; D21S11
   type 29,29; D18S51 type 13,15; D5S818 type 12,13; D13S317 type 8,11; and
   D7S820 type 10,12. This DNA was also determined to originate from a
   male by analysis of the amelogenin gene.

8. <u>Kenneth Waters is eliminated</u> as the source of the male blood from the
   bathroom rug #3 [Item 1] in area A, the various linens on the floor
   near the hallway closet #10A [Item 4A], #10B.1 [Item 5A], #10B.2 [Item
   6A], #10D [Item 7A, #10E [Item 8], and #10F [Item 9], and the blood on
   the living room carpet #21 [Item 14A].


Should you have any questions concerning this work, please contact
us.

                                    Sincerely,

                                    _____
                                    Edward T. Blake, D.Crim.

                                    _____
                                    Alan Keel, Criminalist

IP00236

Our File No. 00-628

# Appendix 1:
## Cumulative Frequency Data for the D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820 Genotypes

Item 1A.  Blood from Bathroom Rug #3.

### [Blood from Male #1]

| Marker | Type | Frequency in Caucasians | Frequency in Blacks | Frequency in Mexican Americans |
|---|---|---|---|---|
| D3S1358 | 15,17 | 0.1210 | 0.1002 | 0.0994 |
| vWA | 15,17 | 0.0559 | 0.0753 | 0.0483 |
| FGA | 19,23 | 0.0155 | 0.0174 | 0.0326 |
| D8S1179 | 10,13 | 0.0553 | 0.0142 | 0.0597 |
| D21S11 | 30,31.2 | 0.0491 | 0.0220 | 0.0615 |
| D18S51 | 12,15 | 0.0541 | 0.0206 | 0.0404 |
| D5S818 | 12,12 | 0.1482 | 0.1196 | 0.0839 |
| D13S317 | 12,12 | 0.0529 | 0.1487 | 0.0496 |
| D7S820 | 8,11 | 0.0615 | 0.0571 | 0.0592 |
| Cumulative Frequency | | $10^{-11.1}$ | $10^{-12.1}$ | $10^{-11.2}$ |
| Cumulative % | | | | |
| Reciprocal Frequency | | 1/134 billion | 1/1.2 trillion | 1/175 billion |

IP00237

2/28/2001  10:43   5102209887              CRIME LAB                    PAGE  11

Our File No. 00-628

Item 4A.  Blood from Towel near Hallway Closet #10A.
Item 5A.  Blood from Linen near Hallway Closet #10B.1.
Item 6A.  Blood from Linen near Hallway Closet #10B.2.
Item 7A.  Blood from Linen near Hallway Closet #10D.
Item 8.  Blood from Linen near Hallway Closet #10E.
Item 9.  Blood from Linen near Hallway Closet #10F.

[Blood from Male #1]

| Marker | Type | Frequency in Caucasians | Frequency in Blacks | Frequency in Mexican Americans |
|---|---|---|---|---|
| D3S1358 | 15,17 | 0.1210 | 0.1002 | 0.0994 |
| vWA | 15,17 | 0.0559 | 0.0753 | 0.0483 |
| FGA | 19,23 | 0.0155 | 0.0174 | 0.0326 |
| D8S1179 | 10,13 | 0.0553 | 0.0142 | 0.0597 |
| D21S11 | 30,31.2 | 0.0491 | 0.0220 | 0.0615 |
| D18S51 | NA | | | |
| D5S818 | 12,12 | 0.1482 | 0.1196 | 0.0839 |
| D13S317 | 12,12 | 0.0529 | 0.1487 | 0.0496 |
| D7S820 | NA | | | |
| Cumulative Frequency | | $10^{-8.7}$ | $10^{-9.1}$ | $10^{-8.6}$ |
| Cumulative % | | | | |
| Reciprocal Frequency | | 1/450 million | 1/1.4 billion | 1/420 million |

IP00238

0/28 2001  18:43  6100005997                    CRIME LAB                        PAGE 12

Our File No. 00-628

Item 2.  Blood from Left Side of Light Switch #7.
Item 3.  Blood from Hallway Wall #8 [except for D13S317].
Item 10.  Blood from Knife Blade #18.
Item 11.  Blood from Knife Hilt #18.
[see also Item 13.  Blood from Dining Room Table Top #20]

[Blood from Female #1]

| Marker | Type | Frequency in Caucasians | Frequency in Blacks | Frequency in Mexican Americans |
|--------|------|------------------------|---------------------|-------------------------------|
| D3S1358 | 15,16 | 0.1223 | 0.1658 | 0.2299 |
| vWA | 15,16 | 0.0489 | 0.1004 | 0.0602 |
| FGA | 21,22 | 0.0458 | 0.0496 | 0.0307 |
| D8S1179 | 10,10 | <0.01 | <0.01 | <0.01 |
| D21S11 | 28,29 | 0.0597 | 0.0789 | 0.0332 |
| D18S51 | NA | | | |
| D5S818 | 10,12 | 0.0366 | 0.0396 | 0.0258 |
| D13S317 | 12,13 | 0.0472 | 0.1132 | 0.0529 |
| D7S820 | NA | | | |
| Cumulative Frequency | | $10^{-9.5}$ | $10^{-8.5}$ | $10^{-9.7}$ |
| Cumulative % | | | | |
| Reciprocal Frequency | | 1/3.5 billion | 1/340 million | 1/5.2 billion |

1.  Frequency estimates for the Profiler Plus STR genes are based on a study of 200 Caucasians, 201 Blacks, and 202 Mexican Americans conducted by the Serological Research Institute; and a study of 200 Caucasians and 195 Blacks conducted by Applied Biosystems Division.

2.  All individual genotype frequencies less than 1% [0.01] were rounded up to 1% [0.01].

3.  The population of the Earth is estimated to be approximately 6 billion individuals.  The total number of human beings who have ever lived is estimated to be 8 billion individuals.

11

IP00239

STR GENES TABLE 4

| ITEM NO. | DESCRIPTION | Estimated DNA Conc. ng/ul | Sex | Blue | | | Green | | | Yellow | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | D3S1358 Type | vWA Type | FGA Type | D8S1179 Type | D21S11 Type | D18S51 Type | D5S818 Type | D13S317 Type | D7S820 Type |
| 1A | Blood from Bathroom Rug #3, Area A | 3.3 | XY male | 15,17 | 15,17 | 19,23 | 10,13 | 30,31.2 | 12,15 | 12,12 | 12,12 | 8,11 |
| 1B | Background from Bathroom Rug #3, Area B | <0.06 | XY male | 15,16 >17 | 15,? | 19,? | 12 10?,13? 15? | 28,? | NA | 8,12 | too weak | NA |
| 2 | Blood Stain from Left Side of Light Switch #7 | <0.1 | XX female | 15,16 | 15,16 | 21,22 | 10,10 | 28,29 | NA | 10,12 | 12,13 | NA |
| 3 | Blood Stain from the Hallway Wall Leading to the Front Bedroom #B | <0.1 | XX female | 15,16 | 15,16 | 21,22 | 10,10 | 28,29 | NA | 10,12 | NA | NA |
| 4A | Blood Stain from Light Green Towel on Floor in Front of Hallway Closet #10A, Area A | 0.2 | XY male | 15,17 | 15,17 | 19,23 | 10,13 | 30,31.2 | NA | 12,12 | 12,12 | too weak |
| 4B | Background from Light Green Towel on Floor in Front of Hallway Closet #10A, Area B | <0.06 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

NA: No Activity
NAI: No Activity Due to Inhibition
 D: Degraded

1

H: High
M: Medium
L: Low

IP00240

STR Genes TABLE 1

Profiler Plus Genes

| ITEM NO. | DESCRIPTION | Estimated DNA Conc. ng/µl | Sex | Blue | | | Green | | | Yellow | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | D3S1358 Type | vWA Type | FGA Type | D8S1179 Type | D21S11 Type | D18S51 Type | D5S818 Type | D13S317 Type | D7S820 Type |
| 5A | Blood Stain from White Linen on Floor in Front of Hallway Closet #10B.1, Area A | 0.1 | XY male | 15,17 | 15,17 | 19,23 | 10,13 | 30,31.2 | NA | 12,12 | 12,12 | NA |
| 5B | Background from White Linen on Floor in Front of Hallway Closet #10B.1, Area B | <0.06 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 6A | Blood Stain from White Linen on Floor in Front of Hallway Closet #10B.2, Area A | 0.2 | XY male | 15,17 | 15,17 | 19,23 | 10,13 | 30,31.2 | NA | 12,12 | 12,12 | NA |
| 6B | Background from White Linen on Floor in Front of Hallway Closet #10B.2, Area A | <0.06 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 7A | Blood Stain from Pink Floral Cloth on Floor in Front of Hallway Closet #10D, Area A | 0.25 | XY male | 15,17 | 15,17 | 19,23 | 10,13 | 30,31.2 | NA | 12,12 | 12,12 | NA |
| 7B | Background from Pink Floral Cloth on Floor in Front of Hallway Closet #10D, Area A | <0.06 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

NA: No Activity
NAI: No Activity Due to Inhibition
D: Degraded

2

H: High
M: Medium
L: Low

IP00241

DQ1 Genetic TABLE

Profiler Plus Genes

| ITEM NO. | DESCRIPTION | Estimated DNA Conc. ng/ul | Sex | Blue | | | Green | | | Yellow | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | D3S1358 Type | vWA Type | FGA Type | D8S1179 Type | D21S11 Type | D18S51 Type | D5S818 Type | D13S317 Type | D7S820 Type |
| 8 | Blood Stain from Pink Cloth on Floor in Front of Hallway Closet #10E | <0.06 | XY male | 15,17 | 15,17 | 19,23 | 10,13 | 30,31.2 | 12,? | 12,12 | 12,12 | NA |
| 9 | Blood Stain from Floral Print Cloth on Floor in Front of Hallway Closet #10F | 0.1 | XY male | 15,17 | 15,17 | 19,23 | 10,13 | 30,31.2 | too weak | 12,12 | 12,12 | NA |
| 10 | Blood from Knife Blade found in Kitchen Waste Basket #18 | 0.1 | X>>Y female trace male | 15,16 trace 17 | 15,16 trace 17 | 21,22 | 10,10 trace 13 | 28,29 | NA | 10,12 | 12,13 | too weak |
| 11 | Blood from Knife Hilt found in Kitchen Waste Basket #18 | 0.1 | XX female | 15,16 | 15,16 | 21,22 | 10,10 | 28,29 | too weak | 10,12 | 12,13 | too weak |
| 12 | Blood from Knife Crevice Side 2 found in Kitchen Waste Basket #18 | <0.07 | XX female | 15,16 | too weak | too weak | 10,10 | NA | NA | 10,12 | NA | NA |
| 13 | Blood Stain from Table Top in Dining Room #20 | <0.06 | XX female | 15,16 | 15,16 | too weak | 10,10 | NA | NA | 10,12 | NA | NA |

NA: No Activity
NAI: No Activity Due to Inhibition
   D: Degraded

3

H: High
M: Medium
L: Low

IP00242

STR Genes TABLE 1

Profiler Plus Genes

| ITEM NO. | DESCRIPTION | Estimated DNA Conc. ng/μl | Sex | Blue | | | Green | | | Yellow | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | D3S1358 Type | vWA Type | FGA Type | D8S1179 Type | D21S11 Type | D18S51 Type | D5S818 Type | D13S317 Type | D7S820 Type |
| 14A | Blood Stain from Living Room Carpet #21, Area A | 1.0 | XY male | 15,? | 15,17 | NA | 10,13 | NA | NA | 12,12 | NA | NA |
| 15 | State Police Control Swab for Knife | <0.06 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | Extraction Blank | 0 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | Kit DNA Standard | 0.1 | XX female | 14,15 | 17,18 | 23,24 | 13,13 | 30,30 | 15,19 | 11,11 | 11,11 | 10,11 |
| | AMS DNA Standard | 0.3 | XX female | 14,15 | 18,20 | 21,25 | 10,14 | 29,29 | 13,18 | 11,12 | 12,14 | 9,10 |
| | PCR Blank | 0 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

NA: No Activity
NAI: No Activity Due to Inhibition
D: Degraded

H: High
M: Medium
L: Low

4

IP00243

Profiler Plus Genes

| ITEM NO. | DESCRIPTION | Estimated DNA Conc. ng/ul | Sex | Blue D3S1358 Type | Blue vWA Type | Blue FGA Type | Green D8S1179 Type | Green D21S11 Type | Green D18S51 Type | Yellow D5S818 Type | Yellow D13S317 Type | Yellow D7S820 Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | Kenneth Waters, Reference Blood #W-39705 [Amplified 2/24/01] | 40 | XY male | 16,18 | 14,17 | 21,22 | 10,15 | 29,29 | 13,15 | 12,13 | 8,11 | 10,12 |
| | Kit DNA Standard [Amplified 2/24/01] | 0.1 | XX female | 14,15 | 17,18 | 23,24 | 13,13 | 30,30 | 15,19 | 11,11 | 11,11 | 10,11 |
| | AMS DNA Standard [Amplified 2/24/01] | 0.3 | XX female | 14,15 | 18,20 | 21,25 | 10,14 | 29,29 | 13,18 | 11,12 | 12,14 | 9,10 |
| | PCR Blank [Amplified 2/24/01] | 0 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

NA: No Activity
NAI: No Activity Due to Inhibition
D: Degraded

H: High
M: Medium
L: Low

5

IP00244

CRIME LAB

# PCR Based Analysis of STR Genes
## from

# Item 17.   Kenneth Waters, Reference Blood.

IP00245



For research use only            -1-            Not for use in diagnostic system

IP00246



or research use only        -1-        Not for use in diagnostic system

IP00247



IP00248



FIGURE 18
ITEM 17
REFERENCE BLOOD SAMPLE
FROM KENNETH WATERS
PACKAGING

IP00249



FIGURE 19
ITEM 17
REFERENCE BLOOD SAMPLE
FROM KENNETH WATERS
SHOWING LABELED
BLOOD TUBE

IP00250