CONFIDENTIAL-Pursuant to Court Order in Case No. 04-10521-GAO in the United States District Court, District of Massachusetts.

3137

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT NUMBER
82-4115 and 4116

COMMONWEALTH

V.

KENNETH WATERS

---

### NOLLE PROSEQUI

---

Now comes the Commonwealth in the above entitled matter and files this nolle prosequi.

Based upon new DNA evidence of the presence of blood of an unknown person at the scene of the 1980 murder of Katherina Brow, the Commonwealth has agreed that, at a minimum, a new trial of the above indictments is warranted.

At this time, there is insufficient evidence to proceed with a criminal prosecution against the defendant, Kenneth Waters, and as such, the Commonwealth has determined that, at this time, a nolle prosequi is in the interests of justice. The Commonwealth's investigation into the murder of Katherina Brow has and will continue.

RECEIVED 01 JUN 27 AM
MIDDLESEX SUPERIOR
EDWARD J. SULLIVAN
CLERK MAGISTRATE

Respectfully Submitted
By the Commonwealth

MARTHA COAKLEY
DISTRICT ATTORNEY

by: _____
Sheila M. Calkins
Assistant District Attorney
Middlesex District

Dated: June 28, 2001

63

6/27/01
Copy sent to Joyce Coleman Prob.