

# Forensic Test Results

Cochran, Neufeld, and Scheck
Attn: Barry Scheck
99 Hudson Street, 8th Floor
New York, NY  10013

ReliaGene Case #   F001781        Report Date: May 10, 2007

## ITEMS OF PHYSICAL EVIDENCE

Reliagene Technologies, Inc. received the following items of physical evidence on April 13, 2007, AT 9:22 AM via UPS tracking #: 1Z70684E2210114083 for analysis:

| ReliaGene Sample # | Description |
|---|---|
| 07-03128 | Buccal swabs of Elizabeth O'Connor |

- *Evidence to be returned to Cochran, Neufeld, and Scheck via overnight courier.*

## CONCLUSIONS

DNA testing utilizing the Identifiler STR multiplex revealed the following:
See the attached chart for the specific DNA typing results.

1. The buccal swabs of Elizabeth O'Connor, identified as ReliaGene Sample #07-03128, produced a distinct female genetic profile.

2. Based on the genetic test results, Elizabeth O'Connor is excluded as the biological mother of the DNA donor in the blood from bathroom rug #3 (Item #1A) profile taken from Appendix 1 of Forensic Science Associates report dated May 14, 2001, case #00-628.  Elizabeth O'Connor is also excluded as the biological mother of the DNA donor in FSA items 4A, 5A, 6A, 7A, 8, and 9.

3. Our opinion of NON-MATERNITY is based on the below noted inconsistencies.  The term "inconsistency" means that the band sizes of the tested woman do not match the obligate maternal alleles in the child profile.  Based on the absence of these DNA markers (as determined by DNA analysis) the blood samples from FSA items #1A, 4A, 5A, 6A, 7A, 8, and 9 could not have originated from a biological offspring of the tested woman, Elizabeth O'Connor.

**ReliaGene Case # F001781**                                     May 10, 2007

## DNA TEST RESULTS FROM FORENSIC SCIENCE ASSOCIATES REPORT DATED 5-14-2001

| Genetic Loci | Blood from bathroom rug #3 |               |
|--------------|----------------------------|---------------|
| D3S1358      | 15,17                      |               |
| vWA          | 15,17                      | Inconsistency |
| FGA          | 19,23                      | Inconsistency |
| D8S1179      | 10,13                      | Inconsistency |
| D21S11       | 30,31.2                    | Inconsistency |
| D18S51       | 12,15                      |               |
| D5S818       | 12                         |               |
| D13S317      | 12                         | Inconsistency |
| D7S820       | 8,11                       |               |
| Amelogenin   | X,Y                        |               |

ReliaGene Case # F001781                                                                                  May 10, 2007

## DNA TEST RESULTS

| Genetic Loci | 07-03128<br>Evidence: Buccals swabs of Elizabeth O'Connor |
|---|---|
| D3S1358 | 15, 16 |
| vWA | 14, 20 |
| FGA | 21, 25 |
| D8S1179 | 15 |
| D21S11 | 29 |
| D18S51 | 13, 15 |
| D5S818 | 12 |
| D13S317 | 8, 11 |
| D7S820 | 11, 12 |
| CSF1PO | 12, 13 |
| TPOX | 11 |
| TH01 | 6, 9.3 |
| D16S539 | 9, 10 |
| Amelogenin | X |
| D19S433 | 14 |
| D2S1338 | 18, 24 |

The positive, negative, and reagent blank control samples processed at ReliaGene produced the expected result, indicating that the experiments were performed successfully. Laboratory records document the secure custody of evidence samples from receipt throughout sample testing. ReliaGene Technologies Inc. is accredited by American Society of Crime Laboratory Directors/Laboratory Accreditation Board. If you have any questions concerning this work, please contact the following individual.

_____            May 10, 2007
Huma Nasir, M.S.                                          Date
Analyst III

_____            May 10, 2007
Sudhir K. Sinha, Ph.D.                                  Date
President and Lab Director