# Monica Shah

| | |
|---|---|
| **From:** | Monica Shah |
| **Sent:** | Tuesday, November 06, 2007 6:34 PM |
| **To:** | Jay Tehan; 'Gregg J. Corbo'; Jeffrey T. Blake; Janelle M. Austin |
| **Cc:** | 'Robert Feldman'; Debi Cornwall; Emily Gordon |
| **Subject:** | Waters - draft proposed stipulation w/ attached exhibits |
| **Attachments:** | Waters_Stipulation_Blood and DNA Evidence_with exhibits_vfs_110607.pdf; Waters_Stipulation_Blood and DNA Evidence_Ex G_FSA Report #1.pdf; Waters_Stipulation_Blood and DNA Evidence_Ex A_Autopsy Report.pdf; Waters_Stipulation_Blood and DNA Evidence_Ex B_APD Report.pdf; Waters_Stipulation_Blood and DNA Evidence_Ex C_Dwyer Report.pdf; Waters_Stipulation_Blood and DNA Evidence_Ex D_State Lab Serology Report.pdf; Waters_Stipulation_Blood and DNA Evidence_Ex E_State Lab Report to FBI.pdf; Waters_Stipulation_Blood and DNA Evidence_Ex F_Abbott Testimony.pdf |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | Jay Tehan | | |
| | 'Gregg J. Corbo' | | |
| | Jeffrey T. Blake | | |
| | Janelle M. Austin | | |
| | 'Robert Feldman' | | |
| | Debi Cornwall | Delivered: 11/6/2007 6:34 PM | Read: 11/6/2007 6:35 PM |
| | Emily Gordon | Delivered: 11/6/2007 6:34 PM | Read: 11/7/2007 9:37 AM |

Dear Counsel,

As per the Court's order at last week's hearing, attached is Plaintiff's proposed stipulation concerning the blood and DNA evidence. For your convenience, we have included a draft proposed stipulation with citations to attached exhibits supporting each factual assertion. Another e-mail will follow with a clean version of the proposed stipulation for your signature.

Please advise us on your response promptly so that we can inform the Court of the status of the stipulation.

Regards,

Monica R. Shah
Cochran Neufeld & Scheck, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Ph: (212) 965-9081
Fax: (212) 965-9084

11/13/2007