

3053 Research Drive, Richmond, CA 94806
FAX (510) 222-8887
(510) 222-8883

July 19, 2007

Invoice submitted to:

Cochran, Neufeld & Scheck, LLP
Attn: Deborah L. Cornwall, Esq.
Attn: Barry Scheck, Esq.
99 Hudson Street, 8th Floor
New York NY 10013
In Reference To: Kenneth Waters
　　　　　　　　Our file number 00-628

Invoice # 7163

**Taxpayer ID # AF - 942410399**

### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/18/2007 Declaration/Affidavit | ETB | 5.00<br>200.00/hr | 1,000.00 |
| 7/19/2007 Declaration/Affidavit | ETB | 3.00<br>200.00/hr | 600.00 |
| For professional services rendered | | 8.00 | $1,600.00 |
| Previous balance | | | $5,102.05 |

### Accounts receivable transactions

| | | |
|---|---|---|
| 5/15/2001 Credit | | ($5,102.05) |
| Total current payments and adjustments | | ($5,102.05) |
| Balance due | | $1,600.00 |

EXPERT FEES -- 2003