## Reliagene Technologies, Inc.

# COST AUTHORIZATION FORM

Date: April 27, 2007

CLIENT ID: P2CNS

### CLIENT INFORMATION

Client: Cochran, Neufeld and Scheck
Contact: None given
Phone: 212-965-9380
Address: 99 Hudson Street 8th Floor
New York, NY None given,

Purchase Order #:
E-mail:
Fax: 212-965-9084
C/S/Z:

### CASE INFORMATION

ReliaGene Case #: F001781
Submitter Case #:

### ITEMS OF PHYSICAL EVIDENCE

Reliagene Technologies, Inc. received the following items of physical evidence on April 13, 2007, AT 9:22 AM via UPS tracking #: 1Z70684E2210114083 for analysis:

| Client Item # | ReliaGene Sample # | Description | Test or Service | Fee |
|---|---|---|---|---|
|  | 07-03128 | Buccal swabs of Elizabeth O'Conner | Identifiler | $1,000.00 |

Total Estimated Cost: $1,000.00

Credit Card Pre-Payment  $1000.00  -  Balance $0.00

testing

total: $ 1000

### BILLING INFORMATION

Client: Cochran, Neufeld, and Scheck
Contact: None given
Phone: 212-965-9380
Address: 99 Hudson Street 8th Floor
New York, NY None given,

Purchase Order #:
E-mail:
Fax: 212-965-9084
C/S/Z:

Please fax the signed and completed form back to:

Attn: Forensic Customer Service          Fax: 504-734-9787

Any questions may be directed to the case manager, Gina Pineda - DNA Technical Leader, at 504-378-9640 (when calling, please refer to the Reliagene Technologies, Inc. case number listed above). Because you are most familiar with the items of evidence involved in this case, if you would like to request additional and/or alternate testing, please contact us as soon as possible.