## Monica Shah

| | |
|---|---|
| **From:** | Debi Cornwall |
| **Sent:** | Thursday, September 20, 2007 3:25 PM |
| **To:** | Monica Shah |
| **Subject:** | FW: Conditions for telephone conference |
| **Attachments:** | DC letter 9.20.07 (teleconf).wpd |

**From:** Ofilos, Jonathan (AGO) [mailto:Jonathan.Ofilos@state.ma.us]
**Sent:** Thursday, September 20, 2007 3:17 PM
**To:** Debi Cornwall; gcorbo@k-plaw.com
**Cc:** Halpin, Michael (POL); feldman@birnbaumgodkin.com
**Subject:** Conditions for telephone conference

Debi and Greg

Attached is a copy of a letter setting forth the conditions under which Sheila agrees to make herself available for the proposed telephone conference. Essentially, I want all parties to be clear regarding these conditions to avoid any misunderstandings at the time of the telephone conference. It either party has a problem with any of the conditions, I would be happy to discuss them with that party. If the conditions are acceptable, I will accept a return email with an electronic signature or a signed hardcopy returned by mail.

Once the parties agree, I will provide a list of dates that Sheila is available. I have also mailed a signed hard copy of the letter to the interested parties. I apologize for the delay in getting this letter to you.

Jon

Jonathan M. Ofilos
Assistant Attorney General
Criminal Bureau

Office of Attorney General Martha Coakley
One Ashburton Place, 19th Floor
Boston, MA 02108
Phone: 617-727-2200 ext. 2634

**\*\*Please note my new email address: jonathan.ofilos@state.ma.us**

11/19/2007