**COCHRAN NEUFELD & SCHECK, LLP**
99 Hudson Street
New York, New York 10013

Tel: 212-965-9081
Fax: 212-965-9084

Peter J. Neufeld
Barry C. Scheck
Nick J. Brustin
Debi Cornwall

Johnnie L. Cochran, Jr.
(1937-2005)

Jennifer E. Laurin
Monica R. Shah
Anna Benvenutti Hoffmann

November 12, 2007

**VIA ELECTRONIC AND U.S. MAIL**

Jonathan M. Ofilos, Esq.
Attorney General's Office, Criminal Bureau
One Ashburton Place
Boston, MA 02108-1598

**Re: Waters v. Town of Ayer, et al., No. 04 Civ. 10521 (GAO) (JGD)**

Dear Mr. Ofilos:

    I write to confirm that you have agreed to make Ms. Calkins available for a telephone call on Monday, November 26, 2007 at 10:30 a.m. regarding the reinvestigation of fingerprints in the Waters/Brow case. All parties are invited to take part in the phone call subject to the limitations in your letter of September 20, 2007, with the new proviso that the call will proceed regardless of whether defense counsel chooses to participate.

    For Ms. Calkins's ease of reference, we intend to ask her questions regarding the following pages from her file, which I am happy to send you: Bates numbers 1797, 1800, 1801, and 1805. It may be helpful to pull the pages surrounding these pages in hopes of jogging her memory about the circumstances of the conversations which led her to make these notes.

    Thank you for your cooperation in this matter. I will look forward to getting a phone number from you; if we will be more than three parties on the line, I will send out a dial-in number for us all to use.

Sincerely,

Deborah L. Cornwall

cc: Rob Feldman
Michael Halpin
Gregg Corbo