UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,<br><br>Defendants | DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST TO RESCHEDULE ORAL ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF STATE POLICE TROOPER AL HUNTE |

With reference to plaintiff's statement that "it is unclear whether he or co-counsel could be available briefly to argue this Motion on December 19,$^{th}$," the Court is respectfully directed to the e-mail message attached hereto as Exhibit A. As clearly indicated in the e-mail message sent almost four hours before the plaintiff filed her Motion, the undersigned counsel is available for a hearing on this matter any time on December 19, 2007.

DEFENDANTS,

By their attorneys,

/s/Gregg J. Corbo
Joseph L. Tehan, Jr. (BBO # 494020)
Gregg J. Corbo (BBO # 641459)
 Town Counsel
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110
(617) 556-0007

333219/AYER-WATERS/0053