UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>　　　　　　Plaintiff<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, BUDDY DECOT, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, PHILIP L. CONNORS, in His Individual Capacity, and JOHN DOE and JANE DOES 1-16, in Their Individual Capacities,<br><br>　　　　　　Defendants | CERTIFICATE OF CONFERRAL |

　　　　Pursuant to Local Rule 7.1(A)(2) of the United States District court for the District of Massachusetts, defendants' counsel hereby certifies that on December 12, 2007, he conferred with plaintiff's counsel in regard to defendants' Motion to Amend Scheduling Order, by telephone and e-mail, but the parties were unable to resolve or narrow the issues raised therein.

　　　　　　　　　　　　　　　　　　DEFENDANTS,

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　/s/Gregg J. Corbo
　　　　　　　　　　　　　　　　　　Joseph L. Tehan, Jr. (BBO # 494020)
　　　　　　　　　　　　　　　　　　Gregg J. Corbo (BBO # 641459)
　　　　　　　　　　　　　　　　　　 Town Counsel
　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　101 Arch Street, 12th Floor
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 556-0007

333226/AYER-WATERS/0053