UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                              )
BETTY ANNE WATERS, as                     )
Administratrix of the Estate of                 )
KENNETH WATERS,                             )
                    Plaintiff,                            )
            v.                                              )
                                                              )    Case No. 04 10521 (GAO) (JGD)
TOWN OF AYER, NANCY TAYLOR-     )
HARRIS, in her individual capacity,        )
ARTHUR BOISSEAU, in his individual     )    **MOTION TO AMEND**
capacity, BUDDY DECOT, in his             )    **COMPLAINT**
individual capacity, WILLIAM                )
ADAMSON, in his individual capacity,     )
PHILIP L. CONNORS, in his individual    )
capacity, and JOHN DOE and JANE DOES )
1–16, in their individual capacities,         )
                                                              )
                    Defendants.                        )
                                                              )
_____ )


        Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Betty Anne Waters moves for

leave to file the attached First Amended Complaint.


Dated: February 12, 2008                    Respectfully submitted,

                                                        _/s/ Deborah L. Cornwall_____
                                                        Barry C. Scheck, Esq.
                                                        Deborah L. Cornwall, Esq.
                                                        Monica R. Shah, Esq.
                                                        COCHRAN NEUFELD & SCHECK LLP
                                                        99 Hudson St., 8th Floor
                                                        New York, NY 10013
                                                        Tel: (212) 965-9081 / Fax: (212) 965-9084

Robert N. Feldman, Esq.
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210-1108
Tel: (617) 307-6100 / Fax: (617) 307-6101

**Counsel for Plaintiff Betty Anne Waters**

## CERTIFICATE OF SERVICE

I, Emily Gordon, hereby certify that the foregoing document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and electronic and paper copies will be sent to those indicated as non-registered participants on February 12, 2008.

/s/ Emily Gordon
Emily Gordon