UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>          Plaintiff<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity and PHILIP L. CONNORS, in His Individual Capacity,<br><br>          Defendants | DEFENDANT NANCY TAYLOR-HARRIS' MOTION FOR SUMMARY JUDGMENT |

Now comes the defendant, Officer Nancy Taylor-Harris ("Officer Taylor"), and hereby moves, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all claims against her as set forth in the Amended Complaint.

As grounds therefor, Officer Taylor states that there exists no genuine issue as to any material fact, and that she is entitled to judgment in her favor as a matter of law. As further grounds therefor, Officer Taylor relies on the attached Local Rule 56.1 Statement of Material Facts of Record as to which There is No Genuine Issue to be Tried, and attached supporting memorandum of law.

WHEREFORE, Officer Taylor respectfully requests that this Court enter judgment in her favor on all claims set forth against her in the Amended Complaint.

                                             DEFENDANT NANCY TAYLOR-HARRIS,
                                             By her attorneys,

                                             /s/ Joseph L. Tehan, Jr.
                                             Joseph L. Tehan, Jr. (BBO # 494020)
                                             Gregg J. Corbo (BBO # 641459)
                                             Kopelman and Paige, P.C.
                                             101 Arch Street, 12th Floor
                                             Boston, MA  02110
                                             (617) 556-0007

334317/01907/0053