UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,

    Plaintiff

v.

TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity and PHILIP L. CONNORS, in His Individual Capacity,

    Defendants

DEFENDANT TOWN OF AYER'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, Town of Ayer ("Town"), and hereby moves, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all claims against it as set forth in the Amended Complaint.

As grounds therefor, the Town states that there exists no genuine issue as to any material fact, and that it is entitled to judgment in its favor as a matter of law. As further grounds therefor, the Town relies on the attached Local Rule 56.1 Statement of Material Facts Not In Dispute, and attached supporting memorandum of law.

WHEREFORE, the Town respectfully requests that this Court enter judgment in its favor on all claims set forth against it in the Amended Complaint.

DEFENDANT TOWN OF AYER,
By its attorneys,

/s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO # 494020)
Gregg J. Corbo (BBO # 641459)
Kopelman and Paige, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110
(617) 556-0007

344323/01907/0053