UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>　　　　　Plaintiff<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity and PHILIP L. CONNORS, in His Individual Capacity,<br>　　　　　Defendants | DEFENDANT WILLIAM ADAMSON'S MOTION FOR SUMMARY JUDGMENT |

　　　　Now comes the defendant, former Ayer Police Chief William Adamson ("Adamson"), and hereby moves, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all claims against him as set forth in the Amended Complaint.

　　　　As grounds therefor, Chief Adamson states that there exists no genuine issue as to any material fact, and that he is entitled to judgment in his favor as a matter of law. As further grounds therefor, Chief Adamson relies on the attached Local Rule 56.1 Statement of Material Facts Not In Dispute, and attached supporting memorandum of law.

　　　　WHEREFORE, Chief Adamson respectfully requests that this Court enter judgment in his favor on all claims set forth against him in the Amended Complaint.

　　　　　　　　　　　　　　　　　　DEFENDANT WILLIAM ADAMSON,
　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tehan, Jr.
　　　　　　　　　　　　　　　　　　Joseph L. Tehan, Jr. (BBO # 494020)
　　　　　　　　　　　　　　　　　　Gregg J. Corbo (BBO # 641459)
　　　　　　　　　　　　　　　　　　Kopelman and Paige, P.C.
　　　　　　　　　　　　　　　　　　101 Arch Street, 12th Floor
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 556-0007