UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>                 Plaintiff<br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity, and PHILIP L. CONNORS, in His Individual Capacity,<br><br>                 Defendants | CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2) |

     Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for the defendants hereby certifies that she conferred with plaintiff's counsel, Deborah Cornwall, Esq., regarding Defendant Nancy Taylor-Harris' Motion for Summary Judgment, Defendant Philip L. Connors' Motion for Summary Judgment, Defendant William Adamson's Motion for Summary Judgment, Defendant Arthur Boisseau's Motion for Summary Judgment, Defendant Town of Ayer's Motion for Summary Judgment and Defendant Nancy Taylor-Harris' and Philip Connors' Motion to File Briefs in Excess of Twenty Pages by telephone on April 23, 2008 in a good faith effort to resolve or narrow the issues.

                                                                        COUNSEL FOR DEFENDANTS

                                                                        /s/ Janelle M. Austin
                                                                        Janelle M. Austin (BBO# 666835)
                                                                        Kopelman and Paige, P.C.
                                                                          Town Counsel
                                                                        101 Arch Street, 12th Floor
                                                                        Boston, MA 02110
                                                                        (617) 556-0007

344358/01907/0053