UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>　　　　Plaintiff,<br>　　v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, and PHILIP L. CONNORS, in his individual capacity,<br><br>　　　　Defendants. | Case No. 04 CV 10521 (GAO)(JGD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WILLIAM ADAMSON, SR.** |

　　　Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby stipulate and agree that all claims as set forth in the First Amended Complaint against Defendant William Adamson be dismissed from this action with prejudice, without interest, costs, expenses or fees to any party, waiving all rights of appeal.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Deborah L. Cornwall | /s/ Joseph L. Tehan, Jr. |
| Deborah L. Cornwall, Esq. (DC 2186) | Joseph L. Tehan, Jr. (BBO# 494020) |
| Cochran Neufeld & Scheck, LLP | Gregg J. Corbo (BBO# 641459) |
| 99 Hudson St., 8th Floor | Kopelman and Paige, P.C. |
| New York, NY 10013 | 101 Arch Street, 12th floor |
| (212) 965-9081 | Boston, MA 02110 |
| | (617) 556-0007 |