UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BETTY ANNE WATERS as Administratrix of the Estate of KENNETH WATERS,<br>　　　　　Plaintiff,<br>vs.<br><br>TOWN OF AYER,<br>NANCY TAYLOR-HARRIS,<br>ARTHUR BOISSEAU,<br>BUDDY DECOT,<br>WILLIAM ADAMSON,<br>JOHN AND JANE DOES 1-16,<br>　　　　　Defendants. | CIVIL ACTION<br>NO. 04-10521-GAO |

## PLAINTIFF BETTY ANNE WATERS' MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff, Betty Anne Waters ("Waters"), by her counsel, hereby moves, pursuant to L.R. 7.2 and Paragraph 5 of this Court's September 26, 2005 Protective Order, for confidential treatment of Exhibits 94 through 99 filed in connection with and support of Plaintiff's Oppositions to Defendants' Motions for Summary Judgment.

As grounds for this motion, Waters states that Exhibits 94-99 come from a confidential district attorney's file and have been designated as "Confidential" by the producing party. The aforementioned documents will be filed after this Court has ruled upon the present motion.

WHEREFORE, Waters respectfully requests confidential treatment of Exhibits 94-99 in accordance with Paragraph 5 of this Court's September 26, 2005 Order (referenced above) requiring that the documents be filed under seal and kept under seal until further Order of the Court.

                Respectfully submitted,

                BETTY ANNE WATERS,
                By her attorneys

                /s/ Robert N. Feldman
                BIRNBAUM & GODKIN, LLP
                Robert N. Feldman (BBO # 630734)
                280 Summer Street
                Boston, MA  02210
                Tel: 617-307-6100
                Fax: 617-307-6101

                Barry C. Scheck, Esq.
                Deborah L. Cornwall, Esq.
                Monica Shah, Esq.
                Cochran Neufeld & Scheck, LLP
                99 Hudson St., 8th Floor
                New York, NY 10013
                (212) 965-9081

Dated:  May 27, 2008

## CERTIFICATE OF SERVICE

       I, Robert N. Feldman, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 27, 2008.

                                            /s/ Robert N. Feldman  
                                            Robert N. Feldman