UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BETTY ANNE WATERS, as )
Administratrix of the Estate of )
KENNETH WATERS, )
    Plaintiff, )
  v. )  Case No. 04 CV 10521 (GAO)(JGD)
   )
TOWN OF AYER, NANCY TAYLOR- )
HARRIS, in her individual capacity, )  **PLAINTIFF BETTY ANNE**
ARTHUR BOISSEAU, in his individual )  **WATERS' AMENDED LIST OF**
capacity, WILLIAM ADAMSON, in his )  **EXHIBITS IN FURTHERANCE OF**
individual capacity, and PHILIP L. )  **HER MEMORANDA IN**
CONNORS, in his individual capacity, )  **OPPOSITION TO DEFENDANTS'**
   )  **SUMMARY JUDGMENT**
    Defendants. )  **MOTIONS**

True and correct copies of the following are filed herewith as exhibits:

**I. Deposition Transcript Excerpts**

Ex. 1, John A. Baliunas (5/17/08)
Ex. 2, Defendant Arthur Boisseau (8/25/06)
Ex. 3, Defendant Arthur Boisseau (11/16/06)
Ex. 4, Defendant Arthur Boisseau (6/13/07)
Ex. 5, Francis P. Callahan (1/31/07)
Ex. 6, Defendant Philip Connors (8/25/06)
Ex. 7, Defendant Philip Connors (11/15/06)
Ex. 8, Hon. Elizabeth Fahey (11/29/06)
Ex. 9, John A. Ford (3/6/08)
Ex. 10, Marilyn Goss (10/9/06)
Ex. 11, Sgt. Alan Hunte (1/4/08)
Ex. 12, Sgt. Patrick Keane (5/16/07)
Ex. 13, Brenda Marsh (11/1/06)
Ex. 14, Lt. Kenny Martin (3/27/07)
Ex. 15, Stanley Randall (5/15/07)
Ex. 16, Lou Reiter (3/25/08)

Ex. 17, Bruce Taylor (1/30/07)
Ex. 18, Defendant Nancy Taylor-Harris (11/30/06)
Ex. 19, Defendant Nancy Taylor-Harris (5/18/07)
Ex. 20, Plaintiff Betty Anne Waters (11/28/06)

## II. Criminal Case Materials

Ex. 21, Indictments
Ex. 22, *Comm v. Waters*, Excerpts of Probable Cause Hearing Transcript
Ex. 23, *Comm v. Waters*, Excerpts of 1982 Grand Jury Transcript
Ex. 24, *Comm v. Waters*, Excerpts of Criminal Trial Transcript
Ex. 25, *Comm v. Waters*, Exhibit Lists
Ex. 26, *Comm. v. Waters*, Sentencing Transcript
Ex. 27, *Comm. v. Waters*, Commitment Warrants
Ex. 28, *Comm. v. Waters*, Order Granting Unopposed Emergency Motion for New Trial
Ex. 29, *Comm. v. Waters*, *Nolle Prosequi* (6/28/01)

## III. APD Investigation Documents

Ex. 30, Complaint and Arrest Report
Ex. 31, APD Brow Police Reports, in chronological order
Ex. 32, Adamson Brow Police Reports
Ex. 33, APD Brow Daily Logs, in chronological order
Ex. 34, Search Warrant Application
Ex. 35, Excerpts of Nancy Taylor APD personnel file
Ex. 36, Taylor Handwritten Notes

## IV. State Police Investigation Documents

Ex. 37, State Police Reports
Ex. 38, State Police Crime Laboratory Report(7/28/80)
Ex. 39, State Crime Laboratory Report (4/17/81)

## V. Media regarding Taylor and the Brow case

Ex. 40, Cathy Johnston, "Brow Family Pleas for Tips to Police," "Ayer Murder Investigation," Ayer *Public Spirit,* June 5, 1980
Ex. 41, Cathy Johnston, "[Brow Case] Reopened in Ayer," Ayer *Public Spirit,* February 1982
Ex. 42, Cathy Johnston, "Within her Rights - Taylor," Ayer *Public Spirit*, Sept. 30, 1982
Ex. 43, Ayer *Public Spirit,* Photograph of Nancy Taylor leading Kenneth Waters into the Ayer police station, Oct. 14, 1982.
Ex. 44, Cathy Johnston, "Ayer policewoman's pay held back," Ayer *Public Spirit*, Oct. 28, 1982.
Ex. 45, Norm Hartford, "Nancy Harris - executive secretary to police chief," 1984

## V. Policies

Ex. 46, MPI Policies and Procedures - Informants
Ex. 47, MPI Policies and Procedures - Interviewing Witnesses
Ex. 48, Excerpts of MPI Policies and Procedures – Evidence – Handling, Preservation and Security
Ex. 49, Chain of Custody Documents
Ex. 50, APD Duties by Rank and Assignment
Ex. 51, Excerpts from Massachusetts Law Enforcement Handbook & Police Manual (1972)

## VI. Additional Fingerprint Evidence

Ex. 52, State Police Fingerprint File
Ex. 53, Adamson correspondence (7/16/80)
Ex. 54, Excerpts of Baliunas Original File (includes crime scene photographs)
Ex. 55, Affidavit of John Baliunas, with attachments
Ex. 56, Affidavit of Herbert F. DeSimone, Jr., with attachments[1]
Ex. 57, Affidavit of Plaintiff's Expert Ron Smith (8/21/07)

## VII. Additional Alibi Evidence

Ex. 58, Autopsy Report (AG156-63) [MS - autopsy report (B245) is duplicate]
Ex. 59, Excerpt from Paul C. Giannelli & Edward J. Imwinkelreid, SCIENTIFIC EVIDENCE Vol. 2, sec. 19-8 at pp. 125-27 (Michie: 1999).
Ex. 60, Partial Transcript of May 22, 1980 Interview of Kenneth Waters
Ex. 61, APD Brow Correspondence from Adamson to Potvin (3/3/81)
Ex. 62, Correspondence from VA Hospital to Adamson dated Feb. 26, 1981 (enclosing Pina's time records)
Ex. 63, Ayer District Court Records
Ex. 64, Park Street Diner Time Cards
Ex. 65, Stipulation Regarding Waters' Weekly Pay Stub
Ex. 66, Subpoena for Time Cards;
Ex. 67, Giudetti Affidavit
Ex. 68, Lankford Affidavit

## VIII. Additional Evidence Related to Brenda Marsh

Ex. 69, Nancy Taylor report of 10/2/82
Ex. 70, Nancy Taylor report of 10/5/82

---

[1] Please note that Exhibit B to the DeSimone Affidavit (D713) is redacted pursuant to the Court's order of June 14, 2007 (Doc. 95). Defendants' Exhibit 58 includes an unredacted version of this document, which was inadvertently disclosed to the defendants. Plaintiff requests that the Court rely on the redacted version of the document in plaintiff's Exhibit 56.

Ex. 71, Affidavit of Brenda Marsh (2001)

**IX. Additional Evidence Related to Roseanna Perry**

Ex. 72, Perry Affidavit & Statement to DeSimone
Ex. 73, Memo to Andrews re Perry Interview
Ex. 74, Unsigned Perry Draft Affidavit
Ex. 75, Rose Perry Affidavit

**X. Additional *Monell* Evidence**

Ex. 76, Affidavit of Plaintiff's Police Practices Expert, Lou Reiter
Ex. 77, *Local 346, Intern. Broth. of Police Officers v. Labor Relations Com'n & Town of Ayer*, 462 N.E.2d 96 (Mass. 1984)
Ex. 78, Selected APD Reports and Daily Logs regarding Ties, in chronological order
Ex. 79, Patricia Montminy and Lisa Berthiaume, "Ex-Officer Found innocent of morals charges," Lowell *Sun*
Ex. 80, Patricia Montminy, "Testimony shows Ayer police department a divided camp," Lowell *Sun*
Ex. 81, Patricia Montminy, "Chief Adamson responds to Ayer police dispute," Lowell *Sun*, Oct. 6, 1981
Ex. 82, Patricia Montminy, "Selectmen enter fray on Ayer police morale," Lowell *Sun*, 10/7/81
Ex. 83, 10/7/81 Adamson letter to Randall
Ex. 84, "Ayer investigator charges efforts to silence him," "Press conference," "Downing urges public to demand an open meeting," Ayer *Public Spirit*, 10/15/81
Ex. 85, Karen E. Guregian, "All charges against Ayer officer dropped by board of selectmen," Lowell *Sun*, Oct. 14, 1981
Ex. 86, Kevin B. Blackstone, "Ayer patrolman accused of rape, his attorney charges a 'frameup'," Boston *Globe*, Oct. 29, 1981
Ex. 87, Cathy Johnston, "Ties grand jury excused – but investigation continues," Ayer *Public Spirit*, July 15, 1982
Ex. 88, *Comm. v. Maher, Nolle Prosequi* (4/3/03)
Ex. 89, Affidavit of Attorney Carney & 1983 M.G. Assault Complaint

**XI. Additional Evidence of Innocence**

Ex. 90, Expert Report of Dr. Edward T. Blake, with attachments (7/19/07)
Ex. 91, Expert Report of Dr. Sudhir Sinha, with attachments (5/10/07)
Ex. 92, Middlesex County District Attorney's Office Press Release (3/14/01)
Ex. 93, Jerry O'Brien, "After 18 Years, Sweet Freedom for Mass. Man," Providence *Journal-Bulletin* (3/14/01)

## XII. Evidence Filed Under Seal

Ex. 94, APD Report regarding Randall allegations
Ex. 95, Acton arrest report
Ex. 96, Excerpts of Marsh 2001 Grand Jury testimony
Ex. 97, May 23, 2001 Correspondence from Calkins to Love
Ex. 98, June 8, 2001 Bode Forensic DNA Case Report
Ex. 99, District Attorney post-conviction documents & notes of ADA Sheila Calkins

## XIII. Miscellaneous

Ex. 100, *Comm v. Waters*, Excerpt of Motion for a New Trial Hearing Transcript (Bradley)

Dated: May 28, 2007
New York, NY

Respectfully submitted,

/s/ Deborah L. Cornwall
Barry C. Scheck (BS 4612)
Deborah L. Cornwall (DC 2186)
Monica R. Shah (MS 9846)
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Tel. (212) 965-9081 / Fax (212) 965-9084

Robert N. Feldman
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210-1108
Tel. (617) 307-6130 / Fax (617) 307-6101

*Attorneys for Plaintiff Betty Anne Waters*

## CERTIFICATE OF SERVICE

    I, Monica R. Shah, hereby certify that the foregoing document was served via electronic mail and overnight delivery to counsel for the defendants on May 28, 2008 as indicated below:

Joseph L. Tehan, Jr.
Gregg J. Corbo
Jeffrey T. Blake
Kopelman & Paige, PC
101 Arch Street, 12th Floor
Boston, MA 02110

                                            /s/ Monica R. Shah
                                            Monica R. Shah