UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity and PHILIP L. CONNORS, in His Individual Capacity,<br><br>Defendants | CERTIFICATION OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(A)(2) |

I, the undersigned Janelle M. Austin, Esq., hereby certify that the provisions of Local Rule 7.1(A)(2) have been complied with prior to filing this Motion to Extend Scheduling Order. I also certify that on June 2, 2008, I conferred with Deborah Cornwall, counsel for plaintiff, in a good faith effort to resolve the issues set forth in the foregoing Motion. I was informed by Ms. Cornwall that the plaintiff takes no position on this motion.

/s/ Janelle M. Austin
Janelle M. Austin

347523/AYER-WATERS/0053