UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,

Plaintiff

v.

TOWN OF AYER, NANCY OFFICER TAYLOR- OFFICER TAYLOR, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity, WILLIAM ADAMSON, in His Individual Capacity and PHILIP L. CONNORS, in His Individual Capacity,

Defendants

LIST OF DEFENDANTS' SUMMARY JUDGMENT EXHIBITS



FILED
Clerk's Office
USDC, Mass.
Date 6-4-08
By_____
D. Clerk

I. DEPOSITION TRANSCRIPTS:

- Exhibit 1- Baliunas
- Exhibit 2- Boisseau Day-I
- Exhibit 3- Boisseau Day- II
- Exhibit 4- Calkins
- Exhibit 5- Callahan
- Exhibit 6- Connors- Day I
- Exhibit 7- Connors- Day II
- Exhibit 8- Fahey
- Exhibit 9- Ford
- Exhibit 10- Keane
- Exhibit 11- MacDonald
- Exhibit 12-Marsh
- Exhibit 13- Martin
- Exhibit 14- Perry
- Exhibit 15- Randall
- Exhibit 16- Reiter
- Exhibit 17- Rizzo
- Exhibit 18- Sarsfield
- Exhibit 19- Taylor- Day I
- Exhibit 20- Taylor Day II

II. AYER POLICE DEPARTMENT REPORTS

- Exhibit 21- Adamson 5/21/80 report
- Exhibit 22- Waters 5/22/80 Interview

- Exhibit 23- Adamson Running Investigation Report
- Exhibit 24- Gitner Report
- Exhibit 25- Police Report re: Adi Ogden
- Exhibit 26- 9/30/82 Report
- Exhibit 27- 10/4/82 Report
- Exhibit 28- 10/6/82 Report
- Exhibit 29- 10/12/82 Report
- Exhibit 30- 10/13/82 Report
- Exhibit 31- 10/13/82- Officer MacDonald Notes
- Exhibit 32- 10/13/82 Report
- Exhibit 33- 10/15/82 Report

### III.   CRIMINAL TRIAL MATERIALS

- Exhibit 34- Pre-Polygraph Interview
- Exhibit 35- State Police Polygraph Report
- Exhibit 36- Dwyer Probable Cause Hearing Testimony
- Exhibit 37- Marsh Probable Cause Hearing Testimony
- Exhibit 38- Trial Transcript Volume 2
- Exhibit 39- Trial Transcript Volume 3
- Exhibit 40- Trial Transcript Volume 4
- Exhibit 41- Trial Transcript Volume 5
- Exhibit 42- Motion for New Trial Hearing Testimony- Marsh
- Exhibit 43- Motion for New Trial Hearing Testimony- Perry
- Exhibit 44- Decision on Motion for a New Trial

### IV.   EXHIBITS

- Exhibit 45- Nolle Pros
- Exhibit 46- Lankford Declaration
- Exhibit 47- Baliunas Affidavit
- Exhibit 48- Bradley Subpoena
- Exhibit 49- Ford Report
- Exhibit 50- Marsh Corroboration Chart
- Exhibit 51- Holdorff Report
- Exhibit 52- Defendant's List of Witnesses for Criminal Trial
- Exhibit 53- Raskin Report
- Exhibit 54- Perry Statement 4/12/83
- Exhibit 55- Rooney Memo 2/11/00
- Exhibit 56- Marsh Affidavit
- Exhibit 57- Officer Taylor Grand Jury Testimony
- Exhibit 58- Letters from Attorney DeSimone
- Exhibit 59- Criminal Trial Pre-Trial Conference Report

344105/01907/0053