UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10521-GAO

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF AYER, NANCY TAYLOR-HARRIS, in Her Individual Capacity, ARTHUR BOISSEAU, In His Individual Capacity and PHILIP L. CONNORS, in His Individual Capacity,<br><br>Defendants | CERTIFICATION OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1(A)(2) |

I, the undersigned Janelle M. Austin, Esq., hereby certify that the provisions of Local Rule 7.1(A)(2) have been complied with prior to filing this Motion to Strike Plaintiff's Statement of Disputed Facts Submitted in Opposition to Defendants' Motions for Summary Judgment. I also certify that on June 6, 2008, I conferred with Deborah Cornwall, counsel for plaintiff, in a good faith effort to resolve the issues set forth in the foregoing Motion.


/s/ Janelle M. Austin
Janelle M. Austin

348004/AYER-WATERS/0053