UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF AYER, NANCY TAYLOR-HARRIS, in her individual capacity, ARTHUR BOISSEAU, in his individual capacity, WILLIAM ADAMSON, in his individual capacity, and PHILIP L. CONNORS, in his individual capacity, <br><br> Defendants. | Case No. 04 Civ. 10521 (GAO) (JGD) <br><br> **NOTICE OF UNAVAILABILITY** |

Notice is hereby given to this Court and all parties that Deborah L. Cornwall, counsel for Betty Anne Waters, will be unavailable and will be unable to attend any hearings on the above matter from July 7, 2008 through July 18, 2008.

Dated: June 6, 2008

Respectfully submitted:

By:     /s/ Deborah L. Cornwall
Deborah L. Cornwall, Esq. (DC 2186)
Barry C. Scheck, Esq. (BS 4612)
Monica R. Shah, Esq.
COCHRAN NEUFELD & SCHECK, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Tel. (212) 965-9081 / Fax (212) 965-9084

Robert N. Feldman
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210-1108

**Attorneys for Plaintiff Betty Anne Waters**

**Certificate of Service**

       I, Emily Gordon, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of June, 2008.

                                                 /s/ Emily Gordon
                                               Emily Gordon