*Nancy C. Taylor*
*Ten Sheffield Street*
*Pepperell, MA 01463*

September 21, 1982

Honorable Board of Selectmen
Town Hall, Ayer, MA 01432

Gentlemen:

Please be informed I have been ordered to refrain from performing the police duties that I have performed for the past five years. I feel your board has been aware of these duties during this five year period.

I feel in part this order was issued because I am the only woman officer on the Town of Ayer Police Dept.

Therefore, if this order is not resolved to my satisfaction I will file a complaint with the Massachusetts Commission Against Discrimination.

Sincerely,

Nancy C. Taylor
Nancy C. Taylor

CC: Atty. Mark R. Miller
I.B.P.O.
285 Dorchester Ave.
Boston, MA

Chief Philip Connors

000020

# TOWN OF AYER POLICE DEPARTMENT

COLUMBIA STREET — AYER, MASSACHUSETTS 01432 — TELEPHONE (617) 772-2121



Philip L. Connors
*Chief*

October 14, 1982

TO:   Nancy Taylor

FROM: Chief Philip L. Connors

RE:   DUTIES

The Board of Selectmen have made it very clear to me that your pay status is to be as follows:

1. Clerk's pay

2. Police wages only for rape cases

Philip L. Connors
Chief of Police



000024



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE
## DISTRICT ATTORNEY FOR MIDDLESEX COUNTY
## CAMBRIDGE 02141

SCOTT HARSHBARGER
DISTRICT ATTORNEY

May 13, 1983

Chief Philip Connors
Ayer Police Department
Columbia Street
Ayer, MA  01432

Dear Chief Connors:

   I am writing to commend Officer Nancy Taylor of your department for her investigative work in Commonwealth V. Kenneth Waters.

   Officer Taylor is a particularly outstanding and dedicated police officer. The solving of this case is a special tribute to her interest, hard work and determination. It was a pleasure for me to prosecute this case where she was the chief investigative officer. Officer Taylor is a tremendous asset to the Ayer Police Department.

   I sincerely appreciate the efforts of Officer Taylor and the other police who contributed to the successful prosecution of this case.

Sincerely,

Elizabeth Fahey
Assistant District Attorney
494-4619

EF/jw
cc:  Board of Selectment
     Ayer, MA