UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BETTY ANNE WATERS, as Administratrix of the Estate of KENNETH WATERS
        Plaintiff(s)

v.   CIVIL ACTION NO. 04-10521-GAO

TOWN OF AYER, NANCY TAYLOR-HARRIS, and PHILIP L. CONNORS,
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

0'TOOLE                     , D.J.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the court's Memorandum and Order on Assessment of Damages, dated September 17, 2009, damages are awarded in favor of the plaintiff and against the defendants in the total sum of $10,729,000.00.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/17/09                  By /s/ Paul Lyness
                                                                 Deputy Clerk

NOTE: The post judgment interest rate effective this date is 0.45 %.

(JudgementCivil.wpd - 3/7/2005)